UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday January 30, 2004
1:30 p.m.

CASE NO. **3:02cv718 MRK**   **Guigliano v. Danbury Hosp, et al**

Jane Callahan Hagerty
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905

Beverly J. Hunt
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905

STATUS CONFERENCE HELD
DATE: 1/31/04

/0 min.

Joseph Lanni
138 Chatsworth Avenue
Suite 6-8
Larchmont, NY 10538

Nancy A. Meehan
Neubert, Pepe & Monteith
195 Church St.
13th Floor
New Haven, CT 06510-2026

Scott F. Morgan
Weiner, Millo & Morgan
220 Fifth Avenue 7th Floor
New York, NY 10001

Garie J. Mulcahey
Bai, Pollock, Blueweiss & Mulcahey
Park City Plaza
10 Middle Street PO Box 1978
Suite 820

Bridgeport, CT 06604

Jeffrey Charles Nagle
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905

Michael D. Neubert
Neubert, Pepe & Monteith
195 Church St.
13th Floor
New Haven, CT 06510-2026


Richard A. O'Connor
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
PO Box 1323
Middlebury, CT 06762-1323

Christine Anne Robinson
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
PO Box 1323
Middlebury, CT 06762-1323

Daniel E. Ryan III
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905

Michael T. Ryan
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905

Stephen P. Sachner
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
PO Box 1323
Middlebury, CT 06762-1323

Eric J. Stockman
Neubert, Pepe & Monteith
195 Church St.
13th Floor
New Haven, CT 06510-2026

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK

Case 3:02-cv-00718-RNC    Document 81    Filed 01/30/2004    Page 3 of 3

KEVIN F. ROWE, CLERK