FILED

Feb 4  12 52 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, as a Person Adjudged to be Incompetent, (RNC) and LAURA GUIGLIANO, Individually | CIVIL ACTION NO.: 3:02 CV 718 (MRK) |
| Plaintiffs, | |
| VS. | |
| DANBURY HOSPITAL, JAMES DEPUY, M.D., F. SCOTT GRAY, M.D., GEORGINA CARLSON, P.A., DEANNA WOLFFE, P.A., DAVID OELBERG, M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D., ARTHUR KOTCH, M.D., JULIA CIRCIUMARA, M.D., ANDRE KOUZNETSOV, M.D., MICHAELA FEDERICA, M.D., MUAREEN BENNETT, R.N., JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N., JANE DOE NO. 1, JANE DOE NO. 2 AND JANE DOE NO. 3 | |
| Defendants. | FEBRUARY 3, 2004 |

_____X

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as co-counsel in this case for **THE CO-DEFENDANT, GEORGINA KNOWLES-CARLSON, only.**

<table>
<tr><td>__Feb. 3, 2004__<br>Date</td><td>__/s/ Jason Hyjek__<br>Signature</td></tr>
</table>

Jason J. Hyjek
    Of
Bai, Pollock, Blueweiss &
    Mulcahey, P.C.
10 Middle Street
Bridgeport, Connecticut 06604
(203) 366-7991
#ct24873

Case 3:02-cv-00718-RNC    Document 82    Filed 02/04/2004    Page 2 of 3

<u>C E R T I F I C A T I O N</u>

This is to certify that on ___2/3/4___, a copy of the foregoing was mailed, postage prepaid to all counsel and pro-se parties of record to wit:

Joseph Lanni, Esq.
138 Chatsworth Ave., Suite 6-8
Larchmont, NY 10538

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue, 7th FL
New York, NY  10001

Nancy A. Meehan, Esquire
Eric J. Stockman, Esquire
Neubert, Pepe & Monteith
195 Church St.,
New Haven, CT  23067

Richard A. O'Connor, Esquire
Sachner & O'Connor
The Crossroads West
765 Straits Turnpike,
Building @, Suite 1001
Middlebury, CT  06762-1323

Kevin M. Tepas, Esquire
Ryan, Ryan, Johnson & DeLuca, LLP
80 Fourth Street
Stamford, CT  06905

_____
Jason J. Hyjek