*OrdTrans*

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

FEB 12    4 05 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

LAURA GUIGLIANO, as Guardian Ad   :
Litem for MICHAEL GUIGLIANO, a   :
Person Adjudged to be Incompetent, and   :
LAURA GUIGLIANO, individually   :    CIVIL NO.    3:02CV718 (MRK)

         :

     Plaintiffs,   :

         :

v.   :

         :

DANBURY HOSPITAL, et al..   :

         :

     Defendants.   :


## ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to *Judge Alvin W. Thompson*. All further pleadings or documents in this matter should be filed with the

Clerk's Office in *Hartford*, and shall bear the docket number 3:02 CV 718 (AWT).

Pleadings or documents related to this action and filed in any other seat of court will be refused

at the Clerk's Office and returned to you unfiled. See Local Rule 7 (a).

Dated at New Haven, Connecticut this 12th day of February 2004.


IT IS SO ORDERED.

_____
Mark R. Kravitz, U.S.D.J.