UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
===========================================X

LAURA GUIGLIANO, as Guardian Ad Litem for
MICHAEL GUIGLIANO, a Person Adjudged to be
Incompetent, and LAURA GUIGLIANO, Individually,

Plaintiff(s)

-against-

DANBURY HOSPITAL, JAMES DEPUY, M.D.,
F. SCOTT GRAY, M.D., GEORGIANA KNOWLES,
P.A., DEANNA WOLFFE, P.A., DAVID OELBERG,
M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D.,
ARTHUR KOTCH, M.D., JULIA CIRCIUMARA,
M.D., ANDRE KUZNETS, M.D., MICHAELA
FEDERICA, M.D., MAUREEN BENNETT, R.N.,
JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N.,
"JANE DOE NO.1", "JANE DOE NO.2" (*defendants
"JANE DOE NO.1" and "JANE DOE NO. 2", full
identities unknown, being identified as DANBURY
HOSPITAL employees who were assigned to
monitor, supervise and attend to patient MICHAEL
GUIGLIANO prior to and during a CT Scan procedure
on 2/17/01) and "JANE DOE NO. 3", (full identity
unknown, being identified as a DANBURY HOSPITAL
employee who called a "Code 99" on 2/17/01*),

Defendants.
===========================================X

**PLAINTIFF'S
NOTICE
TO
RE-ASSIGN
CASE
TO ANOTHER
JUDGE**

*3:02 CV 718
(MRK)(DFM)*



To the Clerk of the Court:


JOSEPH LANNI hereby declares, under penalty of perjury and pursuant to *28 U.S.C.*

*§ 1746*, that the foregoing is true and correct:


1. I am a member of the bar of this Court.

2.  I am counsel for plaintiff LAURA GUIGLIANO in the above captioned action.

3.  I make this declaration for the purpose of requesting that the above-captioned case be re-assigned to another district judge.

4.  In a telephone status conference before the Court, counsel for the parties were advised by Judge Mark R. Kravitz of a potential conflict of interest due to his past legal representation of a party to this case.

5.  On the basis of this potential conflict of interest, the undersigned respectfully requests that this case be reassigned to another judge in this district.

Executed on February 10, 2004, Larchmont, New York:

Respectfully submitted:

**JOSEPH LANNI**          **(CT 23566)**
THE LAW FIRM OF JOSEPH LANNI, P.C.
Attorneys for Plaintiff
LAURA GUIGLIANO
138 Chatsworth Avenue, Suites 6 – 8
Larchmont, New York 10538
(914) 834-6600
Fax:  (914) 834-0152