UNITED STATES DISTRICT COURT FILED

———————— District of Connecticut ————————

2004 FEB 19 P 1: 42

U.S. DISTRICT COURT
HARTFORD, CT.

----------------------------------------------------------------X
LAURA GUIGLIANO, as Guardian Ad Litem for
MICHAEL GUIGLIANO, a Person Adjudged to
be incompetent, and LAURA GUIGLIANO,
Individually

           Plaintiff,

vs.                                     Case No. 3:02 CV 718 (AWT)

DANBURY HOSPITAL, ET AL

           Defendants.
----------------------------------------------------------------X

**APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in the above case for

        **JOHN BORRUSSO, M.D.**

Date: February 17, 2004

_____
KEVIN M. TEPAS, ESQ.   (ct 05552)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905
Telephone: (203) 357-9200

## **CERTIFICATE OF SERVICE**

I certify that I delivered a true and correct copy of the foregoing Appearance via United States mail, first class postage prepaid, to the following counsel and pro se parties of record:

Joseph Lanni, Esq.
The Law Offices of Joseph Lanni, P.C.
138 Chatsworth Avenue
Suites 6-8
Larchmont, NY 10538
Attorney for the Plaintiffs

Michael Neubert, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue - 7th Floor
New York, NY 10011
Attorney for the Plaintiffs

Christine Norton, Esq.
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604

Christine Robinson, Esq.
Sachner & O'Connor, LLC
765 Straits Turnpike, Suite 1001
P.O. Box 1323
Middlebury, CT 06762

this 17th day of February, 2004.

_____
KEVIN M. TEPAS

I:\Procases\290.117\Appearance KMT021704.wpd
290.117