**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
--------------------------------x
LAURA GUIGLIANO, Individually    :
and as Guardian Ad Litem for     :
Michael Guigliano               :
                                 :
                                 :    Civil Action No.
v.                               :    3:02CV00718(AWT)
                                 :
DANBURY HOSPITAL, et al.         :
                                 :
                                 :
--------------------------------x
```

**ORDER OF TRANSFER**

In the interest of justice, the above identified case is hereby transferred to   Chief Judge Robert N. Chatigny  .  All further pleadings or documents in this matter should be filed with the Clerk's Office in  Hartford , and shall bear the docket number 3:02CV00718(RNC).  Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled.  See Local Rule 3(a).

Dated at Hartford, Connecticut this 12th day of March 2004.

/s/
Alvin W. Thompson
United States District Judge