FILED

2004 JUL 29 A 11:06

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, a Person Adjudged to be Incompetent, and LAURA GUIGLIANO, Individually<br><br>Plaintiffs,<br><br>v.<br><br>DANBURY HOSPITAL, JAMES DEPUY, M.D., F. SCOTT GRAY, M.D., GEORGIANA KNOWLES, P.A., DEANNA WOLFFE, P.A., DAVID OELBERG, M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D., ARTHUR KOTCH, M.D., JULIA CIRCIUMARU, M.D., ANDRE KOUZNETSOV, M.D. MIHAELA TUDORICA, M.D., MAUREEN BURNETT, R.N., JO ANN BROWN, R.N., BETH ANN HOFFMAN, R.N., "JANE DOE NO. 1", "JANE DOE NO. 2" and "JANE DOE NO. 3"<br><br>Defendants | Civil No.: 302CV718 (RNC) (DFM)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>July 27, 2004 |

**AMENDED ANSWER**

The following defendants: James Depuy, M.D., F. Scott Gray, M.D. and Deanna Wolffe, P.A., hereby provide their responses to plaintiff's Complaint dated June 29, 2004:

**PARTIES:**

1-7.   Defendants lack sufficient information or knowledge upon which to form a belief as to the allegations of paragraphs 1 through 7 and, leave plaintiffs to their proof.

SACHNER & O'CONNOR, LLC
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

1

8. The allegations of paragraph 8 are admitted.

9. The allegations of paragraph 9 are admitted.

10. Defendants admit that defendant, James Depuy, M.D., was a physician specializing in the field of orthopedics who held himself out to the general public as being competent in the diagnosis, care and treatment of patients, and Michael Guigliano in particular, in accordance with standards of accepted orthopedic care and practice. The remainder of the allegations contained in paragraph 10 are denied.

11. Defendants admit that James Depuy, M.D. was authorized to provide orthopedic care and treatment to patients at defendant Danbury Hospital. As to the remainder of the allegations contained in paragraph 11, defendants lack sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiffs to their proof.

12-13. The allegations of paragraphs 12 and 13 are admitted.

14. Defendants admit that the defendant, F. Scott Gray, M.D., was a physician specializing in the field of orthopedics, who held himself out to the general public as being competent in the diagnosis, care and treatment of patients, and Michael Guigliano in particular, in accordance with standards of accepted orthopedic care and practice. The remainder of the allegations contained in paragraph 14 are denied.

15. Defendants admit that the defendant, F. Scott Gray, M.D., was authorized to provide care and treatment to patients at defendant Danbury Hospital. As to the remainder of

SACHNER & O'CONNOR, LLC
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

2

the allegations contained in paragraph 15, defendants lack sufficient information or knowledge upon which to form a belief and, therefore leave the plaintiffs to their proof.

16-19. Defendants have insufficient information or knowledge upon which to form a belief as to the allegations of paragraphs 16 through 19 and, therefore, leave the plaintiffs to their proof.

20-21. The allegations of paragraphs 20 and 21 are admitted.

22. Defendants admit that Deanna Wolffe, P.A., was a physician's assistant specializing in the field of orthopedics, who held herself out to the general public as being competent in the care and treatment of patients, and Michael Guigliano in particular, in accordance with standards of accepted physician's assistant orthopedic care and practice. The remainder of the allegations contained in paragraph 22 are denied.

23. Defendants admit that Deanna Wolffe, P.A. was authorized to provide care and treatment to patients at defendant Danbury Hospital. As to the remainder of the allegations contained in paragraph 23, defendants lack sufficient information or knowledge upon which to form a belief and, therefore leave the plaintiffs to their proof.

24-69. Defendants lack sufficient information or knowledge upon which to form a belief as to the allegations of paragraphs 24 through 69, and therefore leave the plaintiffs to their proof.

SACHNER & O'CONNOR, LLC
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

**JURISDICTION:**

70. Defendants, James Depuy, M.D., Deanna Wolffe, P.A. and F. Scott Gray, M.D., admit that they are citizens of the State of Connecticut with their principal and actual places of business in that state. As to the remaining allegations of paragraph 70, the defendants lack sufficient information or knowledge upon which to form a belief and therefore leave the plaintiffs to their proof.

71. Defendants lack sufficient information or knowledge upon which to form a belief as to the allegations of paragraph 71, and therefore leave the plaintiffs to their proof.

**VENUE:**

72. The allegations of paragraph 72 are admitted.

**JURY DEMAND:**

73. Defendants lack sufficient information or knowledge upon which to form a belief as to the allegations of paragraph 73, and therefore leave the plaintiffs to their proof.

**FIRST CAUSE OF ACTION:**

74. Defendants' answers to paragraphs 1 through 73 are herein restated as answer to paragraph 74 as if more fully set forth herein.

75. Defendants lack sufficient information or knowledge upon which to form a belief as to the allegations of paragraph 75, and therefore leave the plaintiffs to their proof.

76. Defendants admit that James Depuy, M.D. provided orthopedic care to the

**SACHNER & O'CONNOR, LLC**
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

4

plaintiff, Michael Guigliano, as delineated in the medical records. As to the remainder of the allegations contained in paragraph 76, defendants lack sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiffs to their proof.

77. Defendants admit that F. Scott Gray, M.D. provided orthopedic care to the plaintiff, Michael Guigliano, as delineated in the medical records. As to the remainder of the allegations contained in paragraph 76, defendants lack sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiffs to their proof.

78. The defendants lack sufficient information or knowledge upon which to form a belief as to the allegations of paragraph 78, and therefore, leave the plaintiffs to their proof.

79. Defendants admit that Deanna Wolffe, P.A., provided physician assistant orthopedic care to the plaintiff, Michael Guigliano, as delineated in the medical records. As to the remainder of the allegations contained in paragraph 79, defendants lack sufficient information or knowledge upon which to form a belief and, therefore, leave the plaintiffs to their proof.

80-110. The defendants lack sufficient information or knowledge upon which to form a belief as to the allegations of paragraphs 80 through 110, and therefore, leave the plaintiffs to their proof.

111-116. The allegations of paragraphs 111 through 116 are denied.

**SACHNER & O'CONNOR, LLC**
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

5

**SECOND CAUSE OF ACTION:**

117.    Defendants' responses to paragraphs 1 through 116 are hereby incorporated as responses to paragraph 117 as if more fully set forth herein.

118.    The defendants lack sufficient information or knowledge upon which to form a belief as to the allegations of paragraphs 118, and therefore, leave the plaintiffs to their proof.

119-120.    The allegations of paragraphs 199 and 120 are denied.

**THIRD CAUSE OF ACTION:**

The undersigned defendants do not respond to the Third Cause of Action as it is not directed to them.

**FOURTH CAUSE OF ACTION:**

129.    Defendants' responses to paragraphs 1 through 128 are hereby incorporated as responses to paragraph 129 as if more fully set forth herein.

130.    The allegations of paragraph 130 are denied.

131.    The allegations of paragraph 131 are denied.

132.    The allegations of paragraph 132 are denied.

133.    The defendants lack sufficient information or knowledge upon which to form a belief as to the allegations of paragraphs 133, and therefore, leave the plaintiffs to their proof.

SACHNER & O'CONNOR, LLC
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

6

134. The allegations of paragraph 134 are denied.

135. The allegations of paragraph 135 are denied.

136. The allegations of paragraph 136 are denied.

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE:

The plaintiffs fail to state a claim upon which relief can be granted as to the defendants, James Depuy, M.D., F. Scott Gray, M.D. and Deanna Wolffe, P.A.

**JURY CLAIM**

The defendants hereby demand a trial by jury of all issues in this case.

                          DEFENDANTS,

                          Richard A. O'Connor, Fed. Bar # 06082
                          SACHNER & O'CONNOR
                          The Crossroads West
                          765 Straits Turnpike, Bldg. 2, Ste. 1001
                          P.O. Box 1323
                          Middlebury, CT 06762-1323
                          Telephone: 203-598-7585
                          Fax (203) 598-7595

**SACHNER & O'CONNOR, LLC**
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

7

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the 27 day of July, 2004, to the following counsel of record:

Michael Neubert, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 06510

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538

Scott F. Morgan, Esquire
Weiner, Millo & Morgan
220 Fifth Avenue, 7th Floor
New York, NY 10001

Garie J. Mulcahey, Esquire
Bai, Pollock & Mulcahey
10 Middle Street
Bridgeport, CT 06604

Daniel E. Ryan, III, Esquire
Ryan, Ryan, Johnson & Deluca
80 Fourth Street
Stamford, CT 06905

Richard A. O'Connor

SACHNER & O'CONNOR, LLC
ATTORNEYS AT LAW
P.O. BOX 1323
MIDDLEBURY, CT 06762-1323
JURIS NO. 05059
203-598-7585

8