UNITED STATES DISTRICT COURT

———————————District of Connecticut———————————

-------------------------------------------------------------X
LAURA GUIGLIANO, as Administratrix of
the Estate of MICHAEL GUIGLIANO, Deceased

and LAURA GUIGLIANO, Individually

   Plaintiff,

vs.

DANBURY HOSPITAL, ET AL

   Defendants.
-------------------------------------------------------------X

**ANSWER TO AMENDED COMPLAINT**

Case No. 3:02 CV 718 (RCN)(DFM)

To the Clerk of this court and all parties of record:

   The Defendant Joseph John Borruso, M.D. respectfully responds to Plaintiff's Amended Complaint dated 29 June, 2004 as follows:

**AS TO THE ALLEGATION AS TO THE PARTIES**

1-3.    The Defendant J. Borruso, M.D. neither admits nor denies the allegations contained in Paragraphs 1, 2 and 3 but leaves the plaintiff to her proof.

4-7.    Paragraphs 4, 5, 6 and 7 are admitted.

8-31.    The Defendant J. Borruso, M.D. neither admits nor denies the allegations contained in Paragraphs 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30 and 31 and therefore deny said allegations and leave the plaintiff to her proof.

32-33.    Paragraphs 32 and 33 are admitted.

34.    So much as alleges that at all times Defendant J. Borruso, M.D. was a physician specializing in the field of surgery who held himself out to the general public as being

competent in the diagnosis, care and treatment of patients and as being able to treat patients in general in accordance with the standard of accepted medical and surgical care and practices is admitted. As to the remaining allegations of Paragraph 34 Dr. Borruso neither admits nor denies these allegations but leaves the plaintiff to her proof.

35. As to so much of Paragraph 35 as alleges that the Defendant J. Borruso, M.D. "was affiliated with" the Defendant Danbury Hospital, Dr. Borruso neither admits nor denies these allegations but leaves the plaintiff to her proof. So much of Paragraph 35 as alleges that the Defendant J. Borruso, M.D. was authorized to provide care and treatment to patients at Danbury Hospital is admitted.

36-69. The Defendant John Borruso, MD neither admits nor denies the allegations contained in Paragraphs 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68 but leaves the plaintiff to her proof.

**AS TO THE ALLEGATIONS OF JURISDICTION**

70-71. The Defendant John Borruso, MD neither admits nor denies the allegations contained in Paragraphs 70 and 71 but leaves the plaintiff to her proof.

**AS TO THE ALLEGATIONS OF VENUE**

72. Paragraph 72 is admitted.

**AS TO THE ALLEGATIONS AS TO JURY DEMAND**

73. The Defendant John Borruso, MD neither admits nor denies the allegations contained in Paragraph 73but leaves the plaintiff to her proof.

**AS TO THE FIRST CAUSE OF ACTION**

74. This Defendant repeats its responses to the allegations in paragraphs 1-73 as if more fully stated herein.

75-81. The Defendant J. Borruso, M.D. neither admits nor denies the allegations contained in Paragraphs 75, 76, 77, 78, 79, 80 and 81 but leaves the plaintiff to her proof.

82. As to Paragraph 82 the Defendant J. Borruso, M.D. admits that at certain times in February, 2001 he provided medical services to Michael Guigliano with regard to certain signs, symptoms and complaints relating to his physical condition and that he did so in his capacity as physician and surgeon charged with the responsibility of caring for patients in accordance with the standards of accepted medical and surgical practice. As to the precise dates specified by the Plaintiff in Paragraph 82 and as to the allegation that Dr. Borruso's care began "sometime prior and subsequent thereto" Dr. Borruso neither admits nor denies these allegations but leaves the plaintiff to her proof.

83-99. The Defendant J. Borruso, M.D. neither admits nor denies the allegations contained in Paragraphs 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, and 99 but leaves the plaintiff to her proof.

100. The Defendant J Borruso, M.D. admits that it was his duty to render medical and surgical care and treatment to patients in general and to Michael Guigliano in compliance with the applicable standard of care. At to whether that duty applied to those times referred to as "all times herein after mentioned" and as to whether the standard of care is encompassed within the language " in accordance with the approved methods of care and treatment generally used in the community and in

|   |   |
|---|---|
|   | accordance with the standards of good and accepted medical and surgical practice Dr. Borruso neither admits nor denies these allegations but leaves the plaintiff to her proof. |
| 101-110. | The Defendant J. Borruso, M.D. neither admits nor denies the allegations contained in Paragraphs 101, 102, 103, 104, 105, 106, 107, 108, 109 and 110 but leaves the plaintiff to her proof. |
| 111. | So much of Paragraph 111 as alleges medical negligence or impropriety by the Defendant J. Borruso, M.D. is denied. As to the remainder of the allegations contained in Paragraph 111 Dr Borruso, neither admits nor denies these allegations contained but leaves the plaintiff to her proof. |
| 112. | So much of Paragraph 112 as alleges medical negligence by the Defendant J. Borruso, M.D. is denied. As to the remainder of the allegations contained in this paragraph Dr. Borruso neither admits nor denies these allegations contained but leaves the plaintiff to her proof. |
| 113. | So much of Paragraph 113 as alleges negligence or medical malpractice by the Defendant J. Borruso, M.D. is denied. As to the remainder of the allegations contained in this paragraph Dr. Borruso neither admits nor denies these allegations contained but leaves the plaintiff to her proof. |
| 114. | So much of Paragraph 114 as alleges negligence or medical malpractice by the Defendant J. Borruso, M.D. is denied. As to the remainder of the allegations contained in this paragraph Dr. Borruso neither admits nor denies these allegations contained but leaves the plaintiff to her proof. |
| 115. | So much as Paragraph 115 alleges negligence and medical malpractice on the part of |

      the Defendant Dr. Borruso is denied.  As to the remainder of the allegations contained in this paragraph Dr. Borruso neither admits nor denies these allegations contained but leaves the plaintiff to her proof.

116.     So much as Paragraph 116 alleges negligence and medical malpractice on the part of the Defendant Dr. Borruso is denied.  As to the remainder of the allegations contained in this paragraph Dr. Borruso neither admits nor denies these allegations contained but leaves the plaintiff to her proof.

## AS TO THE SECOND CAUSE OF ACTION

117.     The Defendant J. Borruso, M.D. repeats and re-alleges his responses to the allegations in Paragraph 1-116 inclusive as if more fully set forth herein.

118.     The Defendant J. Borruso, M.D. neither admits nor denies the allegations of Paragraph 118 but leaves the plaintiff to her proof.

119.     So much as Paragraph 119 alleges negligence and medical malpractice on the part of the Defendant Dr. Borruso is denied.  As to the remainder of the allegations contained in this paragraph Dr. Borruso neither admits nor denies these allegations but leaves the plaintiff to her proof

120.     So much as Paragraph 120 alleges negligence and medical malpractice on the part of the Defendant Dr. Borruso is denied.  As to the remainder of the allegations contained in this paragraph Dr. Borruso neither admits nor denies these allegations but leaves the plaintiff to her proof

## AS TO THE THIRD CAUSE OF ACTION

121.     Defendant J. Borruso, M.D. repeats and re-alleges his responses to Paragraphs 1-120 as if more fully set forth herein.

122-128. The Defendant J. Borruso, M.D. neither admits nor denies the allegations contained in Paragraph 122, 123, 124, 125, 126, 127 and 128 but leaves the plaintiff to her proof.

**AS TO THE FOURTH CAUSE OF ACTION**

129. Defendant J. Borruso, M.D. repeats and re-alleges his responses to Paragraphs 1-128 as if more fully set forth herein.

130. So much as Paragraph 130 alleges negligence and medical malpractice on the part of the Defendant Dr. Borruso is denied. As to the remainder of the allegations contained in this paragraph Dr. Borruso neither admits nor denies these allegations contained but leaves the plaintiff to her proof

131. So much as Paragraph 131 alleges negligence and medical malpractice on the part of the Defendant J. Borruso, M.D. is denied. As to the remainder of the allegations contained in this paragraph Dr. Borruso. neither admits nor denies these allegations contained but leaves the plaintiff to her proof

132. So much as Paragraph 132 alleges negligence and medical malpractice on the part of the Defendant J. Borruso, M.D. is denied. As to the remainder of the allegations contained in this paragraph Dr. Borruso neither admits nor denies these allegations contained but leaves the plaintiff to her proof

133-34. The Defendant J. Borruso, M.D. neither admits nor denies the allegations contained Paragraphs 133 and 134 but leaves the plaintiff to her proof.

135-36. So much as Paragraphs 135 and 136 alleges negligence and medical malpractice on the part of the Defendant J. Borruso, M.D. is denied. As to the remainder of the allegations contained in these paragraph Dr. Borruso neither admits nor denies these allegations contained but leaves the plaintiff to her proof

By Way of Affirmative Defenses

First Affirmative Defense

The Plaintiffs' Amended Complaint in whole or in part fails to state a cause of action upon which relief can be granted.

The Defendant J. Borruso, M.D. demands trial by jury.

                                THE DEFENDANT,
                                JOHN BORRUSO, M.D.

By: _____
Kevin M. Tepas, Esq., (CT 05552)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Ave., Suites 6-8
Larchmont, NY 10538
and Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue
New York, NY 10001
Attorneys for Plaintiffs, Laura Guigliano

Maureen S. Dinnan, Esq. and Richard O'Connor, Esq,
Sachner & O'Connor
765 Straits Tnpk, Building 2, Suite 1001
P.O. Box 1323
Middlebury, CT 06762-1323
Attorney for Defendants, James Depuy, M.D.; F. Scott Gray, M.D. and Deanna Wolffe, P.A.

Michael Neubert, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Attorney for Defendant, Danbury Hospital

Christine Norton, Esq. and Jason Hyjek, Esq.
Bai, Pollock, Blueweiss & Mulcahey
10 Middle Street, P.O. Box 1978
Bridgeport, CT 06604
Attorneys for Co-Defendant, Georgina Knowles-Carson

_____
Kevin M. Tepas, Esq.

I:\Procases\290.117\answer073004.wpd