IN THE UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2004 AUG 17 A 10: 44

U.S. DISTRICT COURT
HARTFORD RNC

| | |
|---|---|
| LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, a Person Adjudged to be Incompetent, and LAURA GUIGLIANO, Individually<br><br>Plaintiffs,<br><br>v.<br><br>DANBURY HOSPITAL, JAMES DEPUY, M.D., F. SCOTT GRAY, M.D., GEORGIANA KNOWLES, P.A., DEANNA WOLFFE, P.A., DAVID OELBERG, M.D., DAVID YUAN, M.D., J. BORRUSO, M.D., ARTHUR KOTCH, M.D., JULIA CIRCIUMARA, M.D., ANDRE KOUZNETSOV, M.D., MICHAELA FEDERICA, M.D., MAUREEN BENNETT, R.N., JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N., "JANE DOE NO. 1", "JANE DOE NO. 2" and "JANE DOE NO. 3"<br><br>Defendants | Civil No.: 3:02CV718(MRK)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>August 16, 2004 |

**MOTION FOR PROTECTIVE ORDER**

Pursuant to F.R.C.P. Rule 26(c), defendants Danbury Hospital, David Oelberg, M.D., David Yuan, M.D., Arthur Kotch, M.D., Julia Circiumara, M.D., Andre Kouznetsov, M.D., Michaela Federica, M.D., Maureen Burnett, R.N., JoAnn Brown, R.N., Beth Ann Hoffman, R.N., Vanessa Saipher, Betsy Miles and Jane Doe No. 3 hereby move for protective orders for the following depositions, which were "blind" noticed on July 28 and received via mail by this office on or about August 2, 2004:

  Vanessa Saipher, CT Scan Technician -- 8/19
  Joe Roth, CT Scan Technician -- 8/19

   Pat Dilauro, Respiratory Technician -- 8/20
   Laurie Brentlinger, RN -- 8/20
   Betsy Miles, RN --8/20
   Maureen Burnett, RN -- 8/23
   Tim Hendries, RN -- 8/23
   Beth Ann Hoffman, RN -- 8/26
   Joann Brown, RN -- 8/26
   Kim Smith, Respiratory Technician -- 8/26
   Iulia Circumaru Grillo, M.D. -- 8/30
   Arthur Kotch, M.D. -- 9/1

  Simply put, the depositions requested in this medical malpractice action cannot be scheduled during the times sought. Primary counsel for defendants are unavailable: Attorney Neubert is on pre-paid family vacation from August 9-20 to Martha's Vineyard and Novia Scotia. Attorney Stockman has just finished trial in <u>Hale v. The Stamford Hospital</u>, CV-02-0190129-S on August 10, and begins trial in New Haven Superior Court in the case of <u>Sangiovanni v. The Hospital of St. Raphael</u>, CV-00-0437790S on August 17, which will likely last through September 7. Moreover, Dr. Circuimara is out of state, on information and belief Dr. Kotch has retired and is currently an inpatient in the Danbury Hospital, and all are medical personnel, which further complicates their scheduling. This is a complicated case involving allegations not only against the Hospital physicians, nurses and technicians for among other things, a failure to resuscitate plaintiff's decedent, and against Hospital-insured pulmonologists for failure to appropriately treat fat emboli syndrome and respiratory distress, but there are co-defendants who are also alleged to have been negligent.

  Defendants' counsel seeks a protective order preventing the depositions from going forward until September 7, which will enable counsel to meet with the witnesses and to schedule the eleven requested depositions. In fact, defendants' counsel has begun to obtain dates for their clients and have already begun to offer dates starting September

7, 2004 for the requested witnesses. See Exhibit A, attached hereto. In an effort to ensure that the depositions are completed by the current fact witness deadline, defense counsel will also utilize Attorney Nancy Meehan and Attorney Maureen Dinnan to attend depositions if necessary.

Attached hereto as Exhibit B is the affidavit of Eric J. Stockman, counsel for defendant Danbury Hospital, to certify that he and counsel for plaintiffs have conferred in good faith and have been unable to resolve the differences.

Defendants<br>
By:_____<br>
Eric J. Stockman<br>
Neubert, Pepe & Monteith<br>
195 Church Street<br>
New Haven, CT 06510<br>
Fed. Bar No. 14981<br>
(203) 821-2000

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, overnight, on the 16th day of August, 2003, to the following counsel of record:

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue – 7th Floor
New York, New York 1001

Garie J. Mulcahey, Esq.
Bai, Pollock & Mulcahey, Esq.
10 Middle Street
Bridgeport, CT 06604

Michael T. Ryan, Esq.
Bevery Hunt, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905

Richard O'Connor, Esq.
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
Building 2, Suite 1001
P.O. Box 1323
Middlebury, Ct 06762-1323

_____
Eric J. Stockman, Esq.

Exhibit A

# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

| | | |
|---|---|---|
| Michael D. Neubert | Teresa J. Reichert | Nancy A. Meehan |
| Gregory J. Pepe | Nancy Bohan Kinsella | Linda M. Pelechacz |
| Deborah Monteith Neubert | Eric J. Stockman | |
| Douglas S. Skalka | Kevin M. Godbout | Of Counsel: |
| Judy K. Weinstein | Simon I. Allentuch | Sonja Goldstein |
| Peter T. Fay | James A. Lenes | Cameron C. Staples |
| Andrew R. Lubin | Maureen Sullivan Dinnan | |
| Robert T. Gradoville | Gretchen L. Grosick | Eric I. B. Beller (1950-2002) |

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone (203) 821-2000
Facsimile (203) 821-2009

30 Jelliff Lane
Southport, Connecticut 06490
Telephone (203) 254-9332
Facsimile (203) 254-9239

*Reply to P.O. Box*
*www.npmlaw.com*

August 13, 2004

**VIA FACSIMILE**
Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York, New York 10001-7708

Re:   Guigliano v. Danbury Hospital, et al.

Dear Attorney Morgan:

I have the deposition dates available for the following clients:

- Maureen Burnett – September 7, and each Monday, Tuesday and Wednesday thereafter at 2:00 p.m.
- Pat Dilauro is available September 8, 10 and 13.
- Betsy Miles is available September 15-17.
- Tim Hendries is available September 8, 14, 22 and the week of 26th.
- Iulia Circuimara is generally available after September 11, although she currently lives in Rhode Island.
- Vanessa Saipher is available any afternoon in September at 2:00 p.m.

I am still obtaining dates for the remainder. Dr. Kotch is ill and I have been told is an in-patient at Danbury Hospital, so I am unsure of his availability at this time. When I know more, I will let you know. If you need to speak with me, my direct dial is (203) 781-2826.

Very truly yours,

Eric J. Stockman

Scott Morgan, Esq.
August 13, 2004
Page 2 of 2

cc:    Michael Neubert, Esq.
        All Counsel of Record
        Ms. Pauline Barry
        Ms. Patti Ganun
        Mr. Joseph Boncimino
        Paul D. Williams, Esq.

Exhibit B

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, a Person Adjudged to be Incompetent, and LAURA GUIGLIANO, Individually | ) ) ) ) | Civil No.: 3:02CV718(MRK) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| DANBURY HOSPITAL, JAMES DEPUY, M.D., F. SCOTT GRAY, M.D., GEORGIANA KNOWLES, P.A., DEANNA WOLFFE, P.A., DAVID OELBERG, M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D., ARTHUR KOTCH, M.D., JULIA CIRCIUMARA, M.D., ANDRE KOUZNETSOV, M.D., MICHAELA FEDERICA, M.D., MAUREEN BENNETT, R.N., JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N., "JANE DOE NO. 1", "JANE DOE NO. 2" and "JANE DOE NO. 3" | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | August 16, 2004 |

## AFFIDAVIT OF ERIC J. STOCKMAN, Esq.

I, Eric J. Stockman, hereby depose and say:

1. I am over the age of eighteen and believe in the obligation of an oath.

2. I am counsel for defendants Danbury Hospital, David Oelberg, M.D., David Yuan, M.D., Arthur Kotch, M.D., Julia Circiumara, M.D., Andre Kouznetsov, M.D., Michaela Federica, M.D., Maureen Burnett, R.N., JoAnn Brown, R.N., Beth Ann Hoffman, R.N., Vanessa Saipher, Betsy Miles and Jane Doe No. 3 in the above captioned matter.

3. On several occasions in the last two weeks, counsel for plaintiffs, Attorneys Joseph Lanni and Scott Morgan, and I have made good faith efforts to resolve our differences regarding deposition dates, to no avail.

_____
Eric J. Stockman, Esq.

Before me appeared Eric J. Stockman who swore to the truth of the foregoing this 16th day of August, 2004.

_____
Notary Public

My Commission Expires:

DEBRA J. DELLA MONICA
*NOTARY PUBLIC*
MY COMMISSION EXPIRES APR. 30, 2007