UNITED STATES DISTRICT COURT  FILED

DISTRICT OF CONNECTICUT

2004 AUG 18 P 3:17

U.S. DISTRICT COURT
HARTFORD, CT.

LAURA GUIGLIANO,  :
    Plaintiff,  :
    v.  :  CASE NO. 3:02CV718 (RNC)
DANBURY HOSPITAL, ET AL.,  :
    Defendants.  :

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___ To supervise discovery and resolve discovery disputes;

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___ To conduct settlement conferences;

___ To conduct a prefiling conference;

___ To assist the parties in preparing a joint trial memorandum;

_X_ A ruling on the following pending motions:
Motion for Protective Order [doc. 91]

So ordered.

Dated at Hartford, Connecticut this _18_ day of August 2004.

Robert N. Chatigny
United States District Judge