FILED

2004 DEC 22  A 10: 56

U.S. DISTRICT COURT
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, a Person Adjudged to be Incompetent, and LAURA GUIGLIANO, Individually<br><br>Plaintiffs,<br><br>v.<br><br>DANBURY HOSPITAL, JAMES DEPUY, M.D., F. SCOTT GRAY, M.D., GEORGIANA KNOWLES, P.A., DEANNA WOLFFE, P.A., DAVID OELBERG, M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D., ARTHUR KOTCH, M.D., JULIA CIRCIUMARA, M.D., ANDRE KOUZNETSOV, M.D., MICHAELA TUDORICA, M.D., MAUREEN BURNETT, R.N., JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N., VANESSA SAIPHER, BETSY MILES and "JANE DOE NO. 3"<br><br>Defendants | Civil No.: 302CV718 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>December 21, 2004 |

## APPEARANCE

Please enter the appearance of Maureen Sullivan Dinnan, Esq. on behalf of the following defendants: Danbury Hospital, David Oelberg, M.D., David Yuan, M.D., Arthur Kotch, M.D., Julia Circiumara, M.D., Andre Kouznetsov, M.D., Michaela Tudorica, M.D., Maureen Burnett, R.N., JoAnn Brown, R.N., Beth Ann Hoffman, R.N., Vanessa Saipher, Betsy Miles and Jane Doe No. 3. This

appearance is in addition to the appearance of Michael D. Neubert, Esq., Eric J. Stockman, Esq. and Nancy A. Meehan, Esq.

        Defendants,

By: _____
   Maureen Sullivan Dinnan
   Neubert, Pepe & Monteith
   195 Church Street
   New Haven, CT 06510
   Fed. Bar No. 05587
   (203) 821-2000

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the 21st day of December, 2004 to the following counsel of record:

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue – 7th Floor
New York, New York 1001

Garie J. Mulcahey, Esq.
Bai, Pollock & Mulcahey, Esq.
10 Middle Street
Bridgeport, CT 06604

Kevin Tepas, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905

Richard O'Connor, Esq.
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
Building 2, Suite 1001
P.O. Box 1323
Middlebury, Ct 06762-1323

Maureen Sullivan Dinnan