UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------X

| | |
|---|---|
| LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, as a Person Adjudged to be Incompetent, and LAURA GUIGLIANO, Individually | CIVIL ACTION NO.: 3:02 CV 718 (RNC) |
| Plaintiffs, | |
| VS. | |
| DANBURY HOSPITAL, JAMES DEPUY, M.D., F. SCOTT GRAY, M.D., GEORGINA CARLSON, P.A., DEANNA WOLFFE, P.A., DAVID OELBERG, M.D., DAVID YUAN, M.D., J. BORRUSO, M.D., ARTHUR KOTCH, M.D., JULIA CIRCIUMARA, M.D., ANDRE KOUZNETSOV, M.D., MICHAELA FEDERICA, M.D., MUAREEN BENNETT, R.N., JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N., JANE DOE NO. 1, JANE DOE NO. 2 AND JANE DOE NO. 3 | |
| Defendants. | JANUARY 20, 2005 |

---------------------------------------X

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as co-counsel in this case for **THE CO-DEFENDANT, GEORGINA KNOWLES-CARLSON, only.**

_____        _____
Date                                  Gaileen A. Kaufman
                                      Bai, Pollock, Blueweiss &
                                           Mulcahey, P.C.
                                      One Corporate Drive
                                      Shelton, Connecticut 06484
                                      (203) 925-8100
                                      #ct09826

## ***C E R T I F I C A T I O N***

      This is to certify that on _____, a copy of the foregoing was mailed, postage prepaid to all counsel and pro-se parties of record to wit:

Joseph Lanni, Esq.
138 Chatsworth Ave., Suite 6-8
Larchmont, NY 10538

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue, 7th FL
New York, NY  10001

Michael Neubert, Esq.
Neubert, Pepe & Monteith
195 Church St.,
New Haven, CT  23067

Christine Robinson, Esq.
Hitt, Sachner & Miele
673 S. Main St.
Cheshire, CT  06410

Michael Ryan, Esq.
Ryan, Ryan, Johnson & DeLuca, LLP
80 Fourth Street
Stamford, CT  06905

    _____
    Gaileen A. Kaufman