UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------X

| | |
|---|---|
| LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, as a Person Adjudged to be Incompetent, and LAURA GUIGLIANO, Individually | CIVIL ACTION NO.: 3:02 CV 718 (RNC) |
| Plaintiffs, VS. | |
| DANBURY HOSPITAL, JAMES DEPUY, M.D., F. SCOTT GRAY, M.D., GEORGINA CARLSON, P.A., DEANNA WOLFFE, P.A., DAVID OELBERG, M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D., ARTHUR KOTCH, M.D., JULIA CIRCIUMARA, M.D., ANDRE KOUZNETSOV, M.D., MICHAELA FEDERICA, M.D., MUAREEN BENNETT, R.N., JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N., JANE DOE NO. 1, JANE DOE NO. 2 AND JANE DOE NO. 3 | |
| Defendants.                       X | January 20, 2005 |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(b), the undersigned defendant, **GEORGINA CARLSON, P.A. a/k/a GEORGINA KNOWLES, P.A.**, hereby moves for summary judgment as to Plaintiff's Amended Complaint dated June 29, 2004.  Summary judgment should be entered because the plaintiff has failed to

disclose an expert witness in this medical malpractice action to testify that she deviated from the standard of care, or that anything she did or did not do proximately caused the injuries the plaintiff's decedent allegedly sustained pursuant to Connecticut General Statutes Section 52-184c.  Therefore, the plaintiff will be unable to establish a prima facie case and there is no issue of material fact.

In support of this motion, the undersigned defendant submits the attached memorandum of law.

```
                              THE DEFENDANT,
                              GEORGINA KNOWLES, P.A.


                              _____
                              GAILEEN A. KAUFMAN
                                    OF
                              BAI, POLLOCK, BLUEWEISS
                                 & MULCAHEY, P.C.
                              One Corporate Drive, Fifth Floor
                              Shelton, CT 06484
                              gkaufman@baipollock.com
                              Telephone:  (203)925-8100
                              Facsimile:  (203)925-8101
                              Federal Bar No. CT 09826
```

**C E R T I F I C A T I O N**

This is to certify that on _____, a copy of the foregoing has been mailed, postage prepaid to all counsel and pro-se parties of record to wit:

Joseph Lanni, Esq.
138 Chatsworth Ave., Suite 6-8 LLP
Larchmont, NY 10538

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue, 7th FL
New York, NY 10001

Michael Neubert, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 23067

Christine Robinson, Esq.
Hitt, Sachner & Miele
673 S. Main St.
Cheshire, CT 06410

Michael Ryan, Esq.
Ryan, Ryan, Johnson & DeLuca, 
80 Fourth Street
Stamford, CT 06905

_____
GAILEEN A. KAUFMAN
         OF
BAI, POLLOCK, BLUEWEISS
   & MULCAHEY, P.C.
One Corporate Drive, Fifth Floor
Shelton, CT 06484
gkaufman@baipollock.com
Telephone: (203)925-8100
Facsimile: (203)925-8101
Federal Bar No. CT 09826