**The Law Firm Of**
**JOSEPH LANNI, P. C.**
138 Chatsworth Avenue, Suites 6 – 8
Larchmont, New York 10538
Tel: (914) 834-6600  /  Fax: (914) 834-0152

January 21, 2005

Kevin F. Rowe, Clerk of the Court
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

       RE:    **GUIGLIANO v. DANBURY HOSPITAL, ET AL.**
               *302 CV 718 (RNC)(DFM)*

Dear Sir:

      In reviewing the history of CM-ECF document filings in the above referenced matter via the Pacer System, the undersigned discovered that plaintiff's *Amended Complaint, dated June 29, 2004*, was never logged into the court file on this case. Answers to the same Amended Complaint were filed by the defendants on the dates of June 18, 2004, July 29, 2004, August 10, 2004, and August 26, 2004. To ensure that the court history file of CM-ECF document filings is complete and accurate, enclosed please find the *Amended Complaint, dated June 29, 2004*, along with a CD containing the same document. Please file same with the Court.

                                                Respectfully submitted:

                                                 _____
                                                 **JOSEPH LANNI**    (CT 23566)

JL/yk
Enclosures

*Kevin F. Rowe, Clerk of the Court*
*United States District Court*
*District of Connecticut*
*January 21, 2005*
*Page 2 of 2*

Cc:

(VIA REGULAR MAIL)

| | |
|---|---|
| Michael Neubert, Esq. | Richard A. O'Connor, Esq. |
| Neubert, Pepe & Monteith | Sachner & O'Connor, L.L.C. |
| 195 Church Street | 765 Straits Turnpike |
| New Haven, CT 23067 | Building 2, Suite 1001 |
| | Middlebury, CT 06762-1323 |
| | |
| Benjamin K. Potok, Esq. | Kevin M. Tepas, Esq. |
| Bai, Pollock, Blueweiss | Ryan, Ryan, Johnson |
| & Mulcahey, P.C. | & Deluca, LLP |
| One Corporate Drive | 80 Fourth Street |
| Shelton, CT 06484 | Stamford, CT 06905 |

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York, New York 10001