UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
==========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,

                            Plaintiff(s)

                    -against-

DANBURY HOSPITAL, JAMES DEPUY, M.D.,
F. SCOTT GRAY, M.D., GEORGIANA KNOWLES,
P.A., DEANNA WOLFFE, P.A., DAVID OELBERG,
M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D.,
ARTHUR KOTCH, M.D., IULIA CIRCIUMARA,           *3:02 CV 718*
M.D., ANDREI KOUZNETSOV, M.D., MIHAELA         *(RNC)(DFM)*
TUDORICA, M.D., MAUREEN BENNETT, R.N.,
JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N.,
VANESSA SAIPHER, JOE ROTH and "JANE DOE
NO. 1" (*full identity unknown, being identified as a
DANBURY HOSPITAL employee who was assigned to
monitor, supervise and attend to patient MICHAEL
GUIGLIANO prior to and during a CT Scan procedure
on 2/17/01*),

                            Defendants.
==========================================X

**PLAINTIFF'S MOTION
FOR JOINDER OF ADDITIONAL DEFENDANTS,
FOR LEAVE TO SERVE A SECOND AMENDED COMPLAINT
& FOR ISSUANCE OF A SUPPLEMENTAL SCHEDULING ORDER.**

(Dated: January 21, 2005)

      PLEASE TAKE NOTICE that, upon the the annexed *Plaintiff's Memorandum of Law*, dated January 21, 2005, and the annexed Exhibits 1 - 5, the undersigned counsel will move[1] this Court, before U.S. District Judge Robert N. Chatigny, at the United States

---

[1] **ORAL ARGUMENT [IS ___ /IS NOT _X_ ]
REQUESTED FOR THIS MOTION**.

1

Courthouse, 450 Main Street, Hartford, Connecticut 06103 for an Order and Decision granting the following relief:

1. Pursuant to *Fed. R. Civ. P. 20 (a)*, granting leave to the plaintiff to join JOSEPH J. CATANIA, M.D., DANBURY SURGICAL ASSOCIATES, P.C., and SCOTT B. BERGER, M.D., as defendants in this action on the ground that the claims to be brought against these proposed additional defendants arise out of the same series of transactions and occurrences as the claims already made against defendants and that common questions of law and fact exist in this action between the proposed additional defendants and the aforementioned defendants;

2. Pursuant to *Fed. R. Civ. P. 15 (a)*, granting leave to the plaintiff to serve a *Second Amended Complaint* adding JOSEPH J. CATANIA, M.D., DANBURY SURGICAL ASSOCIATES, P.C., and SCOTT B. BERGER, M.D., as defendants to the caption of this action and asserting claims for medical malpractice, negligence and wrongful death against these proposed additional defendants which arise out of the same series of transactions and occurrences as the claims already made against defendants and which involve common questions of law and fact between the proposed additional defendants and the aforementioned defendants;

3. Pursuant to *Fed. R. Civ. P. 16 (a) (b) & (c)*, *Fed. R. Civ. P. 26 (f)*, *L. Civ. R. 16(a) & (b)* and *L. Civ. R. 7 (a)*, issuing a supplemental scheduling order governing

2

disclosure by and from newly joined defendants and extending the deadlines in the *Case Management Order* previously filed with this Court in order to permit all defendants to serve Answers to the *Second Amended Complaint* and complete discovery by and from newly joined defendants.

and for such other and further relief deemed to be just and proper by this Court under the circumstances.

PLEASE TAKE FURTHER NOTICE that, pursuant to *L. Civ. R. 9(a)* and the rules of Judge Chatigny, any paper opposing or answering this motion must be served upon the undersigned counsel no later than twenty-one (21) days after the filing of this motion.

Dated: Larchmont, New York
       January 21, 2005

                              Yours, etc.,

                              _____
                              **JOSEPH LANNI**         (CT 23566)
                              The Law Firm Of JOSEPH LANNI, P.C.
                              Attorneys for Plaintiff
                              LAURA GUIGLIANO
                              138 Chatsworth Avenue, Suites 6-8
                              Larchmont, New York 10538
                              (914) 834- 6600
                              Fax: (914) 834-0152

TO:   SACHNER & O'CONNOR
      Attorneys for Defendants
      DEPUY, GRAY & WOLFF
      765 Straits Turnpike, Bldg. 2, Ste. 1001

3

P.O. Box 1323
Middlebury, CT 06762-1323

NEUBERT, PEPE & MONTIETH, P.C.
Attorneys for Defendants DANBURY HOSPITAL,
OELBERG, YUAN, KOTCH, CIRCIUMARA,
KUZNETSOV, TUDORICA, BENNETT,
BROWN and HOFFMAN
195 Church Street
New Haven, CT 06510

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendant BORRUSO
80 Fourth Street
Stamford, CT 06905

BAI, POLLOCK, BLUEWIESS
& MULCAHEY, P.C.
Attorneys for Defendant KNOWLES
One Corporate Drive
Shelton, CT 06484

SCOTT F. MORGAN, ESQ.
WEINER, MILLO & MORGAN, LLC
Co-Counsel for Plaintiff
LAURA GUIGLIANO
220 Fifth Avenue, 7th Floor
New York, New York 10001

# DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York. I served a true copy of the annexed: PLAINTIFFS' MOTION FOR JOINDER OF ADDITIONAL DEFENDANTS, FOR LEAVE TO SERVE A SECOND AMENDED COMPLAINT & FOR ISSUANCE OF A SUPPLEMENTAL SCHEDULING ORDER, (dated January 21, 2005), PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR FOR JOINDER OF ADDITIONAL DEFENDANTS, FOR LEAVE TO SERVE A SECOND AMENDED COMPLAINT & FOR ISSUANCE OF A SUPPLEMENTAL SCHEDULING ORDER, NOTICE OF MANUAL FILING, and EXHIBITS 1 – 5, on the date of January _____ , 2005, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U. S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL, OELBERG, YUAN, KOTCH, CIRCIUMARA, KOUZNETSOV (s/h/a KUZNETS), TUDORICA, BURNETT, BROWN, HOFFMAN, DOE NO. 1, DOE NO. 2 & DOE NO. 3
195 Church Street
New Haven, CT 23067
Tel.: (203) 821-2000

SACHNER & O'CONNOR
Attorneys for Defendants
DEPUY, GRAY, & WOLFFE
765 Straits Turnpike
Building 2, Suite 1001
Middlebury, CT 06762-1323
Tel.: (203) 598-7585

BAI, POLLOCK, BLUEWEISS & MULCAHEY, P.C.
Attorneys for Defendants
KNOWLES
One Corporate Drive
Shelton, CT 06484
Tel.: (203) 925-8100

RYAN, RYAN, JOHNSON & DELUCA, LLP
Attorneys for Defendants
BORRUSSO
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 357-9200

SCOTT F. MORGAN (CT 23648)
WEINER, MILLO & MORGAN, LLP
Attorneys for Plaintiffs
220 Fifth Avenue
Seventh Floor
New York, New York 10001
Tel.: (212) 213-1220

Executed on January _____, 2005, Larchmont, New York.

_____
**JOSEPH LANNI   (CT 23566)**