UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
==========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA        *3:02 CV 718*
GUIGLIANO, Individually,                          *(RNC)(DFM)*
                Plaintiff(s)

                                                        **NOTICE OF**
               -against-                            **MANUAL FILING**

DANBURY HOSPITAL, JAMES DEPUY, M.D.,
F. SCOTT GRAY, M.D., ET AL.,
                Defendants.
==========================================X

       PLEASE TAKE NOTICE that Plaintiff LAURA GUIGLIANO, by her attorneys, has manually filed the following documents with the Court:

       Exhibit 1 – Complaint (dated April 12, 2002)
       Exhibit 2 – Court Order Staying Action (dated )
       Exhibit 3 – Amended Complaint (dated June 29, 2004)
       Exhibit 4 – [Proposed] Second Amended Complaint
       Exhibit 5 – Case Management Order (dated November 9, 2004)
       (Exhibits 1 – 5 attached to Plaintiff's Motion, dated January 21, 2005)

       These documents have not been filed electronically because:

[X]    the document[s] (or thing[s]) cannot be converted to an electronic format;
[ ]    the electronic file size of the document exceeds 1.5 mb;
[ ]    the document[s] (or thing[s]) [is/are] filed under seal pursuant to the local rules of court;
[ ]    the document[s] (or thing[s]) [is/are] filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g., Motion for Expert or Other Services Pursuant to 18 U.S.C. 3006a];
[ ]    Plaintiff[s]/Defendant[s] [is/are] excused from electronically filing this document[s] (or thing[s])  by court order.

                                      Respectfully submitted:

                                      _____
                                      **JOSEPH LANNI**             (CT  23566)
                                      THE LAW FIRM OF JOSEPH LANNI, P.C.
                                      Attorneys for Plaintiff LAURA GUIGLIANO
                                      138 Chatsworth Avenue, Suites 6-8
                                      Larchmont, New York 10538
                                      (914) 834-6600