UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CASE NUMBER: 302CV718(RNC)**

**Laura Guigliano, as Guardian Ad Litem
for Michael Guigliano, a Person Adjudged to
be Incompetent and Laura Guigliano, Individually**

                                    **Plaintiffs**

**Vs.**

**Danbury Hospital, James Depuy, M.D., F. Scott
Gray, M.D., Georgiana Knowles, P.A., Deanna
Wolff, P.A., David Oelberg, M.D., David Yuan, M.D.,
J. Borrusso, M.D., Arthur Kotch, M.D., Julia Circiumara,
M.D., Andre Kouznetsov, M.D., Michaela Federica, M.D.,
Maureen Bennett, R.N. Joanne Brown, R.N., Beth Ann
Hoffman, R.N., R.N.,"Jane Doe No. 1:, "Jane Doe No. 2"
and "Jane Doe No. 3"**

                                    **Defendants**        **JANUARY 26, 2005**

## REQUST FOR PRE-FILING CONFERENCE

The defendants, James Depuy, M.D., Scott Gray, M.D. and Deanne Wolff, P.A.'s respectfully request the Court to schedule a pre-filing conference in this medical malpractice action as it is the intention of these defendants to file a motion for summary judgment and a Federal Rule of Civil Procedure 41(b) motion for dismissal. Pursuant to the November 8, 2004 case management order of the Court (Chatigny, J.), dispositive motions are to be filed on or before May 25, 2005.

The proposed motions will be filed in combination and/or the alternative to facilitate the proper excision of these defendants from this matter and to effectuate the representations made by counsel for the plaintiff, Joseph Lanni, initially in November of 2004 and continued through January of 2005, that these defendants would be withdrawn from this case, based upon plaintiff's failure to offer any expert opinion against these defendants. The defendants have relied upon those oral and written statements made by plaintiff's counsel and consequently ceased all activity on this file including actively defending this case. The specific need for these motions arose when two co-defendants refused to sign the proposed Federal Rule of Civil Procedure 41(a)(2) stipulation of voluntary dismissal.

The aforesaid circumstances make it imperative that the issues addressed by these proposed motions be heard by the Court on an expedited basis as further discovery is scheduled to take place in this case by way of depositions scheduled for February 3 and February 17, 2005.

For the foregoing reasons, the defendants respectfully request that the Court set a date for a pre-filing conference so that these defendants can obtain extrication from this matter and/or an expedited hearing on the merits relative to the proposed motion for summary judgment and Federal Rule of Civil Procedure 41(b) motion for dismissal.

                                                    THE DEFENDANTS,
                                                    JAMES DEPUY, M.D.,
                                                    SCOTT GRAY, M.D. AND
                                                    DEANNA WOLFF, P.A.


                                                   By_____
                                                   Richard A. O'Connor
                                                   SACHNER & O'CONNOR
                                                   The Crossroads West
                                                   765 Straits Turnpike, Bldg. 2, Ste. 1001
                                                   P.O. Box 1323
                                                   Middlebury, CT 06762-1323
                                                   Telephone: 203-598-7585
                                                   Fax (203) 598-7595
                                                   Federal Bar No. Ct. 18976

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was mailed, postage prepaid, on the ___ day of January, 2005, to the following counsel of record:

Nancy A. Meehan, Esq.
Eric J. Stockman, Esq.
Michael Neubert, Esq.
Maureen Dinnan, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 06510

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538

Scott F. Morgan, Esq.
Weiner, Millo & Morgan
220 Fifth Avenue, 7th Floor
New York, NY 10001

Garie J. Mulcahey, Esq.
Jason J. Hyjek, Esq.
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Drive
Shelton, CT 06408

Daniel E. Ryan, III, Esq.
Michael T. Ryan, Esq.
Kevin M. Tepas, Esq.
Ryan, Ryan, Johnson & Deluca
80 Fourth Street
Stamford, CT 06905

Robert Finke, Esq.
14 Henry Street                                                 _____
Darien, CT 06820                                                Richard A. O'Connor