# The Law Firm Of
# JOSEPH LANNI, P. C.
138 Chatsworth Avenue, Suites 6 – 8
Larchmont, New York 10538
Tel: (914) 834-6600 / Fax: (914) 834-0152

December 29, 2004

**VIA FACSIMILE**
**VIA REGULAR MAIL**

| | |
|---|---|
| Eric Stockman, Esq. | Richard A. O'Connor, Esq. |
| Neubert, Pepe & Monteith | Sachner & O'Connor, L.L.C. |
| 195 Church Street | 765 Straits Turnpike |
| New Haven, CT 06510 | Building 2, Suite 1001 |
| | Middlebury, CT 06762-1323 |
| | |
| Garie Mulcahey, Esq. | Kevin Tepas, Esq. |
| Bai, Pollock, Blueweiss | Ryan, Ryan, Johnson |
| & Mulcahey, P.C. | & Deluca, LLP |
| 10 Middle Street | 80 Fourth Street |
| Bridgeport, CT 06604 | Stamford, CT 06905 |

RE: **GUIGLIANO v. DANBURY HOSPITAL, ET AL.**
*302 CV 718 (RNC)(DFM)*

Dear Counsel:

I have received written authorization from my client, Laura Guigliano, to discontinue the claims against those answering defendants whose conduct was not addressed by and not considered to constitute departures from proper medical and nursing practice in our experts' reports. Thus, the plaintiff is willing to withdraw all claims asserted against defendants Gray, DePuy, Wolff, Knowles-Carlson, Oelberg, Yuan, Kouznetsov and Tudorica.

According to *Fed. R. Civ. P. 41*, the discontinuance or dismissal of claims against a defendant can be accomplished by stipulation, designated to be "with prejudice", signed by all of the parties (*Rule 41(a)(1)*) or by court order (*Rule 41(a)(2)*). Please advise me at the earliest convenience whether all parties are willing to proceed with the discontinuance of the claims against the above named defendants via stipulation as provided by Rule 41(a)(1) or whether filing a motion for the requisite court order pursuant to (*Rule 41(a)(2)*) is needed.

December 29, 2004
Page 2 of 2

    Assuming that a stipulation will be sufficient, I am forwarding the original of a *Fed. R. Civ. P. 41(a)(1) Stipulation of Voluntary Dismissal of Certain Claims*, dated December 29, 2004, (signed by Mr. Morgan and I), enclosed with the copy of this letter to Mr. O'Connor (Sachner & O'Connor). I ask Mr. O'Connor to sign this stipulation on behalf of his clients and then send the stipulation to Ms. Mulcahy (Bai, Pollock, et al.) for signature, then for Ms. Mulcahy to send it on to the offices of Neubert, et al., and so forth. Upon its return to my offices, we will take care of electronically filing same with the court clerk.

    Thank you for your courtesy and cooperation with this matter.

                                            Very truly yours,

                                            JOSEPH LANNI (CT 23566)

JL/
Enclosure

Cc:

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York, New York 10001