UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB -4 A 10: 42
U.S. DISTRICT COURT
HARTFORD, CT.

LAURA GUIGLIANO,
    Plaintiff,

v.

DANBURY HOSPITAL, ET AL.,
    Defendants.

CASE NO. 3:02CV718 (RNC)

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_X_ To supervise discovery and resolve discovery disputes;

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___ To conduct settlement conferences;

_X_ To conduct a prefiling conference;

___ To assist the parties in preparing a joint trial memorandum;

___ A ruling on the following pending motions:

_____

So ordered.

Dated at Hartford, Connecticut this 4 day of February 2005.

Robert N. Chatigny
United States District Judge