FILED

2005 JAN 26 P 3:58

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER: 302CV718(RNC)

Laura Guigliano, as Guardian Ad Litem
for Michael Guigliano, a Person Adjudged to
be Incompetent and Laura Guigliano, Individually

**Plaintiffs**

**Vs.**

Danbury Hospital, James Depuy, M.D., F. Scott
Gray, M.D., Georgiana Knowles, P.A., Deanna
Wolff, P.A., David Oelberg, M.D., David Yuan, M.D.,
J. Borrusso, M.D., Arthur Kotch, M.D., Julia Circiumara,
M.D., Andre Kouznetsov, M.D., Michaela Federica, M.D.,
Maureen Bennett, R.N. Joanne Brown, R.N., Beth Ann
Hoffman, R.N., R.N.,"Jane Doe No. 1:, "Jane Doe No. 2"
and "Jane Doe No. 3"

**Defendants**          JANUARY 26, 2005

## REQUST FOR PRE-FILING CONFERENCE

The defendants, James Depuy, M.D., Scott Gray, M.D. and Deanne Wolff, P.A.'s

respectfully request the Court to schedule a pre-filing conference in this medical malpractice

action as it is the intention of these defendants to file a motion for summary judgment and a

Federal Rule of Civil Procedure 41(b) motion for dismissal.  Pursuant to the November 8,

2004 case management order of the Court (Chatigny, J.), dispositive motions are to be filed

on or before May 25, 2005.

*(left margin, rotated text:)*

Robert N. Chatigny, U.S.D.J.

The matter is referred

The request for a prefiling conference is granted.  So ordered.

to Magistrate Judge Donna F. Martinez for a prefiling conference.

**February 4, 2005.**

2005 FEB -4 A 10: 4

U.S. DISTRICT COURT
HARTFORD, CT.