UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB -4 P 2: 28

U.S. DISTRICT COURT
HARTFORD, CT

LAURA GUIGLIANO,

    Plaintiff,

v.

DANBURY HOSPITAL, ET AL.,

    Defendants.

CASE NO. 3:02CV718 (RNC)

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___ To supervise discovery and resolve discovery disputes;

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___ To conduct settlement conferences;

___ To conduct a prefiling conference;

___ To assist the parties in preparing a joint trial memorandum;

_X_ A recommended ruling on the following pending motions: Motion for Involuntary Dismissal with Prejudice [doc. 107]

So ordered.

Dated at Hartford, Connecticut this _4_ day of February 2005.

Robert N. Chatigny
United States District Judge