UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB 10 P 3:55

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LAURA GUIGLIANO, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:02CV718 (RNC) |
| DANBURY HOSPITAL, ET AL., | : |
| Defendants. | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___ To supervise discovery and resolve discovery disputes;

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___ To conduct settlement conferences;

___ To conduct a prefiling conference;

___ To assist the parties in preparing a joint trial memorandum;

_X_ A recommended ruling on the following pending motions: Motion for Summary Judgment [doc. 101]

So ordered.

Dated at Hartford, Connecticut this _10_ day of February 2005.

Robert N. Chatigny
United States District Judge