UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER: 302CV718(RNC)

**Laura Guigliano, as Guardian Ad Litem**
**for Michael Guigliano, a Person Adjudged to**
**be Incompetent and Laura Guigliano, Individually**

**Plaintiffs**

Vs.

**Danbury Hospital, James Depuy, M.D., F. Scott**
**Gray, M.D., Georgiana Knowles, P.A., Deanna**
**Wolff, P.A., David Oelberg, M.D., David Yuan, M.D.,**
**J. Borrusso, M.D., Arthur Kotch, M.D., Julia Circiumara,**
**M.D., Andre Kouznetsov, M.D., Michaela Federica, M.D.,**
**Maureen Bennett, R.N. Joanne Brown, R.N., Beth Ann**
**Hoffman, R.N., R.N.,"Jane Doe No. 1:, "Jane Doe No. 2"**
**and "Jane Doe No. 3"**

Defendants             FEBRUARY 16, 2005

### MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56 and Local Rule 56, the defendants, James Depuy, M.D., Scott Gray, M.D. and Deanna Wolff, P.A., hereby move for summary judgment as to Counts One and Two of the plaintiff's Complaint, alleging medical malpractice and loss of consortium respectively, in that there are no genuine issues of material fact and these defendants are entitled to judgment as a matter of law.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

More particularly, these defendants move for summary judgment for failure of the plaintiff to put forth the requisite expert opinion testimony as to breach of the applicable standard of care and causation. Plaintiff's counsel has no objection to the granting of this Motion.

A Memorandum of Law in support of this motion and the Local Rule 56(a)1 Statement are filed herewith.

>THE DEFENDANTS,
>JAMES DEPUY, M.D.,
>SCOTT GRAY, M.D. AND
>DEANNA WOLFF, P.A.
>
>By_____
>Richard A. O'Connor
>SACHNER & O'CONNOR
>The Crossroads West
>765 Straits Turnpike, Bldg. 2, Ste. 1001
>P.O. Box 1323
>Middlebury, CT 06762-1323
>Telephone: 203-598-7585
>Fax (203) 598-7595
>Federal Bar No. Ct. 06082

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the ___ day of February, 2005, to the following counsel of record:

Nancy A. Meehan, Esq.
Eric J. Stockman, Esq.
Michael Neubert, Esq.
Maureen Dinnan, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 06510

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538

Scott F. Morgan, Esq.
Weiner, Millo & Morgan
220 Fifth Avenue, 7th Floor
New York, NY 10001

Garie J. Mulcahey, Esq.
Jason J. Hyjek, Esq.
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Drive
Shelton, CT 06408

Daniel E. Ryan, III, Esq.
Michael T. Ryan, Esq.
Kevin M. Tepas, Esq.
Ryan, Ryan, Johnson & Deluca
80 Fourth Street
Stamford, CT 06905

Robert Finke, Esq.
14 Henry Street                                           _____
Darien, CT 06820                                          Richard A. O'Connor