UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CASE NUMBER: 302CV718(RNC)**

**Laura Guigliano, as Guardian Ad Litem
for Michael Guigliano, a Person Adjudged to
be Incompetent and Laura Guigliano, Individually**

**Plaintiffs**

Vs.

**Danbury Hospital, James Depuy, M.D., F. Scott
Gray, M.D., Georgiana Knowles, P.A., Deanna
Wolff, P.A., David Oelberg, M.D., David Yuan, M.D.,
J. Borrusso, M.D., Arthur Kotch, M.D., Julia Circiumara,
M.D., Andre Kouznetsov, M.D., Michaela Federica, M.D.,
Maureen Bennett, R.N. Joanne Brown, R.N., Beth Ann
Hoffman, R.N., R.N.,"Jane Doe No. 1:, "Jane Doe No. 2"
 and "Jane Doe No. 3"**

**Defendants**        **FEBRUARY 16, 2005**

**LOCAL RULE 56(a)1 STATEMENT**

1. The plaintiff, by Amended Complaint dated June 29, 2004, asserts in Count One a claim of medical malpractice against the defendants, James Depuy, M.D., Scott Gray, M.D. and Deanne Wolff, P.A. (See Plaintiff's Amended Complaint dated June 29, 2004 attached as **Exhibit A**.)

2. The plaintiff, by Amended Complaint dated June 29, 2004, asserts in Count Two a derivative claim for loss of consortium against the defendants, James Depuy,

      M.D., Scott Gray, M.D. and Deanne Wolff, P.A. (See Plaintiff's Amended Complaint dated June 29, 2004 attached as **Exhibit A**.)

3. The plaintiff's disclosed trial experts are Richard Batista, Jr., M.D. (General Surgery), Brian Kaufman, M.D. (Internal Medicine and Critical Care Medicine), Gerard A. Catanese, M.D. (Pathology), Helen Zellner, Ph.D. (Economics) and Nancy Mure, R.N, said experts and their reports disclosed pursuant to Rule 26 on November 17, 2004.  (See Plaintiff's disclosure of experts attached as **Exhibit** C.)

4. According to counsel for the plaintiff, none of the medical experts she has disclosed will be expressing opinions regarding standard of care, breach and causation as to the defendants, James Depuy, M.D., Scott Gray, M.D. and Deanne Wolff, P.A.  (See **Exhibits** D and E attached hereto.)

5. The expert reports do not set forth a standard of care and/or causation opinions as to the moving defendants.  (See **Exhibits** C, D and E attached hereto.)

                THE DEFENDANTS,
                JAMES DEPUY, M.D.,
                SCOTT GRAY, M.D. AND
                DEANNA WOLFF, P.A.


                By_____
                Richard A. O'Connor
                SACHNER & O'CONNOR
                The Crossroads West
                765 Straits Turnpike, Bldg. 2, Ste. 1001
                P.O. Box 1323
                Middlebury, CT 06762-1323
                Telephone: 203-598-7585
                Fax (203) 598-7595
                Federal Bar No. Ct. 06082


## **CERTIFICATION**

  This is to certify that a copy of the foregoing was mailed, postage prepaid, on the ___ day of February, 2005, to the following counsel of record:

Nancy A. Meehan, Esq.
Eric J. Stockman, Esq.
Michael Neubert, Esq.
Maureen Dinnan, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 06510

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538

Scott F. Morgan, Esquire
Weiner, Millo & Morgan
220 Fifth Avenue, 7th Floor
New York, NY 10001

Garie J. Mulcahey, Esq.
Jason J. Hyjek, Esq.
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Drive
Shelton, CT 06484

Daniel E. Ryan, III, Esquire
Michael T. Ryan, Esq.
Kevin M. Tepas, Esq.
Ryan, Ryan, Johnson & Deluca
80 Fourth Street
Stamford, CT 06905

Robert Finke, Esq.
14 Henry Street
Darien, CT 06820

                                              Richard A. O'Connor