UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAURA GUIGLIANO, as guardian :
ad litem for MICHAEL GUIGLIANO, :
as a person adjudged to be :
incompetent, and LAURA :
GUIGLIANO, INDIVIDUALLY, :
:
Plaintiffs, :
:
v. :    CASE NO. 3:02CV718(RNC)
:
DANBURY HOSPITAL, ET AL., :
:
Defendants. :

RECOMMENDED RULING ON MOTION FOR SUMMARY JUDGMENT
AND MOTION FOR INVOLUNTARY DISMISSAL

This diversity medical malpractice action arises from treatment received by Michael Guigliano while a patient at the Danbury Hospital. Pending before the court are motions for summary judgment (doc. #101) and for involuntary dismissal (doc. #107) filed by the defendant Georgina Carlson a/k/a Georgina Knowles ("Knowles").

I.  Discussion

The plaintiff alleges that the defendants, including Knowles, a physician's assistant, were negligent and careless in their treatment and diagnosis of the decedent. The defendant Knowles now moves for summary judgment. Specifically, Knowles contends that there is no expert testimony to establish that she breached the standard of care and that her breach proximately and in fact caused the injuries and death of the decedent.

March 3, 2005. After review and absent objection, the Magistrate Judge's recommended ruling is hereby approved and adopted. So ordered. Robert N. Chatigny, U.S.D.J.