IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, a Person Adjudged to be Incompetent, and LAURA GUIGLIANO, Individually )<br><br>Plaintiffs, )<br><br>v. )<br><br>DANBURY HOSPITAL, JAMES DEPUY, M.D., F. SCOTT GRAY, M.D., GEORGIANA KNOWLES, P.A., DEANNA WOLFFE, P.A., DAVID OELBERG, M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D., ARTHUR KOTCH, M.D., JULIA CIRCIUMARA, M.D., ANDRE KOUZNETSOV, M.D., MICHAELA TUDORICA, M.D., MAUREEN BURNETT, R.N., JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N., VANESSA SAIPHER, BETSY MILES and "JANE DOE NO. 3" )<br><br>Defendants ) | Civil No.: 302CV718 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>March 3, 2005 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(b), the undersigned defendants, David Oelberg, M.D., Andre Kouznetsov, M.D., David Yuan, M.D., Arthur Kotch, M.D. and Michaela Tudorica, M.D., hereby move for summary judgment as to Plaintiff's Amended Complaint dated June 29, 2004. Summary judgment should be entered because the plaintiff has failed to disclose an expert witness who will testify that these defendants deviated from the standard of care or caused the injuries the plaintiff's decedent allegedly sustained.

A Memorandum of Law in support of this motion is attached.

                    THE DEFENDANTS,
                    DAVID OELBERG, M.D., ANDRE
                    KOUZNETSOV, M.D., DAVID YUAN, M.D.,
                    ARTHUR KOTCH, M.D. AND MICHAELA
                    TUDORICA, M.D.

                    _____
                    Maureen Sullivan Dinnan
                    Neubert, Pepe & Monteith, P.C.
                    195 Church St., 13th Floor
                    New Haven, CT  06510
                    203-821-2000
                    Fed. Bar No. ct05587

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on the 3rd day of March, 2005 to the following counsel of record:

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue – 7th Floor
New York, New York 1001

Garie J. Mulcahey, Esq.
Bai, Pollock & Mulcahey, Esq.
10 Middle Street
Bridgeport, CT 06604

Kevin Tepas, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905

Richard O'Connor, Esq.
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
Building 2, Suite 1001
P.O. Box 1323
Middlebury, Ct 06762-1323

                                                                 Maureen Sullivan Dinnan