IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, a Person Adjudged to be Incompetent, and LAURA GUIGLIANO, Individually<br><br>Plaintiffs,<br><br>v.<br><br>DANBURY HOSPITAL, JAMES DEPUY, M.D., F. SCOTT GRAY, M.D., GEORGIANA KNOWLES, P.A., DEANNA WOLFFE, P.A., DAVID OELBERG, M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D., ARTHUR KOTCH, M.D., JULIA CIRCIUMARA, M.D., ANDRE KOUZNETSOV, M.D., MICHAELA TUDORICA, M.D., MAUREEN BURNETT, R.N., JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N., VANESSA SAIPHER, BETSY MILES and "JANE DOE NO. 3"<br><br>Defendants | Civil No.: 302CV718 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>March 3, 2005 |

## LOCAL RULE 56(a)1 STATEMENT

1.  Plaintiff, by Amended Complaint dated June 29, 2004, asserts a claim of medical malpractice against the defendants, David Oelberg, M.D., Andre Kouznetsov, M.D., David Yuan, M.D., Arthur Kotch, M.D., and Michaela Tudorica, M.D. (See Plaintiff's Amended Complaint dated June 29, 2004 attached as **Exhibit A**).

2.  Plaintiff, by Amended Complaint dated June 29, 2004, asserts a derivative claim for loss of consortium against the defendants, David Oelberg, M.D., Andre Kouznetsov, M.D., David Yuan, M.D., Arthur Kotch, M.D. and Michaela Tudorica, M.D. (see Plaintiff's Amended Complaint dated June 29, 2004 attached as **Exhibit A**).

3.  Plaintiff's disclosed trial experts are Richard Batista, Jr., M.D., (General Surgery), Brian Kaufman, M.D. (Critical Care Medicine), Gerard A. Catanese, M.D. (forensic pathology), Helen Zellner, Ph.D. (Ecomonics) and Nancy Mure, R.N., said experts and their reports disclosed pursuant to Rule 26 on November 17, 2004 (See Plaintiff's disclosure of experts attached as **Exhibit C**)

4.  According to counsel for the plaintiff, none of the medical experts she has disclosed will be expressing opinions regarding standard of care, breach and causation as to the defendants, David Oelberg, M.D., Andre Kouznetsov, M.D., David Yuan, M.D., Arthur Kotch, M.D. and Michaela Tudorica, M.D. (See **Exhibit D** attached).

5.  The expert reports do not set forth a standard of care and/or causation opinions as to the moving defendants (See **Exhibits C and D** attached)

THE DEFENDANTS,
DAVID OELBERG, M.D., ANDRE
KOUZNETSOV, M.D., DAVID YUAN, M.D.,
ARTHUR KOTCH, M.D. AND MICHAELA
TUDORICA, M.D.

_____
Maureen Sullivan Dinnan
Neubert, Pepe & Monteith, P.C.
195 Church St., 13th Floor
New Haven, CT 06510
203-821-2000
Fed. Bar No. ct05587

# **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the 3rd day of March, 2005 to the following counsel of record:

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue – 7th Floor
New York, New York 1001

Garie J. Mulcahey, Esq.
Bai, Pollock & Mulcahey, Esq.
10 Middle Street
Bridgeport, CT 06604

Kevin Tepas, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905

Richard O'Connor, Esq.
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
Building 2, Suite 1001
P.O. Box 1323
Middlebury, Ct 06762-1323

Maureen Sullivan Dinnan