# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, a Person Adjudged to be Incompetent, and LAURA GUIGLIANO, Individually | )<br>)<br>)<br>)  Civil No.: 302CV718 (RNC) |
| Plaintiffs, | ) |
| v. | ) |
| DANBURY HOSPITAL, JAMES DEPUY, M.D., F. SCOTT GRAY, M.D., GEORGIANA KNOWLES, P.A., DEANNA WOLFFE, P.A., DAVID OELBERG, M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D., ARTHUR KOTCH, M.D., JULIA CIRCIUMARA, M.D., ANDRE KOUZNETSOV, M.D., MICHAELA TUDORICA, M.D., MAUREEN BURNETT, R.N., JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N., "JANE DOE NO. 1", "JANE DOE NO. 2" and "JANE DOE NO. 3" | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants | )  March 7, 2005 |

## **AMENDED APPEARANCE**

Please enter the appearance of Michael D. Neubert, Esq. on behalf of the following additional defendants: Vanessa Saipher and Joe Roth. This is in addition to the appearance entered on behalf of David Oelberg, M.D., David Yuan, M.D., Arthur Kotch, M.D., Iulia Circumaru, M.D., Andre Kouznetsov, M.D., Maureen Burnett, R.N., Joann Brown, R.N., and Beth Ann Hoffman, R.N.

Defendants,

By: /s/ Michael Neubert
Michael D. Neubert
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
Fed. Bar No. ct06444
(203) 821-2000

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the 7th day of March, 2005 to the following counsel of record:

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY  10538

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue – 7th Floor
New York, New York 1001

Garie J. Mulcahey, Esq.
Bai, Pollock & Mulcahey, Esq.
10 Middle Street
Bridgeport, CT  06604

Kevin Tepas, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT  06905

Richard O'Connor, Esq.
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
Building 2, Suite 1001
P.O. Box 1323
Middlebury, CT 06762-1323

_____
Michael D. Neubert