**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, a Person Adjudged to be Incompetent, and LAURA GUIGLIANO, Individually | ) ) ) ) | Civil No.: 302CV718 (RNC) |
| | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DANBURY HOSPITAL, JAMES DEPUY, M.D., F. SCOTT GRAY, M.D., GEORGIANA KNOWLES, P.A., DEANNA WOLFFE, P.A., DAVID OELBERG, M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D., ARTHUR KOTCH, M.D., JULIA CIRCIUMARA, M.D., ANDRE KOUZNETSOV, M.D., MICHAELA TUDORICA, M.D., MAUREEN BURNETT, R.N., JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N., VANESSA SAIPHER, JOE ROTH, and "JANE DOE NO. 1" | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants | ) | March 7, 2005 |

**AMENDED APPEARANCE**

Please enter the amended appearance of Maureen Sullivan Dinnan, Esq. on behalf of the following

defendants: Danbury Hospital, David Oelberg, M.D., David Yuan, M.D., Arthur Kotch, M.D., Julia

Circiumara, M.D., Andre Kouznetsov, M.D., Michaela Tudorica, M.D., Maureen Burnett, R.N., JoAnn

Brown, R.N., Beth Ann Hoffman, R.N., Vanessa Saipher, Joe Roth and Jane Doe No. 1.

This amended appearance is necessary to properly identify all parties the undersigned is authorized to represent and who should have been identified in the Appearance dated December 21, 2004. The prior appearance mistakenly identified Betsy Miles, a fact witness, as Jane Doe 2, instead of Joe Roth who was substituted for Jane Doe 2 in the plaintiff's amended complaint. To be consistent with Plaintiff's Amended Complaint dated June 29, 2004, Jane Doe 3 is now Jane Doe 1.

This appearance is in addition to the appearance of Michael D. Neubert, Esq., Eric J. Stockman, Esq. and Nancy A. Meehan, Esq.

Defendants,

By: _____
Maureen Sullivan Dinnan
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
Fed. Bar No. ct05587
(203) 821-2000

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the 7th day of March, 2005 to the following counsel of record:

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY  10538

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue – 7th Floor
New York, New York 1001

Garie J. Mulcahey, Esq.
Bai, Pollock & Mulcahey, Esq.
10 Middle Street
Bridgeport, CT  06604

Kevin Tepas, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT  06905

Richard O'Connor, Esq.
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
Building 2, Suite 1001
P.O. Box 1323
Middlebury, Ct 06762-1323

Maureen Sullivan Dinnan