**The Law Firm Of
JOSEPH LANNI, P. C.**
138 Chatsworth Avenue, Suites 6 – 8
Larchmont, New York 10538
Tel:  (914) 834-6600  /  Fax:  (914) 834-0152

March 9, 2005

Kevin F. Rowe, Clerk of the Court
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

>  **RE:  GUIGLIANO v. DANBURY HOSPITAL, ET AL.**
>         *3:02 CV 718 (RNC)(DFM)*

Dear Clerk's Office:

  Pursuant to the electronically filed *Order of Judge Donna F. Martinez, dated March 7, 2005,* enclosed for filing with the Court please find plaintiff's *Second Amended Complaint, dated March 9, 2005*, and a CD-ROM containing the same document in pdf/Adobe 7.0 format.  This document is identical in text to that attached as Exhibit "4" to plaintiff's Motion for Joinder of Additional Defendants, for Leave To Serve a Second Amended Complaint & for Issuance of a Supplemental Scheduling Order, dated January 21, 2005, with the only difference being that the document is now dated and signed by plaintiff's counsel.

            Respectfully submitted:

            The Law Firm Of JOSEPH LANNI, P.C.
            Attorneys for Plaintiff
            LAURA GUIGLIANO


            _____
            **JOSEPH LANNI**     (CT  23566)

Case 3:02-cv-00718-RNC   Document 135-2   Filed 03/14/2005   Page 2 of 2

*Kevin F. Rowe, Clerk of the Court*
*United States District Court*
*District of Connecticut*
*March 9, 2005*
*Page 2 of 2*

Cc:   SACHNER & O'CONNOR
      Attorneys for Defendants
      DEPUY, GRAY & WOLFF
      765 Straits Turnpike, Bldg. 2, Ste. 1001
      P.O. Box 1323
      Middlebury, CT 06762-1323

      NEUBERT, PEPE & MONTIETH, P.C.
      Attorneys for Defendants DANBURY HOSPITAL,
      OELBERG, YUAN, KOTCH, CIRCIUMARA,
      KUZNETSOV, TUDORICA, BENNETT,
      BROWN and HOFFMAN
      195 Church Street
      New Haven, CT 06510

      RYAN, RYAN, JOHNSON
      & DELUCA, LLP
      Attorneys for Defendant BORRUSO
      80 Fourth Street
      Stamford, CT 06905

      BAI, POLLOCK, BLUEWIESS
      & MULCAHEY, P.C.
      Attorneys for Defendant KNOWLES
      One Corporate Drive
      Shelton, CT 06484

      SCOTT F. MORGAN, ESQ.
      WEINER, MILLO & MORGAN, LLC
      Co-Counsel for Plaintiff
      LAURA GUIGLIANO
      220 Fifth Avenue, 7th Floor
      New York, New York 10001