UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
=========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,

                Plaintiff(s)              *3:02 CV 718*
                                                    *(RNC)(DFM)*
      -against-

DANBURY HOSPITAL, ET AL.,                 *March 10, 2005*

                Defendant(s).
=========================================X

**PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**
**BY DEFENDANTS OELBERG, KOUZNETSOV, YUAN, KOTCH, & TUDORICA**

      A motion for summary judgment, pursuant to *Fed. R. Civ. P. 56(b)*, has been filed by counsel for defendants OELBERG, KOUZNETSOV, YUAN, KOTCH, and TUDORICA. This Court is respectfully asked to take note that plaintiff's counsel has no opposition to the granting of summary judgment, pursuant to *Fed. R. Civ. P. 56(b)*, to these defendants. Medical experts consulted by the undersigned have advised that improper care rendered by other defendants in this action is responsible for the severe brain damage and eventual death of MICHAEL GUIGLIANO. According to plaintiff's experts, the medical care rendered by these defendants is not implicated in the injuries to and death of plaintiff's decedent.

Dated:  Larchmont, New York
          March 10, 2005

                                                    _____
                                                  **JOSEPH LANNI**          (CT 23566)
                                                  THE LAW FIRM OF JOSEPH LANNI, P.C.
                                                  Attorneys for Plaintiff LAURA GUIGLIANO
                                                  138 Chatsworth Avenue, Suites 6 – 8
                                                  Larchmont, New York 10538
                                                  (914) 834-6600

TO:   SACHNER & O'CONNOR
      Attorneys for Defendants
      DEPUY, GRAY & WOLFF
      The Crossroads West
      765 Straits Turnpike, Bldg. 2, Ste. 1001
      P.O. Box 1323
      Middlebury, CT 06762-1323

      NEUBERT, PEPE & MONTEITH, P.C.
      Attorneys for Defendants DANBURY HOSPITAL,
      OELBERG, YUAN, KOTCH, CIRCIUMARA,
      KUZNETSOV, TUDORICA, BENNETT,
      BROWN, HOFFMAN, ROTH, SAIPHER
      & DOE NO. 1
      195 Church Street
      New Haven, CT 06510

      RYAN, RYAN, JOHNSON
      & DELUCA, LLP
      Attorneys for Defendant BORRUSO
      80 Fourth Street
      Stamford, CT 06905

      BAI, POLLOCK, BLUEWIESS
      & MULCAHEY, P.C.
      Attorneys for Defendant KNOWLES
      One Corporate Drive
      Shelton, CT 06484

      SCOTT F. MORGAN, ESQ.
      Co-Counsel for Plaintiff LAURA GUIGLIANO
      WEINER, MILLO & MORGAN, LLC
      220 Fifth Avenue, 7th Floor
      New York, New York 10001

## DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

      I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.  I served a true copy of the annexed: **PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS OELBERG, KOUZNETSOV, YUAN, KOTCH, & TUDORICA, dated March 10, 2005;** on the date of March 11, 2005, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U. S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL, OELBERG,
YUAN, KOTCH, CIRCIUMARA,
KOUZNETSOV (s/h/a KUZNETS),
TUDORICA, BURNETT, BROWN,
HOFFMAN, ROTH, SAIPHER
& DOE NO. 1
195 Church Street
New Haven, CT 23067
Tel.:  (203) 821-2000

SACHNER & O'CONNOR
Attorneys for Defendants
DEPUY, GRAY, & WOLFFE
765 Straits Turnpike
Building 2, Suite 1001
Middlebury, CT 06762-1323
Tel.:  (203) 598-7585

BAI, POLLOCK, BLUEWEISS
& MULCAHEY, P.C.
Attorneys for Defendants
KNOWLES
One Corporate Drive
Shelton, CT 06484
Tel.:  (203) 925-8100

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO
80 Fourth Street
Stamford, CT 06905
Tel.:  (203) 357-9200

SCOTT F. MORGAN (CT 23648)
WEINER, MILLO & MORGAN, LLP
Attorneys for Plaintiffs
220 Fifth Avenue
Seventh Floor
New York, New York 10001
Tel.:  (212) 213-1220

Executed on March 11, 2005, Larchmont, New York.

                                                    **JOSEPH LANNI     (CT23566)**