UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO<br>Plaintiff | CIVIL ACTION NO.<br>3:02 CV 718 (RNC) (DFM) |
| V. | |
| DANBURY HOSPITAL, JAMES DEPUY, M.D.,<br>F. SCOTT GRAY, M.D.,<br>GEORGIANA KNOWLES, P.A.,<br>DEANNA WOLFFE, P.A.,<br>DAVID OELBERG, M.D., DAVID YUAN, M.D.,<br>J. BORRUSSO, M.D., ARTHUR KOTCH, M.D.,<br>JULIA CIRCIUMARA, M.D.,<br>ANDREI KOUZNETSOV, M.D.,<br>MIHAELA TUDORICA, M.D.,<br>MAUREEN BENNETT R.N.,<br>JOANN BROWN, R.N.,<br>BETH ANN HOFFMAN, R.N.,<br>VANESSA SAIPHER, JOE ROTH, ET AL<br>Defendants | MARCH 21, 2005 |

## APPEARANCE

Please enter my appearance on behalf of the defendant, Joseph J. Catania, M.D., only, in the above-captioned action.

THE DEFENDANT
JOSEPH J. CATANIA, M.D.

By _/s/ Richard C. Tynan_
RICHARD C. TYNAN
HALLORAN & SAGE LLP
Fed. Bar #ct04235
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 21st day of March, 2005, I hereby mailed a copy of the foregoing to:

Joseph Lanni, Esq.
138 Chatsworth Avenue, Suites 6-8
Larchmont NY 10538

Sachner & O'Connor
765 Straits Turnpike, Bldg. 2, Ste. 1001
Middlebury CT 06762-1323

Neubert Pepe & Montieth, P.C.
195 Church Street
New Haven CT 06510

Ryan Ryan Johnson & Deluca, LLP
80 Fourth Street
Stamford CT 06905

Bai Pollock Bluewiess & Mulcahey
One Corporate Drive
Shelton CT 06484

Weiner Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York NY 10001

_____
RICHARD C. TYNAN

One Goodwin Square
225 Asylum Street
Hartford CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105