UNITED STATES DISTRICT COURT

District of Connecticut

FILED
2005 APR -8 A 11: 46
US DISTRICT COURT
HARTFORD CT

-----------------------------------------------------------X
LAURA GUIGLIANO, as Guardian Ad Litem for
MICHAEL GUIGLIANO, a Person Adjudged to
be incompetent, and LAURA GUIGLIANO,
Individually

            Plaintiff,

vs.

DANBURY HOSPITAL, ET AL

            Defendants.
-----------------------------------------------------------X

APPEARANCE

Case No. 3:02 CV 718
(RNC)(DFMJ)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in the above case for

**DANBURY SURGICAL ASSOCIATES, P.C.**

Date: April 1, 2005

_____
KEVIN M. TEPAS, ESQ.   (ct 05552)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905
Telephone: (203) 357-9200

## CERTIFICATE OF SERVICE

    I certify that I delivered a true and correct copy of the foregoing Appearance via United States mail, first class postage prepaid, to the following counsel and pro se parties of record:

Joseph Lanni, Esq.
The Law Offices of Joseph Lanni, P.C.
138 Chatsworth Avenue
Suites 6-8
Larchmont, NY 10538
Attorney for the Plaintiffs

Michael Neubert, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue - 7th Floor
New York, NY 10011
Attorney for the Plaintiffs

this 1st day of April 2005

Richard A. O'Connor, Esq.
Sachner & O'Connor, LLC
765 Straits Turnpike, Suite 1001
P.O. Box 1323
Middlebury, CT 06762

Richard Tynan, Esq
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Attorney for Joseph J. Catania, M.D.

Regina Duchin Kraus, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church St
P.O. Box 1936
New Haven, CT 06509-1910
Attorney for Scott Berger, M.D.

_____
KEVIN M. TEPAS

I:\Procases\290.117\Appearance KMT 4 Surg Gp.wpd