UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,

                Plaintiff(s)

   -against-

DANBURY HOSPITAL, JAMES DEPUY. M.D.,
F. SCOTT GRAY, M.D., GEORGIANA KNOWLES,
P.A., DEANNA WOLFFE, P.A., DAVID OELBERG,
M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D.,
JOSEPH J. CATANIA, M.D., SCOTT B. BERGER. M.D.,
DANBURY SURGICAL ASSOCIATES. P.C.,
ARTHUR KOTCH, M.D., IULIA CIRCIUMARA,
M.D., ANDREI KOUZNETSOV, M.D., MIHAELA
TUDORICA, M.D., MAUREEN BENNETT, R.N.,
JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N.,
VANESSA SAIPHER, JOE ROTH and "JANE DOE
NO. I" *(full identity unknown, being identified as a
DANBURY HOSPITAL employee who was assigned to
monitor, supervise and attend to patient MICHAEL
GUIGLIANO prior to and during a CT Scan procedure
on 2/17/01).*

                Defendants.
---------------------------------------------------------------- X

**SECOND AMENDED COMPLAINT**

3:02 CV718
(RNC)(DFM.)

MARCH 28, 2005

**APPEARANCE**

TO THE CLERK:

    Please enter my Appearance in the above-entitled Action as Attorney for the Defendant,

Scott B. Berger, M.D.

THE DEFENDANT,
SCOTT B. BERGER, M.D.

*[signature]*

Regina Duchin Kraus CT08873
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
Telephone: 203-784-8200
Fax: (203) 865-7865
Email: kraus@tylercooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 28th day of March, 2005:

JOSEPH LANNI, ESQ.
JOSEPH LANNI, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538

SACHNER & O'CONNOR
765 Straits Turnpike, Bldg. 2, Ste. 1001
P.O. Box 1323
Middlebury, CT 06762-1323

NEUBERT, PEPE & MONTIETH. P.C.
195 Church Street
New Haven, CT 06510

RYAN, RYAN, JOHNSON & DELUCA, LLP
80 Fourth Street
Stamford, CT 06905

BAI, POLLOCK, BLUEWIESS
& MULCAHEY, P.C.
10 Middle Street
Bridgeport, CT 06604

SCOTT F. MORGAN, ESQ.
WEINER, MILLO & MORGAN, LLC
220 Fifth Avenue, 7th Floor
New York, NY 10001

VANESSA SAIPHER
12 Dorset Drive
New Milford, CT 06776

JOE ROTH
356 Candlewood Lake Road North
New Milford, CT 06776

"JANE DOE NO. 1"
c/o Danbury Hospital
24 Hospital Avenue
Danbury, CT 06810

JOSEPH J. CATANIA, M.D.
c/o Danbury Surgical Associates, P.C.
46 Federal Road
Danbury, CT 06810

DANBURY SURGICAL ASSOCIATES, P.C.
46 Federal Road
Danbury, CT 06810

*Regina Duchin Kraus*

"JANE DOE NO. 1"
c/o Danbury Hospital
24 Hospital Avenue
Danbury, CT 06810

JOSEPH J. CATANIA, M.D.
c/o Danbury Surgical Associates, P.C.
46 Federal Road
Danbury, CT 06810

DANBURY SURGICAL ASSOCIATES, P.C.
46 Federal Road
Danbury, CT 06810

*[signature]* Regina Duchin Kraus