## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, a Person Adjudged to be Incompetent, and LAURA GUIGLIANO, Individually )<br>)<br>)<br>)<br>) | Civil No.: 302CV718 (RNC) |
| Plaintiffs, ) | |
| v. ) | |
| DANBURY HOSPITAL, JAMES DEPUY, M.D., F. SCOTT GRAY, M.D., GEORGIANA KNOWLES, P.A., DEANNA WOLFFE, P.A., DAVID OELBERG, M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D., ARTHUR KOTCH, M.D., JULIA CIRCIUMARA, M.D., ANDRE KOUZNETSOV, M.D., MICHAELA TUDORICA, M.D., MAUREEN BURNETT, R.N., JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N., "JANE DOE NO. 1", "JANE DOE NO. 2" and "JANE DOE NO. 3" )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants ) | April 19, 2005 |

### APPEARANCE

Please enter the appearance of Nancy A. Meehan, Esq. on behalf of the following additional defendants: Andrei Kouznetsov, M.D., Mihaela Tudorica, M.D., Iulia Circumaru, M.D. and Jane Doe No. 1.

This appearance is in addition to the appearance of Michael D. Neubert, Esq., Eric J. Stockman, Esq. and Maureen Sullivan Dinnan, Esq.

Defendants,

By: _____
Nancy A. Meehan
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
Fed. Bar No. ct23067
(203) 821-2000

## **CERTIFICATION**

    This is to certify that a copy of the foregoing was mailed, postage prepaid, on the 19th day of April, 2005 to the following counsel of record:

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY  10538

Garie J. Mulcahey, Esq.
Bai, Pollock & Mulcahey, Esq.
10 Middle Street
Bridgeport, CT  06604

Richard O'Connor, Esq.
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
Building 2, Suite 1001
P.O. Box 1323
Middlebury, CT 06762-1323

Regina Duchin Kraus, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT  06509

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue – 7th Floor
New York, New York 10001

Kevin Tepas, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT  06905

Richard Tynan, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

_____
Nancy A. Meehan