UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------------------X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,

                    Plaintiff(s)
        -against-
                                                          3:02 CV718
DANBURY HOSPITAL, JAMES DEPUY. M.D.,                      (RNC)(DFM.)
F. SCOTT GRAY, M.D., GEORGIANA KNOWLES,
P.A., DEANNA WOLFFE, P.A., DAVID OELBERG,
M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D.,
JOSEPH J. CATANIA, M.D., SCOTT B. BERGER. M.D.,
DANBURY SURGICAL ASSOCIATES. P.C.,
ARTHUR KOTCH, M.D., IULIA CIRCIUMARA,
M.D., ANDREI KOUZNETSOV, M.D., MIHAELA
TUDORICA, M.D., MAUREEN BENNETT, R.N.,          APRIL 13, 2005
JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N.,
VANESSA SAIPHER, JOE ROTH and "JANE DOE
NO. 1" (full identity unknown, being identified as a
DANBURY HOSPITAL employee who was assigned to
monitor, supervise and attend to patient MICHAEL
GUIGLIANO prior to and during a CT Scan procedure
on 2/17/01).
                    Defendants.
------------------------------------------------------X
```

## CONSENTED-TO MOTION TO AMEND SCHEDULING ORDERS

The defendant, Scott B. Berger, M.D., hereby moves to amend the Scheduling Orders and to extend the deadlines set forth in the *Case Management Plan Stipulation and Order* entered on November 9, 2004 on the grounds that, since he was not joined as a defendant until March 2005, he cannot comply with the deadlines set forth therein. An amendment and extension of said deadlines will permit the instant defendant to engage in discovery, to retain experts and to prepare his defenses for trial.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Jury selection of this matter is currently for June 14, 2005. If an amendment and extension of said deadlines were not permitted, the defendant would be precluded from preparing a proper defense to the claims asserted against him, to his extreme prejudice.

Plaintiffs' counsel, Joseph Lanni, has consented to the granting of this motion.

THE DEFENDANT,
SCOTT B. BERGER, M.D.

Regina Duchin Kraus CT08873
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
Telephone: 203-784-8200
Fax: (203) 865-7865
Email: kraus@tylercooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed first class mail, postage prepaid, to the following counsel and pro-se parties of record this 13th day of April, 2005:

JOSEPH LANNI, ESQ.
JOSEPH LANNI, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538

SACHNER & O'CONNOR
765 Straits Turnpike, Bldg. 2, Ste. 1001
P.O. Box 1323
Middlebury, CT 06762-1323

NEUBERT, PEPE & MONTIETH. P.C.
195 Church Street
New Haven, CT 06510

RYAN, RYAN, JOHNSON & DELUCA, LLP
80 Fourth Street
Stamford, CT 06905

BAI, POLLOCK, BLUEWIESS
& MULCAHEY, P.C.
10 Middle Street
Bridgeport, CT 06604

SCOTT F. MORGAN, ESQ.
WEINER, MILLO & MORGAN, LLC
220 Fifth Avenue, 7th Floor
New York, NY 10001

VANESSA SAIPHER
12 Dorset Drive
New Milford, CT 06776

JOE ROTH
356 Candlewood Lake Road North
New Milford, CT 06776

"JANE DOE NO. 1"
c/o Danbury Hospital
24 Hospital Avenue
Danbury, CT 06810

JOSEPH J. CATANIA, M.D.
c/o Danbury Surgical Associates, P.C.
46 Federal Road
Danbury, CT 06810

DANBURY SURGICAL ASSOCIATES, P.C.
46 Federal Road
Danbury, CT 06810

Regina Duchin Kraus