UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
===========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,

                    Plaintiff(s)

             -against-

DANBURY HOSPITAL, JAMES DEPUY, M.D.,
F. SCOTT GRAY, M.D., GEORGIANA KNOWLES,
P.A., DEANNA WOLFFE, P.A., DAVID OELBERG,
M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D.,
JOSEPH J. CATANIA, M.D., SCOTT B. BERGER, M.D.,
DANBURY SURGICAL ASSOCIATES, P.C.,
ARTHUR KOTCH, M.D., IULIA CIRCIUMARA,
M.D., ANDREI KOUZNETSOV, M.D., MIHAELA
TUDORICA, M.D., MAUREEN BENNETT, R.N.,
JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N.,
VANESSA SAIPHER, JOE ROTH and "JANE DOE
NO. 1" (*full identity unknown, being identified as a
DANBURY HOSPITAL employee who was assigned to
monitor, supervise and attend to patient MICHAEL
GUIGLIANO prior to and during a CT Scan procedure
on 2/17/01*),

                    Defendants.
===========================================X

*3:02 CV 718
(RNC)(DFM)*

**PLAINTIFF'S MOTION FOR STAY OF TRIAL & FOR
ADOPTION AND ISSUANCE OF A REVISED SCHEDULING ORDER.**

(Dated:  May 2, 2005)


      PLEASE TAKE NOTICE that, upon the the annexed *Plaintiff's Memorandum of Law*, *dated May 2, 2005*, and the annexed Exhibit 1, the undersigned counsel will move[1] this Court, before U.S. Magistrate Judge Donna F. Martinez, in the United States District

---

[1] **ORAL ARGUMENT [IS ___ /IS NOT  X  ]
  REQUESTED FOR THIS MOTION**.

1

Court, District of Connecticut, at the United States Courthouse, 450 Main Street, Hartford, Connecticut 06103 for an Order and Decision granting the following relief:

1. Pursuant to *Fed. R. Civ. P. 6 (b) & L. Civ. R. 7 (b)(2) – (3)*, staying the trial of this action, currently scheduled for June 14, 2005, on the ground that additional time is needed to complete discovery by and from recently joined defendants in this action;

2. Pursuant to *Fed. R. Civ. P. 16 (a) (b) & (c), Fed. R. Civ. P. 26 (f), L. Civ. R. 16(a) & (b)* and *L. Civ. R. 7 (b),* adopting and issuing a revised scheduling order (*attached hereto as Exhibit 1,* **"Case Management Plan Stipulation & Order"**, *dated May 2, 2005*) governing disclosure by and from newly joined defendants and extending the deadlines in the *Case Management Order* previously filed with this Court on November 9, 2004, in order to permit all parties to complete discovery by and from newly joined defendants;

and for such other and further relief deemed to be just and proper by this Court under the circumstances.

PLEASE TAKE FURTHER NOTICE that, pursuant to *L. Civ. R. 9(a)* and the rules of Judge Chatigny, any paper opposing or answering this motion must be filed with the Court and served upon the undersigned counsel no later than twenty-one (21) days after the filing of this motion.

Dated: Larchmont, New York
       May 2, 2005

                                  Yours, etc.,

                                  _____
                                  **JOSEPH LANNI**          (CT  23566)
                                  The Law Firm Of JOSEPH LANNI, P.C.
                                  Attorneys for Plaintiff
                                  LAURA GUIGLIANO
                                  138 Chatsworth Avenue, Suites 6-8
                                  Larchmont, New York 10538
                                  (914) 834- 6600
                                  Fax:  (914) 834-0152


TO:    SACHNER & O'CONNOR
        Attorneys for Defendants
        DEPUY, GRAY & WOLFF
        765 Straits Turnpike, Bldg. 2, Ste. 1001
        P.O. Box 1323
        Middlebury, CT 06762-1323

        NEUBERT, PEPE & MONTIETH, P.C.
        Attorneys for Defendants DANBURY HOSPITAL,
        OELBERG, YUAN, KOTCH, CIRCIUMARA,
        KUZNETSOV, TUDORICA, BENNETT,
        BROWN and HOFFMAN
        195 Church Street
        New Haven, CT 06510

        RYAN, RYAN, JOHNSON
        & DELUCA, LLP
        Attorneys for Defendant BORRUSO
        & DANBURY SURGICAL ASSOC., P.C.
        80 Fourth Street
        Stamford, CT 06905

TYLER, COOPER & ALCORN, LLP
Attorneys for Defendant
BERGER
205 Church Street
New Haven, CT 06509-1910
Tel.: (203) 784-8200

HALLORAN & SAGE, LLP
Attorneys for Defendant
CATANIA
One Goodwin Square
Hartford, CT 06103

SCOTT F. MORGAN, ESQ.
WEINER, MILLO & MORGAN, LLC
Co-Counsel for Plaintiff
LAURA GUIGLIANO
220 Fifth Avenue, 7th Floor
New York, New York 10001

# DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York. I served a true copy of the annexed: PLAINTIFFS' MOTION FOR STAY OF TRIAL & FOR ADOPTION AND ISSUANCE OF A REVISED SCHEDULING ORDER (dated May 2, 2005), PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR STAY OF TRIAL & FOR ADOPTION AND ISSUANCE OF A REVISED SCHEDULING ORDER (dated May 2, 2005), and EXHIBIT 1 (CASE MANAGEMENT PLAN STIPULATION & ORDER), on the date of May 2, 2005, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U. S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the addresses indicated below:

TO:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL, OELBERG,
YUAN, KOTCH, CIRCIUMARA,
KOUZNETSOV (s/h/a KUZNETS),
TUDORICA, BURNETT, BROWN,
HOFFMAN, DOE NO. 1, DOE NO. 2
& DOE NO. 3
195 Church Street
New Haven, CT 23067
Tel.:  (203) 821-2000

SACHNER & O'CONNOR
Attorneys for Defendants
DEPUY, GRAY, & WOLFFE
765 Straits Turnpike
Building 2, Suite 1001
Middlebury, CT 06762-1323
Tel.:  (203) 598-7585

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO & DANBURY SURG. ASSOC., P.C.
80 Fourth Street
Stamford, CT 06905
Tel.:  (203) 357-9200

TYLER, COOPER & ALCORN, LLP
Attorneys for Defendant
BERGER
205 Church Street
New Haven, CT 06509-1910
Tel.: (203) 784-8200

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
Tel.: (860) 522-6103

SCOTT F. MORGAN (CT 23648)
WEINER, MILLO & MORGAN, LLP
Co-Counsel for Plaintiffs
220 Fifth Avenue
New York, New York 10001
Tel.:  (212) 213-1220

Executed on May 2, 2005, Larchmont, New York.

_____
**JOSEPH LANNI     (CT 23566)**