UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
==========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,

                Plaintiff(s)

                -against-

DANBURY HOSPITAL, JAMES DEPUY, M.D.,
F. SCOTT GRAY, M.D., GEORGIANA KNOWLES,
P.A., DEANNA WOLFFE, P.A., DAVID OELBERG,
M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D.,
JOSEPH J. CATANIA, M.D., SCOTT B. BERGER, M.D.,
DANBURY SURGICAL ASSOCIATES, P.C.,
ARTHUR KOTCH, M.D., IULIA CIRCIUMARA,
M.D., ANDREI KOUZNETSOV, M.D., MIHAELA
TUDORICA, M.D., MAUREEN BENNETT, R.N.,
JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N.,
VANESSA SAIPHER, JOE ROTH and "JANE DOE
NO. 1" (*full identity unknown, being identified as a
DANBURY HOSPITAL employee who was assigned to
monitor, supervise and attend to patient MICHAEL
GUIGLIANO prior to and during a CT Scan procedure
on 2/17/01*),

                Defendants.
==========================================X

**CASE MANAGEMENT PLAN STIPULATION & ORDER**

*(RNC)(DFM)*
*3:02 CV 718*

      The following "*Case Management Plan Stipulation & Order*" amends and modifies the sections entitled "Case Management Plan" (Section V) and "Trial Readiness" (Section VI) contained in the *L. Civ. R. 38 (a) Report of Parties' Planning Meeting,* dated July 31, 2002, and the "*Case Management Plan Stipulation & Order*", dated November 5, 2004, and previously filed with and approved by the Court in this action on November 9, 2004:

1

**(V)   CASE MANAGEMENT PLAN:**

**(D)   JOINDER OF PARTIES & AMENDMENT OF PLEADINGS:** (*See*, Plaintiff's Second Amended Complaint, dated March 9, 2005.)

**(E)   DISCOVERY:**

(1)   The parties anticipate that discovery will be needed on all aspects of the claims and defenses set forth above in Section III.

(2)   All discovery, including the depositions of expert witnesses pursuant to *Fed. R. Civ. P. 26 (b) (4)*, will be commenced by acceptance of the Scheduling Order and completed by January 31, 2006.

(3)   Discovery will not be conducted in phases.

(4)   N/A

(5)   The parties anticipate that the plaintiff will require a total of four (4) depositions of fact witnesses. The depositions of fact witnesses will commence promptly after initial document production and be completed by September 1, 2005.

(6)   N/A.

(7)   The plaintiff intends to call 5 expert witnesses at trial. The plaintiff has designated these trial experts and has provided opposing counsel with expert disclosure and expert reports,

2

          pursuant to *Fed. R. Civ. P. 26 (a) (2)*. Depositions of any such experts will be completed by September 30, 2005.

(8) At present, the defendants estimate that they will call a total of 10 expert witnesses at trial. The defendants will designate all trial experts and provide opposing counsel with expert disclosure and expert reports, pursuant to *Fed. R. Civ. P. 26 (a) (2)* by November 30, 2005. Depositions of any such experts will be completed by January 31, 2006.

(9) A damage analysis will be provided by any party who has a claim or counterclaim for damages by September 2, 2005. Plaintiff has already provided a damage analysis via the report of her expert economist.

**(F)** **DISPOSITIVE MOTIONS:** Dispositive motions will be filed on or before February 28, 2006.

**(G)** **JOINT TRIAL MEMORANDUM:** The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed by February 28, 2006.

**(VI)** **TRIAL READINESS:** The case will be ready for trial, as directed by the Court, on April 1, 2006.

====================================================================

Case 3:02-cv-00718-RNC    Document 146-2    Filed 05/04/2005    Page 4 of 6

As officers of the Court, the undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

Dated: May 2, 2005

Plaintiff:

By: _____　　　By: _____
　　JOSEPH LANNI (CT 23566)　　　　　　　　SCOTT F. MORGAN (CT 23648)
　　The Law Firm Of　　　　　　　　　　　　WEINER, MILLO & MORGAN, LLP
　　JOSEPH LANNI, P.C.　　　　　　　　　　 220 Fifth Avenue
　　138 Chatsworth Avenue, Ste. 6 – 8　　　　Seventh Floor
　　Larchmont, New York 10538　　　　　　　New York, New York 10001
　　Tel: (914) 834-6600　　　　　　　　　　 Tel.: (212) 213-1220

Defendants:

By: _____　　　By: _____
　　ERIC STOCKMAN (CT 14981)　　　　　　　RICHARD A. O'CONNOR (CT 18976)
　　NEUBERT, PEPE & MONTEITH　　　　　　　SACHNER & O'CONNOR, L.L.P.
　　Attorneys for Defendants　　　　　　　　Attorneys for Defendants
　　DANBURY HOSPITAL, OELBERG,　　　　　　DEPUY, GRAY, & WOLFFE
　　YUAN, KOTCH, CIRCIUMARA,　　　　　　　765 Straits Turnpike
　　KOUZNETSOV (s/h/a KUZNETS),　　　　　 Building 2, Suite 1001
　　TUDORICA, BURNETT, BROWN,　　　　　　 Middlebury, CT 06762-1323
　　HOFFMAN, DOE NO. 1, DOE NO. 2　　　　　Tel.: (203) 272-0371
　　& DOE NO. 3
　　195 Church Street
　　New Haven, CT 23067
　　Tel.: (203) 821-2000

Defendants (cont'd):

By: _____
    KEVIN A. TEPAS  (CT 05552)
    RYAN, RYAN, JOHNSON
    & DELUCA, LLP
    Attorneys for Defendants
    BORRUSSO & DAN. SURG. ASSOC.
    80 Fourth Street
    Stamford, CT 06905
    Tel.:  (203) 357-9200


By: _____    By: _____
    REGINA DUCHIN KRAUS (CT 08873)    RICHARD C. TYNAN  (CT 04235)
    TYLER, COOPER & ALCORN, LLP    HALLORAN & SAGE, LLP
    Attorneys for Defendant    Attorneys for Defendants
    BERGER    CATANIA
    205 Church Street    One Goodwin Square
    New Haven, CT 06509-1910    Hartford, CT 06103
    Tel.: (203) 784-8200    Tel.: (860) 522-6103


    SO ORDERED:


    _____    _____
                        U.S.D.J.          Date