UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAURA GUIGLIANO,

    Plaintiff,

v.      CASE NO. 3:02CV718 (RNC)

DANBURY HOSPITAL, ET AL.,

    Defendants.

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

_X_   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_X_   To supervise discovery and resolve discovery disputes;

_X_   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

_X_   To conduct settlement conferences;

___   To conduct a prefiling conference;

_X_   To assist the parties in preparing a joint trial memorandum;

___   A recommended ruling on the following pending motions:

So ordered.

Dated at Hartford, Connecticut this 9 day of May 2005.

Robert N. Chatigny
United States District Judge