116

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER: 302CV718(RNC)

Laura Guigliano, as Guardian Ad Litem
for Michael Guigliano, a Person Adjudged to
be Incompetent and Laura Guigliano, Individually

                                                                  Plaintiffs

Vs.

Danbury Hospital, James Depuy, M.D., F. Scott
Gray, M.D., Georgiana Knowles, P.A., Deanna
Wolff, P.A., David Oelberg, M.D., David Yuan, M.D.,
J. Borrusso, M.D., Arthur Kotch, M.D., Julia Circiumara,
M.D., Andre Kouznetsov, M.D., Michaela Federica, M.D.,
Maureen Bennett, R.N. Joanne Brown, R.N., Beth Ann
Hoffman, R.N., R.N.,"Jane Doe No. 1:, "Jane Doe No. 2"
and "Jane Doe No. 3"

                                                      Defendants        FEBRUARY 16, 2005

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56 and Local Rule 56, the defendants, James Depuy, M.D., Scott Gray, M.D. and Deanna Wolff, P.A., hereby move for summary judgment as to Counts One and Two of the plaintiff's Complaint, alleging medical malpractice and loss of consortium respectively, in that there are no genuine issues of

---

May 11, 2005.   Guigliano v. Danbury Hosp., et al.
                      3:02-CV-00718 (RNC)

Re: Motion for Summary Judgment (Doc. # 116)

Granted absent objection.  So ordered.

                                    Robert N. Chatigny, U.S.D.J.