IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, a Person Adjudged to be Incompetent, and LAURA GUIGLIANO, Individually<br><br>Plaintiffs,<br><br>v.<br><br>DANBURY HOSPITAL, JAMES DEPUY, M.D., F. SCOTT GRAY, M.D., GEORGIANA KNOWLES, P.A., DEANNA WOLFFE, P.A., DAVID OELBERG, M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D., ARTHUR KOTCH, M.D., JULIA CIRCIUMARA, M.D., ANDRE KOUZNETSOV, M.D., MICHAELA TUDORICA, M.D., MAUREEN BURNETT, R.N., JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N., VANESSA SAIPHER, BETSY MILES and "JANE DOE NO. 3"<br><br>Defendants | Civil No.: 302CV718 (RNC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>March 3, 2005 |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(b), the undersigned defendants, David Oelberg, M.D., Andre Kouznetsov, M.D., David Yuan, M.D., Arthur Kotch, M.D. and Michaela Tudorica, M.D., hereby move for summary judgment as to Plaintiff's Amended Complaint dated June 29, 2004. Summary judgment should be entered because

May 11, 2005.   Guigliano v. Danbury Hosp., et al.
                3:02-CV-00718 (RNC)

Re: Motion for Summary Judgment (Doc. # 124)

Granted absent objection. So ordered.

Robert N. Chatigny, U.S.D.J.