UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAURA GUIGLIANO,
:
    Plaintiff,
:
V.
:   CASE NO. 3:02-CV-0718 (RNC)
:
DANBURY HOSPITAL, ET AL.,
:
    Defendants.
:

RULING AND ORDER

The court notes that defendants Joseph John Borruso and Danbury Surgical Associates electronically filed their Answer to the Amended Complaint (Doc. # 151). Electronic filing of documents is not approved in this case. Defendants should manually refile their answer. The parties, upon agreement, may file a motion requesting approval for electronic filing.

So ordered.

Dated at Hartford, Connecticut this 24 day of June 2005.

Robert N. Chatigny
United States District Judge

1