UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased, and LAURA GUIGLIANO, Individually<br>　　　　　Plaintiffs, | :<br>:<br>:<br>:<br>: CIVIL ACTION NO.<br>: 3:02 CV 718 (RNC) (DFM) |
| V. | : |
| DANBURY HOSPITAL, ET AL.<br>　　　　　Defendants. | :<br>:<br>: JUNE 30, 2005 |

### NOTICE OF CLAIM FOR APPORTIONMENT
### AS TO SETTLED OR RELEASED PARTIES

Pursuant to Section 52-102b(c) of the Connecticut General Statutes, the defendant, Joseph J. Catania, M.D., hereby gives notice of its claim for apportionment of liability in this matter as to Scott B. Berger, M.D., James Depuy, M. D., F. Scott Gray, M.D., Georgiana Knowles, P.A. and Deanna Wolffe, P.A. parties against whom claims have been settled or released.

Although this defendant recognizes that this notice is not statutorily required, nevertheless, this defendant gives this notice out of an abundance of caution.

Although this defendant denies the allegations of the plaintiff's complaint against it, this defendant respectfully submits that to the extent that the allegations of the plaintiff's complaint are proven, the losses and damages claimed by the plaintiff administrator were caused in whole or in part by the negligence and carelessness of

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10858.0123
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Scott B. Berger, M.D., James Depuy, M. D., F. Scott Gray, M.D., Georgiana Knowles, P.A. and Deanna Wolffe, P.A. in one or more of the ways set forth in the plaintiff's Second Amended Complaint of March 9, 2005, and any subsequent Amended Complaints.

Accordingly, this defendant respectfully seeks an allocation by the finder of fact as to any percentage of negligence attributable to Scott B. Berger, M.D., James Depuy, M. D., F. Scott Gray, M.D., Georgiana Knowles, P.A. and Deanna Wolffe, P.A. and it seeks a proportionate reduction of any verdict in favour of the plaintiff, in accordance with the provisions of Connecticut General Statutes § 52-572h(f) and (n) and Connecticut General Statutes § 52-102b(c).

DEFENDANT, APPORTIONMENT-
PLAINTIFF,
JOSEPH J. CATANIA, M.D.

By_____
Richard C. Tynan
HALLORAN & SAGE LLP
Fed. Bar #ct04235
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 30th day of June 2005, I hereby mailed a copy of the foregoing to:

Joseph Lanni, Esq.
138 Chatsworth Avenue, Suites 6-8
Larchmont NY 10538
**For the Plaintiff**

Scott F. Morgan, Esq.
Weiner Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York NY 10001
**For the Plaintiff**

Richard O'Connor, Esq.
Christine Anne Robinson, Esq.
Stephen P. Sachner, Esq.
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
P.O. Box 1323
Middlebury CT 06762-1323
**For the Defendants Depuy**

Kevin Tepas, Esq.
Jane Callahan Hagerty, Esq.
Beverly J. Hunt, Esq.
Jeffrey Charles Nagle, Esq.
Daniel E. Ryan, III, Esq.
Michael T. Ryan, Esq.
Ryan Ryan Johnson & Deluca, LLP
80 Fourth Street
Stamford CT 06905
**For the Defendants Danbury Surgical Associates, P.C. and Borrusso**

Richard L. Grant, Esq.
36 Tamarack Avenue, PMB #213
Danbury, CT 06811
**For the Defendant Borrusso**

Eric J. Stockman, Esq.
Maureen Sullivan Dinnan, Esq.
Nancy A. Meehan, Esq.
Michael D. Neubert, Esq.
Neubert Pepe & Montieth, P.C.
195 Church Street
New Haven CT 06510
**For the Defendants Danbury Hosp., Iulia Circiumara, Roth, Saipher Bennett, Brown, Hoffman, Doe #1, 2 & 3**

Regina Duchin Kraus, Esq.
Tyler, Cooper & Alcorn, LLP
P.O. Box 1936
205 Church Street
New Haven, CT 06509-1910
**For the Defendant Berger**

Gaileen A. Kaufman, Esq.
Bai Pollock Bluewiess & Mulcahey
One Corporate Drive
Shelton CT 06484
**For the Defendant Knowles**

_____
Richard C. Tynan

702445_1.DOC



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105