UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased, and LAURA GUIGLIANO, Individually : : : : Plaintiffs, : : V. : : DANBURY HOSPITAL, ET AL. : Defendants. : | CIVIL ACTION NO. 3:02 CV 718 (RNC) (DFM) JUNE 30, 2005 |

**NOTICE OF FILING OF APPORTIONMENT COMPLAINT**

The undersigned defendant, Joseph J. Catania, M.D., hereby gives notice of the filing of an Apportionment Complaint against Frank Kessler, M.D., pursuant to Connecticut General Statutes Section 52-102(b) for apportionment of liability. The undersigned defendant makes this complaint without prejudice to the Motion to Dismiss dated June 30, 2005, and/or the Motion to Dismiss for Non-Joinder dated June 30, 2005.

Under Connecticut Law, a defendant seeking apportionment of liability must file an apportionment complaint within 120 days of the return date specified in the plaintiff's original complaint or lose their rights to apportionment of liability.

While there is some case law that seems to suggest that the filing of an apportionment complaint against a party from the same state as the original plaintiff in a diversity matter would not destroy the Court's diversity jurisdiction (See Kim v. The

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105


<u>Covenant of the Sacred Heart, Inc.</u>, 1998 WL 241212 (D. Conn.)), it is out of an abundance of caution that the undersigned defendant also joins in co-defendant's Motion to Dismiss for Non-Joinder.  Accordingly, this defendant respectfully relies upon the Court to safeguard his apportionment rights under Connecticut Law.

DEFENDANT,
JOSEPH J. CATANIA, M.D.

By_____
Richard C. Tynan
HALLORAN & SAGE LLP
Fed. Bar #ct04235
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

This is to certify that on this 30th day of June 2005, I hereby mailed a copy of the foregoing to:

| | |
|---|---|
| Joseph Lanni, Esq.<br>138 Chatsworth Avenue, Suites 6-8<br>Larchmont NY 10538<br>**For the Plaintiff** | Scott F. Morgan, Esq.<br>Weiner Millo & Morgan, LLC<br>220 Fifth Avenue, 7th Floor<br>New York NY 10001<br>**For the Plaintiff** |
| Richard O'Connor, Esq.<br>Christine Anne Robinson, Esq.<br>Stephen P. Sachner, Esq.<br>Sachner & O'Connor<br>Crossroad West<br>765 Straits Turnpike<br>P.O. Box 1323<br>Middlebury CT 06762-1323<br>**For the Defendants Depuy** | Kevin Tepas, Esq.<br>Jane Callahan Hagerty, Esq.<br>Beverly J. Hunt, Esq.<br>Jeffrey Charles Nagle, Esq.<br>Daniel E. Ryan, III, Esq.<br>Michael T. Ryan, Esq.<br>Ryan Ryan Johnson & Deluca, LLP<br>80 Fourth Street<br>Stamford CT 06905<br>**For the Defendants Danbury Surgical Associates, P.C. and Borrusso** |
| Richard L. Grant, Esq.<br>36 Tamarack Avenue, PMB #213<br>Danbury, CT 06811<br>**For the Defendant Borrusso** | Eric J. Stockman, Esq.<br>Maureen Sullivan Dinnan, Esq.<br>Nancy A. Meehan, Esq.<br>Michael D. Neubert, Esq.<br>Neubert Pepe & Montieth, P.C.<br>195 Church Street<br>New Haven CT 06510<br>**For the Defendants Danbury Hosp., Iulia Circiumara, Roth, Saipher Bennett, Brown, Hoffman, Doe #1, 2 & 3** |
| Regina Duchin Kraus, Esq.<br>Tyler, Cooper & Alcorn, LLP<br>P.O. Box 1936<br>205 Church Street<br>New Haven, CT 06509-1910<br>**For the Defendant Berger** | Gaileen A. Kaufman, Esq.<br>Bai Pollock Bluewiess & Mulcahey<br>One Corporate Drive<br>Shelton CT 06484<br>**For the Defendant Knowles** |

_____
Richard C. Tynan

705601_1.DOC

- 3 –



One Goodwin Square　　HALLORAN　　Phone (860) 522-6103
225 Asylum Street　　& SAGE LLP　　Fax (860) 548-0006
Hartford, CT 06103　　　　Juris No. 26105