UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 JUN 30  P 3: 38

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased, and LAURA GUIGLIANO, Individually<br>    Plaintiffs, | |
| | CIVIL ACTION NO.<br>3:02 CV 718 (RNC) (DFM) |
| V. | |
| JOSEPH J. CATANIA, M.D.<br>Defendant and Third-Party Plaintiff | |
| V. | |
| Frank Kessler, M.D.<br>Third-Party Defendant | JUNE 30, 2005 |

## APPORTIONMENT COMPLAINT

1. This Complaint is brought on behalf of Joseph J. Catania, M.D., a defendant named in the Third Amended Complaint dated June 14, 2005, pursuant to Connecticut General Statutes Section 52-102b for apportionment of liability. By way of Complaint, the plaintiffs, Laura Guigliano, as Administrator of the Estate of Michael Guigliano, Deceased and Laura Guigliano, Individually, brought a civil action sounding in negligence for medical malpractice against Joseph J. Catania and other defendants. A copy of the plaintiffs' Third Amended Complaint is attached as Exhibit A, and is hereby made a part of this Apportionment Complaint.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10858.0123
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2. The apportionment-defendant, Frank Kessler, M.D., is or may be liable for an apportionment share of the damages alleged in the Complaint, pursuant to Connecticut General Statutes Section 52-572h, et seq., and 52-102b.

3. At all times mentioned in the plaintiffs' Complaint, the apportionment-defendant, Frank Kessler, M.D. was and continues to be a physician specializing in the field of internal medicine, who held himself out to the general public as being competent in the diagnosis, care and treatment of patients and as being able to treat patients in general accordance with the standards of acceptable medical care and practice.

4. At all times mentioned in the plaintiffs' Complaint, the apportionment-defendant, Frank Kessler, M.D., was a resident of the State of New York.

5. At all times mentioned in the plaintiffs' Complaint, the apportionment-defendant, Frank Kessler, M.D., was licensed to practice medicine, both in the State of New York and the State of Connecticut.

6. At all times mentioned in the plaintiffs' Complaint, the apportionment-defendant, Frank Kessler, M.D., had admitting privileges and practiced medicine at Danbury Hospital in Danbury Connecticut.

7. During the plaintiff-decedent, Michael Guigliano's, admission to Danbury Hospital in February 2001, and for some time prior thereto and subsequent thereto, Michael Guigliano came under the care of the apportionment-defendant, Frank Kessler, M.D., in his capacity as a physician charged with the responsibility of caring for patients in accordance with the standards of acceptable medical practice.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

8. At all times hereinafter mentioned, it was the duty of the apportionment-defendant, Frank Kessler, M.D., to render medical care and treatment to Michael Guigliano in a manner in accordance with the approved methods of care and treatment generally used in the community, and in accordance with the standards of good and acceptable medical practice.

9. The workup, diagnosis, care and treatment rendered to Michael Guigliano by the apportionment-defendant, Frank Kessler, M.D., was rendered in an improper, negligent and careless manner, in that said apportionment-defendant:

    a. failed to adhere to accepted standards of medical practice;

    b. failed, neglected and omitted to exercise and employ the skill, care, diligence, learning and judgment commonly and ordinarily possessed and required of physicians;

    c. failed to use and employ approved methods of care and treatment generally used in the community;

    d. failed to workup, diagnose, care for and treat the plaintiff-decedent in accordance with the standards of medical care and treatment generally accepted in the community.

10. The apportionment-defendant, Frank Kessler, M.D., at various times during the period of Michael Guigliano's hospitalization in February 2001, failed to:

    a. appropriately diagnose and take measures against respiratory distress, respiratory failure, hypoxemia and respiratory arrest;

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

    b. avoid and prevent the onset of respiratory failure, hypoxemia and respiratory arrest;

    c. ensure proper monitoring, observation, supervision and attendance to the patient;

11. By reason of the aforesaid negligence and medical malpractice of the apportionment-defendant, Frank Kessler, M.D., Michael Guigliano was caused to suffer from permanent, severe and disabling injuries, including hypoxemia, respiratory failure, and cardio pulmonary arrest.

12. The plaintiffs' Third-Amended Complaint alleges that as a result of the negligence and carelessness of the defendant Joseph J. Catania and other defendants, the plaintiff-decedent, Michael Guigliano, suffered cardio pulmonary arrest.

13. As a direct and proximate result of the negligence and carelessness and medical malpractice of the apportionment-defendant, Frank Kessler, M.D., the plaintiff-decedent, Michael Guigliano, suffered and sustained personal injuries, including cardio pulmonary arrest.

14. As a result of the apportionment-defendant, Frank Kessler, M.D.'s, negligence and carelessness, he is liable for all or a proportionate share of the liability for the plaintiffs' alleged damages, pursuant to Connecticut General Statute § 52-572h.

WHEREFORE, the defendant/apportionment-plaintiff seeks apportionment of liability against the apportionment-defendant, Frank Kessler, M.D., who is or may be liable for damages alleged in the plaintiffs' Third Amended Complaint, and such other and further relief as may be in law or equity just and proper.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANT, APPORTIONMENT-
PLAINTIFF,
JOSEPH J. CATANIA, M.D.

By _____
Richard C. Tynan
HALLORAN & SAGE LLP
Fed. Bar #ct04235
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

- 5 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 30 day of June 2005, I hereby mailed a copy of the foregoing to:

Joseph Lanni, Esq.
138 Chatsworth Avenue, Suites 6-8
Larchmont NY 10538
**For the Plaintiff**

Scott F. Morgan, Esq.
Weiner Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York NY 10001
**For the Plaintiff**

Richard O'Connor, Esq.
Christine Anne Robinson, Esq.
Stephen P. Sachner, Esq.
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
P.O. Box 1323
Middlebury CT 06762-1323
**For the Defendants Depuy**

Kevin Tepas, Esq.
Jane Callahan Hagerty, Esq.
Beverly J. Hunt, Esq.
Jeffrey Charles Nagle, Esq.
Daniel E. Ryan, III, Esq.
Michael T. Ryan, Esq.
Ryan Ryan Johnson & Deluca, LLP
80 Fourth Street
Stamford CT 06905
**For the Defendants Danbury Surgical Associates, P.C. and Borrusso**

Richard L. Grant, Esq.
36 Tamarack Avenue, PMB #213
Danbury, CT 06811
**For the Defendant Borrusso**

Eric J. Stockman, Esq.
Maureen Sullivan Dinnan, Esq.
Nancy A. Meehan, Esq.
Michael D. Neubert, Esq.
Neubert Pepe & Montieth, P.C.
195 Church Street
New Haven CT 06510
**For the Defendants Danbury Hosp., Iulia Circiumara, Roth, Saipher Bennett, Brown, Hoffman, Doe #1, 2 & 3**

Regina Duchin Kraus, Esq.
Tyler, Cooper & Alcorn, LLP
P.O. Box 1936
205 Church Street
New Haven, CT 06509-1910
**For the Defendant Berger**

Gaileen A. Kaufman, Esq.
Bai Pollock Bluewiess & Mulcahey
One Corporate Drive
Shelton CT 06484
**For the Defendant Knowles**

_____
Richard C. Tynan

702260_1.DOC

- 6 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105