UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

------------------------------------------------------------X
LAURA GUIGLIANO, as Administratrix of
the Estate of MICHAEL GUIGLIANO, Deceased
and LAURA GUIGLIANO, Individually

                      Plaintiff,

                                                            Case No. 3:02 CV 718
vs.                                                   (RCN)(DFM)

DANBURY HOSPITAL, ET AL,

                     Defendants.                    June 30, 2005
------------------------------------------------------------X

## NOTICE OF CLAIM FOR APPORTIONMENT
## AS TO SETTLED OR RELEASED PARTIES

Pursuant to Section 52-102b(c) of the Connecticut General Statutes, the defendants, John Borusso, M.D. and Danbury Surgical Associates, P.C., hereby give notice of their claim for apportionment of liability in this matter as to Scott B. Berger, M.D., James Depuy, M. D., and F. Scott Gray, M.D., parties against whom claims have been settled or released.

Although this defendants recognize that this notice is not statutorily required, nevertheless, they respectfully give this notice out of an abundance of caution.

Although the defendants deny the allegations of the plaintiffs' complaint against them, they respectfully submits that to the extent that the allegations of the plaintiffs' complaint are proven, the losses and damages claimed by the plaintiffs were caused in whole or in part by the negligence and carelessness of Scott B. Berger, M.D., James Depuy, M. D.,

and F. Scott Gray, M.D. in one or more of the ways set forth in the plaintiff's Second Amended Complaint dated March 9, 2005.

Accordingly, the defendants respectfully seeks an allocation by the finder of fact as to any percentage of negligence attributable to Scott B. Berger, M.D., James Depuy, M. D., and F. Scott Gray, M.D., and it seeks a proportionate reduction of any verdict in favour of the plaintiff, in accordance with the provisions of Connecticut General Statutes § 52-572h(f) and (n) and Connecticut General Statutes § 52-102b(c).

THE DEFENDANTS,
JOHN BORRUSO, M.D. AND
DANBURY SURGICAL
ASSOCIATES, P.C.

By: _____
Kevin M. Tepas, Esq. (CT 05552)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT  06905
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Ave, Suites 6-8
Larchmont, NY 10538
Attorney for Plaintiffs, Laura Guigliano, as Administrator of the Estate of Michael Guigliano, and Laura Guigliano Individually

Scott F. Morgan, Esq.
c/o J. Lanni, Esq. as above
Attorney for Plaintiffs, Laura Guigliano, as Administrator of the Estate of Michael Guigliano, and Individually

Michael Neubert, Esq.
and Eric Stockman, Esq
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Attorneys for Danbury Hospital

Regina Duchin Kraus, Esq.
Tyler, Cooper & Alcorn, LLC
205 Church Street
P.O. Box 1936
New Haven, CT 06509
Attorney for Scott B. Berger, M.D.

Richard C. Tynan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303
Attorney for Joseph J. Catania, M.D.

_____
Kevin M. Tepas, Esq.

I:\Procases\290 117\Notie of Apportionment doc