UNITED STATES DISTRICT COURT

DISTRICT OF DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administratrix of the Estate of MICHAEL GUIGLIANO, Deceased and LAURA GUIGLIANO, Individually <br><br> Plaintiffs, <br><br> vs <br><br> DANBURY HOSPITAL, ET AL <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : CIVIL ACTION NO. 3:02 CV00718 <br> : (RNC) (DFM) <br> : <br> : <br> : <br> : <br> : JUNE 30, 2005 <br> : |

## MOTION FOR LEAVE TO SERVE APPORTIONMENT COMPLAINT

In accordance with F.R.C.P. Rule 14a, the defendants, John Borruso, M.D. and Danbury Surgical Associates, P.C. respectfully move this court for permission to file an apportionment complaint in this matter on non-party Frank Kessler, M.D. in accordance with the attached pleading entitled "Apportionment Complaint". The purpose of the apportionment complaint is to assert the defendants' statutory right of apportionment as to Dr. Kessler under Connecticut General Statutes sections 52-572h and 52-102b(a). A memorandum in support of this motion is attached hereto.

After consultation, there is no objection by any other party to the present motion.

THE DEFENDANTS,
JOHN BORUSSO, M.D.
DANBURY SURGICAL ASSOCIATES, P.C.

By: _____
Kevin M. Tepas, Esq., (CT 05552)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT  06905
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Avenue
Suites 6-8
Larchmont, NY 10538
Attorney for Plaintiffs, Laura Guigliano,
as Guardian Ad Litem for Michael
Guigliano, a Person Adjudged to be

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue
New York, NY 10001
Attorney for Plaintiffs, Laura Guigliano,
as Guardian Ad Litem for Michael
Guigliano, a Person Adjudged to be

Michael Neubert, Esq.
and Eric Stockman, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Attorney for Defendant, Danbury Hospital

Regina Duchin Kraus
Tyler, Cooper & Alcorn, LLC
205 Church Street
P.O. Box 1936
New Haven, CT 06509
Attorney for Defendant, Scott B. Berger,
M.D.

Richard C. Tynan
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303
Attorney for Defendant, Joseph J. Catania,
M.D.

_____
Kevin M. Tepas, Esq.

I:\Procases\290.117\Pld -Motion for leave to file apport complaint.wpd