UNITED STATES DISTRICT COURT

DISTRICT OF DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administratrix of the Estate of MICHAEL GUIGLIANO, Deceased and LAURA GUIGLIANO, Individually<br><br>Plaintiffs,<br><br>vs<br><br>DANBURY HOSPITAL, ET AL<br><br>Defendants. | CIVIL ACTION NO. 3:02 CV00718 (RNC) (DFM)<br><br>JUNE 30, 2005 |

### MOTION FOR LEAVE TO SERVE APPORTIONMENT COMPLAINT

In accordance with F.R.C.P. Rule 14a, the defendants, John Borruso, M.D. and Danbury Surgical Associates, P.C. respectfully move this court for permission to file an apportionment complaint in this matter on non-party Frank Kessler, M.D. in accordance with the attached pleading entitled "Apportionment Complaint". The purpose of the apportionment complaint is to assert the defendants' statutory right of apportionment as to Dr. Kessler under Connecticut General Statutes sections 52-572h and 52-102b(a). A memorandum in support of this motion is attached hereto.

After consultation, there is no objection by any other party to the present motion.

ORAL ARGUMENT IS Not Requested