UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURA GUIGLIANO | : | CIVIL ACTION NO. |
| Plaintiff | | 3:02 CV 718 (RNC) (DFM) |
| V. | : | |
| DANBURY HOSPITAL, ET AL | : | JULY 14, 2005 |
| Defendants | | |

## **APPEARANCE**

    Please enter my appearance on behalf of the defendant, Joseph J. Catania, M.D., only, in the above-captioned action.

                                                         DEFENDANT,
                                                          JOSEPH J. CATANIA, M.D.

                                                           By_____
                                                           Timothy J. Grady
                                                          HALLORAN & SAGE LLP
                                                          Fed. Bar #ct26730
                                                          One Goodwin Square
                                                          225 Asylum Street
                                                          Hartford, CT 06103
                                                          (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on this 30th day of June 2005, I hereby mailed a copy of the foregoing to:

| | |
|---|---|
| Joseph Lanni, Esq.<br>138 Chatsworth Avenue, Suites 6-8<br>Larchmont NY 10538<br>**For the Plaintiff** | Scott F. Morgan, Esq.<br>Weiner Millo & Morgan, LLC<br>220 Fifth Avenue, 7th Floor<br>New York NY 10001<br>**For the Plaintiff** |
| Richard O'Connor, Esq.<br>Christine Anne Robinson, Esq.<br>Stephen P. Sachner, Esq.<br>Sachner & O'Connor<br>Crossroad West<br>765 Straits Turnpike<br>P.O. Box 1323<br>Middlebury CT 06762-1323<br>**For the Defendants Depuy** | Kevin Tepas, Esq.<br>Jane Callahan Hagerty, Esq.<br>Beverly J. Hunt, Esq.<br>Jeffrey Charles Nagle, Esq.<br>Daniel E. Ryan, III, Esq.<br>Michael T. Ryan, Esq.<br>Ryan Ryan Johnson & Deluca, LLP<br>80 Fourth Street<br>Stamford CT 06905<br>**For the Defendants Danbury Surgical Associates, P.C. and Borruso** |
| Richard L. Grant, Esq.<br>36 Tamarack Avenue, PMB #213<br>Danbury, CT 06811<br>**For the Defendant Borruso** | Eric J. Stockman, Esq.<br>Maureen Sullivan Dinnan, Esq.<br>Nancy A. Meehan, Esq.<br>Michael D. Neubert, Esq.<br>Neubert Pepe & Montieth, P.C.<br>195 Church Street<br>New Haven CT 06510<br>**For the Defendants Danbury Hosp., Iulia Circiumara, Roth, Saipher Bennett, Brown, Hoffman, Doe #1, 2 & 3** |
| Regina Duchin Kraus, Esq.<br>Tyler, Cooper & Alcorn, LLP<br>P.O. Box 1936<br>205 Church Street<br>New Haven, CT 06509-1910<br>**For the Defendant Berger** | Gaileen A. Kaufman, Esq.<br>Bai Pollock Bluewiess & Mulcahey<br>One Corporate Drive<br>Shelton CT 06484<br>**For the Defendant Knowles** |

_____
Timothy J. Grady

711129_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105