UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
================================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,

         *Fed. R. Civ. P.*
         *41(a)(1)(i)*
    Plaintiff(s)   **NOTICE**
         **OF VOLUNTARY**
  -against-     **DISMISSAL OF**
         <u>**CERTAIN CLAIMS**</u>

DANBURY HOSPITAL, ET AL.,
         (RNC)(DFM)
    Defendants.
================================================X

  IT IS HEREBY AGREED TO by the undersigned counsel that, pursuant to *Fed. R. Civ. P. 41(a)(1)(i)*, all of the claims asserted by the plaintiffs in the above captioned action against defendant BERGER are hereby withdrawn and dismissed with prejudice and that any and all claims asserted against said defendant in this action are hereby discontinued with prejudice.

  It is further agreed that this Stipulation, when fully executed by counsel for the parties and "so ordered" by the Court, may be filed with the Clerk of the Court without any further notice to the parties.

Dated: Larchmont, New York
   July 11, 2005

By: _____  By: _____
  JOSEPH LANNI (CT 23566)   SCOTT F. MORGAN (CT 23648)
  The Law Firm Of      WEINER, MILLO & MORGAN, LLP
  JOSEPH LANNI, P.C.     220 Fifth Avenue
  138 Chatsworth Avenue, Ste. 6 – 8 Seventh Floor
  Larchmont, New York 10538  New York, New York 10001
  Tel: (914) 834-6600     Tel.: (212) 213-1220

1

TO:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL,
195 Church Street
New Haven, CT 23067
Tel.: (203) 821-2000T

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO & DAN. SURG. ASSOC.
80 Fourth Street
Stamford, CT 06905
(203) 357-9200

TYLER, COOPER & ALCORN, LLP
Attorneys for Defendant
BERGER
205 Church Street
New Haven, CT 06509-1910
Tel.: (203) 784-8200

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
Tel.: (860) 522-6103

## DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York. I served a true copy of the annexed: **PLAINTIFFS' Fed. R. Civ. P. 41(a)(1)(i)**, dated July 11, 2005, on the date of July 11, 2005, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U. S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL
195 Church Street
New Haven, CT 23067
Tel.: (203) 821-2000

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO & DANBURY SURG. ASSOC., P.C.
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 357-9200

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
Tel.: (860) 522-6103

SCOTT F. MORGAN (CT 23648)
WEINER, MILLO & MORGAN, LLP
Co-Counsel for Plaintiffs
220 Fifth Avenue
New York, New York 10001
Tel.: (212) 213-1220

Tyler, Cooper & Alcorn, L.L.P.
Attorneys for BERGER
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

Executed on July 11, 2005, Larchmont, New York

JOSEPH LANNI     (CT 23566)