UNITED STATES DISTRICT COURT

——————————— District of Connecticut ———————————

2005 JUL 22 A 10: 25

-----------------------------------------------------------X

LAURA GUIGLIANO, as Guardian Ad Litem for      **APPEARANCE**
MICHAEL GUIGLIANO, a Person Adjudged to6138
be incompetent, and LAURA GUIGLIANO,
Individually

            Plaintiff,

                                                   Case No. 3:02 CV00718 (RNC)

vs.

DANBURY HOSPITAL, ET AL

            Defendants.

-----------------------------------------------------------X

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in the above case for

**JOHN BORRUSO, M.D. and DANBURY SURGICAL ASSOCIATES, P.C.**

Date: July 20, 2005                _/s/ Eric W. F. Niederer_
                                    ERIC W. F. NIEDERER, ESQ. (ct 420360)
                                    Ryan, Ryan, Johnson & Deluca, LLP
                                    80 Fourth Street
                                    P.O. Box 3057
                                    Stamford, CT 06905
                                    Telephone: (203) 357-9200

## CERTIFICATE OF SERVICE

      I certify that I delivered a true and correct copy of the foregoing Appearance via United States mail, first class postage prepaid, to the following counsel and pro se parties of record:

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Avenue
Suites 6-8
Larchmont, NY 10538
Attorney for Plaintiffs

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue
New York, NY 10001
Attorney for Plaintiffs

Richard O'Connor, Esq.
Sachner & O'Connor
The Crossroads West
765 Straits Turnpike
Building 2, Suite 1001
P.O. Box 1323
Middlebury, CT 06762-1323

Michael Neubert, Esq.
Eric Stockman, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510

Garie Mulcahey, Esq.
Christine Norton, Esq.
Jason Hyjek, Esq.
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Drive, 5th Floor
Shelton, CT 06484

Regina Duchin Kraus, Esq.
Tyler, Cooper & Alcorn, LLC
205 Church Street
P.O. Box 1936
New Haven, CT 06509

Richard C. Tynan, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

this 20th day of July, 2005.

                                      ERIC W. F. NIEDERER, ESQ.

I:\Procases\290.117\ewn appearance072005b.wpd
290.117