UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased, and LAURA GUIGLIANO, Individually | : : : : : | CIVIL ACTION NO. 3:02 CV 718 (RNC) (DFM) |
| Plaintiffs, | : : | |
| V. | : : | |
| DANBURY HOSPITAL, ET AL. | : : | |
| Defendants. | : | JULY 25, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that Joseph J. Catania has manually filed the following:

Exhibits A and B to Defendant's Reply to Plaintiff's Memorandum of Law in Response to Defendant's Motion to Dismiss for Non-Joinder of Frank J. Kessler as a defendant.

These attachments have not been filed electronically because:

[ x ]   the electronic file size of the document exceeds 1.5 megabytes

The document or thing has been manually served on all parties.

                DEFENDANT,
                JOSEPH J. CATANIA, M.D.

                By_____
                Timothy J. Grady
                HALLORAN & SAGE LLP
                Fed. Bar #ct26730
                One Goodwin Square
                225 Asylum Street
                Hartford, CT 06103
                (860) 522-6103
                His Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10858.0123


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

  This is to certify that on this 25th day of July 2005, I hereby mailed a copy of the foregoing to:

Joseph Lanni, Esq.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538
**For the Plaintiff**

Scott F. Morgan, Esq.
Weiner Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York, NY 10001
**For the Plaintiff**

Richard O'Connor, Esq.
Christine Anne Robinson, Esq.
Stephen P. Sachner, Esq.
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
P.O. Box 1323
Middlebury, CT 06762-1323
**For the Defendants Depuy**

Kevin Tepas, Esq.
Jane Callahan Hagerty, Esq.
Beverly J. Hunt, Esq.
Jeffrey Charles Nagle, Esq.
Daniel E. Ryan, III, Esq.
Michael T. Ryan, Esq.
Eric W. F. Niederer, Esq.
Ryan Ryan Johnson & Deluca, LLP
80 Fourth Street
Stamford CT 06905
**For the Defendants Danbury Surgical Associates, P.C. and Borruso**

Richard L. Grant, Esq.
36 Tamarack Avenue, PMB #213
Danbury, CT 06811
**For the Defendant Borruso**

Eric J. Stockman, Esq.
Maureen Sullivan Dinnan, Esq.
Nancy A. Meehan, Esq.
Michael D. Neubert, Esq.
Neubert Pepe & Montieth, P.C.
195 Church Street
New Haven, CT 06510
**For the Defendants Danbury Hosp., Iulia Circiumara, Roth, Saipher Bennett, Brown, Hoffman, Doe #1, 2 & 3**

Regina Duchin Kraus, Esq.
Tyler, Cooper & Alcorn, LLP
P.O. Box 1936
205 Church Street
New Haven, CT 06509-1910
**For the Defendant Berger**

Gaileen A. Kaufman, Esq.
Bai Pollock Bluewiess & Mulcahey
One Corporate Drive
Shelton, CT 06484
**For the Defendant Knowles**

           _____
           Timothy J. Grady

714886_1.DOC

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105