# UNITED STATES DISTRICT COURT

———————————————— District of Connecticut————————————————

```
------------------------------------------------------------X
```

LAURA GUIGLIANO, as Guardian Ad Litem for
MICHAEL GUIGLIANO, a Person Adjudged to6138
be incompetent, and LAURA GUIGLIANO,
Individually

      Plaintiff,

vs.

DANBURY HOSPITAL, ET AL

      Defendants.

```
------------------------------------------------------------X
```

CIVIL ACTION NO.
3:02 CV00718 (RNC) (DFM)

JULY 25, 2005

## MOTION TO STRIKE
## PLAINTIFFS' VOLUNTARY DISMISSAL
## AND TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Pursuant to the Federal Rule of Civil Procedure 12(f) and Local Rule 7, the defendants,

John Borruso, M.D. and Danbury Surgical Associates, P.C. hereby move (1) to strike to the

plaintiffs' Notice of Voluntary Dismissal of Certain Claims as to Scott Berger, M.D. filed on July

19, 2005, under Federal Rule of Civil Procedure 41(a)(1), and (2) to dismiss the action for lack of

subject matter jurisdiction.

WHEREFORE, the defendants, John Borruso, M.D. and Danbury Surgical Associates,

P.C., request that the Court strike the Plaintiff's Notice of Voluntary Dismissal and dismiss this

action.

An accompanying  memorandum of law in support of this motion has been filed

herewith.

**ORAL ARGUMENT IS REQUESTED**

THE DEFENDANTS,
JOHN BORRUSO, M.D. AND DANBURY
SURGICAL ASSOCIATES, P.C.

By:_____

Eric W.F. Niederer, Esq. (CT 25773)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Avenue
Suites 6-8
Larchmont, NY 10538
Attorney for Plaintiffs

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue
New York, NY 10001
Attorney for Plaintiffs

Michael Neubert, Esq.
Eric Stockman, Esq.
Maureen Sullivan Dinnan, Esq.
Nancy A. Meehan, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Attorney for Defendant, Danbury Hospital

Richard O'Connor, Esq.
Stephen P. Sachner, Esq.
Christine A. Robinson, Esq.
Sachner & O'Connor
The Crossroads West
765 Straits Turnpike
Building 2, Suite 1001
P.O. Box 1323
Middlebury, CT 06762-1323
Attorney for Defendant, James Depuy, M.D.

Regina Duchin Kraus, Esq.
Tyler, Cooper & Alcorn, LLC
205 Church Street
P.O. Box 1936
New Haven, CT 06509
Attorney for Defendant, Scott B. Berger,
M.D.

Richard C. Tynan, Esq.
Timothy J. Grady, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303
Attorney for Defendant, Joseph J. Catania,
M.D.

Garie Mulcahey, Esq.
Christine Norton, Esq.
Jason Hyjek, Esq.
Gaileen Kaufman, Esq.
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Drive, 5th Floor
Shelton, CT 06484
Attorney for Defendant, Georgina
Knowles-Carson

_____
Eric W. F. Niederer, Esq.