UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased, and LAURA GUIGLIANO, Individually : : : : Plaintiffs, : : V. : : DANBURY HOSPITAL, ET AL. : Defendants. : | CIVIL ACTION NO. 3:02 CV 718 (RNC) (DFM) JULY 27, 2005 |

MOTION FOR EXTENSION OF TIME
TO ANSWER THE THIRD-AMENDED COMPLAINT

Pursuant to Local Rule 7(b)(2), the defendant Joseph J. Catania, M.D. respectfully requests a 20-day extension of time to answer the plaintiffs' Third-Amended Complaint from the time the Court decides this defendant's two pending motions: 1) Motion to Strike Plaintiffs' Notice of Voluntary Dismissal and to Dismiss for Lack of Subject Matter Jurisdiction dated July 26, 2005; and 2) Motion to Dismiss for Non-Joinder dated June 30, 2005.  For the reasons set forth below, the Court should grant Dr. Catania's motion.  In support of his motion, Dr. Catania states as follows:

    1.    This is his first request for an extension of time.

    2.    Plaintiffs' Attorney, Joseph Lanni, has no objection to this motion.

    3.    The deadline for filing his first responsive pleading is currently August 14, 2005.

10858.0123

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4. The two pending motions affect the subject matter jurisdiction of this Court.

5. If either motion is decided in the defendant's favor, the matter will be dismissed.

6. His counsel requires the requested extension in order to consult with Dr. Catania, diligently research the applicable issues and draft the appropriate responsive pleadings.

WHEREFORE, for good cause shown, Dr. Joseph J. Catania requests that the Court grant his motion to extend the deadline at issue until 20 days after the Court renders its decisions in the aforesaid pending motions.

DEFENDANT,
JOSEPH J. CATANIA, M.D.

By_____
Timothy J. Grady
HALLORAN & SAGE LLP
Fed. Bar #ct26730
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
His Attorneys

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 27th day of July 2005, I hereby mailed a copy of the foregoing to:

Joseph Lanni, Esq.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538
**For the Plaintiff**

Scott F. Morgan, Esq.
Weiner Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York, NY 10001
**For the Plaintiff**

Richard O'Connor, Esq.
Christine Anne Robinson, Esq.
Stephen P. Sachner, Esq.
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
P.O. Box 1323
Middlebury, CT 06762-1323
**For the Defendants Depuy**

Kevin Tepas, Esq.
Jane Callahan Hagerty, Esq.
Beverly J. Hunt, Esq.
Jeffrey Charles Nagle, Esq.
Daniel E. Ryan, III, Esq.
Michael T. Ryan, Esq.
Eric W. F. Niederer, Esq.
Ryan Ryan Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905
**For the Defendants Danbury Surgical Associates, P.C. and Borruso**

Richard L. Grant, Esq.
36 Tamarack Avenue, PMB #213
Danbury, CT 06811
**For the Defendant Borruso**

Eric J. Stockman, Esq.
Maureen Sullivan Dinnan, Esq.
Nancy A. Meehan, Esq.
Michael D. Neubert, Esq.
Neubert Pepe & Montieth, P.C.
195 Church Street
New Haven, CT 06510
**For the Defendants Danbury Hosp., Julia Circiumara, Roth, Saipher Bennett, Brown, Hoffman, Doe #1, 2 & 3**

Regina Duchin Kraus, Esq.
Tyler, Cooper & Alcorn, LLP
P.O. Box 1936
205 Church Street
New Haven, CT 06509-1910
**For the Defendant Berger**

Gaileen A. Kaufman, Esq.
Bai Pollock Bluewiess & Mulcahey
One Corporate Drive
Shelton, CT 06484
**For the Defendant Knowles**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                                                _____
                                                Timothy J. Grady

715565_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105