UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased and LAURA GUIGLIANO, Individually )<br><br>Plaintiffs, )<br><br>VS. )<br><br>DANBURY HOSPITAL, ET AL. )<br><br>Defendants. ) | CIVIL ACTION<br>NO. 3:02 CV 718 (RNC) (DFM)<br><br><br><br><br><br><br><br>SEPTEMBER 12, 2005 |

### JOINT STATUS REPORT

The undersigned submits the following as the joint status report pursuant to *Fed. R. Civ. P. 16(c)* and the *Superseding Scheduling Order Regarding Case Management Plan* of Magistrate Judge Donna F. Martinez, dated June 8, 2005, addressing each of the issues described in *Fed. R. Civ. P. 16(c)(1)-(16)*:

*Subsection*:

(1) The parties do not currently have any matters to present to the Court with regard to this subsection of *Rule 16(c)*.

(2) The pleadings may or may not need to be amended depending on the court's ruling on the pending dispositive motions.

10858.0123

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

(3)  Depending on the Court's ruling on pending motions with regard to Dr. Kessler and Dr. Berger, some matters under this subsection may require the Court's consideration.

(4)  The parties do not currently have any matters to present to the Court with regard to this subsection of *Rule 16(c)*.

(5)  The parties do not currently have any matters to present to the Court with regard to this subsection of *Rule 16(c)*.

(6)  While the parties are proceeding with the depositions of fact witnesses, the September 15, 2005 deadline may need to be extended, depending on the Court's ruling on pending motions with regard to Dr. Kessler and Dr. Berger.

(7)  Depending on the Court's ruling on pending motions with regard to Dr. Kessler and Dr. Berger, some matters under this subsection may remove the Court's consideration.

(8)  The parties do not currently have any matters to present to the Court with regard to this subsection of *Rule 16(c)*.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

(9) The parties do not currently have any matters to present to the Court with regard to this subsection of *Rule 16(c)*. A Joint Mediation Report is to be submitted to the Court on or before October 30, 2005.

(10) The parties do not currently have any matters to report to the Court with regard to this subsection of *Rule 16(c)*.

(11) There are currently four (4) motions pending before the Court. Two motions have been filed for an order dismissing the action under *Fed. R. Civ. P. 19(b)* by defendants Borruso and Catania for the failure to join Dr. Kessler as an indispensable party. Two motions have been filed for an order dismissing the action under *Fed. R. Civ. P. 19(b)* by defendants Borruso and Catania for the joinder of Dr. Berger, a non-diverse and indispensable party. The parties await disposition of those motions by the Court.

(12) The parties do not currently have any matters to present to the Court with regard to this subsection of *Rule 16(c)*.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

(13)  The parties do not currently have any matters to present to the Court with regard to this subsection of *Rule 16(c)*.

(14)  The parties do not currently have any matters to present to the Court with regard to this subsection of *Rule 16(c)*.

(15)  The parties do not currently have any matters to present to the Court with regard to this subsection of *Rule 16(c)*.

(16)  The parties do not currently have any matters to present to the Court with regard to this subsection of *Rule 16(c)*.

The undersigned attorney certifies, pursuant to *28 U.S.C. § 1746*, that this status report has been served on counsel for all parties via facsimile and via first class mail, that the undersigned has attempted to confer with all counsel regarding the contents of this status report.

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

      Respectfully submitted,
      DEFENDANT:
      JOSEPH CATANIA

By_____
      Timothy J. Grady
      HALLORAN & SAGE LLP
      Fed Bar #ct 26730
      One Goodwin Square
      225 Asylum Street
      Hartford, Connecticut  06103
      Juris No. 26105
      His Attorneys

CERTIFICATION

      This is to certify that on this 12th day of September 2005, I hereby mailed a copy of the foregoing to:

Joseph Lanni, Esq.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538
**For the Plaintiff**

Scott F. Morgan, Esq.
Weiner Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York, NY 10001
**For the Plaintiff**

Eric J. Stockman, Esq.
Maureen Sullivan Dinnan, Esq.
Nancy A. Meehan, Esq.
Michael D. Neubert, Esq.
Neubert Pepe & Montieth, P.C.
195 Church Street
New Haven, CT 06510
**For the Defendants Danbury Hosp., Julia Circiumara, Roth, Saipher Bennett, Brown, Hoffman, Doe #1, 2 & 3**

Kevin Tepas, Esq.
Ilyssa Kelson, Esq.
Beverly J. Hunt, Esq.
Jeffrey Charles Nagle, Esq.
Daniel E. Ryan, III, Esq.
Michael T. Ryan, Esq.
Ryan Ryan Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905
**For the Defendants Danbury Surgical Associates, P.C. and Borruso**

Regina Duchin Kraus, Esq.
Tyler, Cooper & Alcorn, LLP
P.O. Box 1936
205 Church Street
New Haven, CT 06509-1910
**For the Defendant Berger**

Andrew Neubart, Esq.
Rende, Ryan & Downes, LLP
202 Mamaroneck Road
White Plains, NY 10601
**For the Third-Party/Apport.-Defendant Kessler**

                                                                       _____
                                                                       Timothy J. Grady

730350v.1



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105