UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased, and LAURA GUIGLIANO, Individually<br>    Plaintiffs,<br><br>V.<br><br>JOSEPH J. CATANIA, M.D.<br>Defendant and Third-Party Plaintiff,<br><br>V.<br><br>FRANK KESSLER, M.D.<br>Third-Party Defendant. | CIVIL ACTION NO.<br>3:02 CV 718 (RNC) (DFM)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 19 2005 |

## APPORTIONMENT-PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT FRANK J. KESSLER, M.D.

  Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the apportionment-plaintiff, Joseph J. Catania, M.D., hereby moves that a default be entered against the apportionment-defendant, Frank J. Kessler, M.D., for failure to appear, plead or otherwise defend the above-captioned matter.

  The apportionment-plaintiff, Joseph J. Catania, M.D., respectfully submits that this action was instituted with the filing and service of an Apportionment Complaint upon the apportionment-defendant on July 1, 2005. Copies of the Summons and Apportionment Complaint are attached hereto as Exhibit A. On or about July 1, 2005, the apportionment-defendant, Frank J. Kessler, M.D., through his authorized agent,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10858.0123
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Fedela Kessler, accepted service of the Summons and Apportionment Complaint. The plaintiff filed the Affidavit of Service with the District Court on July 11, 2005.

Time allowed under the Federal Rules of Civil Procedure to answer the Apportionment Complaint expired on July 30, 2005. Yet, as of the date of this motion, the apportionment-defendant, Frank J. Kessler, M.D., has failed to appear or file any responsive pleading to the Apportionment Complaint.

On or about August 10, 2005, Attorney Andrew Neubardt of Rende, Ryan & Downes, LLP, 202 Mamaroneck Road, White Plains, NY 10601, contacted the parties in this case, representing that he was counsel for Dr. Kessler. Subsequently, the parties agreed to allow Attorney Neubardt to attend depositions, with the understanding that Attorney Neubardt would file his appearance presently. In fact, on September 15, 2005, plaintiff's counsel, Joseph Lanni, arranged for Dr. Kessler's deposition to be taken at Attorney Neubardt's office on September 15, 2005.

At Dr. Kessler's deposition, Attorney Neubardt reiterated his intention to file an appearance on behalf of Dr. Kessler, as soon as he was able to work out the administrative details. Due to time constraints, all counsel were not given the opportunity to question Dr. Kessler on September 15, 2005, and the deposition was kept open. At that time, Attorney Neubardt agreed to provide dates to complete the deposition; however, to date, over a month later, he has failed to do so. Moreover, to date, neither Attorney Neubardt nor any other attorney has filed an appearance or a responsive pleading on behalf of Dr. Kessler.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

WHEREFORE, for the foregoing reasons, the apportionment-plaintiff, Joseph J. Catania, M.D., respectfully requests that this motion be granted and a default be entered against apportionment-defendant, Frank J. Kessler, M.D., for failure to appear, plead or otherwise defend the instant action.

    DEFENDANT,
    JOSEPH J. CATANIA, M.D.

    By_____
        Timothy J. Grady
        HALLORAN & SAGE LLP
        Fed. Bar #ct26730
        One Goodwin Square
        225 Asylum Street
        Hartford, CT 06103
        (860) 522-6103
        His Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

      This is to certify that on this 19th day of October 2005, I hereby mailed a copy of the foregoing to:

Joseph Lanni, Esq.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538
**For the Plaintiff**

Scott F. Morgan, Esq.
Weiner Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York, NY 10001
**For the Plaintiff**

Eric J. Stockman, Esq.
Maureen Sullivan Dinnan, Esq.
Nancy A. Meehan, Esq.
Michael D. Neubert, Esq.
Neubert Pepe & Montieth, P.C.
195 Church Street
New Haven, CT 06510
**For the Defendants Danbury Hosp., Julia Circiumara, Roth, Saipher Bennett, Brown, Hoffman, Doe #1, 2 & 3**

Kevin Tepas, Esq.
Ilyssa Kelson, Esq.
Beverly J. Hunt, Esq.
Jeffrey Charles Nagle, Esq.
Ryan Ryan Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905
**For the Defendants Danbury Surgical Associates, P.C. and Borruso**

Regina Duchin Kraus, Esq.
Tyler, Cooper & Alcorn, LLP
P.O. Box 1936
205 Church Street
New Haven, CT 06509-1910
**For the Defendant Berger**

Courtesy Copy to:
Andrew Neubardt, Esq.
Rende, Ryan & Downes, LLP
202 Mamaroneck Road
White Plains, NY 10601
**For the Third-Party/Apport.-Defendant Kessler**

Frank Kessler, M.D.
3423 Danbury Road
Brewster, NY 105909
**For the Third-Party/Apport.-Defendant Kessler**

 

                                  _____
                                  Timothy J. Grady

746928v.1



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105