UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased, and LAURA GUIGLIANO, Individually<br>    Plaintiffs,<br><br>V.<br><br>JOSEPH J. CATANIA, M.D.<br>Defendant and Third-Party Plaintiff,<br><br>V.<br><br>FRANK KESSLER, M.D.<br>Third-Party Defendant. | CIVIL ACTION NO.<br>3:02 CV 718 (RNC) (DFM)<br><br><br><br><br><br><br><br><br><br><br><br>NOVEMBER 7, 2005 |

## ANSWER, AFFIRMATIVE DEFENSES AND JURY CLAIM

  The defendant, Joseph J. Catania, M.D., hereby answers the plaintiffs' Third Amended Complaint dated June 14, 2005.

## PARTIES

  1-3. With regard to the allegations contained in paragraphs 1-3, this defendant has insufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiffs to their proof.

  4-11. The defendant does not respond to paragraphs 4-11, as the same are not directed to him.

  12-13. Paragraphs 12-13 are admitted.



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10858.0123
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

14. The defendant admits paragraph 14, insofar as it alleges that Joseph J. Catania, M.D has privileges to admit and care for patients at Danbury Hospital and denies any other implied allegations contained in paragraph 14.

15-17. This defendant does not respond to the allegations contained within paragraphs 15-17, as they are not directed to him.

18. Paragraph 18 is admitted.

## JURISDICTION

19-20. With regard to the allegations contained in paragraphs 19 and 20, the defendant has insufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiffs to their proof.

## VENUE

21. Paragraph 21 is admitted.

## JURY DEMAND

22. The allegations contained within paragraph 22 require no response from this defendant.

## AS FOR THE FIRST CAUSE OF ACTION

23. The defendant incorporates his responses to paragraphs 1-22 of this Third Amended Complaint as his response to paragraph 23, as if fully set forth herein.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

24-25.   This defendant does not respond to the allegations contained within paragraphs 24-25, as they are not directed to him.

26.   The defendant denies the allegations in paragraph 26 in the terms alleged.  The defendant Joseph J. Catania, M.D., in his capacity as a covering surgeon, made a physical assessment of the signs and symptoms exhibited by Michael Guigliano and subsequently in accordance with the standards of accepted medical and surgical practice, Dr. Catania ordered Mr. Guigliano undergo a CT scan of his abdomen.

27-28.   This defendant does respond to the allegations contained within paragraphs 27-28, as they are not directed to him.

29.   Paragraph 29 is admitted.

30-31.   Paragraphs 30-31 are denied.

32.   This defendant denies such portion of paragraph 32 that alleges: "That by reason of the aforesaid negligence and medical malpractice of the defendants."  With regard to the remaining allegations in paragraph 32, the defendant has insufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiffs to their proof.

33.   Paragraph 33 is denied.

34-35.   This defendant denies such portions of paragraphs 34-35 that allege: "That by reason of the aforesaid negligence and medical malpractice of the defendants." With regard to the remaining allegations contained in paragraphs 34-35, the defendant has insufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiffs to their proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## AS AND FOR A SECOND CAUSE OF ACTION

36.     The defendant incorporates his responses to paragraphs 1-35 of this Third Amended Complaint as his response to paragraph 36, as if fully set forth herein.

37.     The defendant has insufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiffs to their proof.

38-39.  This defendant denies such portions of paragraphs 38-39 that allege: "That by reason of the aforesaid negligence and medical malpractice of the defendants."  With regard to the remaining allegations contained in paragraphs 38-39, the defendant has insufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiffs to their proof.

## AS AND FOR A THIRD CAUSE OF ACTION

40.     The defendant incorporates his responses to paragraphs 1-39 of this Third Amended Complaint as his response to paragraph 40, as if fully set forth herein.

41-47.  This defendant does not respond to the allegations contained in paragraphs 41-47, as they are not directed to him.

## AS TO THE FOURTH CAUSE OF ACTION

48.     The defendant incorporates his responses to paragraphs 1-47 of this Third Amended Complaint as his response to paragraph 48, as if fully set forth herein.

49-51.  Paragraphs 49-51 are denied.



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

52-53.   The defendant has insufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiffs to their proof.

54.   The defendant denies such portion of paragraph 54 that alleges: "That by reason of the aforesaid negligence and medical malpractice of the defendants."  With regard to the remaining allegations contained in paragraph 54, the defendant has insufficient knowledge or information upon which to form a belief, and therefore leaves the plaintiffs to their proof.

55.   Paragraph 55 is denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The plaintiffs' Third Amended Complaint, in whole or in part, fails to state a cause of action upon which relief may be granted.

### Second Affirmative Defense

Any recovery by the plaintiffs must be reduced by the percentage of negligence that a jury finds attributable to Frank J. Kessler, M.D.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                                DEFENDANT,
                                JOSEPH J. CATANIA, M.D.

                                By_____
                                    Timothy J. Grady
                                    HALLORAN & SAGE LLP
                                    Fed. Bar #ct26730
                                    One Goodwin Square
                                    225 Asylum Street
                                    Hartford, CT 06103
                                    (860) 522-6103
                                    His Attorneys

<u>CERTIFICATION</u>

       This is to certify that on this 7th day of November 2005, I hereby mailed a copy of the foregoing to:

| | |
|---|---|
| Joseph Lanni, Esq.<br>138 Chatsworth Avenue, Suites 6-8<br>Larchmont, NY 10538<br>**For the Plaintiff** | Scott F. Morgan, Esq.<br>Weiner Millo & Morgan, LLC<br>220 Fifth Avenue, 7th Floor<br>New York, NY 10001<br>**For the Plaintiff** |
| Eric J. Stockman, Esq.<br>Maureen Sullivan Dinnan, Esq.<br>Nancy A. Meehan, Esq.<br>Michael D. Neubert, Esq.<br>Neubert Pepe & Montieth, P.C.<br>195 Church Street<br>New Haven, CT 06510<br>**For the Defendant Danbury Hospital** | Kevin Tepas, Esq.<br>Beverly J. Hunt, Esq.<br>Ryan Ryan Johnson & Deluca, LLP<br>80 Fourth Street<br>Stamford, CT 06905<br>**For the Defendants Danbury Surgical Associates, P.C. and Borruso** |

<u>Courtesy Copy to</u>:
Andrew Neubardt, Esq.
Rende, Ryan & Downes, LLP
202 Mamaroneck Road
White Plains, NY 10601
**For the Third-Party/Apport.-Defendant Kessler**

                                            _____
                                            Timothy J. Grady

753702v.1

One Goodwin Square     HALLORAN     Phone (860) 522-6103
225 Asylum Street     & SAGE LLP     Fax (860) 548-0006
Hartford, CT 06103                                Juris No. 26105