# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:02cv718 (RNC)

GUIGLIANO v. BARRUSO, et al.,
BARRUSO v. KESSLER

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Frank Kessler, Jr., M.D.

---

November 14, 2005
**Date**

CT23131
**Connecticut Federal Bar Number**

203-431-6646
**Telephone Number**

203-431-6686
**Fax Number**

**E-mail address**

*Signature*

Beverley Rogers
**Print Clearly or Type Name**

470 Main Street - Suite 303
**Address**

Ridgefield, Connecticut 06877

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

The Law Firm of Joseph Lanni, P.c.
Attorney for Plaintiffs
138 Chatsworth Avenue - Suites 6-8
Larchmont, New York 10538

Ryan, Ryan, Johnson & DeLuca, LLP
Attorneys for Danbury Surgical Assoc.
and John Borruso, M.C.
80 Fourth Street
Stamford, Connecticut 06905

Neubert, Pepe & Montheth, P.C.
Attorneys for Danbury Hospital
195 Church Street
New Haven, Connecticut 23067

Halloran & Sage, LLP
Attorneys for Defendants Catania
One Goodwin Square
Hartford, Connecticut 06103

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001