UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------X
LAURA GUIGLIANO, as Administratrix of the
Estate of MICHAEL GUIGLIANO, Deceased and
LAURA GUIGLIANO, Individually,

                     Plaintiffs,

    -against-

JOHN BARRUSO, M.D. and DANBURY SURGICAL
ASSOCIATES, P.C.,

               Defendant and Third-Party Plaintiffs,

    -against-

FRANK KESSLER, JR., M.D.,

               Third-Party Defendant.
---------------------------------------------------------------X

3:02 cv 718
(RNC) (DFM)

**MOTION FOR ADMISSION
PRO HAC VICE**
October 21, 2005

    I, BEVERLEY ROGERS, submit the following to support the admission pro hac vice of ANDREW M. NEUBARDT, pursuant to United States District Court, Local Rules of Civil Procedure, 83.1(d) with regard to the above captioned matter:

    The undersigned agrees to appear as the Local Rule 83.1(c) office for the transaction of business with regard to the above captioned matter.

    The undersigned is a member in good standing of the Connecticut State Bar and is a member of good standing in the United States District Court, District of Connecticut under Connecticut Juris Number 416241 and Federal Attorney number CT23131.

    Application is also made for the undersigned to be excused from personally appearing in Court regarding this matter; appearances will be made by ANDREW M. NEUBARDT, as attorney pro hac vice for and on behalf of FRANK KESSLER, M.D., third-party defendant.

    The undersigned respectfully requests that this motion to admit ANDREW M. NEUBARDT, pro hac vice concerning the above captioned matter on behalf of FRANK KESSLER, M.D., third-party defendant, be granted.

Dated: White Plains, NY
October 21, 2005

_____
BEVERLEY ROGERS
Juris Number: 416241
Attorney Number: CT23131
470 Main Street
Ridgefield, Connecticut 06877
203-431-6646

TO:   THE LAW FIRM OF JOSEPH LANNI, P.C.
Attorney for Plaintiffs
138 Chatsworth Avenue, Suites 6-8
Larchmont, New York 10538

RYAN, RYAN, JOHNSON & DELUCA, LLP
Attorneys for Defendants
DANBURY SURGICAL ASSOCIATES, P.C.
& JOHN BORRUSO, M.D.
80 Fourth Street
Stamford, CT 06905
203-357-9200

NEUBERT, PEPE & MONTIETH, P.C.
Attorneys for Defendants
DANBURY HOSPITAL
195 Church Street
New Haven, CT 23067
203-821-2000

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
860-522-6103

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------X
LAURA GUIGLIANO, as Administratrix of the
Estate of MICHAEL GUIGLIANO, Deceased and      3:02 cv 718
LAURA GUIGLIANO, Individually,                 (RNC) (DFM)

                Plaintiffs,                **AFFIDAVIT FOR APPLICATION**
                                            **PRO HAC VICE**
-against-                                      October 21, 2005

JOHN BARRUSO, M.D. and DANBURY SURGICAL
ASSOCIATES, P.C.,

                Defendant and Third-Party Plaintiffs,

-against-

FRANK KESSLER, JR., M.D.,

                Third-Party Defendant.
-------------------------------------------------------------------X

      ANDREW M. NEUBARDT, an attorney admitted to the State Court of Connecticut (Juris Number 307552) and the New York Federal Southern and Eastern Districts, affirms the following under the penalties of perjury:

      1.     I am a member of RENDE, RYAN & DOWNES, LLP, 202 Mamaroneck Avenue, White Plains, New York 10601, telephone number 914-681-0444 (Ext. 320), facsimile number 914-681-0875, e-mail address aneubardt@rrd-law.com.

      2.     Your affirmant is admitted to practice law in the State Court of New York, the State Court of Connecticut as well as the Eastern and Southern Federal District Courts in the State of New York.

      3.     Your affirmant has not been denied admission or disciplined by this or any other Court. Your affirmant is currently in good standing in all jurisdictions in which I have been admitted to practice law.

      4.     Your affirmant has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

RYAN, RYAN, JOHNSON & DELUCA, LLP
Attorneys for Defendants
DANBURY SURGICAL ASSOCIATES, P.C.
& JOHN BORRUSO, M.D.
80 Fourth Street
Stamford, CT 06905
203-357-9200

NEUBERT, PEPE & MONTIETH, P.C.
Attorneys for Defendants
DANBURY HOSPITAL
195 Church Street
New Haven, CT 23067
203-821-2000

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
860-522-6103

**DECLARATION OF SERVICE**
**PURSUANT TO 28 U.S.C. §1746**

I, BEVERLEY ROGERS, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Fairfield County in the State of New York. I served a true copy of the annexed:

**Motion by Counsel for Apportionment/Third-Party Defendant FRANK KESSLER, M.D. for Admission Pro Hac Vice;**

on the date of October 28, 2005, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U.S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:   THE LAW FIRM OF JOSEPH LANNI, P.C.
      Attorney for Plaintiffs
      138 Chatsworth Avenue, Suites 6-8
      Larchmont, New York 10538

      RYAN, RYAN, JOHNSON & DELUCA, LLP
      Attorneys for Defendants
      DANBURY SURGICAL ASSOCIATES, P.C.
      & JOHN BORRUSO, M.D.
      80 Fourth Street
      Stamford, CT 06905
      203-357-9200

      NEUBERT, PEPE & MONTIETH, P.C.
      Attorneys for Defendants
      DANBURY HOSPITAL
      195 Church Street
      New Haven, CT 23067
      203-821-2000

      HALLORAN & SAGE, LLP
      Attorneys for Defendants
      CATANIA
      One Goodwin Square
      Hartford, CT 06103
      860-522-6103

Executed on October 28, 2005, Ridgfield, CT.

_____
BEVERLEY ROGERS (CT 26131)