UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased, and LAURA GUIGLIANO, Individually<br>    Plaintiffs,<br><br>V.<br><br>JOSEPH J. CATANIA, M.D.<br>Defendant and Third-Party/ Apportionment Plaintiff,<br><br>V.<br><br>FRANK KESSLER, M.D.<br>Third-Party/Apportionment Defendant. | CIVIL ACTION NO.<br>3:02 CV 718 (RNC) (DFM)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>NOVEMBER 22, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

The third-party/apportionment plaintiff, Joseph J. Catania, M.D., respectfully requests a ten-day enlargement of time, up to and including December 7, 2005, within which to file a motion for default judgment, pursuant to Federal Rule of Civil Procedure 55(b). Andrew W. Neubardt, counsel for third-party/apportionment defendant, Frank J. Kessler, M.D., had his Motion to Appear Pro Hac Vice ordered on November 16, 2005.

The third-party/apportionment plaintiff, Joseph J. Catania, M.D., wishes to afford Attorney Neubardt extra time within which to file his answer; however, at the same time, Dr. Catania does not wish to foreclose his right to move for a default judgment or risk

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10858.0123
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

dismissal of the action, should the third-party/apportionment defendant's answer not be forthcoming.

This is the third-party/apportionment plaintiff's first Motion for Enlargement of Time within which to file a motion for default judgment, pursuant to F.R.C.P. 55(b).

WHEREFORE, the third-party/apportionment plaintiff, Joseph Catania, M.D., respectfully moves for a ten-day enlargement of time up to and including December 7, 2005 within which to file a motion for default judgment, pursuant to F.R.C.P. 55(b).

THIRD-PARTY/APPORTIONMENT PLAINTIFF
JOSEPH J. CATANIA, M.D.

By_____
Timothy J. Grady
HALLORAN & SAGE LLP
Fed. Bar #ct26730
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
His Attorneys

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on this 22nd day of November 2005, I hereby mailed a copy of the foregoing to:

Joseph Lanni, Esq.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538
**For the Plaintiff**

Scott F. Morgan, Esq.
Weiner Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York, NY 10001
**For the Plaintiff**

Eric J. Stockman, Esq.
Maureen Sullivan Dinnan, Esq.
Nancy A. Meehan, Esq.
Michael D. Neubert, Esq.
Neubert Pepe & Montieth, P.C.
195 Church Street
New Haven, CT 06510
**For the Defendant Danbury Hosp.**

Kevin Tepas, Esq.
Beverly J. Hunt, Esq.
Ryan Ryan Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905
**For the Defendants Danbury Surgical Associates, P.C. and Borruso**

Courtesy Copy to:
Andrew Neubardt, Esq.
Rende, Ryan & Downes, LLP
202 Mamaroneck Road
White Plains, NY 10601
**For the Third-Party/Apport.-Defendant Kessler**

_____
Timothy J. Grady

760818v.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105