UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased, and LAURA GUIGLIANO, Individually<br>　　　　　Plaintiffs, | CIVIL ACTION NO.<br>3:02 CV 718 (RNC) (DFM) |
| V. | |
| JOSEPH J. CATANIA, M.D.<br>Defendant and Third-Party/<br>Apportionment Plaintiff, | |
| V. | |
| FRANK KESSLER, M.D.<br>Third-Party/Apportionment Defendant. | NOVEMBER 22, 2005 |

**MOTION FOR ENLARGEMENT OF TIME**

The third-party/apportionment plaintiff, Joseph J. Catania, M.D., respectfully requests a ten-day enlargement of time, up to and including December 7, 2005, within which to file a motion for default judgment, pursuant to Federal Rule of Civil Procedure 55(b). Andrew W. Neubardt, counsel for third-party/apportionment defendant, Frank J. Kessler, M.D., had his Motion to Appear Pro Hac Vice ordered on November 16, 2005. The third-party/apportionment plaintiff, Joseph J. Catania, M.D., wishes to afford

November 23, 2005.   Guigliano v. Catania, et al.
　　　　　　　　　　　　3:02CV718 (RNC)

Re: Motion For Extension Of Time [doc. 201]

Granted.  So ordered.

　　　　　　　　　　　Robert N. Chatigny, U.S/D.J.