UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------X

LAURA GUIGLIANO, as Administratrix of the                    CIVIL ACTION NO.
Estate of MICHAEL GUIGLIANO, Deceased and                    3:02 CV 718 (RNC) (DFM)
LAURA GUIGLIANO, Individually,

                Plaintiffs,

                                          November 23, 2005

      -against-

JOSEPH J. CATANIA, M.D.

                Defendant and Third-Party Plaintiffs,

      -against-

FRANK KESSLER, JR., M.D.,

                Third-Party Defendant.
-------------------------------------------------------------X

### AFFIRMATION IN OPPOSITION TO APPORTIONMENT-PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT FRANK J. KESSLER, M.D.

This Affirmation is respectfully submitted in opposition to the motion of apportionment-

plaintiff Joseph J. Catania, M.D. which seeks an Order of default against apportionment-defendant

Frank J. Kessler, M.D. for a purported failure to appear, plead or otherwise defend the above

captioned matter.

Initially, it should be noted that a motion for admission pro hac vice allowing the undersigned

to appear in this Honorable Court on behalf of apportionment-defendant Frank J. Kessler, M.D. has

just been granted.

Annexed as Exhibit "A" to this opposition Affirmation is the appearance and answer

interposed on behalf of apportionment-defendant Frank J. Kessler, M.D.  Service and filing of this

Answer renders the subject motion moot and it should therefore be denied in its entirety.

Delay in filing an appearance and answer on behalf of apportionment-defendant Frank J.

Kessler, M.D. required the precedent step of admission pro hac vice to this Honorable Court.

Administrative difficulties in filing that motion inadvertently delayed the filing of an appearance and

answer on behalf of apportionment-defendant Frank J. Kessler, M.D. However, there was no

prejudice to any party or delay in discovery as a result of that delay. As noted in the Affirmation in

Support of the within motion, Frank J. Kessler, M.D. was produced for the initial session of his

deposition on September 15, 2005; the conclusion of his deposition is currently scheduled for

December 8, 2005

WHEREFORE, as filing of the annexed Answer renders the instant motion moot and as there

has been no prejudice to any party or delay in discovery as a result of a purported delay, it is

respectfully requested that this Court deny the motion of apportionment-plaintiff Joseph J. Catania,

M.D. seeking an Order for default against apportionment defendant Frank J. Kessler, M.D. and

provide for such other, further and different relief as the Court finds just and proper.


APPORTIONMENT-DEFENDANT
FRANK J. KESSLER, MD.

By _____
ANDREW M. NEUBARDT
RENDE, RYAN & DOWNES, LLP
Fed. Bar # phv 0714
202 Mamaroneck Avenue
White Plains, New York 10601
914-681-0444

CERTIFICATION

This is to certify that on this 23rd day of November 2005, I hereby mailed a copy of the foregoing to:

THE LAW FIRM OF JOSEPH LANNI, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, New York 10538
**For the Plaintiff**

WEINER, MILLO & MORGAN, LLC
220 Fifth Avenue, 7th Floor
New York, New York 10001
**For the Plaintiff**

RYAN, RYAN, JOHNSON & DELUCA, LLP
80 Fourth Street
Stamford, CT 06905
**For the Defendants Danbury Surgical**
**Associates, P.C. & Borruso**

NEUBERT, PEPE & MONTIETH, P.C.
195 Church Street
New Haven, CT 06510
**For the Defendants Danbury Hospital,**
**Julia Circiumara, Roth, Saipher**
**Bennet, Brown, Hoffman, Doe #1, 2 & 3**

HALLORAN & SAGE, LLP
One Goodwin Square
Hartford, CT 06103
**For the Defendant**
**Joseph J. Catania, M.D.**

TYLER, COOPER & ALCORN, LLP
P.O. Box 1936
205 Church Street
New Haven, CT 06509
**For the Defendant Berger**

Exhibit
A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------X
LAURA GUIGLIANO, as Administratrix of the     CIVIL ACTION NO.
Estate of MICHAEL GUIGLIANO, Deceased and    3:02 CV 718 (RNC) (DFM)
LAURA GUIGLIANO, Individually,

               Plaintiffs,

                                     November 23, 2005

    -against-

JOSEPH J. CATANIA, M.D.

          Defendant and Third-Party Plaintiffs,

    -against-

FRANK KESSLER, JR., M.D.,

          Third-Party Defendant.
-------------------------------------------------------------------X
APPORTIONMENT ANSWER (Amended)

Third-Party defendant, FRANK KESSLER, JR., M.D., by his attorneys, RENDE, RYAN &

DOWNES, LLP, answering the Apportionment Complaint of the defendant and third-party plaintiff,

JOSEPH J. CATANIA, M.D., herein:

1.     Denies knowledge or information sufficient to form a belief as to the allegations contained

in the paragraphs designated "1" and "12" thereof.

2.     Denies each and every allegation contained in the paragraphs designated "2", "9", "10",

"11", "13" and "14" thereof.

3.     Denies knowledge or information sufficient to form a belief as to the allegations contained

in the paragraph designated "3" thereof except admit that Frank Kessler, M.D. was and continues to be a

physician competent to treat patients in general accordance with the standards of acceptable medical care

and practice.

4.     Denies knowledge or information sufficient to form a belief as to the allegations contained

in the paragraph designated "7" thereof except admit that prior to plaintiff-decedent, Michael Guigliano's,

admission to Danbury Hospital in February 2001, Michael Guilgiano came under the care of the

apportionment-defendant, Frank Kessler, M.D. in his capacity as a physician.

5.    Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph designated "8" thereof and refer all questions of law to presiding Judge at the time of trial.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

6.    The injuries and damages, if any, allegedly sustained by the plaintiff were caused or contributed to, in whole or in part, by the culpable conduct on the part of a third-party or parties not then and there in the control of the answering defendant without any fault or negligence on the part of the defendant contributing thereto.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

7.    Apportionment plaintiff's Complaint fails, in whole or in part, to state a cause of action upon which relief can be granted.

Answering third-party defendant reserves the right to assert additional defenses upon the discovery of facts not presently known.

WHEREFORE, third-party defendant, FRANK KESSLER, JR., M.D., demands judgment against the defendant and third-party plaintiff as follows:

(a)    Dismissing the defendant and third-party plaintiff's complaint, together with the costs and disbursements of this action;

(b)    in the alternative, and in the event that defendant and third-party plaintiff prevails against third-party defendant, then it is requested that the Court instruct the jury as to the apportionment of damages among any responsible tortfeasors, including the defendant and third-party plaintiff;

(c)    in the event defendant and third-party plaintiff prevails, said third-party defendant demands judgment reducing the amount of damages as against the defendant by the respective percentage of fault of the defendant and third-party plaintiff if any.

APPORTIONMENT-DEFENDANT
FRANK J. KESSLER, MD.

By _____
        ANDREW M. NEUBARDT
RENDE, RYAN & DOWNES, LLP
Fed. Bar # phv0714
202 Mamaroneck Avenue
White Plains, New York 10601
914-681-0444

<u>CERTIFICATION</u>

This is to certify that on this 23rd day of November 2005, I hereby mailed a copy of the foregoing to:

THE LAW FIRM OF JOSEPH LANNI, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, New York 10538
**For the Plaintiff**

WEINER, MILLO & MORGAN, LLC
220 Fifth Avenue, 7th Floor
New York, New York 10001
**For the Plaintiff**

RYAN, RYAN, JOHNSON & DELUCA, LLP
80 Fourth Street
Stamford, CT 06905
**For the Defendants Danbury Surgical**
**Associates, P.C. & Borruso**

NEUBERT, PEPE & MONTIETH, P.C.
195 Church Street
New Haven, CT 06510
**For the Defendants Danbury Hospital,**
**Julia Circiumara, Roth, Saipher**
**Bennet, Brown, Hoffman, Doe #1, 2 & 3**

HALLORAN & SAGE, LLP
One Goodwin Square
Hartford, CT 06103
**For the Defendant**
**Joseph J. Catania, M.D.**

TYLER, COOPER & ALCORN, LLP
P.O. Box 1936
205 Church Street
New Haven, CT 06509
**For the Defendant Berger**

Andrew M. Neubardt, Esq.