UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------X
LAURA GUIGLIANO, as Administratrix of the          CIVIL ACTION NO.
Estate of MICHAEL GUIGLIANO, Deceased and          3:02 CV 718 (RNC)(DFM)
LAURA GUIGLIANO, Individually,

                      Plaintiffs,

                                                          November 23, 2005
    -against-

JOSEPH J. CATANIA, M.D.

            Defendant and Third-Party Plaintiffs,

    -against-

FRANK KESSLER, JR., M.D.,

            Third-Party Defendant.
------------------------------------------------------------------X

<u>APPORTIONMENT ANSWER (Amended)</u>

       Third-Party defendant, FRANK KESSLER, JR., M.D., by his attorneys, RENDE, RYAN & DOWNES, LLP, answering the Apportionment Complaint of the defendant and third-party plaintiff, JOSEPH J. CATANIA, M.D., herein:

      1.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraphs designated "1" and "12" thereof.

      2.     Denies each and every allegation contained in the paragraphs designated "2", "9", "10", "11", "13" and "14" thereof.

      3.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph designated "3" thereof except admit that Frank Kessler, M.D. was and continues to be a physician competent to treat patients in general accordance with the standards of acceptable medical care and practice.

      4.     Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph designated "7" thereof except admit that prior to plaintiff-decedent, Michael Guigliano's, admission to Danbury Hospital in February 2001, Michael Guilgiano came under the care of the apportionment-defendant, Frank Kessler, M.D. in his capacity as a physician.

5. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraph designated "8" thereof and refer all questions of law to presiding Judge at the time of trial.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

6. The injuries and damages, if any, allegedly sustained by the plaintiff were caused or contributed to, in whole or in part, by the culpable conduct on the part of a third-party or parties not then and there in the control of the answering defendant without any fault or negligence on the part of the defendant contributing thereto.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

7. Apportionment plaintiff's Complaint fails, in whole or in part, to state a cause of action upon which relief can be granted.

Answering third-party defendant reserves the right to assert additional defenses upon the discovery of facts not presently known.

WHEREFORE, third-party defendant, FRANK KESSLER, JR., M.D., demands judgment against the defendant and third-party plaintiff as follows:

(a) Dismissing the defendant and third-party plaintiff's complaint, together with the costs and disbursements of this action;

(b) in the alternative, and in the event that defendant and third-party plaintiff prevails against third-party defendant, then it is requested that the Court instruct the jury as to the apportionment of damages among any responsible tortfeasors, including the defendant and third-party plaintiff;

(c) in the event defendant and third-party plaintiff prevails, said third-party defendant demands judgment reducing the amount of damages as against the defendant by the respective percentage of fault of the defendant and third-party plaintiff if any.

APPORTIONMENT-DEFENDANT
FRANK J. KESSLER, MD.

By _____
ANDREW M. NEUBARDT
RENDE, RYAN & DOWNES, LLP
Fed. Bar # phv0714
202 Mamaroneck Avenue
White Plains, New York 10601
914-681-0444

## CERTIFICATION

    This is to certify that on this 23rd day of November 2005, I hereby mailed a copy of the foregoing to:

THE LAW FIRM OF JOSEPH LANNI, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, New York 10538
**For the Plaintiff**

WEINER, MILLO & MORGAN, LLC
220 Fifth Avenue, 7th Floor
New York, New York 10001
**For the Plaintiff**

RYAN, RYAN, JOHNSON & DELUCA, LLP
80 Fourth Street
Stamford, CT 06905
**For the Defendants Danbury Surgical Associates, P.C. & Borruso**

NEUBERT, PEPE & MONTIETH, P.C.
195 Church Street
New Haven, CT 06510
**For the Defendants Danbury Hospital, Julia Circiumara, Roth, Saipher Bennet, Brown, Hoffman, Doe #1, 2 & 3**

HALLORAN & SAGE, LLP
One Goodwin Square
Hartford, CT 06103
**For the Defendant Joseph J. Catania, M.D.**

TYLER, COOPER & ALCORN, LLP
P.O. Box 1936
205 Church Street
New Haven, CT 06509
**For the Defendant Berger**

_____
Andrew M. Neubardt, Esq.