UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------------------------------X
LAURA GUIGLIANO, as Administratrix of the
Estate of MICHAEL GUIGLIANO, Deceased and
LAURA GUIGLIANO, Individually,

                Plaintiffs,

-against-

JOHN BARRUSO, M.D. and DANBURY SURGICAL
ASSOCIATES, P.C.,

                Defendant and Third-Party Plaintiffs,

-against-

FRANK KESSLER, JR., M.D.,

                Third-Party Defendant.
----------------------------------------------------------------X

CIVIL ACTION NO.
3:02 CV 718 (RNC) (DFM)

November 22, 2005

## APPORTIONMENT ANSWER

Third-Party defendant, FRANK KESSLER, JR., M.D., by his attorneys, RENDE, RYAN & DOWNES, LLP, answering the Apportionment Complaint of the defendant/apportionment plaintiffs, JOHN BORRUSO, M.D. and DANBURY SURGICAL ASSOCIATES, P.C., herein:

1. Denies knowledge or information sufficient to form a belief as to the allegations contained in the paragraphs designated "1", "2", "4", "5" and "6" thereof.

2. Denies each and every allegation contained in the paragraph designated "7" thereof.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

3. The injuries and damages, if any, allegedly sustained by the plaintiff were caused or contributed to, in whole or in part, by the culpable conduct on the part of a third-party or parties not then and there in the control of the answering defendant without any fault or negligence on the part of the defendant contributing thereto.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

4. Apportionment plaintiff's Complaint fails, in whole or in part, to state a cause of action upon which relief can be granted.

Answering third-party defendant reserves the right to assert additional defenses upon the discovery of facts not presently known.

WHEREFORE, third-party defendant, FRANK KESSLER, JR., M.D., demands judgment against the defendant/apportionment plaintiffs, JOHN BORRUSO, M.D. and DANBURY SURGICAL ASSOCIATES, P.C. as follows:

(a)  Dismissing the defendant/apportionment plaintiffs' complaint, together with the costs and disbursements of this action;

(b)  in the alternative, and in the event that defendant/apportionment plaintiffs prevail against third-party defendant, then it is requested that the Court instruct the jury as to the apportionment of damages among any responsible tortfeasors, including the defendant/apportionment plaintiffs;

(c)  in the event defendant/apportionment plaintiffs prevail, said third-party defendant demands judgment reducing the amount of damages as against the defendant by the respective percentage of fault of the defendant/apportionment plaintiffs if any.

> APPORTIONMENT-DEFENDANT
> FRANK J. KESSLER, MD.
>
> By _____
> ANDREW M. NEUBARDT
> RENDE, RYAN & DOWNES, LLP
> Fed. Bar # phv0714
> 202 Mamaroneck Avenue
> White Plains, New York 10601
> 914-681-0444

## CERTIFICATION

This is to certify that on this 22nd day of November 2005, I hereby mailed a copy of the foregoing to:

THE LAW FIRM OF JOSEPH LANNI, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, New York 10538
**For the Plaintiff**

WEINER, MILLO & MORGAN, LLC
220 Fifth Avenue, 7th Floor
New York, New York 10001
**For the Plaintiff**

RYAN, RYAN, JOHNSON & DELUCA, LLP
80 Fourth Street
Stamford, CT 06905
**For the Defendants Danbury Surgical Associates, P.C. & Borruso**

NEUBERT, PEPE & MONTIETH, P.C.
195 Church Street
New Haven, CT 06510
**For the Defendants Danbury Hospital, Julia Circiumara, Roth, Saipher Bennet, Brown, Hoffman, Doe #1, 2 & 3**

HALLORAN & SAGE, LLP
One Goodwin Square
Hartford, CT 06103
**For the Defendant Joseph J. Catania, M.D.**

TYLER, COOPER & ALCORN, LLP
P.O. Box 1936
205 Church Street
New Haven, CT 06509
**For the Defendant Berger**

_____
Andrew M. Neubardt, Esq.