UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------X
LAURA GUIGLIANO, as Administratrix of the
Estate of MICHAEL GUIGLIANO, Deceased and
LAURA GUIGLIANO, Individually,

                            Plaintiffs,
    -against-

JOSEPH J. CATANIA, M.D.,

                Defendant and Third-Party Plaintiffs,

    -against-

FRANK KESSLER, JR., M.D.,

                Third-Party Defendant.
------------------------------------------------------------------X

**MOTION TO SET ASIDE DEFAULT**

Civil Action No. 3:02 cv 718
(RNC) (DFM)

December 9, 2005

## AFFIRMATION IN SUPPORT OF THIRD-PARTY/APPORTIONMENT DEFENDANT FRANK KESSLER, JR., M.D.'S MOTION TO SET ASIDE DEFAULT

Third-party/apportionment defendant, FRAN K KESSLER, JR., M.D., respectfully request that this Court issue and order pursuant to Rule 55(c) setting aside the default previously entered by motion defendant/third-party plaintiff JOSEPH J. CATANIA, M.D.

An answer on behalf of third-party/apportionment defendant, FRAN K KESSLER, JR., M.D., was interposed in November and registered as having been filed by the Clerk of this Court on December 7, 2005.

Prior to the service and filing of an answer on behalf of the moving Third-party/apportionment defendant, Dr. Kessler was produced for deposition on September 15, 2005. The conclusion of his deposition is currently scheduled for December 15, 2005. In addition, counsel for Dr. Kessler appeared and participated in several depositions of parties and non-party witnesses. This communication and participation by counsel evidenced a clear intention that the

claims against Dr. Kessler would be defended in this litigation. See <u>In Re Roxford Foods, Inc.</u> 12 F3rd 875 (9th Circuit 1993).

Due to difficulties in filing the precedent step of admission Pro Hac Vice, the answer prepared on behalf of FRANK KESSLER, JR., M.D. was necessarily delayed in its service. By virtue of presentation of Dr. Kessler for deposition there was no prejudice to any party by the late filing and service of that answer. Indeed, filing of the answer renders moot the graveman of the defendant/third-party plaintiff JOSEPH J. CATANIA'S motion for default.

As further indicia of the clear intent understood by all parties, counsel for the third-party/apportionment defendant, FRAN K KESSLER, JR., M.D. has previously moved to enlarge the time within which an answer is to have been filed on behalf of Dr. Kessler.

WHEREFORE, the third-party/apportionment defendant, FRAN K KESSLER, JR., M.D. respectfully requests that this Court issue an order setting aside the default previously taken against him for the reasons outlined above and grant such other, further and different relief as the Court finds proper in the circumstances.

Dated: White Plains, New York
December 9, 2005

        APPORTIONMENT-DEFENDANT
        FRANK KESSLER, JR., M.D.

        By: _____
            Andrew M. Neubardt
        His attorney
        RENDE, RYAN & DOWNES, LLP.
        Federal Bar No. phv0714
        202 Mamaroneck Avenue
        White Plains, New York 10601
        (914) 681-0444
        Aneubardt@RRD-LAW.com

TO:    THE LAW FIRM OF JOSEPH LANNI, P.C.
Attorney for Plaintiffs
138 Chatsworth Avenue, Suites 6-8
Larchmont, New York 10538
(914) 834-6600

WEINER, MILLO & MORGAN, LLC.
Attorneys for Plaintiff
220 Fifth Avenue, 7th Floor
New York, New York 10001

RYAN, RYAN, JOHNSON & DELUCA, LLP
Attorneys for Defendants
DANBURY SURGICAL ASSOCIATES, P.C.
& JOHN BORRUSO, M.D.
80 Fourth Street
Stamford, Connecticut 06905
(203) 357-9200

NEUBERT, PEPE & MONTIETH, P.C.
Attorneys for Defendants
DANBURY HOSPITAL
195 Church Street
New Haven, Connecticut 23067
(203) 821-2000

HALLORAN & SAGE, LLP
Attorneys for Defendants
JOSEPH J. CATANIA, M.D.
One Goodwin Square
Hartford, Connecticut 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 9th day of December, 2005 I hereby mailed a copy of the foregoing to:

THE LAW FIRM OF JOSEPH LANNI, P.C.
Attorney for Plaintiffs
138 Chatsworth Avenue, Suites 6-8
Larchmont, New York 10538
(914) 834-6600

WEINER, MILLO & MORGAN, LLC.
Attorneys for Plaintiff
220 Fifth Avenue, 7th Floor
New York, New York 10001

RYAN, RYAN, JOHNSON & DELUCA, LLP
Attorneys for Defendants
DANBURY SURGICAL ASSOCIATES, P.C.
& JOHN BORRUSO, M.D.
80 Fourth Street
Stamford, Connecticut 06905
(203) 357-9200

NEUBERT, PEPE & MONTIETH, P.C.
Attorneys for Defendants
DANBURY HOSPITAL
195 Church Street
New Haven, Connecticut 23067
(203) 821-2000

HALLORAN & SAGE, LLP
Attorneys for Defendants
JOSEPH J. CATANIA, M.D.
One Goodwin Square
Hartford, Connecticut 06103
(860) 522-6103

_____
ANDREW M. NUEBARDT