UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased, and LAURA GUIGLIANO, Individually<br>        Plaintiffs, | CIVIL ACTION NO.<br>3:02 CV 718 (RNC) (DFM) |
| V. | |
| JOSEPH J. CATANIA, M.D.<br>Defendant and Third-Party/Apportionment Plaintiff, | |
| V. | |
| FRANK KESSLER, M.D.<br>Third-Party/Apportionment Defendant. | DECEMBER 20, 2005 |

## MOTION FOR EXTENSION OF TIME

The defendant/third-party/apportionment plaintiff, Joseph J. Catania, M.D., hereby moves for a 20-day extension of time, up to and including January 20, 2006, to disclose expert witnesses as to the apportionment defendant, Frank J. Kessler, M.D.

In support of this motion, Dr. Catania represents that the deposition of Dr. Kessler which was begun on September 15, 2005 had to be kept open and was only completed on December 15, 2005. Due to the substance of Dr. Kessler's testimony and production of his office records, the undersigned defendant/third-party/apportionment plaintiff requires the extension of time to provide his experts with all pertinent information and documentation.

10858.0123

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

While Dr. Catania is mindful of the Court's hesitancy to grant an extension of time due to the age of the case, Dr. Catania wishes to remind the Court that he was brought into the case less than one year ago, with the plaintiffs' filing of the Second Amended Complaint on March 14, 2005.  Further, the Apportionment Complaint against Dr. Kessler was filed less than six months ago on June 30, 2005.

WHEREFORE, the defendant/third-party/apportionment plaintiff, Joseph J. Catania, M.D., respectfully moves for a 20-day enlargement of time up to and including January 20, 2006 within which to disclose his expert witnesses against the apportionment defendant, Frank J. Kessler, M.D.

> DEFENDANT/THIRD-PARTY/
> APPORTIONMENT PLAINTIFF
> JOSEPH J. CATANIA, M.D.
>
> By_____
>   Timothy J. Grady
>   HALLORAN & SAGE LLP
>   Fed. Bar #ct26730
>   One Goodwin Square
>   225 Asylum Street
>   Hartford, CT 06103
>   (860) 522-6103
>   His Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

      This is to certify that on this 20th day of December 2005, I hereby mailed a copy of the foregoing to:

Joseph Lanni, Esq.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538
**For the Plaintiff**

Scott F. Morgan, Esq.
Weiner Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York, NY 10001
**For the Plaintiff**

Eric J. Stockman, Esq.
Maureen Sullivan Dinnan, Esq.
Nancy A. Meehan, Esq.
Michael D. Neubert, Esq.
Neubert Pepe & Montieth, P.C.
195 Church Street
New Haven, CT 06510
**For the Defendant Danbury Hosp.**

Kevin Tepas, Esq.
Beverly J. Hunt, Esq.
Ryan, Ryan Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905
**For the Defendants Danbury Surgical Associates, P.C. and Borruso**

Andrew Neubardt, Esq.
Rende, Ryan & Downes, LLP
202 Mamaroneck Road
White Plains, NY 10601
**For the Third-Party/Apport.-Defendant Kessler**

_____
Timothy J. Grady

771343v.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105