UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased, and LAURA GUIGLIANO, Individually | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| V. | : | 3:02 CV 718 (RNC) (DFM) |
| JOSEPH J. CATANIA, M.D. Defendant and Third-Party/ Apportionment Plaintiff, | : | |
| V. | : | |
| FRANK KESSLER, M.D. Third-Party/Apportionment Defendant. | : | DECEMBER 20, 2005 |

## MOTION FOR EXTENSION OF TIME

The defendant/third-party/apportionment plaintiff, Joseph J. Catania, M.D., hereby moves for a 20-day extension of time, up to and including January 20, 2006, to disclose expert witnesses as to the apportionment defendant, Frank J. Kessler, M.D.

In support of this motion, Dr. Catania represents that the deposition of Dr. Kessler which was begun on September 15, 2005 had to be kept open and was only completed on December 15, 2005. Due to the substance of Dr. Kessler's testimony and production of his office records, the undersigned defendant/third-party/apportionment plaintiff requires the extension of time to provide his experts with all pertinent information and documentation.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10858.0123
**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

*[Handwritten margin notes:] 12/23/05 denied without prejudice for failure to comply with Local Rule 7(b). 020718 end 209*