UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased, and LAURA GUIGLIANO, Individually<br>    Plaintiffs, | CIVIL ACTION NO.<br>3:02 CV 718 (RNC) (DFM) |
| V. | |
| JOSEPH J. CATANIA, M.D.<br>Defendant and Third-Party/<br>Apportionment Plaintiff, | |
| V. | |
| FRANK KESSLER, M.D.<br>Third-Party/Apportionment Defendant. | DECEMBER 28, 2005 |

**MOTION FOR EXTENSION OF TIME**

The defendant/third-party/apportionment plaintiff, Joseph J. Catania, M.D., hereby moves for a 20-day extension of time, up to and including January 20, 2006, to disclose expert witnesses as to the apportionment defendant, Frank J. Kessler, M.D.

In support of this motion, Dr. Catania represents that the deposition of Dr. Kessler which was begun on September 15, 2005 had to be kept open and was only completed on December 15, 2005. Due to the substance of Dr. Kessler's testimony and production of his office records, the undersigned defendant/third-party/apportionment plaintiff requires the extension of time to provide his experts with all pertinent information and documentation.

10858.0123

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

While Dr. Catania is mindful of the Court's hesitancy to grant an extension of time due to the age of the case, Dr. Catania wishes to remind the Court that he was brought into the case less than one year ago, with the plaintiffs' filing of the Second Amended Complaint on March 14, 2005.  Moreover, the Apportionment Complaint against Dr. Kessler was filed on June 30, 2005, after the Superseding Scheduling Order Regarding Case Management dated June 6, 2005, which set the December 30, 2005 deadline for the <u>defendant's</u> discloser of expert witnesses.  Therefore, it is unclear that the Court intends that Dr. Catania, in his role as third party/apportionment plaintiff, disclose expert witnesses, as against Dr. Kessler, the apportionment defendant, by the same December 30, 2005 deadline.

This is the second Motion for Extension of Time filed by Dr, Catania to disclose an expert witness as to as to the apportionment defendant, Frank J. Kessler, M.D.  The first motion, filed on December 22, 2005, was denied without prejudice for failure to comply with Local Rule 7 (b) on December 23, 2005.

Attorney Andrew Neubardt, counsel for Dr. Kessler, was contacted on December 27, 2005 by telephone.  He voiced no objection to this motion.

The offices of Attorney Joseph Lanni, counsel for Laura Guigliano, was contacted with regard to this motion on December 27and 28, 2005 by telephone and email.  Attorney Lanni's office has not responded.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the defendant/third-party/apportionment plaintiff, Joseph J. Catania, M.D., respectfully moves for a 20-day enlargement of time up to and including January 20, 2006 within which to disclose his expert witnesses against the apportionment defendant, Frank J. Kessler, M.D.

                    DEFENDANT/THIRD-PARTY/
                    APPORTIONMENT PLAINTIFF
                    JOSEPH J. CATANIA, M.D.

By_____
    Timothy J. Grady
    HALLORAN & SAGE LLP
    Fed. Bar #ct26730
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103
    His Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 28th day of December 2005, I hereby mailed a copy of the foregoing to:

Joseph Lanni, Esq.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538
**For the Plaintiff**

Scott F. Morgan, Esq.
Weiner Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York, NY 10001
**For the Plaintiff**

Eric J. Stockman, Esq.
Maureen Sullivan Dinnan, Esq.
Nancy A. Meehan, Esq.
Michael D. Neubert, Esq.
Neubert Pepe & Montieth, P.C.
195 Church Street
New Haven, CT 06510
**For the Defendant Danbury Hosp.**

Kevin Tepas, Esq.
Beverly J. Hunt, Esq.
Ryan, Ryan Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905
**For the Defendants Danbury Surgical Associates, P.C. and Borruso**

Andrew Neubardt, Esq.
Rende, Ryan & Downes, LLP
202 Mamaroneck Road
White Plains, NY 10601
**For the Third-Party/Apport.-Defendant Kessler**

_____
Timothy J. Grady

771343v.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105