UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------X
LAURA GUIGLIANO, as Administratrix of the
Estate of MICHAEL GUIGLIANO, Deceased and
LAURA GUIGLIANO, Individually,

           Plaintiffs,

-against-

JOSEPH J. CATANIA, M.D.

           Defendant and Third-Party Plaintiffs,

-against-

FRANK KESSLER, JR., M.D.,

           Third-Party Defendant.
------------------------------------------------------------------X

CIVIL ACTION NO.
3:02 CV 718 (RNC) (DFM)

December 28, 2005

## MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT INFORMATION

Third-party/apportionment defendant, FRANK KESSLER, M.D., hereby moves for a two-month extension of time, up to and including February 24, 2006 to disclose expert witnesses as to the claims made by third-party/apportionment plaintiff, Joseph J. Catania, M.D., and any other party serving expert witness information against third-party/apportionment defendant FRANK KESSLER, M.D.

Initially, it should be noted that counsel for Dr. Catania has consented to this application. Telephone messages left with plaintiff's counsel have not yet been answered.

This is the first application for an extension of time to disclose expert information.

In addition, there is ambiguity as to whether the Court's prior discovery orders provide for time limits for expert information to be exchanged on behalf of FRANK KESSLER, M.D. The apportionment complaint against Dr. Kessler was only filed on June 30, 2005. To date, the undersigned on behalf of Dr. Kessler is only aware of a court conference with regard to discovery and/or settlement scheduled for January 28, 2006. This office has been unaware of any other court conferences regarding discovery or any other issue.

Dr. Kessler's deposition was begun on September 15, 2005 and completed in December. Further, expert information has not been completely exchanged by Dr. Catania's attorneys. Such information is

vital for expert review of this matter on behalf of third-party/apportionment defendant, FRANK KESSLER, M.D.

WHEREFORE, third-party/apportionment defendant, FRANK KESSLER, M.D., respectfully moves for a two-month enlargement of time, up to and including February 24, 2006, within which to disclose expert witness information in response to Joseph J. Catania, M.D.'s claims and the claims of any other party on behalf of whom expert information is exchanged against FRANK KESSLER, M.D.

APPORTIONMENT-DEFENDANT
FRANK J. KESSLER, MD.

By: *Andrew Neubardt*
ANDREW M. NEUBARDT
His attorney
RENDE, RYAN & DOWNES, LLP.
Federal Bar No. phv0714
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 681-0444
Aneubardt@RRD-LAW.com

CERTIFICATION

This is to certify that on this 28th day of December 2005, I hereby mailed a copy of the foregoing to:

THE LAW FIRM OF JOSEPH LANNI, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, New York 10538
**For the Plaintiff**

WEINER, MILLO & MORGAN, LLC
220 Fifth Avenue, 7th Floor
New York, New York 10001
**For the Plaintiff**

RYAN, RYAN, JOHNSON & DELUCA, LLP
80 Fourth Street
Stamford, CT 06905
**For the Defendants Danbury Surgical Associates, P.C. & Borruso**

NEUBERT, PEPE & MONTIETH, P.C.
195 Church Street
New Haven, CT 06510
**For the Defendants Danbury Hospital, Julia Circiumara, Roth, Saipher Bennet, Brown, Hoffman, Doe #1, 2 & 3**

HALLORAN & SAGE, LLP
One Goodwin Square
Hartford, CT 06103
**For the Defendant Joseph J. Catania, M.D.**

TYLER, COOPER & ALCORN, LLP
P.O. Box 1936
205 Church Street
New Haven, CT 06509
**For the Defendant Berger**

_/s/ Nancy Aragon_
Nancy Aragon
Paralegal