UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, | : |
|     Plaintiff, | : |
| v. | :   CASE NO. 3:02CV718 (RNC) |
| JOSEPH J. CATANIA, M.D., ET AL., | : |
|     Defendants. | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___   To supervise discovery and resolve discovery disputes;

___   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___   To conduct settlement conferences;

___   To conduct a prefiling conference;

___   To assist the parties in preparing a joint trial memorandum;

_X_   A ruling on the following pending motions:
    Motion for Extension of Time [doc. 211]
    Motion for Extension of Time [doc. 212]

So ordered.

Dated at Hartford, Connecticut this 9 day of January 2006.

Robert N. Chatigny
United States District Judge