UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(AT HARTFORD)

------------------------------------------ X
LAURA GUIGLIANO, ADMIN OF THE ESTATE
OF MICHAEL GUIGLIANO, DECEASED AND : CIVIL DOCKET NUMBER:
IND. : 3:02-CV-00718-RNC

        Plaintiff, : **MOTION TO WITHDRAW**
: **APPEARANCE AS**
v. : **ATTORNEY**

DANBURY HOSPITAL, ET AL.

        Defendants.
: JANUARY 20, 2006
------------------------------------------ X

**MOTION TO WITHDRAW APPEARANCE AS ATTORNEY**

Attorney Eric W. F. Niederer hereby gives notice that he is no longer employed with the law firm RYAN, RYAN, JOHNSON & DELUCA, and therefore moves to withdraw his appearance as counsel in the above case for the Defendants, **J. BORRUSSO, MD** and **DANBURY SURGICAL ASSOC PC**.

Dated at Stamford, Connecticut, this 20th day of January, 2006.

        By   /s/ **Eric W. F. Niederer**
        Eric W. F. Niederer (ct25773)
        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
        One Stamford Plaza
        263 Tresser Blvd., 9th Flr.
        Stamford, CT 06901
        Tel.: 203.564.1900
        Fax: 203.564.1742
        Email: Eric.Niederer@wilsonelser.com
        File No.: 99998.02833

## CERTIFICATION

This is to certify that the foregoing has been mailed this 20th day of January, 2006 to the following parties of record:

**Plaintiff**
**Laura Guigliano**
*Admin of the Est. of Michael Guigliano, Deceased, & Ind* represented by

**Joseph Lanni**
138 Chatsworth Avenue
Suite 6-8
Larchmont, NY 10538
914-834-6600
Fax: 914-834-0152
Email: josephlanni@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott F. Morgan**
Weiner, Millo & Morgan
220 Fifth Avenue 7th Floor
New York, NY 10001
212-213-1220
Fax: 212-889-5228
Email: smorgan@wmmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Danbury Hosp** represented by

**Eric J. Stockman**
Neubert, Pepe & Monteith
195 Church St., 13th Fl.
New Haven, CT 06510-2026
203-821-2000
Fax: 203-821-2009
Email: ejs@npmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

1077211.11

**Maureen Sullivan Dinnan**
Neubert, Pepe & Monteith
195 Church St., 13th Fl.
New Haven, CT 06510-2026
203-821-2000
Email: msd@npmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
Neubert, Pepe & Monteith
195 Church St., 13th Fl
P.O. Box 1940
New Haven, CT 06509-1940
203-821-2000
Email: mdn@npmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
Neubert, Pepe & Monteith
195 Church St.
13th Floor
New Haven, CT 06510-2026
203-821-2000
Fax: 203-821-2009 Email: nam@npmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**James Depuy** *MD*
*TERMINATED: 05/12/2005* represented by

**Christine Anne Robinson**
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
PO Box 1323
Middlebury, CT 06762-1323
203-598-7585
Fax: 203-598-7595
Email: car@sachneroconnor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

3

1077211.11

**Maureen Sullivan Dinnan**
(See above for address)
*TERMINATED: 12/03/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. O'Connor**
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
PO Box 1323
Middlebury, CT 06762-1323
203-598-7585
Fax: 203-598-7595
Email: RAO@sachneroconnor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P. Sachner**
Sachner & O'Connor
Crossroad West
765 Straits Turnpike
PO Box 1323
Middlebury, CT 06762-1323
203-598-7585
Fax: 203-598-7595
Email: sps@sachneroconnor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**
**M.D. F. Scott Gray** *MD*
*TERMINATED: 05/12/2005* represented by

**Christine Anne Robinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maureen Sullivan Dinnan**
(See above for address)
*TERMINATED: 12/03/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

1077211.11

**Richard A. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Stephen P. Sachner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Georgiana Knowles** *PA*
*TERMINATED: 03/04/2005* represented by

**Benjamin K. Potok**
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Dr.
Shelton, CT 06484
203-925-8100
Fax: 203-925-8101
Email: bpotok@baipollock.com
*TERMINATED: 06/29/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Gaileen Ann Kaufman**
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Dr.
Shelton, CT 06484
203-925-8100
Fax: 203-925-8101
Email: gkaufman@baipollock.com
*TERMINATED: 06/29/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Garie J. Mulcahey**
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Dr.
Shelton, CT 06484
203-925-8100
Fax: 203-925-8101
Email: gmulcahey@baipollock.com
*TERMINATED: 06/29/2005*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jason John Hyjek**
Carmody & Torrance - WTBY
50 Leavenworth St., Po Box 1110
Waterbury, CT 06721-1110
203-366-7991
Email: jhyjek@carmodylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria S. Spalding**
Bai, Pollock, Blueweiss & Mulcahey
One Corporate Dr.
Shelton, CT 06484
203-925-8100
Fax: 203-925-8101
*TERMINATED: 06/29/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Deanna Wolffe** *PA*
*TERMINATED: 05/12/2005* represented by

**Christine Anne Robinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maureen Sullivan Dinnan**
(See above for address)
*TERMINATED: 12/03/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. O'Connor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P. Sachner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**David Oelberg** MD
*TERMINATED: 05/12/2005* represented by

**Eric J. Stockman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maureen Sullivan Dinnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**
**David Yuan** MD
*TERMINATED: 05/12/2005* represented by

**Eric J. Stockman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maureen Sullivan Dinnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Nancy A. Meehan (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**J. Borrusso** MD
represented by

**Beverly J. Hunt**
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905
203-357-9200
Fax: 203-357-7915
Email: bjhunt@rrjd-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel E. Ryan, III**
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905
203-357-9200
Fax: 203-357-7915
Email: deryan@rrjd-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric W. F. Niederer**
Wilson, Elser, Moskowitz, Edelman & Dicker - Stmfd CT
One Stamford Plaza
263 Tresser Blvd.
Stamford, CT 06901
203-564-1900 x2463
Fax: 203-564-1742
Email: Eric.Niederer@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jane Callahan Hagerty**
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905
203-357-9200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

1077211.11

**Jeffrey Charles Nagle**
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905
203-357-9200
Fax: 203-357-7915
Email: jcnagle@rrjd-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin M. Tepas**
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905
203-357-9200 x122
Fax: 203-357-7915
Email: kmtepas@rrjd-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael T. Ryan**
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905
203-357-9200
Fax: 203-357-7915
Email: mtryan@rrjd-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Grant**
36 Tamarack Ave., PMB #213
Danbury, CT 06811
203-778-8075
Email: richard.grant@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**
**Arthur Kotch** *MD*
*TERMINATED: 05/12/2005* represented by

**Eric J. Stockman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maureen Sullivan Dinnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Julia Circiumara** *MD*
*TERMINATED: 03/14/2005* represented by

**Eric J. Stockman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maureen Sullivan Dinnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
(See above for address) *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

1077211.11

**Defendant**
**Andre Kuznets** *MD*
*TERMINATED: 03/14/2005* represented by

**Eric J. Stockman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maureen Sullivan Dinnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Michaela Federica** *MD*
*TERMINATED: 03/14/2005* represented by

**Maureen Sullivan Dinnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Joann Brown** *RN*
*TERMINATED: 06/15/2005* represented by

**Eric J. Stockman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maureen Sullivan Dinnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Beth Ann Hoffman** *RN*
*TERMINATED: 06/15/2005* represented by

**Eric J. Stockman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maureen Sullivan Dinnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Jane Doe** *#1,2,3*
*TERMINATED: 06/15/2005* represented by

**Eric J. Stockman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

12

1077211.11

**Maureen Sullivan Dinnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Maureen Bennett** R*N*
*TERMINATED: 06/15/2005* represented by

**Eric J. Stockman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maureen Sullivan Dinnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Andrei Kouznetsov** *MD*
*TERMINATED: 05/12/2005* represented by

**Maureen Sullivan Dinnan**
(See above for address)
*LEAD ATTORNEY*

13

1077211.11

*ATTORNEY TO BE NOTICED*

**Eric J. Stockman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Mihaela Tudorica** M*D*
*TERMINATED: 05/12/2005* represented by

**Maureen Sullivan Dinnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J. Stockman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Jane Doe** *#1* \
*TERMINATED: 06/15/2005* represented by

**Eric J. Stockman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maureen Sullivan Dinnan**
(See above for address)
*ATTORNEY TO BE NOTICED*

1077211.11

**Michael D. Neubert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Vanessa Saipher**
*TERMINATED: 06/15/2005* represented by

**Maureen Sullivan Dinnan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric J. Stockman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Joe Roth**
*TERMINATED: 06/15/2005* represented by

**Eric J. Stockman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maureen Sullivan Dinnan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*ATTORNEY TO BE NOTICED*

1077211.11

Nancy A. Meehan
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Scott B. Berger** *MD*
*TERMINATED: 06/15/2005* represented by

**Regina Duchin Kraus**
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910
203-784-8200
Email: kraus@tylercooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Joseph J. Catania** *MD*
represented by

**Mark T. Altermatt**
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-297-4630
Email: altermatt@halloran-sage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard C. Tynan**
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-297-4677
Fax: 860-548-0006
Email: tynan@halloran-sage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Iulia Circiumara** *MD*
*TERMINATED: 06/15/2005* represented by

1077211.11

**Maureen Sullivan Dinnan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael D. Neubert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nancy A. Meehan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Danbury Surgical Assoc PC**
represented by

**Eric W. F. Niederer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin M. Tepas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**
**Joseph J. Catania**
*MD* represented by

**Timothy J. Grady**
Halloran & Sage - Hartford
One Goodwin Sq.
225 Asylum St.
Hartford, CT 06103
860-522-6103
Fax: 860-548-0006
Email: grady@halloran-sage.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**
**Frank Kessler**
*MD* represented by

17

1077211.11

**Andrew W. Neubardt**
Rende, Ryan & Downes, LLP-White Plains-NY
202 Mamaroneck Avenue
White Plains, NY 10601
US
914-681-0444
Fax: 914-681-0875
Email: aneubardt@rrd-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beverley Rogers**
470 Main St., Suite 303
Ridgefield, CT 06877
203-431-6646
Fax: 203-431-6686
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

/s/ **Eric W. F. Niederer**
Eric W. F. Niederer (ct25773)

1077211.11