UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(AT HARTFORD)

---------------------------------------- X

| | |
|---|---|
| LAURA GUIGLIANO, ADMIN OF THE ESTATE OF MICHAEL GUIGLIANO, DECEASED AND IND. | : CIVIL DOCKET NUMBER:<br>: 3:02-CV-00718-RNC |
| Plaintiff, | : MOTION TO WITHDRAW<br>: APPEARANCE AS |
| v. | : ATTORNEY |
| DANBURY HOSPITAL, ET AL. | : |
| Defendants. | : |
| | : JANUARY 20, 2006 |

---------------------------------------- X

### MOTION TO WITHDRAW APPEARANCE AS ATTORNEY

Attorney Eric W. F. Niederer hereby gives notice that he is no longer employed with the law firm RYAN, RYAN, JOHNSON & DELUCA, and therefore moves to withdraw his appearance as counsel in the above case for the Defendants, **J. BORRUSSO, MD** and **DANBURY SURGICAL ASSOC PC**.

Dated at Stamford, Connecticut, this 20th day of January, 2006.

By ___/s/ Eric W. F. Niederer___
Eric W. F. Niederer (ct25773)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
One Stamford Plaza
263 Tresser Blvd., 9th Flr.
Stamford, CT 06901
Tel.: 203.564.1900
Fax: 203.564.1742
Email: Eric.Niederer@wilsonelser.com
File No.: 99998.02833

*[Stamp: FILED 2006 JAN 24 A 11, DISTRICT COURT HARTFORD]*
*[Margin: January 23, 2006. Granted. So ordered. /s/ Robert N. Chatigny // U.S.D.J.]*
*[Handwritten: 02cv718 end]*

1077211.11