UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
==========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,                              *Fed. R. Civ. P. 26(b)(4)(A)*
                                                      **NOTICE**
                        Plaintiff(s)                  **TO TAKE**
                                                      **DEPOSITION**

              -against-
                                                      *3:02 CV 718*
DANBURY HOSPITAL, ET AL.                              *(RNC)(DFM)*

                        Defendants.
==========================================X

                                                      *Page 1*

COUNSEL:

        PLEASE TAKE NOTICE that, pursuant to *Fed. R. Civ. P. 26(b)(4)(A)*, plaintiffs

LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO,

Deceased, and LAURA GUIGLIANO, Individually, by her attorneys, THE LAW FIRM

OF JOSEPH LANNI, P.C., and WEINER, MILLO & MORGAN, LLC, will take the

deposition of: MICHAEL B. TEIGER, M.D., on the date of February 9, 2006, at 10:00

a.m., to be held at the offices of Neubert, Pepe & Monteith, P.C., 195 Church St., New

Haven, CT 06509, in the above captioned action, before competent authority not

affiliated with any of the parties or their attorneys, on all relevant and material issues, to

be used in the trial of this action.


        PLEASE TAKE FURTHER NOTICE that the witness and/or counsel retaining

the deponent as an expert witness is hereby commanded, pursuant to *Fed. R. Civ. P. 34*,

to produce at and bring to this deposition the following records, documents, items and

materials:

_Page 2_

A copy of the current professional resume' or curriculum vitae of the witness;

A list of all publications authored by the witness;

Copies of all records, diaries and/or bills pertaining to services rendered in connection with the retention of the witness as an expert in this case;

All file materials maintained by the witness in connection with this case including, but not limited to, the following: (a) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were reviewed, read, seen, or heard in connection with (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (b) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that serve as the basis for expert opinions of this witness; (c) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were furnished or provided to the witness by defendants, defendants' counsel and/or defendants' insurance carriers used in (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (d) all reports, correspondence, documents, papers, memoranda, notes, and other tangible items created by the witness pertaining to (i) the evaluation or analysis of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness;

PLEASE TAKE FURTHER NOTICE that counsel for defendant Danbury Hospital is hereby commanded, pursuant to _Fed. R. Civ. P. 34_, to produce at and bring to this deposition the following records, documents, items and materials:

The complete original or certified copy of the Danbury Hospital records pertaining to the admission of plaintiff's decedent, Michael Guigliano, during the dates of February 7, 2001 – April 17, 2001; the handwritten note of Vanessa

_Page 3_

Saipher pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; the February 17, 2001, "Code 99 Flowsheet" for Michael Guigliano; the "Code 99 Log" for February 2001; the transporter report/log of Lorissa Howard for February 17, 2001; the patient transportation log for February 17, 2001; correspondence sent from hospital administration to the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; and correspondence received by hospital administration from the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001.

This deposition will continue day after day until completion. Counsel for the

parties are invited to be present and to cross-examine on behalf of your client.

Dated: Larchmont, New York
        January 18, 2006

                                        Yours, etc.,


                                        _____
                                        **JOSEPH LANNI      (CT 23566)**
                                        The Law Firm Of
                                        JOSEPH LANNI, P.C.
                                        Attorneys for Plaintiff
                                        LAURA GUIGLIANO
                                        138 Chatsworth Avenue, Suites 6-8
                                        Larchmont, New York 10538
                                        (914) 834-6600
                                        Fax: (914) 834-0152


TO:

        NEUBERT, PEPE & MONTIETH, P.C.
        Attorneys for Defendants
        DANBURY HOSPITAL,
        195 Church Street
        New Haven, CT 06510

*Page 4*

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendant
BORRUSO & DANBURY SURG. ASSOC.
80 Fourth Street
Stamford, CT 06905

HALLORAN & SAGE, L.L.P.
Attorneys For Defendant
CATANIA
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

SCOTT F. MORGAN, ESQ.
WEINER, MILLO & MORGAN, LLC
Co-Counsel for Plaintiff
LAURA GUIGLIANO
220 Fifth Avenue, 7th Floor
New York, New York 10001

RENDE, RYAN & DOWNES, LLP
Attorneys for Apportionment Defendant / Third Party Defendant
FRANK KESSLER, M.D.
202 Mamaroneck Avenue
White Plains, New York 10601

## DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

I served a true copy of the annexed: *Fed. R. Civ. P. 26(b)(4)(A) Notice to Take Deposition*, *dated January 18, 2006*, on the date of: January 18, 2006, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U. S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL
195 Church Street
New Haven, CT 23067
Tel.: (203) 821-2000

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO & DANBURY SURG. ASSOC., P.C.
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 357-9200

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
Tel.: (860) 522-6103

SCOTT F. MORGAN (CT 23648)          RENDE, RYAN & DOWNES
WEINER, MILLO & MORGAN, LLP         Attorneys for Appt Dft/Third Party Dft.
Co-Counsel for Plaintiffs           KESSLER
220 Fifth Avenue                    202 Mamaroneck Ave.
New York, New York 10001            White Plains, New York 10601
Tel.: (212) 213-1220                Tel.: (914) 681-0444

Executed on January 18, 2006, Larchmont, New York.

_____
**JOSEPH LANNI**    (CT 23566)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,                                    *Fed. R. Civ. P. 26(b)(4)(A)*
                                                            **NOTICE**
                            Plaintiff(s)                    **TO TAKE**
                                                            **DEPOSITION**
                    -against-
                                                            *3:02 CV 718*
DANBURY HOSPITAL, ET AL.                                    *(RNC)(DFM)*

                            Defendants.
========================================X

                                                                    *Page 1*

COUNSEL:

        PLEASE TAKE NOTICE that, pursuant to *Fed. R. Civ. P. 26(b)(4)(A)*, plaintiffs

LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO,

Deceased, and LAURA GUIGLIANO, Individually, by her attorneys, THE LAW FIRM

OF JOSEPH LANNI, P.C., and WEINER, MILLO & MORGAN, LLC, will take the

deposition of: ELLEN DUELL, R.N., on the date of February 10, 2006, at 10:00 a.m., to

be held at the offices of Neubert, Pepe & Monteith, P.C., 195 Church St., New Haven,

CT 06509, in the above captioned action, before competent authority not affiliated with

any of the parties or their attorneys, on all relevant and material issues, to be used in the

trial of this action.


        PLEASE TAKE FURTHER NOTICE that the witness and/or counsel retaining

the deponent as an expert witness is hereby commanded, pursuant to *Fed. R. Civ. P. 34*,

to produce at and bring to this deposition the following records, documents, items and

materials:

*Page 2*

A copy of the current professional resume' or curriculum vitae of the witness;

A list of all publications authored by the witness;

Copies of all records, diaries and/or bills pertaining to services rendered in connection with the retention of the witness as an expert in this case;

All file materials maintained by the witness in connection with this case including, but not limited to, the following: (a) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were reviewed, read, seen, or heard in connection with (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (b) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that serve as the basis for expert opinions of this witness; (c) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were furnished or provided to the witness by defendants, defendants' counsel and/or defendants' insurance carriers used in (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (d) all reports, correspondence, documents, papers, memoranda, notes, and other tangible items created by the witness pertaining to (i) the evaluation or analysis of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness;

PLEASE TAKE FURTHER NOTICE that counsel for defendant Danbury Hospital is hereby commanded, pursuant to *Fed. R. Civ. P. 34*, to produce at and bring to this deposition the following records, documents, items and materials:

The complete original or certified copy of the Danbury Hospital records pertaining to the admission of plaintiff's decedent, Michael Guigliano, during the dates of February 7, 2001 – April 17, 2001; the handwritten note of Vanessa

*Page 3*

Saipher pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; the February 17, 2001, "Code 99 Flowsheet" for Michael Guigliano; the "Code 99 Log" for February 2001; the transporter report/log of Lorissa Howard for February 17, 2001; the patient transportation log for February 17, 2001; correspondence sent from hospital administration to the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; and correspondence received by hospital administration from the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001.

This deposition will continue day after day until completion. Counsel for the

parties are invited to be present and to cross-examine on behalf of your client.

Dated: Larchmont, New York
      January 18, 2006

            Yours, etc.,

            _____

            **JOSEPH LANNI      (CT 23566)**
            The Law Firm Of
            JOSEPH LANNI, P.C.
            Attorneys for Plaintiff
            LAURA GUIGLIANO
            138 Chatsworth Avenue, Suites 6-8
            Larchmont, New York 10538
            (914) 834-6600
            Fax:  (914) 834-0152

TO:

      NEUBERT, PEPE & MONTIETH, P.C.
      Attorneys for Defendants
      DANBURY HOSPITAL,
      195 Church Street
      New Haven, CT 06510

*Page 4*

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendant
BORRUSO & DANBURY SURG. ASSOC.
80 Fourth Street
Stamford, CT 06905

HALLORAN & SAGE, L.L.P.
Attorneys For Defendant
CATANIA
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

SCOTT F. MORGAN, ESQ.
WEINER, MILLO & MORGAN, LLC
Co-Counsel for Plaintiff
LAURA GUIGLIANO
220 Fifth Avenue, 7th Floor
New York, New York 10001

RENDE, RYAN & DOWNES, LLP
Attorneys for Apportionment Defendant / Third Party Defendant
FRANK KESSLER, M.D.
202 Mamaroneck Avenue
White Plains, New York 10601

# DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

I served a true copy of the annexed: *Fed. R. Civ. P. 26(b)(4)(A) Notice to Take Deposition*, *dated January 18, 2006*, on the date of: January 18, 2006, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U. S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL
195 Church Street
New Haven, CT 23067
Tel.: (203) 821-2000

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO & DANBURY SURG. ASSOC., P.C.
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 357-9200

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
Tel.: (860) 522-6103

SCOTT F. MORGAN (CT 23648)          RENDE, RYAN & DOWNES
WEINER, MILLO & MORGAN, LLP          Attorneys for Appt Dft/Third Party Dft.
Co-Counsel for Plaintiffs          KESSLER
220 Fifth Avenue          202 Mamaroneck Ave.
New York, New York 10001          White Plains, New York 10601
Tel.: (212) 213-1220          Tel.: (914) 681-0444

Executed on January 18, 2006, Larchmont, New York.

_____
**JOSEPH LANNI**      (CT 23566)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
==========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,                                    *Fed. R. Civ. P. 26(b)(4)(A)*
                                                           **NOTICE**
                              Plaintiff(s)                 **TO TAKE**
                                                           **DEPOSITION**

                       -against-
                                                           *3:02 CV 718*
DANBURY HOSPITAL, ET AL.                                    *(RNC)(DFM)*

                              Defendants.
==========================================X

                                                           *Page 1*
COUNSEL:

        PLEASE TAKE NOTICE that, pursuant to *Fed. R. Civ. P. 26(b)(4)(A)*, plaintiffs

LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO,

Deceased, and LAURA GUIGLIANO, Individually, by her attorneys, THE LAW FIRM

OF JOSEPH LANNI, P.C., and WEINER, MILLO & MORGAN, LLC, will take the

deposition of: LEWIS J. KAPLAN, M.D., on the date of February 14, 2006, at 10:00

a.m., to be held at the offices of Halloran & Sage, LLP, 1 Goodwin Sq., Hartford, CT

06103, in the above captioned action, before competent authority not affiliated with any

of the parties or their attorneys, on all relevant and material issues, to be used in the trial

of this action.


        PLEASE TAKE FURTHER NOTICE that the witness and/or counsel retaining

the deponent as an expert witness is hereby commanded, pursuant to *Fed. R. Civ. P. 34*,

to produce at and bring to this deposition the following records, documents, items and

materials:

A copy of the current professional resume' or curriculum vitae of the witness;

A list of all publications authored by the witness;

Copies of all records, diaries and/or bills pertaining to services rendered in connection with the retention of the witness as an expert in this case;

All file materials maintained by the witness in connection with this case including, but not limited to, the following: (a) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were reviewed, read, seen, or heard in connection with (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (b) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that serve as the basis for expert opinions of this witness; (c) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were furnished or provided to the witness by defendants, defendants' counsel and/or defendants' insurance carriers used in (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (d) all reports, correspondence, documents, papers, memoranda, notes, and other tangible items created by the witness pertaining to (i) the evaluation or analysis of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness;

PLEASE TAKE FURTHER NOTICE that counsel for defendant Danbury Hospital is hereby commanded, pursuant to *Fed. R. Civ. P. 34*, to produce at and bring to this deposition the following records, documents, items and materials:

The complete original or certified copy of the Danbury Hospital records pertaining to the admission of plaintiff's decedent, Michael Guigliano, during the dates of February 7, 2001 – April 17, 2001; the handwritten note of Vanessa

*Page 3*

Saipher pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; the February 17, 2001, "Code 99 Flowsheet" for Michael Guigliano; the "Code 99 Log" for February 2001; the transporter report/log of Lorissa Howard for February 17, 2001; the patient transportation log for February 17, 2001; correspondence sent from hospital administration to the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; and correspondence received by hospital administration from the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001.

This deposition will continue day after day until completion.  Counsel for the

parties are invited to be present and to cross-examine on behalf of your client.

Dated: Larchmont, New York
       January 18, 2006

                                        Yours, etc.,


                                        _____
                                        **JOSEPH LANNI      (CT 23566)**
                                        The Law Firm Of
                                        JOSEPH LANNI, P.C.
                                        Attorneys for Plaintiff
                                        LAURA GUIGLIANO
                                        138 Chatsworth Avenue, Suites 6-8
                                        Larchmont, New York 10538
                                        (914) 834-6600
                                        Fax:  (914) 834-0152


TO:

        NEUBERT, PEPE & MONTIETH, P.C.
        Attorneys for Defendants
        DANBURY HOSPITAL,
        195 Church Street
        New Haven, CT 06510

*Page 4*

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendant
BORRUSO & DANBURY SURG. ASSOC.
80 Fourth Street
Stamford, CT 06905

HALLORAN & SAGE, L.L.P.
Attorneys For Defendant
CATANIA
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

SCOTT F. MORGAN, ESQ.
WEINER, MILLO & MORGAN, LLC
Co-Counsel for Plaintiff
LAURA GUIGLIANO
220 Fifth Avenue, 7th Floor
New York, New York 10001

RENDE, RYAN & DOWNES, LLP
Attorneys for Apportionment Defendant / Third Party Defendant
FRANK KESSLER, M.D.
202 Mamaroneck Avenue
White Plains, New York 10601

## DECLARATION OF SERVICE
## <u>PURSUANT TO 28 U.S.C. § 1746</u>

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

I served a true copy of the annexed: *Fed. R. Civ. P. 26(b)(4)(A) Notice to Take Deposition*, *dated January 18, 2006*, on the date of: January 18, 2006, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U. S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

<u>TO</u>:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL
195 Church Street
New Haven, CT 23067
Tel.: (203) 821-2000

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO & DANBURY SURG. ASSOC., P.C.
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 357-9200

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
Tel.: (860) 522-6103

| | |
|---|---|
| SCOTT F. MORGAN (CT 23648) | RENDE, RYAN & DOWNES |
| WEINER, MILLO & MORGAN, LLP | Attorneys for Appt Dft/Third Party Dft. |
| Co-Counsel for Plaintiffs | KESSLER |
| 220 Fifth Avenue | 202 Mamaroneck Ave. |
| New York, New York 10001 | White Plains, New York 10601 |
| Tel.: (212) 213-1220 | Tel.: (914) 681-0444 |

Executed on January 18, 2006, Larchmont, New York.

_____
**JOSEPH LANNI**    (CT 23566)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
==========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,                        *Fed. R. Civ. P. 26(b)(4)(A)*
                                                **NOTICE**
                    Plaintiff(s)                **TO TAKE**
                                                **DEPOSITION**

                    -against-
                                                *3:02 CV 718*
DANBURY HOSPITAL, ET AL.                         *(RNC)(DFM)*

                    Defendants.
==========================================X

                                                     *Page 1*

COUNSEL:

       PLEASE TAKE NOTICE that, pursuant to *Fed. R. Civ. P. 26(b)(4)(A)*, plaintiffs

LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO,

Deceased, and LAURA GUIGLIANO, Individually, by her attorneys, THE LAW FIRM

OF JOSEPH LANNI, P.C., and WEINER, MILLO & MORGAN, LLC, will take the

deposition of: ADAM R. SILVERMAN, M.D., on the date of February 15, 2006, at

10:00 a.m., to be held at the offices of Ryan, Ryan, Johnson & DeLuca, LLP, 80 Fourth

St., Stamford, CT 06905, in the above captioned action, before competent authority not

affiliated with any of the parties or their attorneys, on all relevant and material issues, to

be used in the trial of this action.


       PLEASE TAKE FURTHER NOTICE that the witness and/or counsel retaining

the deponent as an expert witness is hereby commanded, pursuant to *Fed. R. Civ. P. 34*,

to produce at and bring to this deposition the following records, documents, items and

materials:

*Page 2*

A copy of the current professional resume' or curriculum vitae of the witness;

A list of all publications authored by the witness;

Copies of all records, diaries and/or bills pertaining to services rendered in connection with the retention of the witness as an expert in this case;

All file materials maintained by the witness in connection with this case including, but not limited to, the following: (a) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were reviewed, read, seen, or heard in connection with (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (b) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that serve as the basis for expert opinions of this witness; (c) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were furnished or provided to the witness by defendants, defendants' counsel and/or defendants' insurance carriers used in (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (d) all reports, correspondence, documents, papers, memoranda, notes, and other tangible items created by the witness pertaining to (i) the evaluation or analysis of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness;

PLEASE TAKE FURTHER NOTICE that counsel for defendant Danbury Hospital is hereby commanded, pursuant to *Fed. R. Civ. P. 34*, to produce at and bring to this deposition the following records, documents, items and materials:

The complete original or certified copy of the Danbury Hospital records pertaining to the admission of plaintiff's decedent, Michael Guigliano, during the dates of February 7, 2001 – April 17, 2001; the handwritten note of Vanessa

_Page 3_

Saipher pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; the February 17, 2001, "Code 99 Flowsheet" for Michael Guigliano; the "Code 99 Log" for February 2001; the transporter report/log of Lorissa Howard for February 17, 2001; the patient transportation log for February 17, 2001; correspondence sent from hospital administration to the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; and correspondence received by hospital administration from the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001.

This deposition will continue day after day until completion. Counsel for the parties are invited to be present and to cross-examine on behalf of your client.

Dated: Larchmont, New York
January 18, 2006

Yours, etc.,

_____

**JOSEPH LANNI        (CT 23566)**
The Law Firm Of
JOSEPH LANNI, P.C.
Attorneys for Plaintiff
LAURA GUIGLIANO
138 Chatsworth Avenue, Suites 6-8
Larchmont, New York 10538
(914) 834-6600
Fax:  (914) 834-0152

TO:

NEUBERT, PEPE & MONTIETH, P.C.
Attorneys for Defendants
DANBURY HOSPITAL,
195 Church Street
New Haven, CT 06510

*Page 4*

       RYAN, RYAN, JOHNSON
       & DELUCA, LLP
       Attorneys for Defendant
       BORRUSO & DANBURY SURG. ASSOC.
       80 Fourth Street
       Stamford, CT 06905

       HALLORAN & SAGE, L.L.P.
       Attorneys For Defendant
       CATANIA
       One Goodwin Square
       225 Asylum Street
       Hartford, CT 06103

       SCOTT F. MORGAN, ESQ.
       WEINER, MILLO & MORGAN, LLC
       Co-Counsel for Plaintiff
       LAURA GUIGLIANO
       220 Fifth Avenue, 7th Floor
       New York, New York 10001

       RENDE, RYAN & DOWNES, LLP
       Attorneys for Apportionment Defendant / Third Party Defendant
       FRANK KESSLER, M.D.
       202 Mamaroneck Avenue
       White Plains, New York 10601

## DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

I served a true copy of the annexed: *Fed. R. Civ. P. 26(b)(4)(A) Notice to Take Deposition*, *dated January 18, 2006*, on the date of: January 18, 2006, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U. S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL
195 Church Street
New Haven, CT 23067
Tel.: (203) 821-2000

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO & DANBURY SURG. ASSOC., P.C.
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 357-9200

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
Tel.: (860) 522-6103

SCOTT F. MORGAN (CT 23648)          RENDE, RYAN & DOWNES
WEINER, MILLO & MORGAN, LLP         Attorneys for Appt Dft/Third Party Dft.
Co-Counsel for Plaintiffs           KESSLER
220 Fifth Avenue                    202 Mamaroneck Ave.
New York, New York 10001            White Plains, New York 10601
Tel.: (212) 213-1220                Tel.: (914) 681-0444

Executed on January 18, 2006, Larchmont, New York.

_____
**JOSEPH LANNI**    (CT 23566)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
===========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,                                    *Fed. R. Civ. P. 26(b)(4)(A)*
                                                            **NOTICE**
                                    Plaintiff(s)            **TO TAKE**
                                                            **DEPOSITION**

                        -against-
                                                            *3:02 CV 718*
DANBURY HOSPITAL, ET AL.                                    *(RNC)(DFM)*

                                    Defendants.
===========================================X

                                                            *Page 1*
COUNSEL:

        PLEASE TAKE NOTICE that, pursuant to *Fed. R. Civ. P. 26(b)(4)(A)*, plaintiffs

LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO,

Deceased, and LAURA GUIGLIANO, Individually, by her attorneys, THE LAW FIRM

OF JOSEPH LANNI, P.C., and WEINER, MILLO & MORGAN, LLC, will take the

deposition of: DAVID C. BROOKS, M.D., on the date of February 16, 2006, at 10:00

a.m., to be held at the offices of Ryan, Ryan, Johnson & DeLuca, LLP, 80 Fourth St.,

Stamford, CT 06905, in the above captioned action, before competent authority not

affiliated with any of the parties or their attorneys, on all relevant and material issues, to

be used in the trial of this action.


        PLEASE TAKE FURTHER NOTICE that the witness and/or counsel retaining

the deponent as an expert witness is hereby commanded, pursuant to *Fed. R. Civ. P. 34*,

to produce at and bring to this deposition the following records, documents, items and

materials:

*Page 2*

A copy of the current professional resume' or curriculum vitae of the witness;

A list of all publications authored by the witness;

Copies of all records, diaries and/or bills pertaining to services rendered in connection with the retention of the witness as an expert in this case;

All file materials maintained by the witness in connection with this case including, but not limited to, the following: (a) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were reviewed, read, seen, or heard in connection with (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (b) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that serve as the basis for expert opinions of this witness; (c) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were furnished or provided to the witness by defendants, defendants' counsel and/or defendants' insurance carriers used in (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (d) all reports, correspondence, documents, papers, memoranda, notes, and other tangible items created by the witness pertaining to (i) the evaluation or analysis of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness;

PLEASE TAKE FURTHER NOTICE that counsel for defendant Danbury Hospital is hereby commanded, pursuant to *Fed. R. Civ. P. 34*, to produce at and bring to this deposition the following records, documents, items and materials:

The complete original or certified copy of the Danbury Hospital records pertaining to the admission of plaintiff's decedent, Michael Guigliano, during the dates of February 7, 2001 – April 17, 2001; the handwritten note of Vanessa

*Page 3*

Saipher pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; the February 17, 2001, "Code 99 Flowsheet" for Michael Guigliano; the "Code 99 Log" for February 2001; the transporter report/log of Lorissa Howard for February 17, 2001; the patient transportation log for February 17, 2001; correspondence sent from hospital administration to the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; and correspondence received by hospital administration from the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001.

This deposition will continue day after day until completion. Counsel for the parties are invited to be present and to cross-examine on behalf of your client.

Dated: Larchmont, New York
      January 18, 2006

                         Yours, etc.,

                      _____

                      **JOSEPH LANNI     (CT 23566)**
                      The Law Firm Of
                      JOSEPH LANNI, P.C.
                      Attorneys for Plaintiff
                      LAURA GUIGLIANO
                      138 Chatsworth Avenue, Suites 6-8
                      Larchmont, New York 10538
                      (914) 834-6600
                      Fax:  (914) 834-0152

TO:

      NEUBERT, PEPE & MONTIETH, P.C.
      Attorneys for Defendants
      DANBURY HOSPITAL,
      195 Church Street
      New Haven, CT 06510

*Page 4*

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendant
BORRUSO & DANBURY SURG. ASSOC.
80 Fourth Street
Stamford, CT 06905

HALLORAN & SAGE, L.L.P.
Attorneys For Defendant
CATANIA
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

SCOTT F. MORGAN, ESQ.
WEINER, MILLO & MORGAN, LLC
Co-Counsel for Plaintiff
LAURA GUIGLIANO
220 Fifth Avenue, 7th Floor
New York, New York 10001

RENDE, RYAN & DOWNES, LLP
Attorneys for Apportionment Defendant / Third Party Defendant
FRANK KESSLER, M.D.
202 Mamaroneck Avenue
White Plains, New York 10601

## DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

I served a true copy of the annexed: *Fed. R. Civ. P. 26(b)(4)(A) Notice to Take Deposition*, *dated January 18, 2006*, on the date of: January 18, 2006, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U. S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL
195 Church Street
New Haven, CT 23067
Tel.:  (203) 821-2000

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO & DANBURY SURG. ASSOC., P.C.
80 Fourth Street
Stamford, CT 06905
Tel.:  (203) 357-9200

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
Tel.: (860) 522-6103

SCOTT F. MORGAN (CT 23648)          RENDE, RYAN & DOWNES
WEINER, MILLO & MORGAN, LLP          Attorneys for Appt Dft/Third Party Dft.
Co-Counsel for Plaintiffs            KESSLER
220 Fifth Avenue                     202 Mamaroneck Ave.
New York, New York 10001             White Plains, New York 10601
Tel.:  (212) 213-1220                Tel.: (914) 681-0444

Executed on January 18, 2006, Larchmont, New York.

_____
**JOSEPH LANNI**      (CT 23566)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
==========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,                                 *Fed. R. Civ. P. 26(b)(4)(A)*
                                                         **NOTICE**
                        Plaintiff(s)                     **TO TAKE**
                                                         **DEPOSITION**
                -against-
                                                         *3:02 CV 718*
DANBURY HOSPITAL, ET AL.                                  *(RNC)(DFM)*

                        Defendants.
==========================================X

                                                         *Page 1*

COUNSEL:

        PLEASE TAKE NOTICE that, pursuant to *Fed. R. Civ. P. 26(b)(4)(A)*, plaintiffs

LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO,

Deceased, and LAURA GUIGLIANO, Individually, by her attorneys, THE LAW FIRM

OF JOSEPH LANNI, P.C., and WEINER, MILLO & MORGAN, LLC, will take the

deposition of: JERALD D. WISHNER, M.D., on the date of February 17, 2006, at 10:00

a.m., to be held at the offices of Weiner, Millo & Morgan, LLC, 220 Fifth Ave., New

York, N.Y. 10001, in the above captioned action, before competent authority not

affiliated with any of the parties or their attorneys, on all relevant and material issues, to

be used in the trial of this action.


        PLEASE TAKE FURTHER NOTICE that the witness and/or counsel retaining

the deponent as an expert witness is hereby commanded, pursuant to *Fed. R. Civ. P. 34*,

to produce at and bring to this deposition the following records, documents, items and

materials:

*Page 2*

A copy of the current professional resume' or curriculum vitae of the witness;

A list of all publications authored by the witness;

Copies of all records, diaries and/or bills pertaining to services rendered in connection with the retention of the witness as an expert in this case;

All file materials maintained by the witness in connection with this case including, but not limited to, the following: (a) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were reviewed, read, seen, or heard in connection with (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (b) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that serve as the basis for expert opinions of this witness; (c) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were furnished or provided to the witness by defendants, defendants' counsel and/or defendants' insurance carriers used in (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (d) all reports, correspondence, documents, papers, memoranda, notes, and other tangible items created by the witness pertaining to (i) the evaluation or analysis of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness;

PLEASE TAKE FURTHER NOTICE that counsel for defendant Danbury Hospital is hereby commanded, pursuant to *Fed. R. Civ. P. 34*, to produce at and bring to this deposition the following records, documents, items and materials:

The complete original or certified copy of the Danbury Hospital records pertaining to the admission of plaintiff's decedent, Michael Guigliano, during the dates of February 7, 2001 – April 17, 2001; the handwritten note of Vanessa

*Page 3*

Saipher pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; the February 17, 2001, "Code 99 Flowsheet" for Michael Guigliano; the "Code 99 Log" for February 2001; the transporter report/log of Lorissa Howard for February 17, 2001; the patient transportation log for February 17, 2001; correspondence sent from hospital administration to the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; and correspondence received by hospital administration from the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001.

This deposition will continue day after day until completion.  Counsel for the

parties are invited to be present and to cross-examine on behalf of your client.

Dated: Larchmont, New York
      January 18, 2006

                  Yours, etc.,

            _____

            **JOSEPH LANNI**     **(CT 23566)**
            The Law Firm Of
            JOSEPH LANNI, P.C.
            Attorneys for Plaintiff
            LAURA GUIGLIANO
            138 Chatsworth Avenue, Suites 6-8
            Larchmont, New York 10538
            (914) 834-6600
            Fax:  (914) 834-0152

TO:

      NEUBERT, PEPE & MONTIETH, P.C.
      Attorneys for Defendants
      DANBURY HOSPITAL,
      195 Church Street
      New Haven, CT 06510

*Page 4*

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendant
BORRUSO & DANBURY SURG. ASSOC.
80 Fourth Street
Stamford, CT 06905

HALLORAN & SAGE, L.L.P.
Attorneys For Defendant
CATANIA
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

SCOTT F. MORGAN, ESQ.
WEINER, MILLO & MORGAN, LLC
Co-Counsel for Plaintiff
LAURA GUIGLIANO
220 Fifth Avenue, 7th Floor
New York, New York 10001

RENDE, RYAN & DOWNES, LLP
Attorneys for Apportionment Defendant / Third Party Defendant
FRANK KESSLER, M.D.
202 Mamaroneck Avenue
White Plains, New York 10601

# DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

I served a true copy of the annexed: *Fed. R. Civ. P. 26(b)(4)(A) Notice to Take Deposition*, *dated January 18, 2006*, on the date of: January 18, 2006, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U. S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL
195 Church Street
New Haven, CT 23067
Tel.: (203) 821-2000

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO & DANBURY SURG. ASSOC., P.C.
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 357-9200

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
Tel.: (860) 522-6103

| | |
|---|---|
| SCOTT F. MORGAN (CT 23648) | RENDE, RYAN & DOWNES |
| WEINER, MILLO & MORGAN, LLP | Attorneys for Appt Dft/Third Party Dft. |
| Co-Counsel for Plaintiffs | KESSLER |
| 220 Fifth Avenue | 202 Mamaroneck Ave. |
| New York, New York 10001 | White Plains, New York 10601 |
| Tel.: (212) 213-1220 | Tel.: (914) 681-0444 |

Executed on January 18, 2006, Larchmont, New York.

_____
**JOSEPH LANNI**    (CT 23566)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
==========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,                                   *Fed. R. Civ. P. 26(b)(4)(A)*
                                                           **NOTICE**
                                   Plaintiff(s)            **TO TAKE**
                                                           **DEPOSITION**

                        -against-
                                                           *3:02 CV 718*
DANBURY HOSPITAL, ET AL.                                   *(RNC)(DFM)*

                                   Defendants.
==========================================X

                                                                  *Page 1*

COUNSEL:

        PLEASE TAKE NOTICE that, pursuant to *Fed. R. Civ. P. 26(b)(4)(A)*, plaintiffs

LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO,

Deceased, and LAURA GUIGLIANO, Individually, by her attorneys, THE LAW FIRM

OF JOSEPH LANNI, P.C., and WEINER, MILLO & MORGAN, LLC, will take the

deposition of: JOHN A. CHABOT, M.D., on the date of February 27, 2006, at 10:00

a.m., to be held at the offices of Weiner, Millo & Morgan, LLC, 220 Fifth Ave., New

York, N.Y. 10001, in the above captioned action, before competent authority not

affiliated with any of the parties or their attorneys, on all relevant and material issues, to

be used in the trial of this action.


        PLEASE TAKE FURTHER NOTICE that the witness and/or counsel retaining

the deponent as an expert witness is hereby commanded, pursuant to *Fed. R. Civ. P. 34*,

to produce at and bring to this deposition the following records, documents, items and

materials:

*Page 2*

A copy of the current professional resume' or curriculum vitae of the witness;

A list of all publications authored by the witness;

Copies of all records, diaries and/or bills pertaining to services rendered in connection with the retention of the witness as an expert in this case;

All file materials maintained by the witness in connection with this case including, but not limited to, the following: (a) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were reviewed, read, seen, or heard in connection with (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (b) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that serve as the basis for expert opinions of this witness; (c) all medical and hospital records, reports, correspondence, documents, papers, memoranda, notes, professional medical and/or scientific literature, medical and/or scientific illustrations and diagrams, videographic and/or photographic images, audio recordings, and other tangible items that were furnished or provided to the witness by defendants, defendants' counsel and/or defendants' insurance carriers used in (i) the evaluation or analysis by this witness of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness; (d) all reports, correspondence, documents, papers, memoranda, notes, and other tangible items created by the witness pertaining to (i) the evaluation or analysis of any claim, defense or issue in this case, and (ii) the formulation of the expert opinions of this witness;

PLEASE TAKE FURTHER NOTICE that counsel for defendant Danbury Hospital is hereby commanded, pursuant to *Fed. R. Civ. P. 34*, to produce at and bring to this deposition the following records, documents, items and materials:

The complete original or certified copy of the Danbury Hospital records pertaining to the admission of plaintiff's decedent, Michael Guigliano, during the dates of February 7, 2001 – April 17, 2001; the handwritten note of Vanessa

*Page 3*

Saipher pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; the February 17, 2001, "Code 99 Flowsheet" for Michael Guigliano; the "Code 99 Log" for February 2001; the transporter report/log of Lorissa Howard for February 17, 2001; the patient transportation log for February 17, 2001; correspondence sent from hospital administration to the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001; and correspondence received by hospital administration from the Connecticut Department of Public Health pertaining to the decedent's cardiopulmonary arrest on February 17, 2001.

This deposition will continue day after day until completion. Counsel for the

parties are invited to be present and to cross-examine on behalf of your client.

Dated: Larchmont, New York
       January 18, 2006

Yours, etc.,

_____

**JOSEPH LANNI      (CT 23566)**
The Law Firm Of
JOSEPH LANNI, P.C.
Attorneys for Plaintiff
LAURA GUIGLIANO
138 Chatsworth Avenue, Suites 6-8
Larchmont, New York 10538
(914) 834-6600
Fax: (914) 834-0152

TO:

NEUBERT, PEPE & MONTIETH, P.C.
Attorneys for Defendants
DANBURY HOSPITAL,
195 Church Street
New Haven, CT 06510

*Page 4*

       RYAN, RYAN, JOHNSON
       & DELUCA, LLP
       Attorneys for Defendant
       BORRUSO & DANBURY SURG. ASSOC.
       80 Fourth Street
       Stamford, CT 06905

       HALLORAN & SAGE, L.L.P.
       Attorneys For Defendant
       CATANIA
       One Goodwin Square
       225 Asylum Street
       Hartford, CT 06103

       SCOTT F. MORGAN, ESQ.
       WEINER, MILLO & MORGAN, LLC
       Co-Counsel for Plaintiff
       LAURA GUIGLIANO
       220 Fifth Avenue, 7th Floor
       New York, New York 10001

       RENDE, RYAN & DOWNES, LLP
       Attorneys for Apportionment Defendant / Third Party Defendant
       FRANK KESSLER, M.D.
       202 Mamaroneck Avenue
       White Plains, New York 10601

## DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

I served a true copy of the annexed: *Fed. R. Civ. P. 26(b)(4)(A) Notice to Take Deposition*, *dated January 18, 2006*, on the date of: January 18, 2006, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U. S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL
195 Church Street
New Haven, CT 23067
Tel.: (203) 821-2000

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO & DANBURY SURG. ASSOC., P.C.
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 357-9200

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
Tel.: (860) 522-6103

SCOTT F. MORGAN (CT 23648)          RENDE, RYAN & DOWNES
WEINER, MILLO & MORGAN, LLP         Attorneys for Appt Dft/Third Party Dft.
Co-Counsel for Plaintiffs           KESSLER
220 Fifth Avenue                    202 Mamaroneck Ave.
New York, New York 10001            White Plains, New York 10601
Tel.: (212) 213-1220                Tel.: (914) 681-0444

Executed on January 18, 2006, Larchmont, New York.

_____
**JOSEPH LANNI**      (CT 23566)