225

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
=============================================X
LAURA GUIGLIANO, as Guardian Ad
Litem for MICHAEL GUIGLIANO, a
Person Adjudged to be Incompetent,
and LAURA GUIGLIANO, Individually,

                        Plaintiffs,         3:02 CV 718
                                        (RNC) (DFM)

           –against –

DANBURY HOSPITAL, et al.

                        Defendants.
=============================================X

## PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER[1]

Dated: March 29, 2006

Plaintiff's counsel respectfully requests that this Court issue an Order, pursuant to Fed. R. Civ. P. 6 (b) and L. Civ. R. 7 (b), for an extension of certain deadlines in the Amended Superseding Scheduling Order Regarding Case Management Plan of Magistrate Judge Martinez, dated June 8, 2005, (see, Exhibit "A", 6/08/05 Scheduling Order [Case Docket History, Document # 157]) on the grounds that such deadlines

---

**May 10, 2006.**  Guigliano v. Danbury Hospital
                      3:02-CV-718 (RNC)

Re: Plaintiff's Motion for Extension of Deadlines in Scheduling Order (Doc. #223)

Granted. Expert witness depositions will be completed by June 30, 2006. The joint trial memorandum will be filed by August 21, 2006. Jury selection will take place on September 19, 2006. Presentation of evidence will begin the following day. Because of the age of the case, and the number of parties and counsel, further extensions of these deadlines cannot be granted. So ordered.

                                                     Robert N. Chatigny, U.S.D.J.