FILED

2006 MAY 12 A 10: 52

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased and LAURA GUIGLIANO, Individually | : 3:02 CV 718 (RNC) |
| VS. | : |
| DANBURY HOSPITAL ET AL | : MAY 11, 2006 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the plaintiffs LAURA GUIGLIANO, Administrator and LAURA GUIGLIANO, Individually.

Robert W. Finke, Esq.
50 Old Kings Highway North
Darien, Connecticut 06820
Tel. (203) 662-1070
Fax (203) 662-1071
Email: robert@rwfinke.com
Federal Bar No. ct17308

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed this 11th day of May, 2006 to counsel of record listed below:

Joseph Lanni, Esq.
138 Chatsworth Avenue, Suites 6-8
Larchmont, New York 10538
(914) 834-6600

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York, New York 10001
(212) 213-1220

Kevin Tepas, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, Connecticut 06905
(203) 357-9200

Andrew Neubardt, Esq.
Rende, Ryan & Downs
202 Mamaroneck Avenue
White Plains, New York
(914) 681-0444

Richard C. Tynan, Esq.
Halloran & Sage, LLP
One Goodwin Square
Hartford, Connecticut 06106
(860) 522-6103

Eric J. Stockman, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000

_____
Robert W. Finke