RYAN, RYAN, JOHNSON & DELUCA, LLP
P.O. Box 3057
STAMFORD, CT 06905
(203) 357-9200
Fax: (203) 357-7915

## Fax Transmission

| | | | |
|---|---|---|---|
| To: | Joseph Lanni, Esq. The Law Firm of Joseph Lanni, P.C. | Date: | June 27, 2006 |
| | Scott F. Morgan, Esq. Weiner, Millo & Morgan, LLC | | |
| | Eric Stockman Neubert, Pepe & Monteith, P.C. | | |
| | Richard C. Tynan Halloran & Sage, LLP | | |
| | Andrew M. Neubardt, Esq. Rende, Ryan & Downes, LLP | | |

Fax #: 914-834-0152
212-889-5228
203-821-2009
860-548-0006
914.681.9875

Pages:   1, including this cover sheet.

From:  Beverly J. Hunt

File No: 290.117

Subject:   Guigliano, Laura, et al v. Danbury Hosp., et al

*An operator can be contacted at 203-357-9200 from 9:00 a.m. to 6:00 p.m. Eastern Time if there have been any transmission problems.*

**COMMENTS:**

Please know that the deposition of Dr. Teiger, scheduled for Wednesday, June 28, 2006, will not be going forward.

The information contained in this facsimile message is attorney/client privileged, and/or confidential or proprietary, or trade secret information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the above number, and return the original message to us at the above address by U.S. Postal Service.

I:\Proano\290.117 al transmit.fax.wpd