**The Law Firm Of**
**JOSEPH LANNI, P. C.**
138 Chatsworth Avenue, Suites 6 – 8
Larchmont, New York 10538
Tel:  (914) 834-6600   /   Fax:  (914) 834-0152

June 27, 2006

**VIA FACSIMILE**
**VIA REGULAR MAIL**

Maureen S. Dinnan, Esq.
Eric J. Stockman, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 23067

RE:     **GUIGLIANO v. DANBURY HOSPITAL, ET AL.**
            *302 CV 718 (RNC)(DFM)*

Dear Counsel:

This acknowledges receipt via facsimile today at 3:35 p.m of correspondence from Beverly J. Hunt, Esq., of Ryan, Ryan, et al., counsel for defendant Borrusso, canceling the continued deposition of the defendant hospital's expert, Dr. Michael B. Teiger, which had been scheduled for tomorrow at 10:30 a.m.  Based upon the testimony taken from Dr. Teiger on May 31, 2006, under the questioning of Ms. Hunt, we have follow up questions for Dr. Teiger as permitted by the *Fed. R. Civ. P.*  Thus, kindly contact this office to provide prospective dates for this continued deposition so that the questioning may continue.  Given the time constraints placed upon the parties, we ask that this be done in an expeditious manner.

Very truly yours:

_____
**JOSEPH LANNI**      (CT 23566)

JL/yk

*Neubert, Pepe, et al.*
*June 27, 2006*
<u>*Page 2 of 2*</u>

Cc:     (VIA FACSIMILE)

        Scott F. Morgan, Esq.
        Weiner, Millo & Morgan, LLC
        220 Fifth Avenue, 7<u>th</u> Floor
        New York, New York 10001

        Andrew M. Neubardt, Esq.
        Rende, Ryan & Downes, LLP
        202 Mamaroneck Avenue
        White Plains, New York 10601

        Beverly Hunt, Esq.
        Ryan, Ryan, Johnson & Deluca, LLP
        80 Fourth Street
        Stamford, CT 06905

        Timothy Grady, Esq.
        Halloran & Sage, L.L.P
        One Goodwin Square
        225 Asylum Street
        Hartford, CT 06103

# <u>Via Facsimile</u>

**The Law Firm Of**
**JOSEPH LANNI, P. C.**
138 Chatsworth Avenue, Suites 6 – 8
Larchmont, New York 10538
Tel:  (914) 834-6600   /   Fax:  (914) 834-0152

TO:         ERIC J. STOCKMAN, ESQ.    (FAX NO.: (203) 821-2009)
              MAUREEN S. DINNAN, ESQ.
              NEUBERT, PEPE & MONTIETH, P.C.

              SCOTT F. MORGAN, ESQ.    (FAX NO.: (212) 889-5228)
              WEINER, MILLO & MORGAN, LLC

              BEVERLY J. HUNT, ESQ.    (FAX NO.: (203) 357-7915)
              RYAN, RYAN, JOHNSON
              & DELUCA, LLP

              TIMOTHY J. GRADY, ESQ.    (FAX NO.: (860) 548-0006)
              HALLORAN & SAGE, L.L.P.

              ANDREW M. NEUBARDT, ESQ.  (FAX NO.: (914) 681-0875)
              RENDE, RYAN & DOWNES, LLP

FROM:     JOSEPH LANNI, ESQ.

DATE:      06 27 06

RE:        <u>GUIGLIANO v. DANBURY HOSPITAL, ET AL.</u>
            *302 CV 718 (RNC)(DFM)*

PLEASE SEE ATTACHED.