# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone (203) 821-2000
Facsimile (203) 821-2009

Michael D. Neubert
Gregory J. Pepe
Deborah Monteith Neubert
Douglas S. Skalka
Judy K. Weinstein
Peter T. Fay
Andrew R. Tanin
Robert L. Gordocki
Nancy Behan Kinsella

Eric J. Stockman
Kevin M. Godbout
Cameron C. Staples
Gretchen G. Randall
Linda M. Telenback
Mark E. Stoca
Jason T. Frasher
Lucas B. Rocklin

Counsel
Simon L. Allentuch
Louis J. Testa
Maureen Sullivan Dinnan

Of Counsel
Sonja Goldstein

Eric L.B. Beller (1960-2002)

30 Jelliff Lane
Southport, Connecticut 06490
Telephone (203) 254-9352
Facsimile (203) 254-9359

*Reply to P.O. Box*
www.npmlaw.com

June 28, 2006

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538

Re:   **Guigliano v. Danbury Hospital, et al.**

Dear Attorney Lanni:

    Please be advised that I received your facsimile timed at 16:43 on June 27, 2006 today on June 28. Please be advised that Beverly Hunt, Esq. of Ryan, Ryan, Johnson & Deluca canceled the continued deposition of Dr. Michael B. Teiger late yesterday afternoon. I called Attorney Hunt regarding the late cancellation of the deposition. I explained to her that given the late cancellation, we would object to producing Dr. Teiger at any future date. Please be further advised that you have already examined Dr. Teiger for seven hours and we will not produce Dr. Teiger for further questioning pursuant to FRCP 30 (d).

    Please call me to discuss the matter.

Very truly yours,

Maureen Sullivan Dinnan

cc:   All Counsel of Record
      Mr. Christopher Grant
      Paul D. Williams, Esq.
      Patti GaNun