**The Law Firm Of**
**JOSEPH LANNI, P. C.**
138 Chatsworth Avenue, Suites 6 – 8
Larchmont, New York 10538
Tel:  (914) 834-6600   /   Fax:  (914) 834-0152

June 30, 2006

**VIA FACSIMILE**
**VIA REGULAR MAIL**

Maureen S. Dinnan, Esq.
Neubert, Pepe & Monteith
195 Church Street
New Haven, CT 23067

            **RE:**    **GUIGLIANO v. DANBURY HOSPITAL, ET AL.**
                  *302 CV 718 (RNC)(DFM)*

Dear Counsel:

      This acknowledges receipt in today's mail of correspondence from you, dated June 28, 2006, in which you refuse to produce the defendant hospital's expert, Dr. Michael B. Teiger, for a continued deposition.

      Your assertion that the plaintiff has examined Dr. Teiger for seven (7) hours is clearly erroneous.  Thus, your reliance on *Fed. R. Civ. P. 30 (d)* to prevent further questioning and obstruct proper discovery is inappropriate.  Moreover, Ms. Hunt's questions and Dr. Teiger's responses raise new issues which entitle the plaintiff to follow up questions in order to obtain a fair examination of the deponent.  Kindly provide us with prospective dates for a continued deposition of Dr. Teiger so that plaintiff can have a fair examination of this expert witness under *Fed. R. Civ. P. 26 (b) (4) (A) – (B)* and *Fed. R. Civ. P.  30 (d)(2) – (3)*.  If we do not receive appropriate prospective dates for the continued deposition of this expert witness to be held in July by Wednesday, July 5, 2006, we will have no choice but to file a motion with the Court for an order compelling this discovery and requesting sanctions, costs and fees against your office pursuant to *Fed. R. Civ. P.  30 (d) (3)*.

                                               Very truly yours:

                                               **JOSEPH LANNI**     (CT 23566)

JL/yk

*Neubert, Pepe, et al.*
*June 30, 2006*
<u>*Page 2 of 2*</u>

Cc:   (VIA FACSIMILE)

   Scott F. Morgan, Esq.
   Weiner, Millo & Morgan, LLC
   220 Fifth Avenue, 7th Floor
   New York, New York 10001

   Andrew M. Neubardt, Esq.
   Rende, Ryan & Downes, LLP
   202 Mamaroneck Avenue
   White Plains, New York 10601

   Beverly Hunt, Esq.
   Ryan, Ryan, Johnson & Deluca, LLP
   80 Fourth Street
   Stamford, CT 06905

   Timothy Grady, Esq.
   Halloran & Sage, L.L.P
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103

# Via Facsimile

**The Law Firm Of**
**JOSEPH LANNI, P. C.**
138 Chatsworth Avenue, Suites 6 – 8
Larchmont, New York 10538
Tel:  (914) 834-6600   /   Fax:  (914) 834-0152

---

TO:        ERIC J. STOCKMAN, ESQ.        (FAX NO.: (203) 821-2009)
           MAUREEN S. DINNAN, ESQ.
           NEUBERT, PEPE & MONTIETH, P.C.

           SCOTT F. MORGAN, ESQ.         (FAX NO.: (212) 889-5228)
           WEINER, MILLO & MORGAN, LLC

           BEVERLY J. HUNT, ESQ.         (FAX NO.: (203) 357-7915)
           RYAN, RYAN, JOHNSON
           & DELUCA, LLP

           TIMOTHY J. GRADY, ESQ.        (FAX NO.: (860) 548-0006)
           HALLORAN & SAGE, L.L.P.

           ANDREW M. NEUBARDT, ESQ.   (FAX NO.: (914) 681-0875)
           RENDE, RYAN & DOWNES, LLP

FROM:      JOSEPH LANNI, ESQ.

DATE:      06 30 06

RE:        GUIGLIANO v. DANBURY HOSPITAL, ET AL.
           *302 CV 718 (RNC)(DFM)*

---

     PLEASE SEE ATTACHED.