JUL. 5. 2006 2:44PM   NEUBERT PEPE MONTEIT   NO. 393   P. 2

# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

Michael D. Neubert
Gregory J. Pepe
Deborah Monteith Neubert
Douglas S. Skalka
Judy K. Weinstein
Peter T. Fay
Andrew R. Lubin
Robert T. Gradoville
Nancy Bohan Kinsella

Eric J. Stockman
Kevin M. Godbout
Cameron O. Staples
Gretchen G. Randall
Linda M. Pelechacz
Mark E. Stopa
Jason T. Puecher
Lucas B. Rocklin

Counsel:
Simon I. Allentuch
Louis J. Testa
Maureen Sullivan Dinnan

Of Counsel:
Sonja Goldstein

Eric I. B. Beller (1950-2002)

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone (203) 821-2000
Facsimile (203) 821-2009

___

30 Jelliff Lane
Southport, Connecticut 06490
Telephone (203) 254-9332
Facsimile (203) 254-9239

Reply to P.O. Box
www.npmlaw.com

July 5, 2006

VIA FACSIMILE
Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538
1-914-834-0152

Re: **Guigliano v. Danbury Hospital, et al.**

Dear Attorney Lanni:

I have received your correspondence dated June 30, 2006. Please be advised that I have reviewed the two transcripts for depositions of Dr. Teiger taken by you and it appears that you have questioned Dr. Teiger for approximately 5.8 hours. Attorney Hunt examined for approximately one hour. A continued deposition of Dr. Teiger had been scheduled at the request of Attorney Hunt. Attorney Hunt canceled Dr. Teiger's confirmed deposition without explanation at approximately 3:30 p.m. on the day before his deposition was to resume. When I returned to the office from court at approximately 4:30 p.m., I contacted Attorney Hunt and advised her that we were prepared to proceed with the deposition of Dr. Teiger. She represented that she did not intend to resume the deposition. We advised Dr. Teiger accordingly

I am not attempting to obstruct proper discovery. You have fully examined Dr. Teiger. Please specify the new issues which you claim Attorney Hunt's limited questions and Dr. Teiger's limited responses entitle follow-up questions and we can consider the merit of your request. At this time, it would appear that your correspondence constitutes a threat in order to pursue an examination that is intended to be conducted in bad faith or in such a manner as to unreasonably annoy, or oppress or embarass Dr. Teiger and/or this counsel.

Joseph Lanni, Esq.
July 5, 2006
Page 2 of 2

    I will be on vacation from July 7 through July 16 and will be returning to the office on July 17.

Please call me to discuss this matter.

                        Very truly yours,

                        Maureen Sullivan Dinnan

cc:   All Counsel of Record
      Eric J. Stockman, Esq.
      Mr. Christopher Grant
      Paul D. Williams, Esq.
      Ms. Patti GraNun