UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator ) <br> of the Estate of MICHAEL GUIGLIANO, ) <br> Deceased, and LAURA GUIGLIANO, ) <br> Individually ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DANBURY HOSPITAL, J. BORRUSSO, M.D., ) <br> JOSEPH CATANIA, M.D. and ) <br> DANBURY SURGICAL ASSOCIATES, P.C. ) <br> ) <br> Defendants. ) | Civil No.: 3:02cv718 (RNC) <br><br><br><br> JULY 25, 2006 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the defendant, DANBURY HOSPITAL, in addition to the appearances already on file, in the above-captioned matter.

DEFENDANT, DANBURY HOSPITAL

/s/ Paul D. Williams
Paul D. Williams (ct05244)
pdwilliams@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 fax

## CERTIFICATION OF SERVICE

I hereby certify that on this date a copy of foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Paul D. Williams
Paul D. Williams (ct05244)

41709374.1