UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------X
LAURA GUGLIANO, as Administrator of the Estate of
MICHAEL GUGLIANO, Deceased, and
LAURA GUGLIANO, Individually,

                     Plaintiff         CIVIL ACTION NO.
                                         3:02CV 718 (RNC) (DFM)

-against-

DANBURY HOSPITAL, J. BORRUSSO, M.D.,
JOSEPH J. CATANIA, M.D., and
DANBURY SURGICAL ASSOCIATES, P.C.,

                     Defendants.
------------------------------------------------------X
J. BORRUSSO, M.D.,
JOSEPH J. CATANIA, M.D., and
DANBURY SURGICAL ASSOCIATES, P.C.,

             Third-Party Apportionment Plaintiffs,

-against-

FRANK KESSLER, M.D.,

             Third-Party Apportionment Defendant.
------------------------------------------------------X

# PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Dated: August 21, 2006

**Guigliano v. Danbury Hospital, et al.**
**3:02 CV 718 (RNC) (DFM)**

What is your business or occupation?

How many years have you worked for _____ company?

Does anyone report to you at your job?

What is the highest level of education you reached?

Are you married, single, divorced or widowed?

Do you have any children?

Have you ever served on a jury before; civil or criminal?

Have you ever sued anyone? What are the circumstances?

Have you ever been sued by anyone? What are the circumstances?

Are you an officer, or employed by, or do you own stock in any insurance company which issues policies of insurance for damage for injuries to persons or property?

Do you have any close friends or relatives in the healthcare industry?

Do you have any close friends or relatives who are doctors, nurses or who worked at a hospital?

Do you have any opinions about medical malpractice lawsuits?

Do you have any opinions about awarding money damages?

Would you be able to award a verdict in a substantial amount if the evidence warrants it?

Is there any specific amount of damages beyond which you would not award to plaintiff?

Do you know any of the parties to the lawsuit?

Do you know any of the lawyers or law firms representing the parties?

Will you follow the law that permits compensation for injuries when they were caused by the defendants' negligence?

Have you had any prior experiences with medical treatment that could affect your ability to be fair?