**EXHIBIT B**

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

1. Do you feel that simply because someone has brought suit, has named defendants, and has asked for money damages that he/she is entitled to money on that basis alone?

2. Do you recognize that any person has a right to sue anyone he/she sees fit?

3. Does the fact that a suit has been brought suggest to you that the defendants are at fault?

4. Would you be able to listen to the evidence, listen to the court's charges as to the law and then be fair?

5. If after hearing the evidence and the Court's charge on the law, you determine that the defendants were not at fault, would you have any hesitation saying that the plaintiffs are not entitled to any money?

6. If you disagreed with the Court's charge as to the law, would you be able to disregard your own feelings and follow the Court's instruction?

7. Have you or any family members or close friends been involved in any claims concerning injuries or seeking money damages?

8. Do you have any preconceived feelings concerning hospitals, nurses, doctors or healthcare professionals?

9. Can you treat them fairly?

10. Have you or any family members or close friends ever had an unpleasant experience with a hospital or healthcare professional that would in any way interfere with your ability to treat the defendants fairly?

11. Would any feelings you have regarding hospitals or healthcare professionals impact your impartiality?

12. Have you or a family member or close friend had a heart attack, cardio-pulmonary arrest, surgery, nasogastric tube, coma or prolonged period of unconsciousness?

13. Would those experiences impact on your ability to be impartial?

14. Do you have any specialized medical, nursing or healthcare training?

15. Do you think a physician or nurse should be held to a standard of perfection or should guarantee good outcomes?

16. Do you understand that physicians and nurses are to provide reasonable care under the circumstances?

17. Do you think because there is a poor medical outcome, that a healthcare professional has made a medical mistake?

18. Do you understand that even reasonable medical care may result in unexpected outcomes?

19. Would you be able to set aside any sympathy or sadness that you felt for plaintiffs to decide the case based on the evidence and the law as given by the Court?

20. Could you bring in a verdict for a defendant if you found that the defendant was not at fault?

21. Could you bring in a verdict for defendants if you found that all defendants were not at fault and allow the plaintiffs to leave with no compensation?

22. Do you understand that plaintiffs have the burden of proving all their allegations by a fair preponderance of the evidence which means it is more likely true than not. Defendants have no burden to disprove any of the allegations.

22. Have you, a family member or close friend ever been a patient at Danbury Hospital? Any other experience/contact with Danbury Hospital?

23. Would your feelings toward Danbury Hospital interfere with your ability to listen to the testimony and evidence, and prevent you from being a fair and impartial juror?

24. Have you or your family or close friends ever had a serious fall or similar injury?

25. Do you believe that everyone should be treated equally under the law, whether the party is a corporation or an individual?

26. Do you feel that you would favor one party over another in a dispute between a person and a large company even before you heard the facts of the case?

27. There are multiple defendants in this case. Do you understand that simply because plaintiffs prove they are entitled to recover against one defendant doesn't mean they are entitled to recover against the other defendants?

28. There are two plaintiffs in this case. Do you understand that each has a separate claim and each has to prove to you that he/she is entitled to recover? Because one is entitled to recover doesn't mean that they both are.

29. In a trial, the plaintiffs are allowed to present their evidence first, and then the defendants present their evidence. So you hear plaintiffs' story first. Do you think that

you can refrain from deciding the case until all of the evidence has been presented to you?

30.     Are you familiar with the term "code" as used in a medical setting?