UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
==================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,

                Plaintiff(s)

           -against-

DANBURY HOSPITAL, J. BORRUSSO, M.D.,
JOSEPH J. CATANIA, M.D., and
DANBURY SURGICAL ASSOCIATES, P.C.,

               Defendants.
==================================X

*3:02 CV 718*
*(RNC)(DFM)*

J. BORRUSSO, M.D., JOSEPH J. CATANIA, M.D.,
and DANBURY SURGICAL ASSOCIATES, P.C.,

        Third Party Apportionment Plaintiffs,

           -against-

FRANK KESSLER, M.D.,

        Third Party Apportionment Defendant.

==================================X


# PLAINTIFF'S PROPOSED VERDICT FORM

        Dated: August 21, 2006

**QUESTION ONE:**

Did defendant Danbury Hospital deviate from the standard of care by failing to transport the patient to the radiology department on February 17, 2001, for a CT scan without the supervision of a "multispecialist" nurse?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION ONE' IS 'YES' THEN PROCEED TO 'QUESTION TWO'.**

**IF YOUR ANSWER TO 'QUESTION ONE' IS 'NO' THEN PROCEED TO 'QUESTION THREE'.**

**QUESTION TWO:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION THREE'.**

2

**QUESTION THREE:**

Did defendant Danbury Hospital deviate from the standard of care by failing to transport the patient to the radiology department on February 17, 2001, for a CT scan without a pulse oximetry monitor?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION THREE' IS 'YES' THEN PROCEED TO 'QUESTION FOUR'**

**IF YOUR ANSWER TO 'QUESTION THREE' IS 'NO' THEN PROCEED TO 'QUESTION FIVE'**

**QUESTION FOUR:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION FIVE'**

3

**QUESTION FIVE:**

Did defendant Danbury Hospital deviate from the standard of care by failing to transport the patient to the radiology department on February 17, 2001, for a CT scan without a portable cardiac monitor?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION FIVE' IS 'YES' THEN PROCEED TO 'QUESTION SIX'**

**IF YOUR ANSWER TO 'QUESTION FIVE' IS 'NO' THEN PROCEED TO 'QUESTION SEVEN'.**

**QUESTION SIX:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION SEVEN'**

**QUESTION SEVEN:**

Did defendant Danbury Hospital deviate from the standard of care by failing to transport the patient to the radiology department on February 17, 2001, without supplemental oxygen in use?

Yes ＿＿＿＿＿＿          No ＿＿＿＿＿＿

**IF YOUR ANSWER TO 'QUESTION SEVEN' IS 'YES' THEN PROCEED TO 'QUESTION EIGHT'**

**IF YOUR ANSWER TO 'QUESTION SEVEN' IS 'NO' THEN PROCEED TO 'QUESTION NINE'**

**QUESTION EIGHT:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes ＿＿＿＿＿＿          No ＿＿＿＿＿＿

**PROCEED TO 'QUESTION NINE'.**

**QUESTION NINE:**

Did defendant Danbury Hospital deviate from the standard of care by negligently discontinuing supplemental oxygen at some point in time during or after transport to the radiology department on February 17, 2001?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION NINE' IS 'YES' THEN PROCEED TO 'QUESTION TEN'**

**IF YOUR ANSWER TO 'QUESTION THREE' IS 'NO' THEN PROCEED TO 'QUESTION ELEVEN'**

**QUESTION TEN:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION ELEVEN'**

6

**QUESTION ELEVEN:**

Did defendant Danbury Hospital deviate from the standard of care by failing to call a "code" in a timely manner when the patient suffered severe respiratory distress in the CT scan room on February 17, 2001?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION ELEVEN' IS 'YES' THEN PROCEED TO 'QUESTION TWELVE'**

**IF YOUR ANSWER TO 'QUESTION ELEVEN' IS 'NO' THEN PROCEED TO 'QUESTION THIRTEEN'**

**QUESTION TWELVE:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION THIRTEEN'**

**QUESTION THIRTEEN:**

Did defendant Danbury Hospital deviate from the standard of care by negligently directing the "code" to the wrong floor in the hospital when the patient suffered severe respiratory distress in the CT scan room on February 17, 2001?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION THIRTEEN' IS 'YES' THEN PROCEED TO 'QUESTION FOURTEEN'.**

**IF YOUR ANSWER TO 'QUESTION THIRTEEN' IS 'NO' THEN PROCEED TO 'QUESTION FIFTEEN'.**

**QUESTION FOURTEEN:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION FIFTEEN'**

sk

**QUESTION FIFTEEN:**

Did defendant Danbury Hospital deviate from the standard of care by failing to respond

to the "code" in a timely manner?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION FIFTEEN' IS 'YES' THEN PROCEED TO 'QUESTION SIXTEEN'**

**IF YOUR ANSWER TO 'QUESTION THREE' IS 'NO' THEN PROCEED TO 'QUESTION SEVENTEEN'**

**QUESTION SIXTEEN:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's

decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION SEVENTEEN'.**

9

**QUESTION SEVENTEEN:**

Did defendant Danbury Hospital deviate from the standard of care by failing to perform CPR in a timely manner?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION SEVENTEEN' IS 'YES' THEN PROCEED TO 'QUESTION EIGHTEEN'**

**IF YOUR ANSWER TO 'QUESTION SEVENTEEN' IS 'NO' THEN PROCEED TO 'QUESTION NINETEEN'**

**QUESTION EIGHTEEN:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION NINETEEN'.**

**QUESTION NINETEEN:**

Did defendant Danbury Hospital deviate from the standard of care by failing to timely perform proper CPR techniques?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION NINETEEN' IS 'YES' THEN PROCEED TO 'QUESTION TWENTY'**

**IF YOUR ANSWER TO 'QUESTION NINETEEN' IS 'NO' THEN PROCEED TO 'QUESTION TWENTY-ONE'**

**QUESTION TWENTY:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION TWENTY-ONE'.**

11

**QUESTION TWENTY-ONE:**

Did defendant Danbury Hospital deviate from the standard of care by failing to use an

oral airway during CPR?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION TWENTY-ONE' IS 'YES' THEN PROCEED TO
'QUESTION TWENTY-TWO'**

**IF YOUR ANSWER TO 'QUESTION TWENTY-ONE' IS 'NO' THEN PROCEED TO
'QUESTION TWENTY-THREE'**

**QUESTION TWENTY-TWO:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's

decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION TWENTY-THREE'.**

**QUESTION TWENTY-THREE:**

Did defendant Borrusso deviate from the standard of care by negligently removing a nasogastric tube from the patient on February 15, 2001, which was needed to treat abdominal distention?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION TWENTY-THREE' IS 'YES' THEN PROCEED TO 'QUESTION TWENTY-FOUR'**

**IF YOUR ANSWER TO 'QUESTION TWENTY-THREE' IS 'NO' THEN PROCEED TO 'QUESTION TWENTY-FIVE'**

**QUESTION TWENTY-FOUR:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION TWENTY-FIVE'.**

13

**QUESTION TWENTY-FIVE:**

Did defendant Borrusso deviate from the standard of care by failing to reinsert the nasogastric tube when he saw the patient on February 16, 2001?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION TWENTY-FIVE' IS 'YES' THEN PROCEED TO 'QUESTION TWENTY-SIX'**

**IF YOUR ANSWER TO 'QUESTION TWENTY-FIVE' IS 'NO' THEN PROCEED TO 'QUESTION TWENTY-SEVEN'**

**QUESTION TWENTY-SIX:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION TWENTY-SEVEN**

14

**QUESTION TWENTY-SEVEN:**

Did defendant Borrusso deviate from the standard of care by failing to correct electrolyte abnormalities and low hemoglobin/hematocrit values causing the patient to be more susceptible to a cardiac arrhythmia from a lack of oxygen?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION TWENTY-SEVEN' IS 'YES' THEN PROCEED TO 'QUESTION TWENTY-EIGHT'**

**IF YOUR ANSWER TO 'QUESTION TWENTY-SEVEN' ' IS 'NO' THEN PROCEED TO 'QUESTION TWENTY-NINE'**

**QUESTION TWENTY-EIGHT:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION TWENTY-NINE'.**

## QUESTION TWENTY-NINE:

Did defendant Catania deviate from the standard of care by failing to reinsert a nasogastric tube when he saw the patient on February 17, 2001?

Yes _____        No _____

**IF YOUR ANSWER TO 'QUESTION TWENTY-NINE' IS 'YES' THEN PROCEED TO 'QUESTION THIRTY'**

**IF YOUR ANSWER TO 'QUESTION TWENTY-NINE' IS 'NO' THEN PROCEED TO 'QUESTION THIRTY-ONE'**

## QUESTION THIRTY:

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____        No _____

**PROCEED TO 'QUESTION THIRTY-ONE'.**

16

**QUESTION THIRTY-ONE:**

Did defendant Catania deviate from the standard of care by failing to order the transport of the patient to the radiology department on February 17, 2001, for a CT scan with the supervision of a "multispecialist" nurse, pulse oximetry monitoring and a portable cardiac monitor?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION THIRTY-ONE' IS 'YES' THEN PROCEED TO 'QUESTION THIRTY-TWO'**

**IF YOUR ANSWER TO 'QUESTION THIRTY-ONE' IS 'NO' THEN PROCEED TO 'QUESTION THIRTY-THREE'**

**QUESTION THIRTY-TWO:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION THIRTY-THREE'.**

17

**QUESTION THIRTY-THREE:**

Did third party apportionment defendant Kessler deviate from the standard of care by failing to order the transport of the patient to the radiology department on February 17, 2001, for a CT scan with the supervision of a "multispecialist" nurse, pulse oximetry monitoring and a portable cardiac monitor?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION THIRTY-THREE' IS 'YES' THEN PROCEED TO 'QUESTION THIRTY-FOUR'**

**IF YOUR ANSWER TO 'QUESTION THIRTY-THREE' IS 'NO' THEN PROCEED TO 'QUESTION THRITYFIVE'**

**QUESTION THIRTY-FOUR:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION THIRTY-FIVE'.**

## QUESTION THIRTY-FIVE:

Did third party apportionment defendant Kessler deviate from the standard of care by failing to correct electrolyte abnormalities and low hemoglobin/hematocrit values causing the patient to be more susceptible to a cardiac arrhythmia from a lack of oxygen?

Yes _____          No _____

## IF YOUR ANSWER TO 'QUESTION THIRTY-FIVE' IS 'YES' THEN PROCEED TO 'QUESTION THIRTY-SIX'

## IF YOUR ANSWER TO 'QUESTION THIRTY-FIVE' IS 'NO' THEN DO NOT ANSWER QUESTION 'THIRTY-SIX'.

## QUESTION THIRTY-SIX:

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

What is the percentage of fault of each defendant?

| | | |
|---|---|---|
| Defendant | Danbury Hospital | _____ % |
| Defendant | Dr. Borrusso & Danbury Surgical Associates, P.C. | _____ % |
| Defendant | Dr. Catania & Danbury Surgical Associates, P.C. | _____ % |
| Defendant | Dr. Kessler | _____ % |

### Total must be 100%

What damages do you award to plaintiff Michael Guigliano for the costs of reasonable and necessary medical care?

Amount:    $ _____

What damages do you award to plaintiff Michael Guigliano for funeral and burial expenses?

Amount:    $ _____

What damages do you award to plaintiff Michael Guigliano for his past lost earnings and income?

Amount:    $ _____

What damages do you award to plaintiff Michael Guigliano for his future lost earnings and income?

Amount:    $ _____

No. of years:    _____

What damages do you award to plaintiff Michael Guigliano for physical pain and suffering and mental and emotional pain and suffering prior to death?

Amount:    $ _____

What damages do you award to plaintiff Michael Guigliano for loss or diminution of the ability to enjoy life's pleasures prior to death?

Amount:    $ _____

20

What damages do you award to plaintiff Michael Guigliano for destruction of the capacity to carry on and enjoy life's activities in a way the decedent would have done had he lived?

Amount:    $ _____

No. of years:    _____

What damages do you award to plaintiff Laura Guigliano for the loss of services and consortium resulting from the injuries to Michael Guigliano prior to his death?

Amount:    $ _____

What damages do you award to plaintiff Laura Guigliano for the loss of services and consortium resulting from the death of Michael Guigliano?

Amount:    $ _____

No. of years:    _____

21

Dated: August 21, 2006

                         Respectfully submitted by:

                         Plaintiff's Counsel:

                         _____

                         Joseph Lanni (CT 23566)
                         Joseph Lanni, P.C.
                         138 Chatsworth Ave., Ste. 6 – 8
                         Larchmont, N.Y. 10538
                         (914) 834-6600

                         _____

                         Scott F. Morgan (CT 23648)
                         Weiner, Millo & Morgan, LLP
                         220 Fifth Avenue
                         New York, N.Y. 10001
                         Tel.: (212) 213-1220