**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LAURA GUIGLIANO, as Administrator | ) | |
| Of the Estate of MICHAEL GUIGLIANO, | ) | |
| Deceased, and LAURA GUIGLIANO, | ) | |
| Individually | ) | Civil No.: 302CV718 (RNC) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANBURY HOSPITAL, J. BORRUSSO, M.D., | ) | |
| JOSEPH CATANIA, M.D. and | ) | |
| DANBURY SURGICAL ASSOCIATES, P.C. | ) | |
| | ) | |
| Defendants | ) | AUGUST __, 2006 |

**DEFENDANT'S VERDICT FORM**

In this case, the jury finds in favor of Defendant, Danbury Hospital as against the plaintiff, the Estate of Michael Guigliano.

In this case, the jury finds in favor of Defendant, Danbury Hospital as against the plaintiff, Laura Guigliano.


_____          _____
Signature of Foreperson                 Date


Note: Foreperson must sign and date in ink.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURA GUIGLIANO, as Administrator | ) | |
| Of the Estate of MICHAEL GUIGLIANO, | ) | |
| Deceased, and LAURA GUIGLIANO, | ) | |
| Individually | ) | Civil No.: 302CV718 (RNC) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANBURY HOSPITAL, J. BORRUSSO, M.D., | ) | |
| JOSEPH CATANIA, M.D. and | ) | |
| DANBURY SURGICAL ASSOCIATES, P.C. | ) | |
| | ) | |
| Defendants | ) | AUGUST 24, 2006 |

### DEFENDANT'S VERDICT FORM

In this case, the jury finds in favor of Defendants, John Borrusso, M.D. and Danbury Surgical Associates, P.C., as against the plaintiff, the Estate of Michael Guigliano.

In this case, the jury finds in favor of Defendants, John Borrusso, M.D. and Danbury Surgical Associates, P.C., as against the plaintiff, Laura Guigliano.

_____     _____
Signature of Foreperson                Date


Note: Foreperson must sign and date in ink.

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LAURA GUIGLIANO, as Administrator | ) | |
| Of the Estate of MICHAEL GUIGLIANO, | ) | |
| Deceased, and LAURA GUIGLIANO, | ) | |
| Individually | ) | Civil No.: 302CV718 (RNC) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANBURY HOSPITAL, J. BORRUSSO, M.D., | ) | |
| JOSEPH CATANIA, M.D. and | ) | |
| DANBURY SURGICAL ASSOCIATES, P.C. | ) | |
| | ) | |
| Defendants | ) | AUGUST 24, 2006 |

**<u>DEFENDANT'S VERDICT FORM</u>**

     In this case, the jury finds in favor of Defendant, Joseph Catania, M.D., as against the plaintiff, the Estate of Michael Guigliano.

     In this case, the jury finds in favor of Defendant, Joseph Catania, M.D., as against the plaintiff, Laura Guigliano.

_____  _____
Signature of Foreperson                        Date


Note: Foreperson must sign and date in ink.