# EXHIBIT A

DANBURY HOSPITAL
CONSULTATION

NAME: GUIGLIANO, MICHAEL
UNIT #: 053-72-27
CONSULTANT: Neil Culligan, M.D.
SPECIALTY: Neurology

DATE: 02/18/2001
LOCATION: 7ICS7T2001
PATIENT TYPE: I
REQUESTOR:

**REASON FOR CONSULTATION:** Anoxia.

**CHIEF COMPLAINT:** Anoxia.

**HISTORY:** The patient is a 51-year-old male who was admitted after a fall with several fractures. He had repair of the fractures earlier this week. He had developed an ileus, and was sent to CAT scan yesterday for evaluation of this. While being placed in the CAT scan machine he was laid flat, and complained of shortness of breath. Shortly thereafter, he had sudden cardiorespiratory arrest. Radiology was on-hand within seconds, and able to bag him. A CODE 99 was called, and the code team responded. According to the residents, possibly 10 minutes may have passed before effective CPR was initiated.

Since the event, the patient has been unresponsive. He has had continued twitching movements. Initially, the twitching movements were initiated by a stimulus. Throughout the night, they occurred spontaneously. The patient was given a full loading dose of Cerebyx 1500 units without response. He was then given Depacon 500 mg without response. He was given Ativan 1-2 mg as needed, which had some mild response, reducing the severity of these twitches. This morning, he was given an extra 500 mg of Cerebyx when his level came back at 8, and this seemed to reduce the frequency of the twitches, although they still occurred.

**PAST MEDICAL HISTORY:** Otherwise, is unremarkable. He had been admitted on February 7, 2001 after falling off a step-ladder while cleaning snow off his roof. He had suffered a left tibial and calcaneal fracture. These were repaired. Apparently, there was a DVT, and question of fat emboli, and an IDC filter was placed. The patient was also heparinized. The patient also developed an ileus, likely secondary to pain medication.

There was also a question of pneumonia, and pulmonary had followed him for this, although they felt it was most likely consistent with fat embolism with bilateral pulmonary infiltrates.

**MEDICATIONS:** Currently, his medications are:
1. Cerebyx 100 t.i.d. (having received total load of 2000 units over the last 12 hours).
2. Depacon 500 given as a one time dose last night.
3. Ativan 1-2 mg p.r.n., last dose several hours ago.
4. Insulin, sliding scale.
5. Ranitidine.
6. Metronidazole.
7. Morphine p.r.n., having received only 1 dose.
8. A versed drip.

ORIGINAL

NAME: GUIGLIANO, MICHAEL
UNIT #: 053-72-27
DATE: 02/18/2001
Page 2 of 3

CONSULTATION (Continued)

**ALLERGIES: HE HAS NO KNOWN DRUG ALLERGIES.**

**SOCIAL HISTORY:** Shows that he lives with his wife. He does not smoke or drink.

**FAMILY HISTORY:** Noncontributory.

**REVIEW OF SYSTEMS:** Unobtainable.

**PHYSICAL EXAMINATION:**
GENERAL APPEARANCE: Currently, on examination, he is unresponsive to any stimuli. He has occasional, periodic twitches of his face and chest. There is no arm twitching at this time.
HEENT: Pupils are 1 mm bilaterally and nonreactive. There are no Doll's eyes present. Corneal reflexes are absent.
NEUROLOGICAL: Deep tendon reflexes are absent. Babinski response, on the right, is absent to stimulation. The left foot is casted.

**LABORATORY DATA:** CAT scan of the brain done yesterday did not show any acute changes.

**IMPRESSION:**
1. Severe anoxic encephalopathy.
2. Probable anoxic myoclonus. It is possible that there is also underlying anoxic seizures.
3. Other history, as stated above.

**RECOMMENDATIONS:**
1. Continue Cerebyx, now at 100 t.i.d. with daily levels.
2. Start Depacon 500 mg b.i.d., also follow level valproic acid levels.
3. Continue his Ativan 1-2 mg of Klonopin 1-2 mg p.r.n. breakthrough twitches.
4. EEG.
5. At this time, prognosis is grave, given lack of responses.

Thank you for allowing us to share in his care. We will follow along with you.

8154

ORIGINAL

NAME: GUIGLIANO, MICHAEL
UNIT #: 053-72-27
DATE: 02/18/2001

Page 3 of 3

CONSULTATION (Continued)

*N. Culligan*
Neil Culligan, M.D. 00853

NC : tem
02/18/2001   02/19/2001  7:37 P
095765

cc:  Neil Culligan, M.D.
     James Depuy, M.D.
     David Oelberg, M.D.

ORIGINAL