# EXHIBIT B

DANBURY HOSPITAL
CONSULTATION

NAME: GUIGLIANO, MICHAEL
UNIT #: 053-72-27
CONSULTANT: Robert Hindes, M.D.
SPECIALTY: Infectious Diseases

DATE: 02/25/2001
LOCATION: 7ICS7T2001
PATIENT TYPE: I
REQUESTOR: Terence Trow, M.D.

**REASON FOR CONSULTATION:** Persistent fever in patient status post code 99.

**HISTORY:** This is a 51-year-old gentleman originally admitted on February 7, following a fall from a ladder, during which the patient experienced trauma to the left leg, left chest, and left and right upper arms. The patient experienced a left tibial plateau and calcaneal fracture. Open reduction, internal fixation of the left tibial fracture was performed on February 8. The patient subsequently developed fever, hypoxia, and bilateral infiltrates, and was seen in consultation by Dr. Kotch, who felt that this represented fat emboli syndrome. The patient subsequently was found to have left leg DVT and was started on heparin. A VQ scan done at that time was low probability. The patient continued to have fever, and stool studies revealed C. diff on February 13. The patient received appropriate treatment for this, but diarrhea persisted and a follow-up stool study on February 17 also revealed C. diff. During this period of time the patient had a distended abdomen, but with bowel sounds present. Because of the risk of bleeding a vena cava filter was placed. On February 17, while receiving a CAT scan of the abdomen, the patient coded while in radiology. He was bagged within a few seconds, and the code team responded. It is estimated that approximately 10 minutes may have passed before effective CPR was established. Since that time the patient has been unresponsive with myoclonic twitching. Neurology evaluation on the day following the code 99 concluded that the patient had suffered severe anoxic encephalopathy. The patient has continued to have fevers to greater than 102 since that time. Following the code, the abdomen became more distended with hypoactive bowel sounds. CT of the abdomen revealed an ileus. The patient is known to be at least a moderate alcohol user and has had elevated amylase and lipase since the time of admission, although these have slowly decreased. Following the code 99 the patient was started on Tequin for broad coverage, and this has been continued until the present time.

**PAST MEDICAL HISTORY:** Not obtainable from patient, and according to the chart unremarkable with the exception of the events described.

**MEDICATION:** None at the time of admission.

**ALLERGIES:**

**SOCIAL HISTORY:** Obtained from chart. The patient lives with his wife. He is the director of a Brewster school. No tobacco. Admits to moderate social alcohol use.

**FAMILY HISTORY:** Not obtainable from patient, but reportedly unremarkable.

**REVIEW OF SYSTEMS:** Could not be obtained, due to the patient's mental status.

**PHYSICAL EXAMINATION:**

ORIGINAL

NAME: GUIGLIANO, MICHAEL
UNIT #: 053-72-27
DATE: 02/25/2001
Page 2 of 3

CONSULTATION (Continued)

GENERAL: This is an unconscious, unresponsive gentleman with an obviously distended abdomen, intubated, and displaying occasional myoclonic twitches.
VITAL SIGNS: Temperature is 103.2, heart rate 106, respirations 24, blood pressure 140/75.
SKIN: No rashes or lesions.
LYMPHATICS: No adenopathy.
HEENT: Could not be well evaluated due to poor patient cooperation. The pupils are 1-2 mm and nonreactive. Sinuses are symmetric with no obvious inflammation. Oral cavity could not be examined, but there were no lesions over the exterior of the mouth or nose.
NECK: Supple without appreciable mass. There is no JVD and no thyromegaly.
LUNGS: Reveals coarse breath sounds bilaterally, but without discreet crackles, rhonchi, or wheezes.
HEART: Tachycardia without gallop, and no audible murmur.
ABDOMEN: Tensely distended and tympanitic. Bowel sounds are absent.
EXTREMITIES: Reveals positive trace distal edema. The left leg could not be evaluated because of the presence of a cast.
NEUROLOGICAL: The patient is comatose and unresponsive. Further neurologic examination not performed.

Most recent chest x-ray reveals minimal bibasilar subsegmental atelectasis with no infiltrate or CHF. Ultrasound of the abdomen performed on February 24 reveals gallbladder sludge without stones, or biliary dilatation. Mild splenomegaly is present with a probable fatty liver.

**LABORATORY DATA:** White count 3.6 with a mild left shift. H and H 8.4 and 25.1. SMA-6 revealed BUN and creatinine stable at 19 and 0.9. Amylase and lipase are 356 and 3,960. Alkaline phosphatase 88, ALT 36, AST 75.

**IMPRESSION:** Prolonged fever as high as 104 in this patient with known Clostridium difficile colitis, pancreatitis, and probable neurologic injury secondary to anoxia. Differential diagnosis here includes central fever, drug fever secondary to Dilantin or Pepcid, and infection. The only demonstrable infection here has been Clostridium difficile colitis with positive toxins on February 13 and February 17. The patient has had a persistent ileus, and this could be explained by either persistent Clostridium difficile or pancreatitis. Significant leukocytosis is usually present with Clostridium difficile, but leukopenia in this patient could be secondary to drug induced myelosuppression. Given the possibility of Clostridium difficile, it may be appropriate to attempt to intensify antibiotic therapy for the possibility of Clostridium difficile colitis. Repeat CT of the abdomen to evaluate status of bowel, as well as pancreas, may also be useful. Other infectious possibilities include catheter infection. Other intraabdominal infection is possible, but less likely. There is no evidence of pneumonia, urinary tract infection, or skin soft tissue infection. The possibility of an infection under the left leg cast cannot be ruled out, and this should be removed for leg evaluation if fever persists.

**RECOMMENDATIONS:**
1. Discontinue Tequin.
2. Continue IV Flagyl.
3. Add IV vancomycin and attempt p.o. vancomycin if there is any GI activity. A dose of 500 mg of vancomycin liquid q.6h. would seem appropriate.

ORIGINAL

NAME: GUIGLIANO, MICHAEL
UNIT #: 053-72-27
DATE: 02/25/2001

Page 3 of 3

CONSULTATION (Continued)

4. Change all IV lines.
5. Discontinue Dilantin and Pepcid.
6. If fever persist, repeat abdominal CAT scan.
7. If fever persist, would remove left leg cast for skin soft tissue evaluation.

8081

_____
Robert Hindes, M.D.  00703

RH : tem
02/26/2001    02/26/2001 12:02 P
025231


cc:    Neil Culligan, M.D.
       James Depuy, M.D.
       Robert Hindes, M.D.
       Eric Jimenez, M.D.
       Frank Kessler, M.D.
       Terence Trow, M.D.

ORIGINAL