**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
=====================================================X
LAURA GUIGLIANO, as Guardian Ad Litem for
MICHAEL GUIGLIANO, ET AL.,

                                  Plaintiff(s)

    -against-                              **PLAINTIFFS' FOURTH**
                                                  *Fed. R. Civ. P. 26 (a)(2)*
DANBURY HOSPITAL, JAMES DEPUY, M.D.,     *(A-B)* **EXPERT**
ET AL.,                                                **DISCLOSURES**

                            Defendants.                  *3:02 CV 718*
=====================================================X    *(RNC)(DFM)*

       Plaintiff LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, and LAURA GUIGLIANO, Individually, by her attorneys, THE LAW FIRM OF JOSEPH LANNI, P.C., sets forth the following expert disclosure, pursuant to *Fed. R. Civ. P. 26(a)(2)(A-B)*:

### EXPERT NO. 4:

Identity:

Gerard A. Catanese, M.D.
64 Muttontown Road East
Syosset, New York 11791

Education:

1983 – B.S., St. John's University;
1987 – M.D., State University Health Science Center at Brooklyn.

1

Postdoctoral Training:

July 1987 – June 1988, Anatomic Pathology Residency, State University Health Science Center at Brooklyn;
July 1989 – June 1990, Pediatric Internship, Winthrop University Hospital;
July 1990 – June 1992, Clinical Pathology Residency, State University Health Science Center at Brooklyn;
July 1992 – June 1993, Forensic Pathology Fellowship, Office of the Chief Medical Examiner, City of New York.

Medical Licensure: New York # 175689, New Jersey # 62283, Pennsylvania
# MD-0696-L

Board-Certifications:

1992 – Anatomic & Clinical Pathology;
1994 – Forensic Pathology.

Professional Experience:

July 1993 – September 1993, Medical Examiner, Office of the Chief Medical Examiner, City of New York;
October 1993 – present, Deputy Medical Examiner, Nassau County (New York) Medical Examiner's Office;
August 1994 – April 2002, Associate Medical Examiner, Suffolk County (New York) Medical Examiner's Office;

Publications:

See, attached Exhibit "A".

Opinions:

See, attached Exhibit "B", Report of Gerard A. Catanese, M.D., dated November 2, 2004.

Compensation:

$2,800 to date.

Trial & Deposition Testimony (2000 – 2004):

To be provided under separate cover.

2

Dated: Larchmont, New York
November 16, 2004

Yours, etc.:

By: /s/ Joseph Lanni

JOSEPH LANNI    (CT 23566)
The Law Firm Of
JOSEPH LANNI, P.C.
Attorneys for Plaintiffs
138 Chatsworth Avenue, Ste. 6 – 8
Larchmont, New York 10538
Tel: (914) 834-6600

TO:

MICHAEL NEUBERT (CT 06444)
NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL, OELBERG,
YUAN, KOTCH, CIRCIUMARA,
KOUZNETSOV (s/h/a KUZNETS),
TUDORICA, BURNETT, BROWN,
HOFFMAN, DOE NO. 1, DOE NO. 2
& DOE NO. 3
195 Church Street
New Haven, CT 23067
Tel.: (203) 821-2000

RICHARD A. O'CONNOR (CT 18976)
SACHNER & O'CONNOR
Attorneys for Defendants
DEPUY, GRAY, & WOLFFE
765 Straits Turnpike
Building 2, Suite 1001
Middlebury, CT 06762-1323
Tel.: (203) 598-7585

GARIE J. MULCAHEY (CT 05242)
BAI, POLLOCK, BLUEWEISS
& MULCAHEY, P.C.
Attorneys for Defendants
KNOWLES
One Corporate Drive
Shelton, CT 06484
Tel.: (203) 925-8100

KEVIN A. TEPAS (CT 05552)
RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 357-9200

SCOTT F. MORGAN (CT 23648)
WEINER, MILLO & MORGAN, LLP
Attorneys for Plaintiffs
220 Fifth Avenue
Seventh Floor
New York, New York 10001
Tel.: (212) 213-1220

3

# DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

I served a true copy of the annexed: PLAINTIFFS' THIRD *F.R.C.P. 26(a)(2)(A-B)* EXPERT DISCLOSURES, and attachments, dated November 16, 2004, on the date of November 17, 2004:, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U. S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL, OELBERG, YUAN, KOTCH, CIRCIUMARA, KOUZNETSOV (s/h/a KUZNETS), TUDORICA, BURNETT, BROWN, HOFFMAN, DOE NO. 1, DOE NO. 2 & DOE NO. 3
195 Church Street
New Haven, CT 23067
Tel.: (203) 821-2000

SACHNER & O'CONNOR
Attorneys for Defendants
DEPUY, GRAY, & WOLFFE
765 Straits Turnpike
Building 2, Suite 1001
Middlebury, CT 06762-1323
Tel.: (203) 598-7585

BAI, POLLOCK, BLUEWEISS & MULCAHEY, P.C.
Attorneys for Defendants
KNOWLES
One Corporate Drive
Shelton, CT 06484
Tel.: (203) 925-8100

RYAN, RYAN, JOHNSON & DELUCA, LLP
Attorneys for Defendants
BORRUSSO
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 357-9200

SCOTT F. MORGAN (CT 23648)
WEINER, MILLO & MORGAN, LLP
Attorneys for Plaintiffs
220 Fifth Avenue
Seventh Floor
New York, New York 10001
Tel.: (212) 213-1220

Executed on November 17, 2004, Larchmont, New York.

JOSEPH LANNI    (CT 23566)

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
===============================================X
LAURA GUIGLIANO, as Guardian Ad Litem for
MICHAEL GUIGLIANO, a Person Adjudged to be
Incompetent, and LAURA GUIGLIANO, Individually,

                Plaintiff(s)                        3:02 CV 718
                                                                     (RNC)(DFM)

     -against-

DANBURY HOSPITAL, JAMES DEPUY, M.D.,
F. SCOTT GRAY, M.D., GEORGIANA KNOWLES,
P.A., DEANNA WOLFFE, P.A., DAVID OELBERG,
M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D.,
ARTHUR KOTCH, M.D., JULIA CIRCIUMARA,
M.D., ANDRE KUZNETS, M.D., MICHAELA
FEDERICA, M.D., MAUREEN BENNETT, R.N.,
JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N.,
"JANE DOE NO.1", "JANE DOE NO.2" (*defendants
"JANE DOE NO.1" and "JANE DOE NO. 2", full
identities unknown, being identified as DANBURY
HOSPITAL employees who were assigned to
monitor, supervise and attend to patient MICHAEL
GUIGLIANO prior to and during a CT Scan procedure
on 2/17/01)* and "JANE DOE NO. 3", *(full identity
unknown, being identified as a DANBURY HOSPITAL
employee who called a "Code 99" on 2/17/01)*,

                Defendants.
===============================================X

# PLAINTIFFS' THIRD *F.R.C.P. 26(a)(2)(A-B)* EXPERT DISCLOSURES

THE LAW FIRM OF JOSEPH LANNI, P.C.
*Attorney for Plaintiff[s]*
LAURA GUIGLIANO
138 CHATSWORTH AVENUE, SUITES 6 – 8
LARCHMONT, NEW YORK 10538
Tel.: (914) 834-6600
Fax: (914) 834-0152

5