# EXHIBIT B

1

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  - - - - - - - - - - - - - - - - - - x
   LAURA GUIGLIANO, as Administratrix :
4  of the Estate of MICHAEL GUIGLIANO,:
   Deceased and LAURA GUIGLIANO,     :
5  Individually,                     :
                                     :
6          Plaintiffs,               :
                                     :
7                                    :
           -against-                  Index No.
8                                    :3:02 CV00718 (RNC)
   DANBURY HOSPITAL, et al.,         :
9                                    :
           Defendants.              :
10 - - - - - - - - - - - - - - - - - -x

11

12          DEPOSITION of GERARD A. CATANESE, M.D., taken

13 by Defendants, at the offices of Weiner, Millo &

14 Morgan, LLC, 220 Fifth Avenue, New York, New York, on

15 Monday, October 24, 2005, commencing at 10:15 a.m.,

16 before Debra DiBenedetto, a Shorthand (Stenotype)

17 Reporter and Notary Public within and for the State of

18 New York.

19

20

21

22

23

24

25

20

Catanese

1    Q    How long have you been in that
2 capacity?  And if it's here I beg your pardon for
3 not picking it out.
4    A    About a little more than 12 years is
5 as a forensic pathologist or deputy medical
6 examiner.
7    Q    What is a forensic pathologist?
8    A    A pathologist is a doctor who
9 specializes in making diagnoses by examining body
10 tissues and fluids, a forensic pathologist is a
11 subspecialist in the area of pathology who
12 specializes in examining injuries and wound
13 patterns and drawing conclusions about them.  A
14 forensic pathologist specializes in certifying the
15 cause and manner of an individual's death.
16    Q    In the cases in which you have
17 testified, do most of them involve patients who
18 have died or plaintiffs who have died?
19    A    Most of them, yes.
20    Q    So, a forensic pathologist examines
21 injuries and wound patterns for what purpose?
22    A    And draws conclusions about them.
23    Q    What kind of conclusions?
24    A    It would depend on the injury or

1                            Catanese

2           A      Aside from residency and things like

3     that?

4           Q      No, I meant after your formal

5     medical training was completed.

6           A      I've worked, I guess, as a

7     pathologist for hospitals doing autopsies for

8     them, and, I guess it might be a forensic

9     pathologist or just as a pathologist.

10          Q      Doctor, in the materials that you've

11    brought, from time to time matters are highlighted

12    in yellow highlighter and in other instances

13    there's a red tab put on the side of the pages and

14    the top right of the pages are dog-eared or torn

15    down?

16          A      Yes.

17          Q      Do those mean anything, to --

18          A      In some instances I did that just so

19    I could find something quicker, particularly for

20    today to try to make answering the questions

21    easier.  It's just the way that I review

22    something.

23          Q      Let me ask you this:  When you were

24    first were contacted about this case, what were

25    you asked to do?

28

1                          Catanese

2      trial about the standard of care that might be

3      applied to any of the medical providers that have

4      been sued?

5           A     No, normally I wouldn't comment on

6      the standard of care, how they practice their

7      specialty, no.

8           Q     All right.  How do you go about

9      assessing a patient's level of conscious pain and

10     suffering?

11          A     In this particular case, actually

12     the only way I was able to assess that was to read

13     the medical records and to see how different

14     people described him.

15          Q     Am I correct that you have no live

16     patients?

17          A     As usually, certainly as a medical

18     examiner I don't see any live patients, no.  Do I

19     occasionally see live patients with injury for

20     private practice?  Sometimes I do.  Sometimes I

21     testify about them, sometimes in my line of work

22     as a medical examiner I'll testify about people's

23     injuries who are alive, but I'm not treating any

24     live patients.

25          Q     So, when you say that you do see

1                             Catanese

2       question of whether it actually in fact was

3       gunshot wound, because the person said he was not

4       shot.  And although people heard a loud noise, no

5       one saw him being shot, and I guess they were

6       charging someone with a crime.  Was this injury

7       consistent with a gunshot wound and if it was,

8       what was the range of fire and how could it have

9       occurred.

10            Q    Okay, so you would be corroborating

11      the testimony of the victim that it was, in fact,

12      a gunshot wound that grazed his head?

13            A    Corroborating or contradicting.

14            Q    Depending?

15            A    Depending on what, yes.

16            Q    Have you ever -- you're not a

17      neurologist, are you?

18            A    No.

19            Q    Have you ever -- I'm answering my

20      own questions so pardon me for jumbling along

21      here.  You've never written anything about this

22      except about this mummified pregnant woman?

23            A    That's the only article I've

24      published, right.

25            Q    Have you ever taken any courses in

Catanese

1
2     the assessment of pain in a patient?

3           A     You mean aside from medical school

4     classes or aside from the year of pediatrics that

5     I did?  No, I haven't taken any specific courses,

6     no.

7           Q     Okay.  So I guess my question is

8     what do you look for in the medical records that

9     will assist you in drawing a conclusion about

10    conscious pain and suffering?

11          A     Just actually what's written in the

12    records by the people who took care of him.

13          Q     I kind of already leapt to the point

14    that you would look at what's written in the

15    records.  There would be little to look at the

16    records other than that reason, but what

17    specifically do you look for in the records that,

18    to you, correlates to conscious pain and

19    suffering?

20          A     Well, you know, anything that refers

21    to the patient showing some signs of consciousness

22    and anything showing the patient had some signs of

23    discomfort.  So, in fact, I would look at the

24    records and I would see how are people describing

25    the person.

32

1                          Catanese

2          Q      All right.  What would be a sign of

3    consciousness?

4          A      Well, you know, certainly I know

5    that I looked through the record and I folded a

6    lot of pages, any type of responsiveness or

7    reaction of the patient would show that they're

8    not completely in a coma, they're responding.

9          Q      And how about discomfort?

10         A      Any area that said that the patient

11   showed some signs of discomfort.

12         Q      How would a patient show discomfort

13   who is in a coma?

14         A      If they're in a coma they shouldn't

15   show signs of anything.

16         Q      How does a patient show signs of

17   something other than stating to the medical care

18   provider I'm in pain or I'm experiencing this

19   discomfort?

20         A      In this particular case, if one

21   looks at the record, the people taking care of him

22   felt he was experiencing pain.  I think they said

23   he was grimacing at points.  They were able to

24   tell that he was in discomfort.  They're the

25   people who actually observed it.

Catanese

1

2      Q    I guess my question is, how do they

3   know he's in discomfort?

4      A    They would have observed him and

5   watched him over a period of time and know how he

6   reacts, so it would be a matter of interpreting

7   what they've written.

8      Q    I'm still not clear.  If I'm a

9   medical care provider and I'm looking at a patient

10  and I draw the conclusion that the patient is in

11  pain or discomfort, in your view what

12  presentation, what action or appearance of the

13  patient's -- now, you've said grimace and I'll

14  talk to you about grimace in a minute, but is

15  there anything else other than grimace that in

16  your view forms a basis for a care provider to say

17  this person is in pain or discomfort?

18     A    These care providers would be taking

19  care of this person over a period of time so

20  they'd get to know them.  I can't tell you exactly

21  what they would say if they thought that the

22  person seemed to be in distress or discomfort, but

23  that would have been in their opinion at the time

24  they wrote it in the medical record.  I'm really

25  just quoting there.

34

1                         Catanese

2            Q      Oh, you're relying on their

3     assessment that this patient is in pain or

4     discomfort?

5            A      Exactly.

6            Q      You mentioned grimacing and I think

7     I know what that is.  Do people grimace who are

8     not in pain?

9            A      I don't really know.

10           Q      You marked the documents that you

11    reviewed and most of the marks are in the nursing

12    notes or therapy notes or some sort of notation by

13    a medical care provider.  Is that a fair

14    statement?

15           A      Most of them are by medical care

16    providers, yes, definitely.

17           Q      You're talking about handwritten

18    notes that are the observations of certain types

19    of medical care providers for this patient?

20           A      Yes.  Want me to take a look?

21           Q      Please, thanks.

22                  Would you just take the ones that

23    have the red tabs on them and let's just use those

24    to start with and tell me why you put those red

25    tabs on.  And why don't you identify what it is

37

1                              Catanese

2      out with the anoxic encephalopathy and he's in a

3      complete coma, then we show signs of improvement,

4      they're able to take him off a ventilator.  Now,

5      he was seen to move his arm here, which would mean

6      there's some movement going on, I guess that would

7      be further improvement.

8              Q      Can you determine whether that was a

9      conscious move of his arm?

10             A      No, I can't determine by this.

11             Q      Would that make a difference whether

12     that was a conscious move versus an unconscious

13     move?

14             A      I don't know what an unconscious

15     move would be of an arm.  They didn't say he was

16     seizing or anything, so, it's showing that

17     something's going on.

18             Q      I think your ultimate conclusion is

19     that there is some level of conscious pain and

20     suffering that Mr. Guigliano has experienced?

21             A      Yes.

22             Q      Can you quantify that level?

23             A      No.

24             Q      Is it within the realm of a

25     pathologist to quantify, not in this case but

38

Catanese

1
2     generally, the level of pain and suffering of a

3     patient, forensic pathologist, I should say?

4          A     Sometimes you're asked to try to do

5     that.  In this particular case, I don't think that

6     I honestly could.  He's not in a coma, people are

7     noticing things throughout his stay, but I can't

8     tell you exactly how much.

9          Q     Are there, I'm not talking about

10    this case but generally are there gradations of

11    pain and suffering that forensic pathologists use

12    to describe the level of pain and suffering in a

13    person?

14         A     Okay, usually when I'm called as a

15    medical examiner for part of my work I don't

16    comment on that at all.  That wouldn't be part of

17    my job, working as a private consultant at times I

18    have commented on the conscious level of pain and

19    suffering, it wouldn't, it would be more or less

20    if one has reviewed a record one can get some idea

21    of what was going on, sometimes you have a much

22    better idea, sometimes you don't have as good an

23    idea.

24         Q     Okay.  But there's no established

25    standard, it's just your professional assessment

42

Catanese

1
2      BY MR. TEPAS:
3              Q     Doctor, let me just ask you, looking
4      at your report, can you just help me identify when
5      the first indication that the patient is in
6      conscious pain appears in your report?
7              A     Okay.  Well, actually, you know, why
8      don't I go over a few things in a row just to get.
9              Q     Sure, just tell me where you're
10     reading from.
11             A     If we start page two and we look at
12     the third section down, Dr. Culligan, when he
13     first examines the patient, the patient is in a
14     coma.  There's nothing.  The prognosis is grave.
15                   When, right below that, when
16     Dr. Ylagan, we see that now the patient, you take
17     the patient off the ventilator and they're
18     breathing spontaneously, so it shows that there's
19     some improvement.  Then when we go down further we
20     see neurology examines him over the course of two
21     months and for instance, the March 12th note, so
22     that would be, so the sixth paragraph down,
23     patient grimaces face to noxious stimuli.  No eye
24     opening observed today, but observed on other
25     days.  Patient grimaces face and opens eyes to

43

                                    Catanese

1

2     noxious stimuli, that -- I guess that's where we

3     first see some sort of reaction.

4           Q     Is that a reaction that established

5     consciousness or pain or both?

6           A     It actually could mean both.  It's

7     very hard to interpret one isolated finding.

8           Q     Okay, so you would not be able to

9     state whether that reference supports or, I'm

10    sorry, whether that reference establishes that the

11    patient is in pain or the patient is simply

12    gaining a level of consciousness?

13          A     Well, you know one statement you

14    wouldn't rely at all, but you see there's

15    something, it means there's improvement, it means

16    something is going on.

17          Q     What do you mean something is going

18    on?

19          A     Well, he's improving, his

20    condition's improving.  He's no longer in a coma,

21    first we have him in a coma, then we have him

22    starting to breathe on his own.  Now we have some

23    reaction.

24          Q     So moving on, what I'm looking for

25    is when you feel there is a demonstration that

44

Catanese

1
2   this patient is actually experiencing pain as

3   opposed to just consciousness?

4        A    Okay, well, okay.  If he opens his

5   eyes to noxious stimuli, that means he's feeling

6   the noxious stimuli.  So is he feeling pain?  He's

7   feeling something.

8        Q    What is noxious stimuli?

9        A    They would test people and exactly

10  what test they used there, you'd probably have to

11  ask them.  But sometimes they would push on

12  someone's chest and see if there's a reaction on

13  it, so you'd see the person is reacting to it.

14  That's just one example, but there are many ways

15  that one do could do that.

16       Q    I take it you do not subject

17  patients to noxious stimuli no matter how noxious

18  it is, your patients don't respond, would that be

19  a fair statement?  I don't mean to be flip about

20  it.  But that's not something you do in your

21  practice?

22       A    No, definitely not, no.

23       Q    All right.  So it's not clear what's

24  going on on March 10th and 12th, but some changes

25  are occurring.  And in your view there's some

FINK & CARNEY
REPORTING AND VIDEO SERVICES
39 West 37th Street, 6th Floor, New York, N.Y. 10018  (212) 869-1500

55

1                               Catanese

2    vegetative state, is he in a vegetative state, is

3    there some way to quantify that?

4           A      In the records he seems to sometimes

5    improve, sometimes get worse, I wouldn't know how

6    to examine, actually categorize that, except to

7    quote the record and say well we saw this happen,

8    we saw that.

9           Q      Is there a neurologic name for his

10   condition?

11          A      I'm not familiar with it.

12          Q      Are you a neurologist by the way?

13          A      No.

14          Q      Is there away to characterize his

15   neurologic status throughout the course of his

16   post respiratory arrest care and treatment?

17          A      He was examined by a number of

18   neurologists and they gave their opinions in

19   notes.

20          Q      Those are not opinions that you've

21   arrived at independently?

22          A      I've looked at the records and I've

23   seen what everyone has to say, but it's not really

24   something that I've come to, no.

25          Q      Is there a way to evaluate his level

56

Catanese

1         of brain function from, not from a subjective

2         standpoint, but from a measurable scientific

3         standpoint?

4         standpoint?

5         A    Really the only thing I could do in

6         this case was to look at the records and to see

7         what people said about him.  I wouldn't know how

8         to do it other than that.

9         Q    Is there a way to measure brain

10        activity?

11        A    There are lots of different tests

12        that one on could do on the living, but it's not

13        something that I would do.

14        Q    In other words, it's not within the

15        realm of your expertise to administer those types

16        of tests?

17        A    Exactly.

18        Q    Would you, for example, be expert in

19        administering EEGs?

20        A    No.

21        Q    All right.  Would you be expert in

22        administering neurologic tests on the living?

23        A    Other than a basic neurologic exam

24        that any physician could give, no, I wouldn't,

25        other than that.

60

1                              Catanese

2      whether the patient grimacing his face and opening

3      his eyes was purposeful movement?

4           A     I wouldn't base it on one note or

5      one entry.  I would -- based on one, I couldn't

6      tell you.

7           Q     Do you know whether or not it was an

8      involuntary movement?

9           A     Just based on the one entry and the

10     one note, I couldn't tell you.  It doesn't seem to

11     be involuntary if he's reacting to stimulus, but I

12     couldn't say for sure.

13          Q     Do you know whether or not there are

14     brain wave patterns that would exhibit voluntary

15     versus involuntary movement?

16          A     You mean on an EEG?

17          Q     Yes.

18          A     I don't know.

19          Q     There are such things as voluntary

20     movements and involuntary movements.

21          A     There are voluntary movements and I

22     guess there are involuntary movements too, yeah.

23          Q     Do you know how to characterize this

24     neurology note dated March 10th of 2001 that

25     reflects the grimacing as either a voluntary or an

61

1                            Catanese

2    involuntary movement?

3         A    If he's doing it to a noxious

4    stimulus, you know, it would have to mean that

5    something's going on there, but I can't really,

6    just looking at that, I can't tell you.

7         Q    Okay.  Are you planning to testify,

8    doctor -- strike that.

9              You've told me that based on

10   isolated notes you do not have the ability to

11   characterize movements as either purposeful or not

12   purposeful or voluntary or involuntary.  Is it

13   your testimony that based on the sum and substance

14   of the notes or a collection of the various notes

15   that you can provide testimony that Mr. Guigliano

16   was reacting in a voluntary fashion or in an

17   involuntary fashion in some way?

18        A    You would have to look at the notes

19   individually, not to say anything just based on

20   one specific note that we've talked about and then

21   look at everything taken together you can get what

22   some idea of what's going on, and that's really I

23   guess what I would probably end up doing.

24             I would summarize different things

25   written in the medical record, remember I've never

71

1                              Catanese

2    CROSS-EXAMINATION

3    BY MR. GRADY:

4         Q     A couple of questions, just going to

5    be a little choppy doctor.  You said sometimes the

6    eye opening was definitely voluntary.  Now, I

7    think you testified that you were basing your

8    opinion based on your interpretation of the

9    records?

10        A     Yes.

11        Q     So, when you say sometimes it was

12   definitely voluntary, how can you know that?

13        A     Well, there were areas in the

14   records that describe, I can look through my list

15   here and point out maybe, some if they describe

16   some action, and the people felt it was voluntary.

17   I'm actually just quoting them.  I'm saying it's

18   definitely voluntary based on my interpretation of

19   the records.  I certainly wasn't there.  I never

20   saw him and except for reading the records and

21   reading what the people have written.  I couldn't

22   tell you either way, I don't want to give that

23   wrong impression.

24        Q     Are you bringing any of your medical

25   expertise to bear on this opinion or are you

72

1                              Catanese

2      simply reading the records and interpreting them

3      at face value?

4                        MR. MORGAN:   Note my objection

5                  to the form.

6                  Go ahead.

7           A      Certainly as a licensed physician I

8      can't keep my medical expertise out of it, but in

9      fact I'm just interpreting the findings that are

10     written in the record.  My opinion that there's

11     voluntary eye opening is based on what people saw

12     and what they wrote, in fact.

13          Q      Okay.  So, if someone wrote in the

14     record that they felt that the eye opening was

15     voluntary you would feel comfortable at that point

16     enough times that you would feel comfortable

17     saying within a reasonable degree of medical

18     probability that you definitely felt that it was

19     voluntary?

20          A      If a number of different people felt

21     it was voluntary then it's probably correct.

22     Definitely, I don't know if that's the exact word

23     I would use, but I never saw the patient.  I never

24     observed him, but based on what's written here

25     that's what I'm quoting.  I'm just basing it on

73

Catanese

1
2      that.

3           Q      A few minutes ago you did say that

4      it was definitely voluntary at times.  Do you want

5      to change that?

6           A      No, it's usually based on my

7      interpretation of what's written here.  Anything

8      I've said about his actions, his reaction, is just

9      based on reading here.  In fact, that opinion is

10     just based on what other people, other medical

11     professionals have observed.  If a number of

12     different people felt there's voluntary movement

13     of the eyes then it's there.

14          Q      Just getting back to your idea that

15     he had improved, starting out in a coma after the

16     arrest and being able to breathe on his own, are

17     you aware whether he was on any sedation or

18     paralytics while he was intubated?

19          A      I'd have to look at the record for

20     it.  It wouldn't surprise me if there was

21     something involved, but I don't know for sure.

22          Q      Okay.  So, do you have any opinion

23     as to whether or not shortly after the code, after

24     he was stabilized, at what point they tried to

25     wean him off the vent?

77

                              Catanese

1
2          A      Yes.

3          Q      What are you basing that on?

4          A      Oh, it's an improvement to be able

5    to breathe on your own versus not to be able to,

6    but then we take it one step further and we have

7    the neurological notes saying that there's some

8    changes in his neurological status and there's

9    some reaction, so that's also further improvement

10   from being in a coma like he was first examined.

11         Q      Okay, but when he was intubated

12   right after the code, he was on sedation and

13   paralytics, correct?

14         A      I'm not sure what they did.  It's

15   very possible, but I don't know.

16         Q      Are you aware of somebody being

17   intubated and not being put on sedation and

18   paralytics?

19         A      It depends on the situation, I would

20   imagine.

21         Q      Just to be clear, are you basing

22   your opinions in this case on any objective

23   criteria at all or is it all the subjective notes

24   of the health care providers?

25         A      The opinions about the conscious

1                        Catanese

2      pain and suffering are just based on reviewing all

3      the notes collectively.

4           Q      Did you review, for example, the

5      patient's vital signs as a possible indicator of

6      his pain at any given time, heart rate,

7      respiratory rate, that kind of thing?

8           A      I've certainly looked at the notes

9      and some notes would include them and some

10     wouldn't.  And if they included them I observed

11     it.  But I'm not sure that the people writing the

12     notes used that as a criteria, and if they didn't

13     write about it, I probably, I wouldn't look for it

14     separately.

15          Q      Without looking through your notes

16     do you have any recollection, as you sit here

17     today, of criteria that the nurses and other

18     providers in the nursing home were using to

19     measure this man's pain?

20          A      I don't recall any specific

21     criteria, it's more or less these people are

22     taking care of him, they know him.  They know what

23     he does and they write about him.

24          Q      Okay.  And I think you already

25     testified, forgive me if I'm asking you this

1                          Catanese

2       medical probability one way or another?

3              A      Well, if there's inconsistent

4       reports, my interpretation would be that sometimes

5       he's displaying these things and sometimes he's

6       not, so perhaps sometimes he's experiencing it and

7       sometimes he's not.  Some days he might be more

8       responsive, some days less.  That would be how I'd

9       have to interpret it.

10             Q      But that's just speculation on your

11      part, isn't it, doctor?

12             A      No, because I'm relying on what

13      health care professionals observed.  And not just

14      one, but many of them.

15             Q      And wouldn't you agree that there's

16      no way to tell whether any reaction noted on the

17      part of Mr. Guigliano was either voluntary or

18      involuntary?

19             A      In some areas they feel that it's a

20      voluntary reaction.  And if that's what they felt

21      I'm not going to disagree with it.

22                       MS. KRAUS:  I have no further

23                  questions.

24      REDIRECT EXAMINATION

25