# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
=============================================X
LAURA GUIGLIANO, as Guardian Ad Litem for
MICHAEL GUIGLIANO, ET AL.,

                                            Plaintiff(s)

    -against-                                **PLAINTIFFS' THIRD**
                                                        *Fed. R. Civ. P. 26 (a)(2)*
DANBURY HOSPITAL, JAMES DEPUY, M.D.,       *(A-B)* **EXPERT**
ET AL.,                                                    **DISCLOSURES**

                                       Defendants.                *3:02 CV 718*
=============================================X     *(RNC)(DFM)*

      Plaintiff LAURA GUIGLIANO, as Guardian Ad Litem for MICHAEL GUIGLIANO, and LAURA GUIGLIANO, Individually, by her attorneys, THE LAW FIRM OF JOSEPH LANNI, P.C., sets forth the following expert disclosure, pursuant to *Fed. R. Civ. P. 26(a)(2)(A-B)*:

### EXPERT NO. 3:

Identity:

Nancy Mure´, R.N., B.S., M.A.
15 Admiralty Loop
Staten Island, New York 10309

Education:

1972 – R.N., Kingsborough Community College;
1978 – B.S. (Health Science), Brooklyn College;
1993 – M.A. (Community Health Care Administration), Brooklyn College.

Postdegree Training:

1992 – JCAHO Standards of Nursing Care;
1994 – Quality Assessment & Improvement;
1998 – Infection Control.

1

R.N. Licensure: New York, New Jersey & Florida.

Certifications:

Basic Life Support (CPR), Advanced Life Support, & Advanced Trauma Life Support.

Nursing Experience & Appointments:

1972 – 1995, Maimonides Medical Center, Brooklyn, New York;
    1974 – 1983, Assistant Head Nurse, Surgical ICU & Open Heart Surgery Units;
    1983 – 1985, Administrative Coordinator for Critical Care;
    1987 – 1989, Assistant Director of Nursing, Emergency Department;
    1989 – 1995, Director of Nursing, Division of Surgery.
1995 – 1997, Acting Director of Patient Care Services, Surgical Division, University Hospital, University of Medicine & Dentistry of New Jersey, Newark, New Jersey.
1997 - present, Supervisor, Nursing Staff, Clove Lakes Health & Rehabilitation Center (Staten Island, NY).

Academic Appointments:

1997 – present, Member, Faculty Advisory Board, School of Nursing, Kingsborough Community College.

Publications:

See, attached Exhibit "A".

Opinions:

See, attached Exhibit "B", Report of Nancy Mure', R.N., B.S., M.A., dated November 4, 2004.

Compensation:

$1,350.00 to date.

Trial & Deposition Testimony (2000 – 2004):

None.

2

Dated: Larchmont, New York
November 16, 2004

Yours, etc.:

By: /s/ Joseph Lanni

JOSEPH LANNI    (CT 23566)
The Law Firm Of
JOSEPH LANNI, P.C.
Attorneys for Plaintiffs
138 Chatsworth Avenue, Ste. 6 – 8
Larchmont, New York 10538
Tel: (914) 834-6600

TO:

MICHAEL NEUBERT (CT 06444)
NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL, OELBERG,
YUAN, KOTCH, CIRCIUMARA,
KOUZNETSOV (s/h/a KUZNETS),
TUDORICA, BURNETT, BROWN,
HOFFMAN, DOE NO. 1, DOE NO. 2
& DOE NO. 3
195 Church Street
New Haven, CT 23067
Tel.: (203) 821-2000

RICHARD A. O'CONNOR (CT 18976)
SACHNER & O'CONNOR
Attorneys for Defendants
DEPUY, GRAY, & WOLFFE
765 Straits Turnpike
Building 2, Suite 1001
Middlebury, CT 06762-1323
Tel.: (203) 598-7585

GARIE J. MULCAHEY (CT 05242)
BAI, POLLOCK, BLUEWEISS
& MULCAHEY, P.C.
Attorneys for Defendants
KNOWLES
One Corporate Drive
Shelton, CT 06484
Tel.: (203) 925-8100

KEVIN A. TEPAS (CT 05552)
RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 357-9200

SCOTT F. MORGAN (CT 23648)
WEINER, MILLO & MORGAN, LLP
Attorneys for Plaintiffs
220 Fifth Avenue
Seventh Floor
New York, New York 10001
Tel.: (212) 213-1220

3

## DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

I served a true copy of the annexed: PLAINTIFFS' FOURTH *F.R.C.P. 26(a)(2)(A-B)* EXPERT DISCLOSURES, and attachments, dated November 16, 2004, on the date of November 17, 2004:, by mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U. S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

NEUBERT, PEPE & MONTEITH
Attorneys for Defendants
DANBURY HOSPITAL, OELBERG,
YUAN, KOTCH, CIRCIUMARA,
KOUZNETSOV (s/h/a KUZNETS),
TUDORICA, BURNETT, BROWN,
HOFFMAN, DOE NO. 1, DOE NO. 2
& DOE NO. 3
195 Church Street
New Haven, CT 23067
Tel.: (203) 821-2000

SACHNER & O'CONNOR
Attorneys for Defendants
DEPUY, GRAY, & WOLFFE
765 Straits Turnpike
Building 2, Suite 1001
Middlebury, CT 06762-1323
Tel.: (203) 598-7585

BAI, POLLOCK, BLUEWEISS
& MULCAHEY, P.C.
Attorneys for Defendants
KNOWLES
One Corporate Drive
Shelton, CT 06484
Tel.: (203) 925-8100

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 357-9200

SCOTT F. MORGAN (CT 23648)
WEINER, MILLO & MORGAN, LLP
Attorneys for Plaintiffs
220 Fifth Avenue
Seventh Floor
New York, New York 10001
Tel.: (212) 213-1220

Executed on November 17, 2004, Larchmont, New York.

_____
JOSEPH LANNI     (CT 23566)

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
========================================X
LAURA GUIGLIANO, as Guardian Ad Litem for
MICHAEL GUIGLIANO, a Person Adjudged to be
Incompetent, and LAURA GUIGLIANO, Individually,

                    Plaintiff(s)                    3:02 CV 718
                                                             (RNC)(DFM)

            -against-

DANBURY HOSPITAL, JAMES DEPUY, M.D.,
F. SCOTT GRAY, M.D., GEORGIANA KNOWLES,
P.A., DEANNA WOLFFE, P.A., DAVID OELBERG,
M.D., DAVID YUAN, M.D., J. BORRUSSO, M.D.,
ARTHUR KOTCH, M.D., JULIA CIRCIUMARA,
M.D., ANDRE KUZNETS, M.D., MICHAELA
FEDERICA, M.D., MAUREEN BENNETT, R.N.,
JOANN BROWN, R.N., BETH ANN HOFFMAN, R.N.,
"JANE DOE NO.1", "JANE DOE NO.2" (*defendants
"JANE DOE NO.1" and "JANE DOE NO. 2", full
identities unknown, being identified as DANBURY
HOSPITAL employees who were assigned to
monitor, supervise and attend to patient MICHAEL
GUIGLIANO prior to and during a CT Scan procedure
on 2/17/01) and "JANE DOE NO. 3", (full identity
unknown, being identified as a DANBURY HOSPITAL
employee who called a "Code 99" on 2/17/01*),

                    Defendants.
========================================X

# PLAINTIFFS' FOURTH *F.R.C.P. 26(a)(2)(A-B)* EXPERT DISCLOSURES

THE LAW FIRM OF JOSEPH LANNI, P.C.
*Attorney for Plaintiff[s]*
LAURA GUIGLIANO
138 CHATSWORTH AVENUE, SUITES 6 – 8
LARCHMONT, NEW YORK 10538
Tel.: (914) 834-6600
Fax: (914) 834-0152

5