**EXHIBIT B**

1

```
 1
 2   IN THE UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 3   - - - - - - - - - - - - - - - - - - -x
     LAURA GUIGLIANO, as Administrator Of the :
 4   Estate of MICHAEL GUIGLIANO, Deceased,   :
     and LAURA GUIGLIANO, Individually,       :
 5                                            :
                 Plaintiffs,                  :
 6                                            :
                                              :
 7             -against-                      :Civil No.
                                              :302CV718
 8   DANBURY HOSPITAL, J. BORRUSSO, M.D.,     :(RNC)
     JOSEPH CATANIA, M.D. and                 :
 9   DANBURY SURGICAL ASSOCIATES, P.C.,       :
                                              :
10               Defendants.                  :
                                              :
11   - - - - - - - - - - - - - - - - - - -x

12

13        DEPOSITION of NANCY MURE, R.N., taken by

14   Defendant at the offices of Weiner, Nullo & Morgan,

15   220 Fifth avenue, New York, New York, on Monday, April

16   24, 2006 commencing at 10:33 a.m., before Debra

17   DiBenedetto, a Shorthand (Stenotype) Reporter and

18   Notary Public within and for the State of New York.

19
20
21
22
23
24
25
```

                                                                29
1                        Mure
2    longer ACLS, no trauma.  I'm no longer in an acute
3    setting so the BLS stays.
4         Q    And you have not been an acute
5    setting since July of '97?
6         A    Yes, not that there are not acute
7    incidents where I'm working now.  Believe me,
8    there are many.
9         Q    You're not a medical doctor, fair to
10   say?
11        A    No, I'm not.
12        Q    Okay. Do you believe you're
13   qualified to testify about medical causation?
14        A    I can give an opinion.  I can't say
15   other than that.  I mean, I think, you know, I
16   certainly feel qualified enough to give an
17   opinion.  That's it.
18        Q    Well, let me ask you this, do you
19   have any training in neurology?
20        A    I don't have training in neurology,
21   no.
22        Q    Okay.  Do you have any --
23        A    Other than nursing?
24        Q    I'm asking about medical training.
25   Do you have any?

1                           Mure                              30

2          A      No, no.

3          Q      Any medical training in pulmonology?

4          A      No, I'm not a medical doctor.

5          Q      Any medical training in cardiology?

6          A      No.

7          Q      In New York, can nurses make medical
8    diagnoses?

9          A      No.

10         Q      Are you aware of the standards in
11   Connecticut in terms of whether or not nurses can
12   make medical diagnoses?

13         A      I'm not aware, no, but I would
14   imagine it's the same thing.

15         Q      Can nurses write prescriptions in
16   New York?

17         A      Certain nurses that are trained to
18   be nurse practitioners, yes, they can.

19         Q      Nurse practitioners can write
20   scripts, or prescriptions?

21         A      Yes.

22         Q      You're not a nurse practitioner?

23         A      No.

24         Q      Did you speak with anyone other than
25   Attorney Lanni in formulating any of the opinions

113

Mure

1
2    the failure to transport the patient for his
3    CT scan without proper supervision, proper
4    monitoring devices, without maintaining a
5    supplemental oxygen, were departures from proper
6    nursing practice and hospital practice which
7    caused or contributed to the patient's
8    cardiopulmonary arrest. Do you see that?
9         A    Yes.
10        Q    Okay. On what do you base the
11   opinion that those alleged departures caused or
12   contributed to the patient's cardiopulmonary
13   arrest?
14        A    It's based on what I read in the
15   record and my experience. Many, many years of
16   experience dealing with ICU type patients, in code
17   situations, and using the standards for nursing
18   that I believe should have been used on that day.
19   They did have a multi-specialist which they could
20   have used and should have used, and they should
21   have sent him down monitored, so that they could
22   have assessed this patient who had, in my opinion,
23   a tendency to become unstable at any moment, just
24   based on his overall condition.
25        Q    When were you say it's your opinion

```
                                                           114
  1                         Mure
  2     to a reasonable degree of professional certainty,
  3     what does that phrase mean to you?
  4              A     That's my own professional
  5     experience and professional certainty, that's what
  6     that means to me, and my own experience with
  7     patients like this, being in a director position,
  8     I would expect the nurses that were reporting to
  9     me would use their assessment skills and make sure
 10     that a patient like this was properly transferred.
 11              Q     You're talking about nursing
 12     certainty as opposed to medical certainty,
 13     correct?
 14              A     Yes.
 15              Q     Are you qualified to make a medical
 16     diagnosis about what caused Mr. Guigliano's
 17     respiratory arrest?
 18              A     No, I can't do that.
 19              Q     Are you qualified to make a medical
 20     determination about what caused Mr. Guigliano's
 21     cardiac arrest?
 22              A     No.
 23              Q     Are you qualified to make a medical
 24     diagnosis about whether or not Mr. Guigliano's
 25     cardiac arrest could have been more likely than
```