# EXHIBIT A



# STATE OF CONNECTICUT

DEPARTMENT OF PUBLIC HEALTH

May 16, 2003

Dawn Myles, APRN
Director of Performance Improvement
Danbury Hospital
24 Hospital Ave.
Danbury, CT 06810

Re: Freedom of Information Request of 5/5/03

Dear Ms. Myles,

The State of Connecticut, Department of Public Health , Division of Health Systems Regulation has received your request for information dated May 5, 2003. In your letter you requested the full investigative file regarding Michael Guigliano's case at Danbury Hospital.

In accordance with the Federal Freedom of Information Act, please find the attached copies of the material requested. If you have questions related to this request, please contact this office at your convenience. I can be reached at (860) 509-7449, Monday through Friday, between the hours of 8:30am and 4:30pm.

Sincerely,

Kibby M. Phillips

Kibby M. Phillips
Health Program Assistant
Division of Health Systems Regulation

cc: Dennis Blaschinski FAO, OHC



*Phone: (860) 509-7400*
*Telephone Device for the Deaf (860) 509-7191*
*410 Capitol Avenue - MS # 12HSR*
*P.O. Box 340308 Hartford, CT 06134*
*An Equal Opportunity Employer*

# State of Connecticut
## Department of Public Health
## Division of Health Systems Regulation

Investigation #2001-0186
Danbury Hospital
24 Hospital Ave.
Danbury CT. 06810

Investigated by: _____, DHSR

Allegation:

1. During a radiology procedure, one month ago in the radiology lab a patient coded. Staff did not know how to perform CPR. The telephone operator calling the code called three different locations. When the respiratory therapist arrived no staff had initiated emergency measures and/or CPR. Subsequently the patient sustained anoxic brain damage and is now in a vegetative state and ventilator dependent.

\*

\*

\*

Investigation #2001-0186
Danbury Hospital
Page 2

Unannounced visits were made to the facility on April 2 and 4, 2001 by a representative of the
Division of Health Systems Regulation for the purpose of conducting an investigation with
additional information received through April 6, 2001.

A.  A review of Nurse Staffing revealed the following:
    1.  Staffing was review for the period of 11/11/00 to 11/18/00.
    2.  Staffing met the minimum requirements of the Regulations of Connecticut State
        Agencies.
B.  List of Exhibits (Attached):
    1.  Exhibit A - Medical Record Patient #1 - (Pages 1-48)
    2.  Exhibit B - Pertinent Interviews - (Pages 1- 13)
    3.  Exhibit C - Facility Policies and Procedures - (Pages 1-13)
    4.  Exhibit D - Communication Log - (Confidential to File) - (Page 1)
C.  The investigation consisted of a review of the medical record of Patient #1, interviews with
    facility personnel, review of facility policies/procedures, tour of the facility and a review of
    staffing patterns.

Statement of Findings:

Allegation #1 was investigated and the following was ascertained through chart review, tour,
review of facility policies and procedures and interviews and the findings include the following:

1.  Patient #1 was admitted on 2/7/01 after falling twelve feet off a roof with complaints of left
    knee and ankle pain and rib pain.  Medical examination revealed the patient's lungs clear left
    rib fracture with pain on inspiration.  Patient #1 was taken for surgery on 2/7/01 and an open
    reduction, internal fixation of the tibial plateau was performed.
2.  On 2/9/01 Patient #1 experienced an episode of shortness of breath. An oxygen saturation
    was done and was 87% on room air, 2 liters of oxygen was applied and Patient #1's
    saturation improved to 97%. Patient #1 experienced increased temperatures on 2/9/01. A
    chest x-ray revealed bilateral perihilar and lung base infiltrates Patient treated with
    intravenous antibiotics.  On 2/10/01 Patient #1 experienced episodes of shortness of breath.
    A VQ scan was performed and the results were low probability. The question was raised on
    whether the shortness of breath was related to a pulmonary embolus versus fatty emboli.  On
    2/11/01 Patient #1 was found to have increased calf tenderness, pain and swelling and found
    to have a deep vein thrombosis (DVT).  Patient #1 was begun on intravenous heparin.  On
    2/11/01 Patient #1 also complaining of abdominal discomfort was noted to have a partial
    small bowel obstruction and was made NPO. On 2/12/01 Patient #1 had an inferior vena
    cava (IVC) filter inserted due to the concern of a pulmonary emboli.  Patient #1 had an open
    reduction of the left calcanus on 2/13/01 and was also found to be positive for clostridium

Investigation #2001-0186
Danbury Hospital
Page 3

difficil.   On 2/15/01 Patient #1 began experiencing elevated temperatures, and complained of back pain and constipation.

3. · Patient #1 was ordered to have a CAT scan of the abdomen on 2/17/01 to rule out a worsening small bowel obstruction. Interview with the CAT scan technician #1 and aide #1 revealed that when Patient #1 was brought to room 2 in radiology he was alert and oriented. Aide #1 stated that upon arrival Patient #1 was answering questions appropriately and was transferred to the CAT scan table with the assist of the aide, technician and the transporter. Aide #1 went on to state Patient #1 became panicky, and diaphoretic once on the table. CAT scan tech #1 stated that at this point Patient #1 was transferred back to the stretcher and Aide #1 applied a non re-breather oxygen mask and obtained an oxygen saturation. Aide #1 stated that he did obtain a oxygen saturation and that it was very low, somewhere in the 60's and at this point pressed the code button and called MD#1, who was in an adjacent radiology reading room. Interview with MD#1 revealed that on arrival Patient #1 was not breathing and MD#1 began to ambu bag Patient #1 and requested compressions to be started when the code team arrived. Interview with Respiratory Therapist (RT) #1 revealed that she was the first to arrive and upon arrival to the code MD#1 was bagging the patient and compressions were not being administered. RT#1 stated anesthesia arrived simultaneously and Patient #1 was quickly intubated.

4. Review of the code documentation revealed the code was called at 1:02 PM and Patient #1 was intubated by 1:05 PM and CPR was in progress. Further review revealed CPR was in progress at 1:05 PM and continued through 1:30 PM when the patient attained a rhythm of atrial fibrillation. The code sheet reveals the code ended at 1:45 PM. Review of the progress notes for 2/17/01 failed to reveal nursing documentation of the code or eventual transfer to the intensive care unit. Interview with CNS#1 revealed that it is an expectation that there be documentation in the medical record by nursing related to the event. Review of the facility policy related to documentation stated that when there is a change in the patient's condition at that time a note detailing any interventions should be documented.

5. Interview with RT#1 revealed the code was initially called to the intensive care unit and then corrected to the third floor. RT#2 revealed that her beeper revealed the code was in radiology. Interview with the CRNA revealed that his beeper indicated the code was in radiology. Interview with CNS#1 revealed that when a code call is placed to the operator it is announced overhead and at the same time there are pre programmed beepers that are alerted. CNS#1 revealed that the beepers that are automatically called are the code team physicians, respiratory, multi-specialists, anesthesia, transport, and the clinical administrator. Review of the hospital emergency code log maintained by communications revealed that the code was called at 1:04 PM and the operator initially stated the location as the Intensive Care Unit and then corrected the location. Interview with the head of the code team revealed that when codes are called the location is repeated three times.

6. Tour of the radiology department on 4/2/01 revealed that room 2 contained a crash cart, defibrillator, and code button. Review of facility orientation revealed that all staff was

Investigation #2001-0186
Danbury Hospital
Page 4

educated on how to call an emergency in hospital orientation. Review of the radiology department orientation revealed all staff are oriented to the location of emergency supplies. Interview with Aide #1 revealed that he is ACLS certified. Interview with the radiology manager revealed the CAT scan technicians are not required to be CPR certified.

7. Interview with CNS#1 revealed that as chair of the code committee each code is reviewed and any issues that arise are addressed. CNS#1 further stated that over the years the committee has implemented many changes. Review of the committee minutes and interview with CNS#1 revealed based on the code of 2/17/01 CNS#1 stated the only change made was that all CAT technicians will now be CPR certified.

As a result of this investigation a violation letter dated August 21, 2001 was issued to the facility. **(copies attached)**

Investigation #2001-0186
Danbury Hospital
Page 5

## ADDITIONAL INFORMATION

CAT tech #1: Vanessa Saipher

Aide #1: Joe Roth

MD#1: Dr. Scott Berger

CRNA: Tim Hendries RN

CNS#1: Laurie Brentlinger RN

Radiology Manager: Betsy Miles

RT#1: Pat Dilaird

RT#2; Dorothy Alvarez

Clinical Administrator: Maureen Burnett RN

MD #2:  Robert Hindes

MD #3:  Neil Culligan



# STATE OF CONNECTICUT

## DEPARTMENT OF PUBLIC HEALTH

August 21, 2001

Frank Kelly, Administrator
Danbury Hospital
24 Hospital Avenue
Danbury, CT 06810

Dear Administrator:

An unannounced visit was made to Danbury Hospital on April 2, 2001 by a representative of the Division of Health Systems Regulation for the purpose of conducting an investigation.

Attached are the violations of the Regulations of Connecticut State Agencies and/or General Statutes of Connecticut which were noted during the course of the visit.

You may wish to dispute the violations and you may be provided with the opportunity to be heard. If the violations are not responded to by September 5, 2001 or if a request for a meeting is not made by the stipulated date, the violations shall be deemed admitted.

Please address each violation with a prospective plan of correction which includes the following components:

1. Measures to prevent the recurrence of the identified violation, (e.g., policy/procedure, inservice program, repairs, etc.).

2. Date corrective measure will be effected.

3. Identify the staff member, by title, who has been designated the responsibility for monitoring the individual plan of correction submitted for each violation.

If there are any questions, please do not hesitate to contact this office.

Respectfully,

Michael Fusco, RN
Supervising Nurse Consultant
Division of Health Systems Regulation

MDF:PJA:cbj

cc:     Director of Nurses
        President
        vldanburyh
        #2001-0186



*Phone:*
*Telephone Device for the Deaf (860) 509-7191*
*410 Capitol Avenue - MS # _____*
*P.O. Box 340308 Hartford, CT 06134*
*An Equal Opportunity Employer*

FACILITY: Danbury Hospital                                    Page 2 of 3

DATE OF VISIT: April 2, 2001

THE FOLLOWING VIOLATIONS OF THE STATE OF CONNECTICUT
PUBLIC HEALTH CODE AND/OR CONNECTICUT GENERAL STATUTES
WERE IDENTIFIED

1.  The facility failed to ensure a complete accurate medical record including nurse's notes
    to justify the diagnosis and treatment rendered. Based on record review, review of
    facility policies and interview the findings include the following:
    a.  Patient #1 was admitted on 2/7/01 after falling twelve feet off a roof with
        complaints of left knee, ankle pain and rib pain. Patient #1 was taken for surgery
        on 2/7/01 and an open reduction; internal fixation of the tibia plateau was
        performed. On 2/17/01 Patient #1 went to radiology at approximately 1:00 PM for
        an abdominal CAT scan for worsening abdominal discomfort. At approximately
        1:02 PM a code was called when Patient #1 experienced a respiratory arrest.
        Review of the code documentation revealed the code was called at 1:02 PM and
        Patient #1 was intubated by 1:05 PM and CPR was in progress. Review of the
        progress notes for 2/17/01 failed to reveal nursing documentation of the code or
        eventual transfer to the intensive care unit. Interview with CNS #1 revealed that it
        is an expectation that there be documentation in the medical record by nursing
        related to the event. Review of the facility policy related to documentation stated
        that when any change in the patient's condition occurs the time and corresponding
        interventions should be documented.

The above is a violation of the Regulations of Connecticut State Agencies Section 19-13-D3
(d) Medical Records (3).

2.  The facility failed to ensure adequate supervision for patients receiving diagnostic
    procedures. The findings are based on interview and review of facility policy and
    include the following:
    a.  Patient #1 was admitted on 2/7/01 with complaints of knee and ankle pain after a
        fall that had surgical repair on 2/7/01 and 2/13/01. On 2/17/01 Patient #1 was
        transported to radiology for an abdominal CAT scan, upon arrival the CAT scan
        technician stated Patient #1 was alert and oriented. Shortly after arrival to the CAT
        scan room Patient #1 was transferred to the radiology table with the assist of three,
        at this point the CAT scan technician stated Patient #1 became anxious, sweaty and
        agitated. Due to Patient #1's agitation the patient was transferred back to the
        stretcher and the CAT scan tech notified the patient's floor he would be returning.
        Patient #1 was then removed from the CAT scan room to the hallway. In the
        hallway Patient #1 experienced a seizure and a code was called. Interview with the
        Radiology Manager revealed that CAT scan technicians are not required to be CPR
        certified. It was further revealed that all technicians are oriented to the location of

FACILITY: Danbury Hospital                                    Page 3 of 3

DATE OF VISIT: April 2, 2001

THE FOLLOWING VIOLATIONS OF THE STATE OF CONNECTICUT
PUBLIC HEALTH CODE AND/OR CONNECTICUT GENERAL STATUTES
WERE IDENTIFIED

emergency equipment and how to call a code. Although documentation revealed
CPR was started promptly, interviews with MD #1 revealed he started to artificially
ventilate the patient and requested that compressions be started. Interview with RT
#1 revealed when she arrived, MD #1 was bagging the patient and compressions
were not being done. The medical record revealed consultations by MD #2 and
MD #3 that indicated the patient may not have had compressions for up to 10
minutes.

The above is a violation of the Regulations of Connecticut State Agencies Section 19-13-
D3 (f) Diagnostic and therapeutic facilities and/or (e) Nursing Service (1).

Danbury Hospital

September 7, 2001

Mr. Michael D. Fusco, RN
Supervising Nurse Consultant
Division of Health Systems Regulation
State of Connecticut
Department of Public Health
410 Capital Avenue
P.O. Box 340308
Hartford, CT  06134

Dear Mr. Fusco:

We are in receipt of your correspondence dated August 21, 2001 regarding an
unannounced visit made to Danbury Hospital on April 2, 2001. The original due
date for the response was September 5, 2001, and you graciously granted an extension
of September 12, 2001. The violations and plans of correction are included below.

*__Violation #1:__*
*"Based on record review, review of facility policies and interview, the facility failed to
ensure a complete accurate medical record including nurse's notes to justify the
diagnosis and treatment rendered. This is a violation of the Regulations of
Connecticut State Agencies __Section 19-13-D3 (d) Medical Records (3).__"*

Nursing conducted a review of the documentation prior to, during, and after the code.
Nursing documentation by the Clinical Administrator during the code is documented on
the code sheet. Documentation of events leading to the code was missing from the
comment section of the code sheet. Additionally, the Multispecialist failed to document
assessment and subsequent interventions from 1:45PM until 3:30PM.

As a result of the findings, the following action plan will be implemented:

1.  Counseling and education was given to the Multispecialist involved in the code.

2.  Code 99 guidelines were reviewed during the Nursing Marathon in May.

3. Revisions to improve the code sheet were developed with a section labeled "events leading to code". Staff education will be completed and the new form implemented by September 30, 2001.

4. A mandatory staff meeting will be held on September 20 with the Multispecialists to review and reinforce the documentation policies.

5. An audit of the new code sheet will be conducted during 4th quarter 2001.

6. The manager of the Unit Without Walls will be responsible for implementation of the action plan.

*Violation #2:*
*"Based on interview and review of facility policy, the facility failed to ensure adequate supervision for patients receiving diagnostic procedures. This is a violation of the Regulations of Connecticut State Agencies Section 19-13-D3 (f) Diagnostic and therapeutic facilities and/or (e) Nursing Service (1)."*

The Chairman of the Department of Radiology conducted an internal review of the events surrounding the complaint. The findings of the review revealed appropriate emergency interventions were made to the patient in a timely manner. The Radiology staff remained present at all times. The Code 99 Team was summoned at an appropriate time when the patient was found to have destabilized and experienced seizures. The Code 99 Team responded immediately to this request.

Subsequent to the review of the events surrounding this complaint, the following measures have been taken to further ensure the safety of patients within the Radiology Department.

1. The Policies and Procedures of the Department of Radiology were reviewed for emergency care of patients in the Department.

2. Effective February 1, 2001, all Diagnostic Radiologists are required to obtain certification in basic life support. As of June, 2001, all full-time diagnostic Radiologists have been certified.

3. The policies and procedures regarding the location of emergency equipment within the CT Suite and the procedure for obtaining immediate assistance from the Hospital Code Team was reviewed with the Radiology staff at a Departmental staff meeting on March 20, 2001.

Pg. 3

4. As of March 1, 2001, the competency requirements of CT Technologists have been modified to include mandatory training in basic life support on an annual basis. The entire CT staff will be validated by December 31, 2001. The Manager of Clinical Operations, Department of Radiology, will be responsible for monitoring the completion of Basic Life Support Training for the CT staff.

Please contact me if you have questions about this response, or need information. I can be reached at (203) 797-7668.

Respectfully,

*Dawn Myles*

Dawn Myles, APRN
Director, Performance Improvement

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

## SURVEYOR NOTES WORKSHEET

Facility Name: _____ Surveyor Name: _____
Provider Number: _____ Surveyor Number: _____ Discipline: _____
Observation Dates: From_____ To _____

| TAG / CONCERNS | DOCUMENTATION |
|---|---|
| Laurie Breathinger CNS Head of Code Com. | Do you review codes on a regular basis<br><br>Yes we review codes on a quarterly basis and report up through QA. Committee.<br><br>Based on your review have Δ's been made.<br><br>Yes we have changed many things - Meds, performance issues. We do a summary and give this to the manager to address issues. Δ'd paging system to make the code beepers accessed quicker.<br><br>Any Δ's R/T this code.<br><br>Yes # In radiology in special procedures these people are CPR certified. In the past CT techs were not required to be CPR certified. Based on their feedback that they felt the could be of more help we are going to require that they are CPR certified<br><br>How are codes called.<br><br>They can either push a code button or call the operator. The operator receives a print out of where the code is when the button is pressed. The operator calls the code overhead then there is a single button that activates all the beepers. |

FORM HCFA-807 (7-95)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

### SURVEYOR NOTES WORKSHEET

EXHIBIT B
PAGE 2 OF 13

Facility Name: _____     Surveyor Name: _____
Provider Number: _____     Surveyor Number: _____ Discipline: _____
Observation Dates: From_____ To _____

| TAG / CONCERNS | DOCUMENTATION |
|---|---|
| | When the beepers are called the message clearly tells you the location of the code. |
| | What does the operator call overhead |
| | She calls the code overhead 3 times each time maybe the same or like in radiology she may add what part of the dept. |
| | Who is beeped. |
| | Multispecialists MD's - ICU code team Respiratory Transport Anesthesia The Clinical Administrator |
| | Do these people go to codes throughout the hosp. |
| | Yes. especially in radiology etc. This room had a crash cart, defib and a code button. |
| | Would you have expected a note in the chart from nursing |
| | Yes the multispecialists should write a note whenever they transport a pt or do anything RTapt. expe There is the expectation there should be a note of the patient experiences a change |

FORM HCFA-807 (7-95)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

**SURVEYOR NOTES WORKSHEET**

EXHIBIT
PAGE _3_ OF _13_

Facility Name: _____     Surveyor Name: _____

Provider Number: _____     Surveyor Number: _____ Discipline: _____

Observation Dates: From_____ To_____

| TAG / CONCERNS | DOCUMENTATION |
|---|---|
| 4/2 | |
| Betsy | What educ. do the techs have in |
| Miles | relation to emergencies |
| Manager | |
| Radiology | They know when to call a |
| | code. They know there is |
| | a no nearby they can call. |
| | They do know how to apply |
| | Oxygen. |
| | |
| | What's the Dept orientation |
| | |
| | In hospital orientation they |
| | are told how to call etc. In |
| | the department we review the |
| | emergency equipment and the |
| | code 99 button placement. |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

**SURVEYOR NOTES WORKSHEET**

EXHIBIT B
PAGE 4 OF 13

Facility Name: _____    Surveyor Name: _____
Provider Number: _____    Surveyor Number: _____ Discipline: _____
Observation Dates: From_____ To _____

| TAG / CONCERNS | DOCUMENTATION |
|---|---|
| Maureen Bennett Nurse Manager | Clinical Administrator on 2/7/0. |
| | Q: Do you remember the case – What happened. |
| | A: No issues brought to attention from floor. |
| | Code was called 1:02 on her beeper. Arrived 1:04 pm began duc. When arrived: pt was intubated, resp present bagging pt, CPR was being done by intern. |
| | Q Were any issues brought up |
| | A some crash cart issues |
| | I thought the code went pretty well enough people in attendance. Some concern of tube placement but ABG's ap There wasn't anything significant except never regained consciousness Meds ordered Line patent. |
| | Code was initially called to 3rd floor. CT scan then clarified CT back ro_ |

FORM HCFA-807 (7-95)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

EXHIBIT B
PAGE 5 OF 13

**SURVEYOR NOTES WORKSHEET**

Facility Name: _____   Surveyor Name: _____
Provider Number: _____   Surveyor Number: _____ Discipline: _____
Observation Dates: From_____ To _____

| TAG / CONCERNS | DOCUMENTATION |
|---|---|
| Vanessa Saipher. | Q: Do you remember this code |
| | A: Pretty much. Came for CT abd/pelvic Transporter brought pt down on stretcher stayed c pt for a few minutes on stretcher in room A+0 c transporter and 2ed aid. Asked if had x-ray contrast before. I left Joe and transporter in room went to see Dr Berger. Told him we would be moving over to table. done 3. of them moving over. Became agitated in distress. Started yelling became cyanotic Joe got O2 I believe a mask. The 3 of us moved him back on stretcher sat up pulse ox placed called floor to tell transporter back up told transporter would help Pulled stretcher out of room. He had a seizure. Joe got Dr Berger. Dr Berger had Vanessa call the code |
| | Q: Did Joe did the O2 Sat |
| | A: Yes when I called up to the floor. Joe stood there holding the O2 mask on his face. |
| Q | Documented anywhere? |
| A: | No. if printed from the O2 sat machine |
| | 1/5-DI remember him talking throughout the time until we were moving him out of the room |

FORM HCFA-807 (7-95)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

EXHIBIT _____
PAGE _6_ OF _13_

### SURVEYOR NOTES WORKSHEET

Facility Name: _____    Surveyor Name: _____
Provider Number: _____    Surveyor Number: _____ Discipline: _____
Observation Dates: From_____ To_____

| TAG / CONCERNS | DOCUMENTATION |
|---|---|
| 33year old felt so so | Did you have any orientation f/r emergencies |
| | Weekend no one was around If it was a weekday there would have been more people around. |
| | Safety module done annually |
| | After years of this work you know when a patient is in distress |
| Lawit Breckridge CB | Transporters alway have phones so they can call "55" |
| | There are multispecialists here 24/7. |

FORM HCFA-807 (7-95)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

### SURVEYOR NOTES WORKSHEET

PAGE ___ OF
EXHIBIT

EXHIBIT B
PAGE 7 OF 13
Discipline: _____

Facility Name: _____    Surveyor Name: _____
Provider Number: _____    Surveyor Number: _____
Observation Dates: From_____ To _____

| TAG / CONCERNS | DOCUMENTATION |
|---|---|
| Dorothy Alvarado. | Q Do you remember the code          EXHIBIT PAGE ___ OF ___ |
| Resp Ther. | A Yes. |
| | Q Do you remember time. |
| | A No but I was in our on call room outside ICU on 7 when called |
| | Q where code called |
| | A ✓ Beeper said 3rd floor secretary told us down in radiology |
| | Q when you arrived what was occurring |
| | A Pat was at head of bed and bagging the ET tube. She asked me to ✓ the O₂. Then I helped her tape the tube so pt had just been eintubated. |
| | Q when you arrived who was in room |
| | A A lot of people the room was full. |
| | Q CPR being done.? |
| | A I really can't tell you I went to the bottom of stretcher to ✓ O₂ tank. |

FORM HCFA-807 (7-95)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

EXHIBIT ___
PAGE 8 OF 13

## SURVEYOR NOTES WORKSHEET

Facility Name: _____    Surveyor Name: _____
Provider Number: _____    Surveyor Number: _____  Discipline: _____
Observation Dates: From_____ To _____

| TAG / CONCERNS | DOCUMENTATION |
|---|---|
| Pat<br>DiLoid<br>Resp Therapist | Q Do you remember that day<br>A: Yes All respiratory therapists respond to the code<br><br>Q? Do you remember who was there first<br>A: me.<br><br>Q: When you arrived what was occurring<br><br>A: Physician was ambuing the patient CT aid on one side and the tech aid on the other side<br><br>Q: Anyone else there.?<br><br>A: Anesthesiologist arrived at the same time I did. I don't remember what time I was on the elevator on my way to lunch I was on the elevator of the same building going to that floor<br><br>Q Was anyone doing CPR<br><br>A No one was doing compressions<br><br>Q Do you remember the overhead page and what was said<br>A: Called a code to ICU then corrected and told to go to 3 Tower #. and when I got off the elevator there was a secretary there I asked where she directed there.<br>A Didn't check pulses<br>Never heard the last page 3 Tower Radiology back. |

FORM HCFA-807 (7-95)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

EXHIBIT B
PAGE 9 OF 13

### SURVEYOR NOTES WORKSHEET

Facility Name: _____    Surveyor Name: _____
Provider Number: _____    Surveyor Number: _____  Discipline: _____
Observation Dates: From_____ To _____

| TAG / CONCERNS | DOCUMENTATION |
|---|---|
| | Q When you arrived where how was Mr G |
| | A Cyanotic I can't say if cold |
| | Q When intubated |
| | A: I ran in grabbed ambu bag anesthesiologist came in pushed me away and inserted the ET tube very quickly |
| | Q Where located - Mr G when arrived |
| | A Mr G was on a stretcher in the CT room. |
| | Went upstairs pretty quickly. |
| | Q When did code team arrive |
| | A By the end of the intubation the rest of code team arrived and CPR was started |

FORM HCFA-807 (7-95)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

EXHIBIT 9
PAGE 10 OF 13

### SURVEYOR NOTES WORKSHEET

Facility Name: _____  Surveyor Name: _____
Provider Number: _____  Surveyor Number: _____ Discipline: _____
Observation Dates: From _____ To _____

| TAG / CONCERNS | DOCUMENTATION |
|---|---|
| Dr Berger | Do you remember? |
| | I was here on Sat. I was in the reading area 30ft away. |
| | Joe Roth ran into stated was needed in CT. Pt was on stretcher in hallway outside CT room. Code Called. My intial expression was he was cyanotic/not breathing. Asked JR for stethescope/ambu bag. |
| called to Anesthesia in room 3-4 min | Dr Berger started to bag him. c̄ JR when |
| | Anesthesia 1st person in room and entubated |
| | Code team took over @ that point |
| | Once stable we did scan him @ that point. |
| | Any concerns |
| | Code went smoothly was surprised when resuscitated. Felt electromechanical failure Went as best as could have gone. |
| nurse | |
| Multispecialty will transport | Tamt of Codes |
| If from FG Pt unstable | No maybe 10 year |
| | |
| | |

FORM HCFA-807 (7-95)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

### SURVEYOR NOTES WORKSHEET

Facility Name: _____  Surveyor Name: _____
Provider Number: _____  Surveyor Number: _____  Discipline: _____
Observation Dates: From_____ To _____

| TAG / CONCERNS | DOCUMENTATION |
|---|---|
| 4/6/09<br>Joe Roth | Do you remember this Code?<br><br>Yes. Remember for the most part a heavyset gentleman. He arrived to CT scan room?. I spoke c̄ him first then Vanessa, the transporter and I moved him to the table. Shortly after maybe 1-2 minutes he started to panic and become diaphoretic, Cardiac put a non rebreather on him and did an pulse ox. and then we pulled him back to the stretcher thinking to elevate his head.<br><br>Do you remember the O₂ Sat.<br><br>No it was low maybe in the 60's Low enough to make me know there was a problem.<br><br>Then what.<br><br>I pushed the code button and called to Dr Berger. who was c̄ Vanessa. I checked for a pulse though I felt one Dr Berger couldn't I called the operator to call the code again. When everyone started to arrive the pt seized right when we were going to start compressions. I am ACLS certified<br><br>Was he ever left unattended<br><br>No I was c̄ him the whole time so was the transporter. |

FORM HCFA-807 (7-95)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

**SURVEYOR NOTES WORKSHEET**

EXHIBIT B
PAGE 12 OF 13

Facility Name: _____     Surveyor Name: _____
Provider Number: _____     Surveyor Number: _____   Discipline: _____
Observation Dates: From_____ To _____

| TAG / CONCERNS | DOCUMENTATION |
|---|---|
| | Why call the Operator |
| | I had pushed the button because better safe. no big deal if the cone and no problem. I called the operator just to make sure because we can hear the cole called |

FORM HCFA-807 (7-95)

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

### SURVEYOR NOTES WORKSHEET

EXHIBIT D
PAGE _13_ OF _13_

Facility Name: _____    Surveyor Name: _____
rovider Number: _____   Surveyor Number: _____  Discipline: _____
Observation Dates: From_____ To _____

| TAG / CONCERNS | DOCUMENTATION |
|---|---|
| Tim Hendries CRNA | Q: Where were you when you heard the code called. |
| | A: I was in room 8 in the OR which is 4 Tower. My beeper went off and indicated a code in CAT scan 1 floor down. |
| | Q: When you arrived what was happening |
| | A: The radiologist was there trying to ventilate the patient and the CT tech. The patients color was bad. Radiologist indicated the pt stated something about his oxygen level. I went in and gave 3-4 good puffs of 100% O2 then intubated the pt. I proceeded. everyone by 40sec or so. I then said that might want to start compressions - Just as I listened for breath sounds |
| | Q: Did anything else happen that stands out. |
| | A: I also placed a oral gastric tube and removed 800cc of pinkish fluid & did hear a comment about 10 min. |
| | Q: When you arrived was CPR being done. |
| | A: No the radiologist was attempting to ventilate the patient. My speculation was he threw a PE or fat emboli |

FORM HCFA-807 (7-95)