# EXHIBIT A

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - - - -  x
     LAURA GUIGLIANO, as Administratrix :

4    of the Estate of MICHAEL GUIGLIANO,:
     Deceased and LAURA GUIGLIANO,    :

5    Individually,             :
                         :

6            Plaintiffs,     :
                         :

7                      :
         -against-      Index No.

8                     :3:02 CV00718 (RNC)
     DANBURY HOSPITAL, et al.,     :

9                      :
            Defendants.     :

10   - - - - - - - - - - - - - - - - -x

11

12        DEPOSITION of GERARD A. CATANESE, M.D., taken

13  by Defendants, at the offices of Weiner, Millo &

14  Morgan, LLC, 220 Fifth Avenue, New York, New York, on

15  Monday, October 24, 2005, commencing at 10:15 a.m.,

16  before Debra DiBenedetto, a Shorthand (Stenotype)

17  Reporter and Notary Public within and for the State of

18  New York.

19

20

21

22

23

24

25

32

Catanese

1

2      Q      All right.  What would be a sign of

3 consciousness?

4      A      Well, you know, certainly I know

5 that I looked through the record and I folded a

6 lot of pages, any type of responsiveness or

7 reaction of the patient would show that they're

8 not completely in a coma, they're responding.

9      Q      And how about discomfort?

10     A      Any area that said that the patient

11 showed some signs of discomfort.

12     Q      How would a patient show discomfort

13 who is in a coma?

14     A      If they're in a coma they shouldn't

15 show signs of anything.

16     Q      How does a patient show signs of

17 something other than stating to the medical care

18 provider I'm in pain or I'm experiencing this

19 discomfort?

20     A      In this particular case, if one

21 looks at the record, the people taking care of him

22 felt he was experiencing pain.  I think they said

23 he was grimacing at points.  They were able to

24 tell that he was in discomfort.  They're the

25 people who actually observed it.

33

Catanese

1

2      Q      I guess my question is, how do they

3   know he's in discomfort?

4      A      They would have observed him and

5   watched him over a period of time and know how he

6   reacts, so it would be a matter of interpreting

7   what they've written.

8      Q      I'm still not clear.  If I'm a

9   medical care provider and I'm looking at a patient

10  and I draw the conclusion that the patient is in

11  pain or discomfort, in your view what

12  presentation, what action or appearance of the

13  patient's -- now, you've said grimace and I'll

14  talk to you about grimace in a minute, but is

15  there anything else other than grimace that in

16  your view forms a basis for a care provider to say

17  this person is in pain or discomfort?

18     A      These care providers would be taking

19  care of this person over a period of time so

20  they'd get to know them.  I can't tell you exactly

21  what they would say if they thought that the

22  person seemed to be in distress or discomfort, but

23  that would have been in their opinion at the time

24  they wrote it in the medical record.  I'm really

25  just quoting there.

37

1                          Catanese

2     out with the anoxic encephalopathy and he's in a

3     complete coma, then we show signs of improvement,

4     they're able to take him off a ventilator.  Now,

5     he was seen to move his arm here, which would mean

6     there's some movement going on, I guess that would

7     be further improvement.

8              Q      Can you determine whether that was a

9     conscious move of his arm?

10             A      No, I can't determine by this.

11             Q      Would that make a difference whether

12    that was a conscious move versus an unconscious

13    move?

14             A      I don't know what an unconscious

15    move would be of an arm.  They didn't say he was

16    seizing or anything, so, it's showing that

17    something's going on.

18             Q      I think your ultimate conclusion is

19    that there is some level of conscious pain and

20    suffering that Mr. Guigliano has experienced?

21             A      Yes.

22             Q      Can you quantify that level?

23             A      No.

24             Q      Is it within the realm of a

25    pathologist to quantify, not in this case but

38

Catanese

1

2      generally, the level of pain and suffering of a

3      patient, forensic pathologist, I should say?

4              A      Sometimes you're asked to try to do

5      that.  In this particular case, I don't think that

6      I honestly could.  He's not in a coma, people are

7      noticing things throughout his stay, but I can't

8      tell you exactly how much.

9              Q      Are there, I'm not talking about

10     this case but generally are there gradations of

11     pain and suffering that forensic pathologists use

12     to describe the level of pain and suffering in a

13     person?

14             A      Okay, usually when I'm called as a

15     medical examiner for part of my work I don't

16     comment on that at all.  That wouldn't be part of

17     my job, working as a private consultant at times I

18     have commented on the conscious level of pain and

19     suffering, it wouldn't, it would be more or less

20     if one has reviewed a record one can get some idea

21     of what was going on, sometimes you have a much

22     better idea, sometimes you don't have as good an

23     idea.

24             Q      Okay.  But there's no established

25     standard, it's just your professional assessment