UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA GUIGLIANO, as Administrator of the Estate of MICHAEL GUIGLIANO, Deceased, and LAURA GUIGLIANO, Individually<br>   Plaintiffs,<br><br>V.<br><br>DANBURY HOSPITAL, ET AL.<br>   Defendants. | CIVIL ACTION NO.<br>3:02 CV 718 (RNC) (DFM)<br><br><br><br><br><br><br><br>AUGUST 25, 2006 |

### NOTICE OF MANUAL FILING

Please take notice that Joseph J. Catania has manually filed the following:

**Exhibit A to Defendant, Joseph J. Catania's Motion to Preclude Plaintiff's Expert, Dr. Catanese.**

This attachment has not been filed electronically because:

[ x ]   the electronic file size of the document exceeds 1.5 megabytes

The document or thing has been manually served on all parties.

       DEFENDANT,
       JOSEPH J. CATANIA, M.D.

       By_____
       Richard C. Tynan,
       HALLORAN & SAGE LLP
       Fed. Bar #ct04235
       One Goodwin Square
       225 Asylum Street
       Hartford, CT 06103
       (860) 522-6103
       His Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10858.0123

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

CERTIFICATION

    This is to certify that on this 25th day of August 2006 I hereby mailed a copy of the foregoing to:

Joseph Lanni, Esq.
138 Chatsworth Avenue, Suites 6-8
Larchmont, NY 10538
**For the Plaintiff**

Scott F. Morgan, Esq.
Weiner Millo & Morgan, LLC
220 Fifth Avenue, 7th Floor
New York, NY 10001
**For the Plaintiff**

Robert W. Finke, Esq.
50 Old Kings Highway North
Darien, CT 06820
**For the Plaintiff**

Kevin Tepas, Esq.
JBeverly J. Hunt, Esq.
Ryan Ryan Johnson & Deluca, LLP
80 Fourth Street
Stamford, CT 06905
**For the Defendants Danbury Surgical Associates, P.C. and Borruso**

Andrew Neubardt, Esq.
Rende, Ryan & Downes, LLP
202 Mamaroneck Road
White Plains, NY 10601
**For the Third-Party/apport. Defendant Kessler**

Eric J. Stockman, Esq.
Maureen Sullivan Dinnan, Esq.
Nancy A. Meehan, Esq.
Michael D. Neubert, Esq.
Neubert Pepe & Montieth, P.C.
195 Church Street
New Haven, CT 06510
**For the Defendants Danbury Hosp.**

_____
Richard C. Tynan

879941v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105