UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
==========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,

                      Plaintiff(s)

      -against-

                                            *3:02 CV 718*
DANBURY HOSPITAL, J. BORRUSSO, M.D.,         *(RNC)(DFM)*
JOSEPH J. CATANIA, M.D., and
DANBURY SURGICAL ASSOCIATES, P.C.,

                      Defendants.
==========================================X

J. BORRUSSO, M.D., JOSEPH J. CATANIA, M.D.,
and DANBURY SURGICAL ASSOCIATES, P.C.,

        Third Party Apportionment Plaintiffs,


      -against-

FRANK KESSLER, M.D.,

        Third Party Apportionment Defendant.

==========================================X

# **PLAINTIFF'S VERDICT FORM**

                                              Dated: August 24, 2006

1

**QUESTION ONE:**

Did defendant Danbury Hospital deviate from the standard of care by failing to transport the patient to the radiology department on February 17, 2001, for a CT scan without the supervision of a "multispecialist" nurse?

Yes _____     No _____

**IF YOUR ANSWER TO 'QUESTION ONE' IS 'YES' THEN PROCEED TO 'QUESTION TWO'.**

**IF YOUR ANSWER TO 'QUESTION ONE' IS 'NO' THEN PROCEED TO 'QUESTION THREE'.**

**QUESTION TWO:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____     No _____

**PROCEED TO 'QUESTION THREE'.**

**QUESTION THREE:**

Did defendant Danbury Hospital deviate from the standard of care by failing to transport the patient to the radiology department on February 17, 2001, for a CT scan without a pulse oximetry monitor?

Yes _____     No _____

**IF YOUR ANSWER TO 'QUESTION THREE' IS 'YES' THEN PROCEED TO 'QUESTION FOUR'**

**IF YOUR ANSWER TO 'QUESTION THREE' IS 'NO' THEN PROCEED TO 'QUESTION FIVE'**

**QUESTION FOUR:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____   No _____

**PROCEED TO 'QUESTION FIVE'**

**QUESTION FIVE:**

Did defendant Danbury Hospital deviate from the standard of care by failing to transport the patient to the radiology department on February 17, 2001, for a CT scan without a portable cardiac monitor?

Yes _____   No _____

**IF YOUR ANSWER TO 'QUESTION FIVE' IS 'YES' THEN PROCEED TO 'QUESTION SIX'**

**IF YOUR ANSWER TO 'QUESTION FIVE' IS 'NO' THEN PROCEED TO 'QUESTION SEVEN'.**

**QUESTION SIX:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION SEVEN'**

**QUESTION SEVEN:**

Did defendant Danbury Hospital deviate from the standard of care by failing to transport the patient to the radiology department on February 17, 2001, without supplemental oxygen in use?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION SEVEN' IS 'YES' THEN PROCEED TO 'QUESTION EIGHT'**

**IF YOUR ANSWER TO 'QUESTION SEVEN' IS 'NO' THEN PROCEED TO 'QUESTION NINE'**

**QUESTION EIGHT:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION NINE'.**

**QUESTION NINE:**

Did defendant Danbury Hospital deviate from the standard of care by negligently discontinuing supplemental oxygen at some point in time during or after transport to the radiology department on February 17, 2001?

Yes _____    No _____

**IF YOUR ANSWER TO 'QUESTION NINE' IS 'YES' THEN PROCEED TO 'QUESTION TEN'**

**IF YOUR ANSWER TO 'QUESTION THREE' IS 'NO' THEN PROCEED TO 'QUESTION ELEVEN'**

**QUESTION TEN:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____    No _____

**PROCEED TO 'QUESTION ELEVEN'**

**QUESTION ELEVEN:**

Did defendant Danbury Hospital deviate from the standard of care by failing to call a "code" in a timely manner when the patient suffered severe respiratory distress in the CT scan room on February 17, 2001?

Yes _____    No _____

**IF YOUR ANSWER TO 'QUESTION ELEVEN' IS 'YES' THEN PROCEED TO 'QUESTION TWELVE'**

**IF YOUR ANSWER TO 'QUESTION ELEVEN' IS 'NO' THEN PROCEED TO 'QUESTION THIRTEEN'**

**QUESTION TWELVE:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION THIRTEEN'**

**QUESTION THIRTEEN:**

Did defendant Danbury Hospital deviate from the standard of care by negligently directing the "code" to the wrong floor in the hospital when the patient suffered severe respiratory distress in the CT scan room on February 17, 2001?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION THIRTEEN' IS 'YES' THEN PROCEED TO 'QUESTION FOURTEEN'.**

**IF YOUR ANSWER TO 'QUESTION THIRTEEN' IS 'NO' THEN PROCEED TO 'QUESTION FIFTEEN'.**

**QUESTION FOURTEEN:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____    No _____

**PROCEED TO 'QUESTION FIFTEEN'**

**QUESTION FIFTEEN:**

Did defendant Danbury Hospital deviate from the standard of care by failing to respond to the "code" in a timely manner?

Yes _____    No _____

**IF YOUR ANSWER TO 'QUESTION FIFTEEN' IS 'YES' THEN PROCEED TO 'QUESTION SIXTEEN'**

**IF YOUR ANSWER TO 'QUESTION THREE' IS 'NO' THEN PROCEED TO 'QUESTION SEVENTEEN'**

**QUESTION SIXTEEN:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____    No _____

**PROCEED TO 'QUESTION SEVENTEEN'.**

7

**QUESTION SEVENTEEN:**

Did defendant Danbury Hospital deviate from the standard of care by failing to perform CPR in a timely manner?

Yes _____    No _____

**IF YOUR ANSWER TO 'QUESTION SEVENTEEN' IS 'YES' THEN PROCEED TO 'QUESTION EIGHTEEN'**

**IF YOUR ANSWER TO 'QUESTION SEVENTEEN' IS 'NO' THEN PROCEED TO 'QUESTION NINETEEN'**

**QUESTION EIGHTEEN:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____    No _____

**PROCEED TO 'QUESTION NINETEEN'.**

**QUESTION NINETEEN:**

Did defendant Danbury Hospital deviate from the standard of care by failing to timely perform proper CPR techniques?

Yes _____    No _____

**IF YOUR ANSWER TO 'QUESTION NINETEEN' IS 'YES' THEN PROCEED TO 'QUESTION TWENTY'**

**IF YOUR ANSWER TO 'QUESTION NINETEEN' IS 'NO' THEN PROCEED TO 'QUESTION TWENTY-ONE'**

**QUESTION TWENTY:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____     No _____

**PROCEED TO 'QUESTION TWENTY-ONE'.**

**QUESTION TWENTY-ONE:**

Did defendant Danbury Hospital deviate from the standard of care by failing to use an oral airway during CPR?

Yes _____     No _____

**IF YOUR ANSWER TO 'QUESTION TWENTY-ONE' IS 'YES' THEN PROCEED TO 'QUESTION TWENTY-TWO'**

**IF YOUR ANSWER TO 'QUESTION TWENTY-ONE' IS 'NO' THEN PROCEED TO 'QUESTION TWENTY-THREE'**

**QUESTION TWENTY-TWO:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____   No _____

**PROCEED TO 'QUESTION TWENTY-THREE'.**

**QUESTION TWENTY-THREE:**

Did defendant Borrusso deviate from the standard of care by negligently removing a nasogastric tube from the patient on February 15, 2001, which was needed to treat abdominal distention?

Yes _____   No _____

**IF YOUR ANSWER TO 'QUESTION TWENTY-THREE' IS 'YES' THEN PROCEED TO 'QUESTION TWENTY-FOUR'**

**IF YOUR ANSWER TO 'QUESTION TWENTY-THREE' IS 'NO' THEN PROCEED TO 'QUESTION TWENTY-FIVE'**

**QUESTION TWENTY-FOUR:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____   No _____

**PROCEED TO 'QUESTION TWENTY-FIVE'.**

**QUESTION TWENTY-FIVE:**

      Did defendant Borrusso deviate from the standard of care by failing to reinsert the nasogastric tube when he saw the patient on February 16, 2001?

      Yes _____            No _____

**IF YOUR ANSWER TO 'QUESTION TWENTY-FIVE' IS 'YES' THEN PROCEED TO 'QUESTION TWENTY-SIX'**

**IF YOUR ANSWER TO 'QUESTION TWENTY-FIVE' IS 'NO' THEN PROCEED TO 'QUESTION TWENTY-SEVEN'**

**QUESTION TWENTY-SIX:**

      Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

      Yes _____            No _____

**PROCEED TO 'QUESTION TWENTY-SEVEN**

**QUESTION TWENTY-SEVEN:**

Did defendant Borrusso deviate from the standard of care by failing to correct electrolyte abnormalities and low hemoglobin/hematocrit values causing the patient to be more susceptible to a cardiac arrhythmia from a lack of oxygen?

Yes _____     No _____

**IF YOUR ANSWER TO 'QUESTION TWENTY-SEVEN' IS 'YES' THEN PROCEED TO 'QUESTION TWENTY-EIGHT'**

**IF YOUR ANSWER TO 'QUESTION TWENTY-SEVEN' ' IS 'NO' THEN PROCEED TO 'QUESTION TWENTY-NINE'**

**QUESTION TWENTY-EIGHT:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____     No _____

**PROCEED TO 'QUESTION TWENTY-NINE'.**

**QUESTION TWENTY-NINE:**

Did defendant Catania deviate from the standard of care by failing to reinsert a nasogastric tube when he saw the patient on February 17, 2001?

Yes _____     No _____

**IF YOUR ANSWER TO 'QUESTION TWENTY-NINE' IS 'YES' THEN PROCEED TO 'QUESTION THIRTY'**

**IF YOUR ANSWER TO 'QUESTION TWENTY-NINE' IS 'NO' THEN PROCEED TO 'QUESTION THIRTY-ONE'**

**QUESTION THIRTY:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____        No _____

**PROCEED TO 'QUESTION THIRTY-ONE'.**

**QUESTION THIRTY-ONE:**

Did defendant Catania deviate from the standard of care by failing to order the transport of the patient to the radiology department on February 17, 2001, for a CT scan with the supervision of a "multispecialist" nurse, pulse oximetry monitoring and a portable cardiac monitor?

Yes _____        No _____

**IF YOUR ANSWER TO 'QUESTION THIRTY-ONE' IS 'YES' THEN PROCEED TO 'QUESTION THIRTY-TWO'**

**IF YOUR ANSWER TO 'QUESTION THIRTY-ONE' IS 'NO' THEN PROCEED TO 'QUESTION THIRTY-THREE'**

**QUESTION THIRTY-TWO:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION THIRTY-THREE'.**

**QUESTION THIRTY-THREE:**

Did third party apportionment defendant Kessler deviate from the standard of care by failing to order the transport of the patient to the radiology department on February 17, 2001, for a CT scan with the supervision of a "multispecialist" nurse, pulse oximetry monitoring and a portable cardiac monitor?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION THIRTY-THREE' IS 'YES' THEN PROCEED TO 'QUESTION THIRTY-FOUR'**

**IF YOUR ANSWER TO 'QUESTION THIRTY-THREE' IS 'NO' THEN PROCEED TO 'QUESTION THRITYFIVE'**

**QUESTION THIRTY-FOUR:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**PROCEED TO 'QUESTION THIRTY-FIVE'.**

**QUESTION THIRTY-FIVE:**

Did third party apportionment defendant Kessler deviate from the standard of care by failing to correct electrolyte abnormalities and low hemoglobin/hematocrit values causing the patient to be more susceptible to a cardiac arrhythmia from a lack of oxygen?

Yes _____          No _____

**IF YOUR ANSWER TO 'QUESTION THIRTY-FIVE' IS 'YES' THEN PROCEED TO 'QUESTION THIRTY-SIX'**

**IF YOUR ANSWER TO 'QUESTION THIRTY-FIVE' IS 'NO' THEN DO NOT ANSWER QUESTION 'THIRTY-SIX'.**

**QUESTION THIRTY-SIX:**

Was this deviation a substantial factor in causing the injuries to and death of plaintiff's decedent?

Yes _____          No _____

**IF YOU HAVE ANSWERED "YES" TO ANY QUESTION ABOVE THAT ASKS IF A DEFENDANT DEVIATED FROM THE STANDARD OF CARE AND HAVE ALSO ANSWERED "YES" TO THE QUESTION THAT IMMEDIATELY FOLLOWS FINDING THAT SUCH DEVIATION FROM THE STANDARD OF CARE WAS A SUBSTANTIAL FACTOR IN CAUSING THE INJURIES TO AND DEATH OF PLAINTIFF'S DECEDENT, THEN PROCEED TO THE QUESTIONS ON "PERCENTAGE OF FAULT" ('QUESTION THIRTY-SEVEN') AND "DAMAGES" ('QUESTION THIRTY-EIGHT').  IF YOU HAVE ANSWERED "NO" TO ALL APPLICABLE QUESTIONS ABOVE, THEN PROCEED NO FURTHER AND REPORT YOUR VERDICT TO THE COURT.**

**QUESTION THIRTY-SEVEN:**

What is the percentage of fault of each defendant?

Defendant     Danbury Hospital

                                                            _____ %

Defendant     Dr. Borrusso & Danbury Surgical Associates, P.C.

                                                            _____ %

Defendant     Dr. Catania & Danbury Surgical Associates, P.C.

                                                            _____ %

Defendant     Dr. Kessler

                                                            _____ %

                                                            (Total must be 100%)

**QUESTION THIRTY-EIGHT:**

What damages do you award to plaintiff Michael Guigliano for the costs of reasonable and necessary medical care?

                            Amount:    $ _____

What damages do you award to plaintiff Michael Guigliano for funeral and burial expenses?

                            Amount:    $ _____

16

What damages do you award to plaintiff Michael Guigliano for his past lost earnings and income?

                Amount:    $ _____

What damages do you award to plaintiff Michael Guigliano for his future lost earnings and income?

                Amount:    $ _____

                No. of years:    _____

What damages do you award to plaintiff Michael Guigliano for physical pain and suffering and mental and emotional pain and suffering prior to death?

                Amount:    $ _____

What damages do you award to plaintiff Michael Guigliano for loss or diminution of the ability to enjoy life's pleasures prior to death?

                Amount:    $ _____

What damages do you award to plaintiff Michael Guigliano for destruction of the capacity to carry on and enjoy life's activities in a way the decedent would have done had he lived?

                Amount:    $ _____

                No. of years:    _____

What damages do you award to plaintiff Laura Guigliano for the loss of services and consortium resulting from the injuries to Michael Guigliano prior to his death?

                Amount:    $ _____

17

What damages do you award to plaintiff Laura Guigliano for the loss of services and consortium resulting from the death of Michael Guigliano?

                              Amount:     $ _____

                              No. of years:     _____

Dated: Larchmont, New York
       August 24, 2006

                              Respectfully submitted by:

                              <u>Plaintiff's Counsel</u>:

                              _____
                              Joseph Lanni (CT 23566)
                              Joseph Lanni, P.C.
                              138 Chatsworth Ave., Ste. 6 – 8
                              Larchmont, N.Y. 10538
                              (914) 834-6600

                              Scott F. Morgan (CT 23648)
                              Weiner, Millo & Morgan, LLP
                              220 Fifth Avenue
                              New York, N.Y. 10001
                              Tel.:  (212) 213-1220

**DECLARATION OF SERVICE
PURSUANT TO 28 U.S.C. § 1746**

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

I served a true copy of this document on the date of August 24, 2006, by submitting same via electronic means to the Court Docket at CMECF@ctd.uscourts.gov and mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U.S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

  NEUBERT, PEPE & MONTEITH
  Attorneys for Defendants
  DANBURY HOSPITAL
  195 Church Street
  New Haven, CT 23067
  Tel.: (203) 821-2000

  RYAN, RYAN, JOHNSON
  & DELUCA, LLP
  Attorneys for Defendants
  BORRUSSO & DANBURY SURG. ASSOC., P.C.
  80 Fourth Street
  Stamford, CT 06905
  Tel.: (203) 357-9200

  HALLORAN & SAGE, LLP
  Attorneys for Defendants
  CATANIA
  One Goodwin Square
  Hartford, CT 06103
  Tel.: (860) 522-6103

TO (cont'd):

    SCOTT F. MORGAN (CT 23648)
    WEINER, MILLO & MORGAN, LLP
    Co-Counsel for Plaintiffs
    220 Fifth Avenue
    New York, New York 10001
    Tel.: (212) 213-1220

    RENDE, RYAN & DOWNES, LLP
    Attorneys for Apportionment Defendant / Third Party Defendant
    FRANK KESSLER, M.D.
    202 Mamaroneck Avenue
    White Plains, New York 10601

Executed on August 24, 2006, in Larchmont, New York.

                                                        _____
                                                        **JOSEPH LANNI     (CT 23566)**