UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
=========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,

                        Plaintiff(s)

        -against-

DANBURY HOSPITAL, J. BORRUSSO, M.D.,      *3:02 CV 718*
JOSEPH J. CATANIA, M.D., and                        *(RNC)(DFM)*
DANBURY SURGICAL ASSOCIATES, P.C.,

                      Defendants.
=========================================X

J. BORRUSSO, M.D., JOSEPH J. CATANIA, M.D.,
and DANBURY SURGICAL ASSOCIATES, P.C.,

        Third Party Apportionment Plaintiffs,

        -against-

FRANK KESSLER, M.D.,

        Third Party Apportionment Defendant.

=========================================X

# PLAINTIFF'S SECTION OF THE JOINT TRIAL MEMORANDUM (ADDENDUM)

Dated: August 24, 2006

1

**Guigliano v. Danbury Hospital, et al.**
*3:02 CV 718  (RNC)(DFM)*

**JOINT TRIAL MEMORANDUM**

Plaintiff's counsel submits the following as an addendum to the Plaintiff's Section of the Joint Trial Memorandum in this case pursuant to and in accordance with the Order of Judge Chatigny, filed May 12, 2006, and the Standing Order Regarding Trial Memoranda in Civil Cases:

**Proposed Verdict Form**:

See also, Defendants' Section of Joint Trial Memorandum, addenda entitled "Defendants' Proposed Interrogatories and Verdict Form to the Jury", "Defendant's Verdict Form" (Borrusso & Danbury Surgical Associates) and "Defendant's Verdict Form" (Catania) – Plaintiff further objects to the use of these verdict forms to the extent that they contain jury interrogatories on findings against Scott Berger, M.D., James Depuy, M.D., F. Scott Gray, M.D., Deanna Wolfe, P.A., and Georgiana Knowles, P.A. on the ground that there has been no filing of a notice of apportionment claim under Conn. Gen. Stat. 52-102b against these persons and on the ground that summary judgment was granted to James Depuy, M.D., F. Scott Gray, M.D., Deanna Wolfe, P.A., and Georgiana Knowles, P.A. by this Court and is the law of the case. ***See, CM/ECF File, Docket History, Documents No. 148 & 149***.

Dated: Larchmont, New York
       August 24, 2006

                                        Respectfully submitted:

Plaintiff's Counsel:

_____
Joseph Lanni (CT 23566)
Joseph Lanni, P.C.
138 Chatsworth Ave., Ste. 6 – 8
Larchmont, N.Y. 10538
(914) 834-6600


Scott F. Morgan (CT 23648)
Weiner, Millo & Morgan, LLP
220 Fifth Avenue
New York, N.Y. 10001
Tel.: (212) 213-1220

## DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

I served a true copy of this document: (1) PLAINTIFF'S SECTION OF THE JOINT TRIAL MEMORANDUM (ADDENDUM) (dated August 24, 2006) on the date of August 24, 2006, by submitting same via electronic means to the Court Docket at CMECF@ctd.uscourts.gov and mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U.S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

  NEUBERT, PEPE & MONTEITH
  Attorneys for Defendants
  DANBURY HOSPITAL
  195 Church Street
  New Haven, CT 23067
  Tel.: (203) 821-2000

  RYAN, RYAN, JOHNSON
  & DELUCA, LLP
  Attorneys for Defendants
  BORRUSSO & DANBURY SURG. ASSOC., P.C.
  80 Fourth Street
  Stamford, CT 06905
  Tel.: (203) 357-9200

  HALLORAN & SAGE, LLP
  Attorneys for Defendants
  CATANIA
  One Goodwin Square
  Hartford, CT 06103
  Tel.: (860) 522-6103

TO (cont'd):

    SCOTT F. MORGAN (CT 23648)
    WEINER, MILLO & MORGAN, LLP
    Co-Counsel for Plaintiffs
    220 Fifth Avenue
    New York, New York 10001
    Tel.: (212) 213-1220

    RENDE, RYAN & DOWNES, LLP
    Attorneys for Apportionment Defendant / Third Party Defendant
    FRANK KESSLER, M.D.
    202 Mamaroneck Avenue
    White Plains, New York 10601

Executed on August 24, 2006, in Larchmont, New York.

                                                                  _____
                                                                  **JOSEPH LANNI     (CT 23566)**