UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
==========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,

                Plaintiff(s)

       -against-

DANBURY HOSPITAL, J. BORRUSSO, M.D.,      *3:02 CV 718*
JOSEPH J. CATANIA, M.D., and                    *(RNC)(DFM)*
DANBURY SURGICAL ASSOCIATES, P.C.,

                Defendants.
==========================================X

J. BORRUSSO, M.D., JOSEPH J. CATANIA, M.D.,
and DANBURY SURGICAL ASSOCIATES, P.C.,

       Third Party Apportionment Plaintiffs,

       -against-

FRANK KESSLER, M.D.,

       Third Party Apportionment Defendant.

==========================================X

**DECLARATION OF FILER &
DELCARATION OF SERVICE
PURSUANT TO 28 U.S.C. § 1746**

    I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

    I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

    I have been requested by counsel for Third Party Apportionment Defendant Kessler to electronically file with this Court the TRIAL MEMORANDUM OF THIRD

PARTY APPORTIONMENT DEFENDANT KESSLER (dated August 24, 2006) on behalf of this party and I have duly consented to the same. I have been advised that counsel for this party has been unable to electronically file and serve this document.

     I served a true copy of this document: TRIAL MEMORANDUM OF THIRD PARTY APPORTIONMENT DEFENDANT KESSLER (dated August 24, 2006) on the date of August 25, 2006, by submitting same via electronic means to the Court Docket at CMECF@ctd.uscourts.gov and serving same via electronic means for transmission through the CMECF system to the following counsel and to counsel appearing in this case located at the addresses indicated below:

TO:

  NEUBERT, PEPE & MONTEITH
  Attorneys for Defendants
  DANBURY HOSPITAL
  195 Church Street
  New Haven, CT 23067
  Tel.: (203) 821-2000

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO & DANBURY SURG. ASSOC., P.C.
80 Fourth Street
Stamford, CT 06905
Tel.: (203) 357-9200

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
Tel.: (860) 522-6103

<u>TO (CONT'D)</u>:

    SCOTT F. MORGAN (CT 23648)
    WEINER, MILLO & MORGAN, LLP
    Co-Counsel for Plaintiffs
    220 Fifth Avenue
    New York, New York 10001
    Tel.: (212) 213-1220

    RENDE, RYAN & DOWNES, LLP
    Attorneys for Apportionment Defendant / Third Party Defendant
    FRANK KESSLER, M.D.
    202 Mamaroneck Avenue
    White Plains, New York 10601

Executed on August 25, 2006, in Larchmont, New York.

                                                    _____
                                                    **JOSEPH LANNI**    **(CT 23566)**