UNITED STATES DISTRICT COURT

DISTRICT OF DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURA GUIGLIANO, as<br>Administratrix of the Estate<br>of MICHAEL GUIGLIANO, Deceased<br>and LAURA GUIGLIANO,<br>Individually | :<br>:<br>:<br>:<br>: | |
| Plaintiffs, | :<br>: | CIVIL ACTION NO. 3:02 CV00718 (RNC) |
| vs | :<br>: | |
| DANBURY HOSPITAL, ET AL | : | AUGUST 30, 2006 |
| Defendants. | :<br>: | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the Defendants, John Borruso, M.D. and Danbury Surgical Associates, P.C.

Dated: August 30, 2006

                                                     Ilyssa H. Kelson, Esq.  (ct 27048)
                                                     Ryan, Ryan, Johnson & Deluca, LLP
                                                     80 Fourth Street, P.O. Box 3057
                                                     Stamford, CT   06905
                                                     Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2006, a copy of the above was mailed to the following counsel and pro se parties of record:

Joseph Lanni, Esq.
The Law Firm of Joseph Lanni, P.C.
138 Chatsworth Avenue
Suites 6-8
Larchmont, NY 10538
Attorney for Plaintiffs, Laura Guigliano, as Guardian Ad Litem for Michael Guigliano, a Person Adjudged to be

Scott F. Morgan, Esq.
Weiner, Millo & Morgan, LLC
220 Fifth Avenue
New York, NY 10001
Attorney for Plaintiffs, Laura Guigliano, as Guardian Ad Litem for Michael Guigliano, a Person Adjudged to be

Michael Neubert, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Attorney for Defendant, Danbury Hospital

Eric Stockman
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Attorney for Danbury Hospital, Oelberg, Yuan, Kotch, Circiumara Kouznetsov, Tudorica, Burness, Brown, Hoffman Does 1,2,3

Regina Duchin Kraus
Tyler, Cooper & Alcorn, LLC
205 Church Street
P.O. Box 1936
New Haven, CT 06509
Attorney for Defendant, Scott B. Berger, M.D.

Richard C. Tynan
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303
Attorney for Defendant, Joseph J. Catania, M.D.

Andrew M. Neubardt, Esq.
Rende, Ryan & Downes, LLP
202 Mamaroneck Avenue
White Plains, NY 10601
Attorney for Apportionment Defendant, Dr. Frank Kessler

Robert Finke, Esq.
50 Old Kings Highway North
Darien, CT 06820

Paul D. Williams, Esq.
Day, Berry & Howard, LLP
City Place I, 185 Asylum Street
Hartford, CT 06103
Attorney for Defendant, Danbury Hospital

_____
Ilyssa H. Kelson, Esq.

I:\Procases\290.117\appearanceihk.wpd
290.117