UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
=========================================X
LAURA GUIGLIANO, as Administrator of the Estate
of MICHAEL GUIGLIANO, Deceased, and LAURA
GUIGLIANO, Individually,

                Plaintiff(s)            STIPULATION

      -against-

                                          *3:02 CV 718*
DANBURY HOSPITAL, J. BORRUSSO, M.D.,     *(RNC)(DFM)*
JOSEPH J. CATANIA, M.D., and
DANBURY SURGICAL ASSOCIATES, P.C.,

                Defendants.
=========================================X

J. BORRUSSO, M.D., JOSEPH J. CATANIA, M.D.,
and DANBURY SURGICAL ASSOCIATES, P.C.,

      Third Party Apportionment Plaintiffs,


      -against-

FRANK KESSLER, M.D.,

      Third Party Apportionment Defendant.

=========================================X

**IT IS HEREBY STIPULATED AND AGREED TO BY AND BETWEEN THE UNDERSIGNED PARTIES AS FOLLOWS:**

1. That plaintiff LAURA GUIGLIANO voluntarily dismisses with prejudice, pursuant to *Fed. R. Civ. P. 41(a)(1)(ii)*, all claims for the conscious pain and suffering of decedent MICHAEL GUIGLIANO against defendants DANBURY

HOSPITAL, JOHN BORRUSSO, M.D., JOSEPH CATANIA, M.D., and DANBURY SURGICAL ASSOCIATES, P.C.;

2. That the remaining claims in this action for wrongful death and loss of consortium brought by plaintiff LAURA GUIGLIANO against defendants DANBURY HOSPITAL, JOHN BORRUSSO, M.D., JOSEPH CATANIA, M.D., and DANBURY SURGICAL ASSOCIATES, P.C., are subsequently settled for the agreed upon amount payable on behalf of defendant DANBURY HOSPITAL and the agreed upon amount payable in the agreed upon manner on behalf of defendants BORRUSSO, CATANIA and DANBURY SURGICAL ASSOCIATES;

3. And that the total settlement payment, comprised of the above mentioned settlement payments made on behalf of defendants DANBURY HOSPITAL, BORRUSSO, CATANIA and DANBURY SURGICAL ASSOCIATES, is to be allocated sixty-seven (67) percent to the claim for wrongful death and thirty-three (33) percent to the claim for loss of consortium.

4. That as a result of the settlements between plaintiff LAURA GUIGLIANO and defendants DANBURY HOSPITAL, BORRUSSO, CATANIA and DANBURY SURGICAL ASSOCIATES, all third party apportionment claims brought by defendants / third party apportionment plaintiffs BORRUSSO, CATANIA and DANBURY SURGICAL ASSOCIATES against third party apportionment

defendant FRANK KESSLER, M.D., are withdrawn and voluntarily dismissed with prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(ii)*.

    Re:   <u>Guigliano v. Danbury Hosp., et al.</u>
          *3:02 CV 718 (RNC)(DFM)*
          STIPULATION

Dated: Larchmont, New York
       September 22, 2006

_____
**JOSEPH LANNI (CT 23566)**
**JOSEPH LANNI, P.C.**
Attorney for Plaintiff
LAURA GUIGLIANO
138 Chatsworth Ave., Ste. 6 – 8
Larchmont, N.Y. 10538
(914) 834-6600

Re:   Guigliano v. Danbury Hosp., et al.
      *3:02 CV 718 (RNC)(DFM)*
      STIPULATION

Dated: Hartford, CT
       September 21, 2006

*[signature]*

PAUL WILLIAMS (CT 05244)
**DAY, BERRY & HOWARD, LLP**
Attorneys for Defendants
DANBURY HOSPITAL
185 Asylum St.
Hartford, CT 06103
Tel.: (860) 275-0100

4

Re:   Guigliano v. Danbury Hosp., et al.
      *3:02 CV 718 (RNC)(DFM)*
      STIPULATION

Dated: Stamford, CT
       September 26, 2006

_____
KEVIN TEPAS (CT 05552)
RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO & DANBURY SURG.
ASSOC., P.C.
80 Fourth Street
Stamford, CT 06905
(203) 357-9200

40152                                    JOSEPHLANNI

Re:   Guigliano v. Danbury Hosp., et al.
      3:02 CV 718 (RNC)(DFM)
      STIPULATION

Dated: Hartford, CT
       September 25, 2006

       _____
       RICHARD TYNAN (CT 04235)
       HALLORAN & SAGE, LLP
       Attorneys for Defendants
       CATANIA
       One Goodwin Square
       Hartford, CT 06103
       Tel.: (860) 522-6103

Re:   <u>Guigliano v. Danbury Hosp., et al.</u>
      *3:02 CV 718 (RNQ(DFM)*
       STIPULATION

Dated: White Plains, N.Y.
       September     , 2006


**ANDREW M. NEUBARDT (PHV 0714)**
**RENDE, RYAN & DOWNES, LLP**
Attorneys for Apport. Dft. / Third Party Dft.
KESSLER
202 Mamaroneck Avenue
White Plains, New York 10601
(914)681-0444

## DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

I served a true copy of this document on the date of October 4, 2006, by submitting same via electronic means to the Court Docket at CMECF@ctd.uscourts.gov for transmission to all counsel appearing in case and mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U.S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

DAY, BERRY & HOWARD, LLP
Attorneys for Defendants
DANBURY HOSPITAL
Cityplace I
Hartford, CT 06103
Tel.: (860) 275-0100

RYAN, RYAN, JOHNSON
& DELUCA, LLP
Attorneys for Defendants
BORRUSSO & DANBURY SURG. ASSOC., P.C.
80 Fourth Street
Stamford, CT 06905
Tel.:  (203) 357-9200

HALLORAN & SAGE, LLP
Attorneys for Defendants
CATANIA
One Goodwin Square
Hartford, CT 06103
Tel.: (860) 522-6103

RENDE, RYAN & DOWNES, LLP
Attorneys for Apportionment Defendant / Third Party Defendant
FRANK KESSLER, M.D.
202 Mamaroneck Avenue
White Plains, New York 10601

Executed on October 4, 2006, in Larchmont, New York.

_____
**JOSEPH LANNI     (CT 23566)**